## IN THE U.S. DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

BEYOND SYSTEMS, INC. )
    Plaintiff )
    v. )  Case No. PJM 08 cv 0921
     )
WORLD AVENUE USA, LLC, et al. )
    Defendants )
     )

### JOINT STIPULATION FOR EXTENSION OF TIME

Pursuant to Rule 105 (9) of the United States District Court for the District of Maryland, the parties, thought their respective counsel, stipulate to the extension of time for the filing of defendants' answer or other responsive motion until and including June 19, 2008. The undersigned counsel have conferred and represent that the extension will not adversely impact the efficient progress of the matter.

Stephen H. Ring, P.C.

_/s/ Stephen H. Ring_
Stephen H. Ring
20300 Seneca Meadows Parkway,
Suite 200, Germantown, Maryland 20876
301 540 8180 (telephone)
301 540 8195 (facsimile)
USDC# 00405

Attorney for Beyond Systems, Inc.

Greenberg Traurig, LLP

_/s/ Sanford M. Saunders, Jr._
Sanford M. Saunders, Jr.
2101 L Street, Suite 1000
Washington, DC, 0037
202 331 3120 (telephone)
202 331 3101 (facsimile)
USDC #4734

Attorney for World Avenue USA, LLC and World Avenue Management, Inc.

So ORDERED:

_____
Honorable DC Judge Peter J. Messitte

Date: June 18, 2008

FTL 107,043,112v1 6-18-08