# IN THE U.S. DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

BEYOND SYSTEMS, INC.           )
       )
   Plaintiff          )
   v.                 )    Case No.PJM 08 cv 0921
       )
WORLD AVENUE USA, LLC, et al.  )
   Defendants         )
       )
_____

## JOINT STIPULATION FOR EXTENSION OF TIME

Pursuant to Rule 105 (9) of the United States District Court for the District of Maryland, the parties, thought their respective counsel, stipulate to the extension of time for the filing of Defendant's reply or other responsive motion until and including July 28, 2008 and represent that the extension will not adversely impact the efficient progress of the matter. The undersigned counsel have conferred and Sanford M. Saunders, Jr., is authorized to sign the Stipulation on behalf of Mr. Ring, counsel for Beyond Systems, Inc.

| **Stephen H. Ring, P.C.** | **Greenberg Traurig, LLP** |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Stephen H. Ring | Sanford M. Saunders, Jr. |
| 20300 Seneca Meadows Parkway, | 2101 L Street, Suite 1000 |
| Suite 200, Germantown, Maryland 20876 | Washington, DC, 20037 |
| 301 540 8180 (telephone) | 202 331 3120 (telephone) |
| 301 540 8195 (facsimile) | 202 331 3101 (facsimile) |
| USDC# 00405 | USDC #4734 |
| | |
| Attorney for Beyond Systems, Inc. | Attorney for World Avenue USA, LLC |

So ORDERED:

_____
Honorable DC Judge Peter J. Messitte

Date: July 22, 2008