Return-Path: <HotGiftZone@mahnpah.com>
Received: from linkcenter.net ([71.126.162.40] verified)
  by beyondsystems.net (CommuniGate Pro SMTP 5.1.6 _community_)
  with ESMTP id 93979821 for [**DELETED**]; Tue, 01 May 2007 15:30:15 -0400
Received: from mail.mahnpah.com ([216.75.41.221] verified)
  by linkcenter.net (CommuniGate Pro SMTP 5.0.8)
  with ESMTP id 26390108 for [**DELETED**]; Tue, 01 May 2007 15:32:38 -0400
Received: by mail.mahnpah.com (qmail 412 by uid 77) id h6uat601g74a; Tue, 1 May 2007 15:32:22 -0400 (envelope-from <HotGiftZone@mahnpah.com>)
Date: Tue, 1 May 2007 15:32:09 -0400
From: "HotGiftZone" <HotGiftZone@mahnpah.com>   [False From: Name]
Subject: Target Gift Card!!
To: [**DELETED**]
Message-ID: <LoPD45dB0djSWgd1eCKTWQ@mahnpah.com>
Date: Tue, 1 May 2007 15:32:09 -0400 (EDT)
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="=_LoPD45dB0djSWgd1eCKTWQ"

## Get a $500 Target Gift Card

[Go here to get it today]   [False or misleading "Free" or similar]

Unsubscribe
Hotgiftzone   [Fake Corporation and/or Fictitious Name]
13900 Jog Road, Suite 203-251
Delray Beach, FL 33446
(561) 674-9700