IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC. )<br>)<br>Plaintiff )<br>v. )<br>)<br>WORLD AVENUE USA, LLC, et al. )<br>Defendants )<br>) | Case No. PJM 08 cv 0921 |

## JOINT STIPULATION FOR EXTENSION OF TIME

Pursuant to Rule 105 (9) of the United States District Court for the District of Maryland, the parties, thought their respective counsel, stipulate to the extension of time for the filing of Defendant's Answer or other responsive motion until and including February 2, 2009. The undersigned counsel have conferred and represent that the extension will not adversely impact the efficient progress of the matter.

| | |
|---|---|
| **Stephen H. Ring, P.C.** | **Greenberg Traurig, LLP** |
| /s/ Stephen H. Ring<br>Stephen H. Ring<br>20300 Seneca Meadows Parkway,<br>Suite 200, Germantown, Maryland 20876<br>301 540 8180 (telephone)<br>301 540 8195 (facsimile)<br>USDC# 00405 | _____/s/_____<br>Sanford M. Saunders, Jr.<br>2101 L Street, Suite 1000<br>Washington, DC, 20037<br>202 331 3120 (telephone)<br>202 331 3101 (facsimile)<br>USDC #4734 |
| Attorney for Beyond Systems, Inc. | Attorney for World Avenue USA, LLC |

So ORDERED:

_____
Honorable DC Judge Peter J. Messitte

Date: January 13, 2009