IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC. )<br>)<br>   Plaintiff )<br>   v. )<br>)<br>WORLD AVENUE USA, LLC, et al. )<br>   Defendants )<br>_____ ) | Case No. PJM 08 cv 0921 |

## JOINT INITIAL REPORT ON THE UNANIMOUS CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR AN EARLY SETTLEMENT/ADR CONFERENCE

Pursuant to the Scheduling Order issued on April 28, 2009 and the Paperless Order approving the Joint Request for the Modification of the Scheduling Order issued on May 6, 2009, Plaintiff, Beyond Systems, Inc. and Defendant, World Avenue USA, LLC, through their undersigned counsel, respectfully represent to the Court that the parties do not agree on whether the matter should proceed before a United States Magistrate Judge and on whether to request for an early settlement/ADR conference.

**Stephen H. Ring, P.C.**

\_\_\_\_/s/_____
Stephen H. Ring
(signed by Sanford M. Saunders, Jr.
with the permission of Stephen H. Ring)
20300 Seneca Meadows Parkway,
Suite 200, Germantown, Maryland 20876
301 540 8180 (telephone)
301 540 8195 (facsimile)
USDC# 00405

Attorney for Beyond Systems, Inc.

Dated: May 12, 2009

**Greenberg Traurig, LLP**

_____/s/_____
Sanford M. Saunders, Jr.
Nicoleta Burlacu (*pro hac voce*)

2101 L Street, Suite 1000
Washington, DC, 20037
202 331 3120 (telephone)
202 331 3101 (facsimile)
USDC #4734

Attorney for World Avenue USA, LLC

1