

Sanford M. Saunders, Jr.
Tel. 202.331.3130
Fax 202.331.3101
saunderss@gtlaw.com

August 28, 2009

**Via CM/EFC**

Magistrate Judge Charles B. Day
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: *Beyond Systems, Inc. v. World Avenue USA, LLC, et al.*
Case No. PJM 08 cv 0921
U.S. District Court for Maryland (Southern Division)

Magistrate Judge Bay:

Pursuant to the Court's Order of Reference dated August 11, 2009 [Docket Entry 91], Defendant, World Avenue USA, LLC respectfully submits this letter. On July 17, 2009, Non-Party Alton K. Burton filed a Motion to Quash or Modify a Subpoena issued by Defendant World Avenue USA, LLC [Docket Entry 82]. Defendant World Avenue USA, LLC filed its Response on August 3, 2009. [Docket Entry 84]. Mr. Burton's time to file a Reply Memorandum expired on August 17, 2009 and Defendant submits that the Motion may be deemed ripe for decision.

Sincerely,

Sanford M. Saunders, Jr.

cc: Michael S. Rothman, Esq
Stephen Ring, Esq.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN*
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH
*STRATEGIC ALLIANCE