shifting or sharing of certain ESI discovery costs, including vendors' and attorneys' fees, under appropriate circumstances pursuant to Fed. R. Civ. P.

### VIII. Stipulation and Order; Dispute Resolution.

The parties shall submit a stipulation and order to the Court, incorporating this agreement. Any disputes over discovery of ESI may be submitted to Court under the following expedited basis: the requester shall issue a letter via fax or email, to which the opposition shall respond within 5 calendar days, each letter no longer than 5 pages. The requester shall arrange a conference call with the Court to address the ESI discovery issues in the letters. The option to invoke this procedure shall not impair the use of a conventional motion to compel under the rules.

Stephen H. Ring, P.C.

Stephen H. Ring
20300 Seneca Meadows Parkway,
Suite 200, Germantown, Maryland 20876
301 540 8180 (telephone)
301 540 8195 (facsimile)
USDC# 00405

Michael S. Rothman
401 E. Jefferson Street
Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*
Beyond Systems, Inc.

Dated: September 15, 2009

Greenberg Traurig, LLP

Sanford W. Saunders, Jr.
2101 L Street, Suite 1000
Washington, DC, 20037
202 331 3130 (telephone)
202 331 3101 (facsimile)
USDC #4734

Attorney for World Avenue USA, LLC

15