# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WORLD AVENUE USA, LLC, et al. ) <br> Defendants ) <br> _____ ) | Case No.: PJM 08 cv 0921 |

## **DEFENDANT WORLD AVENUE USA, LLC'S NOTICE OF FILING RELATED CASE**

Pursuant to Local Rule 103.1(b)(ii), Defendant WORLD AVENUE USA, LLC ("World Avenue") hereby gives the Court notice that World Avenue has filed a related case in the form of its Motion to Compel William J. Wagner's Compliance with Subpoena Duces Tecum ("Motion to Compel"), in *World Avenue USA, LLC v. Wagner*, No. 09-mc-00557 (D.D.C. filed Oct. 20, 2009). The Motion to Compel arises out of the same or identical transactions, happenings, or events as the current proceedings in that the subpoena duces tecum whose compliance is being sought was issued in support of discovery in the matter currently before this Court.

Dated: October 20, 2009.

Respectfully submitted,

GREENBERG TRAURIG, LLP

_____/s/_____
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477

*Attorneys for World Avenue USA, LLC*