**IN THE U.S. DISTRICT COURT FOR MARYLAND,**
**SOUTHERN DIVISION**

| | |
|---|---|
| BEYOND SYSTEMS, INC.          ) | |
|                              ) | |
|    Plaintiff          ) | |
|    v.                  ) | Case No. PJM 08 cv 0921 |
|                              ) | |
| WORLD AVENUE USA, LLC, et al. ) | |
|    Defendants          ) | |
| _____ ) | |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the orders issued on April 28 and May 6, 2009, Plaintiff, Beyond Systems, Inc. and Defendant, World Avenue USA, LLC, through their undersigned counsel, respectfully request that the Court modify the deadlines set forth in the Pretrial Scheduling Order.

Each side has taken one deposition of the other, although these depositions have been limited in scope: Plaintiff's deposition of defendant World Avenue Holdings, LLC was for purposes of personal jurisdiction; Defendant WAUSA's deposition of Plaintiff was to identify ESI information. The parties have exchanged written discovery requests on the merits and are in the process of arranging additional depositions.

A motion to dismiss Defendant World Avenue Holdings remains pending, and has been the focus of considerable briefing, including a second round of memoranda. The outcome of that motion will impact further discovery. It is apparent that the quantity of information and documents (electronic or paper) involved in this case will be substantial.

Defendants have filed a third-party complaint, have served approximately 40 non-parties with subpoenas, and have taken action to enforce those subpoenas including a separate action in the U.S. District Court for the District of Columbia.

The scheduling order was previously modified once, by joint motion filed at docket 64 and granted at docket 65. Given the status of discovery and the pending motions, the current deadlines are not practical.

The parties have conferred and have agreed to request the following new deadlines:

| Event | Prior deadline | Requested new deadline |
|---|---|---|
| Joinder of additional parties and amendment of pleadings | August 7, 2009 | January 19, 2010 |
| Plaintiff's Rule 26(a)(2) expert disclosures | August 25, 2009 | March 1, 2010 |
| Defendant's Rule 26(a)(2) expert disclosures | September 22, 2009 | April 1, 2010 |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | October 6, 2009 | April 20, 2010 |
| Rule 26(e)(2) supplementation of disclosures and responses | October 13, 2009 | May 10, 2010 |
| Discovery deadline; submission of status report | January 10, 2010 | June 21, 2010 |
| Requests for admission | January 17, 2010 | July 7, 2010 |
| Dispositive pretrial motions | February 12, 2010 | July 27, 2010 |
| Pretrial conference | To be set | To be set |

**Stephen H. Ring, P.C.**                                **Greenberg Traurig, LLP**


_____/s/_____                    _____/s/_____
Stephen H. Ring                                          Sanford M. Saunders, Jr.
506 Main Street, Suite 215                               2101 L Street, Suite 1000
Gaithersburg, Maryland 20878                             Washington, DC, 20037
301 563 9249  (telephone)                                202 331 3120 (telephone)
301 563 9639 (facsimile)                                 202 331 3101 (facsimile)
USDC# 00405                                              USDC #4734
Attorney for Beyond Systems, Inc.                        Attorney for World Avenue USA, LLC

Signature of Mr. Saunders above is pursuant to authority from Mr. Saunders to Mr. Ring for purposes of this filing.

_____/s/_____
Stephen H. Ring