**IN THE U.S. DISTRICT COURT FOR MARYLAND,**
**SOUTHERN DIVISION**

| | |
|---|---|
| BEYOND SYSTEMS, INC.           )<br>                                                        )<br>        Plaintiff                             )<br>        v.                                      )<br>                                                        )<br>WORLD AVENUE USA, LLC, et al.  )<br>        Defendants                       )<br>_____ ) | Case No.PJM 08 cv 0921 |

**DEFENDANT WORLD AVENUE USA, LLC'S INTERIM SEALING MOTION AND**
**INCORPORATED MEMORANDUM OF LAW**

Defendant WORLD AVENUE USA, LLC ("World Avenue"), pursuant to the Stipulated Order Regarding Confidentiality of Discovery Materials ("Confidentiality Order") [DE 97] and Local Rule 104(13) and 105(11), hereby moves to file under seal on an interim basis certain materials referenced in its Reply Memorandum ("Reply Memorandum") In Support of Its Sealed Motion to Challenge Plaintiff Beyond Systems, Inc.'s Designation of 68,300 Documents As Confidential And For Sanctions. In further support thereof, World Avenue states as follows:

1.    World Avenue is challenging the confidential designation affixed by BSI to 68,300 documents produced in discovery that are the critical pieces of evidence in this case. Pursuant to the Confidentiality Order, BSI had designated this critical evidence "Confidential."

2.    Although World Avenue strongly opposes the designation of the 68,300 e-mails, which comprise perhaps in excess of 100,000 pieces of paper, as "Confidential," World Avenue must respect BSI's designation until otherwise adjudicated.

3.    A copy of the unredacted portions of the Reply Memorandum are being tendered to the Clerk of Court marked SEALED PURSUANT TO ORDER OF COURT DOCKET

1

ENTRY 97 in *Beyond Systems, Inc. v. World Avenue USA, LLC*, *etc. et al.,* Case No. PJM 08 cv 0921.

    4.    Accordingly, World Avenue requests that the materials referred to in the text of its Reply Memorandum be accepted as "Confidential" on an interim basis until otherwise adjudicated.

    **WHEREFORE,** World Avenue USA, LLC respectfully requests the entry of an Order accepting the sealed filing until otherwise adjudicated, together with such other and further relief that this Court deems just and proper.

Dated:  November 16, 2009.

          Respectfully submitted,

          *Attorneys for World Avenue USA, LLC*

          GREENBERG TRAURIG, LLP

          Sanford M. Saunders, Jr., Esq.
          USDC, MD #4734
          saunderss@gtlaw.com
          Nicoleta Burlacu, Esq.
          BurlacuN@gtlaw.com
          *Admitted Pro Hac Vice*
          GREENBERG TRAURIG, LLP
          2101 L Street, NW, Suite 1000
          Washington, DC 20037
          Telephone:  202-331-3100
          Facsimile:  202-331-3101

          --and--

          */s/ John L. McManus*_____

          Kenneth Horky, Esq.
          Florida Bar No. 691194
          horkyk@gtlaw.com
          John L. McManus, Esq.
          Florida Bar No. 0119423
          mcmanusj@gtlaw.com
          *Admitted Pro Hac Vice*
          GREENBERG TRAURIG, LLP
          401 East Las Olas Boulevard, Suite 2000
          Fort Lauderdale, FL 33301
          Telephone: 954-765-0500
          Facsimile:  954-765-1477