**IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION**

| | |
|---|---|
| BEYOND SYSTEMS, INC. )<br>    Plaintiff )<br>)<br>v. )<br>)<br>WORLD AVENUE USA, LLC, et al. )<br>    Defendants )<br>_____ ) | Case No.PJM 08 cv 0921 |

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Defendant World Avenue USA, LLC's Motion for Order To Show Cause Why Non-Party Alton K. Burton shall not be held in contempt of Court, which alleges that Non-Party Alton K. Burton has failed to comply with the Court's Order dated September 23, 2009 ("September 23, 2009 Order"). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on November \_\_\_\_\_, 2009 at \_\_\_\_\_ a.m./p.m. Non-Party Alton K. Burton shall personally appear before the Court and shall show good cause before this Court why he should not be held in Contempt of Court for failure to comply with the September 23, 2009 Order. It is further

**ORDERED AND ADJUDGED** that the service of this Order upon counsel for Non-Party Alton K. Burton through CM/ECF shall be deemed sufficient service upon Non-Party Alton K. Burton himself.

**DONE AND ORDERED** on this _____ day of November 2009.

_____
U.S. MAGISTRATE JUDGE

<u>Copies furnished to:</u>

All counsel of record