IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

BEYOND SYSTEMS, INC.          )
                              )
    Plaintiff                 )
    v.                        )    Case No.PJM 08 cv 0921
                              )
WORLD AVENUE USA, LLC, et al. )
                              )
    Defendants                )
                              )
_____

## JOINT STIPULATION REGARDING DISCOVERY DATES

Pursuant to Fed. R. Civ. P. 29 and Local Rule 105.9 the parties, though their respective counsel, stipulate and agree as follows:

Responses to pending interrogatories and document requests in merits discovery, for both sides, are due on January 8, 2010.

Defendants do not oppose the filing of Plaintiff's motion to compel regarding jurisdictional discovery, including any reply memorandum, on the extended date of December 18, 2009, without prejudice to Defendants' position on World Avenue Holdings, LLC's Motion to Dismiss for Lack of Personal Jurisdiction.

Two motions to quash (Defendant's Motion to Quash at docket 104 and Third-party Defendants' Motion to Quash at docket 106) should be deemed ripe for review as well.

This stipulation does not affect any other filing dates and does not affect the timing of any other events.

**Stephen H. Ring, P.C.**                          **Greenberg Traurig, LLP**


_____/s/_____                    _____/s/_____
Stephen H. Ring                                   Sanford M. Saunders, Jr.
506 Main Street, Suite 200                        2101 L Street, Suite 1000
Gaithersburg, Maryland 20878                      Washington, DC, 0037
301 563 9249 (telephone)                          202 331 3120 (telephone)
301 563 9639 (facsimile)                          202 331 3101 (facsimile)

Attorney for Beyond Systems, Inc.                 Attorney for World Avenue USA,
                                                  LLC and World Avenue
                                                  Management, Inc.


                                                  _____/s/_____
                                                      Electronic signature of Mr.
                                                  Saunders applied by Mr. Ring with
                                                  authority from Mr. Saunders.