## IN THE U.S. DISTRICT COURT FOR MARYLAND,
## SOUTHERN DIVISION

BEYOND SYSTEMS, INC.                    *
                                        *
    Plaintiff                    *
                                        *
    v.                           *     **Case No. PJM 08 cv 0921**
                                        *
WORLD AVENUE USA, LLC                   *
successor by merger to NIUTECH, LLC.,   *
DBA  THE USEFUL,  ET AL.                *
                                        *
    Defendants                   *

### MOTION FOR EXPEDITED RULING

Plaintiff requests an expedited ruling on its Motion to Strike at d. 143, and if that motion

is denied, on Defendant World Avenue USA, LLC's Motion for Extension of Time to Comply

with Joint Deadline for Reciprocal Exchange of Discovery and Electronically Stored Information

Deposition and for Protective Order at d. 142, opposition at d.144.  The main event at stake is a

deposition of World Avenue USA, LLC in Miami, Florida set for the previously agreed date of

January 14, 2010.  Plaintiff respectfully requests a conference call for a telephonic hearing on

these motions on January 12 or 13 if the Court's calendar will permit.  Due to the shortness of

time, defendant's counsel has not yet been consulted on the timing of this request.


_____/s/_____                    January 10, 2010
Stephen H. Ring
STEPHEN H. RING, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249

_____/s/_____

Michael S. Rothman
E. Jefferson Street
Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

## **Certificate of Service**

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.

_____/s/_____

Stephen H. Ring