# IN THE U.S. DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC. )<br>　　　Plaintiff　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>WORLD AVENUE USA, LLC, et al. )<br>　　　Defendants　　　　　　　)<br>_____ ) | Case No.PJM 08 cv 0921 |

**DEFENDANT WORLD AVENUE USA, LLC'S AND WORLD AVENUE HOLDINGS, LLC'S SUPPLEMENTAL NOTICE OF FILING IN SUPPORT OF THEIR REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR EXTENSION OF TIME TO COMPLY WITH JOINT DEADLINE FOR RECIPROCAL EXCHANGE OF DISCOVERY AND ELECTRONICALLY STORED INFORMATION DEPOSITION <u>AND FOR PROTECTIVE ORDER</u>**

Defendants WORLD AVENUE USA, LLC and WORLD AVENUE HOLDINGS, LLC hereby submit this Supplemental Notice of Filing in support of their submit their Reply Memorandum in Support of their Motion for Extension of Time To Comply With Joint Deadline For Reciprocal Exchange of Discovery and Electronically Stored Information Deposition and For Protective Order.  *See* DE 142, 149.

　　　1.　　Declaration of Homer Appleby, Esq.

Dated:  January 11, 2010.

>Respectfully submitted,
>
>Sanford M. Saunders, Jr., Esq.
>USDC, MD #4734
>saunderss@gtlaw.com
>Nicoleta Burlacu, Esq.
>BurlacuN@gtlaw.com
>*Admitted Pro Hac Vice*
>GREENBERG TRAURIG, LLP
>2101 L Street, NW, Suite 1000
>Washington, DC 20037
>Telephone:  202-331-3100
>Facsimile:  202-331-3101
>
>--and--
>
>_____/s/_John L. McManus__
>Kenneth Horky, Esq.
>Florida Bar No. 691194
>horkyk@gtlaw.com
>John L. McManus, Esq.
>Florida Bar No. 0119423
>mcmanusj@gtlaw.com
>*Admitted Pro Hac Vice*
>GREENBERG TRAURIG, P.A.
>401 East Las Olas Boulevard, Suite 2000
>Fort Lauderdale, FL 33301
>Telephone: 954-765-0500
>Facsimile:  954-765-1477
>
>*Attorneys for World Avenue USA, LLC and World Avenue Holdings, LLC*