IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

BEYOND SYSTEMS, INC.　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　　＊
　　　Plaintiff　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　　＊
　　　v.　　　　　　　　　　　　　　　　＊　　Case No. PJM 08 cv 0921
　　　　　　　　　　　　　　　　　　　　＊
WORLD AVENUE USA, LLC　　　　　　　　＊
successor by merger to NIUTECH, LLC.,　　 ＊
DBA "THE USEFUL," ET AL.　　　　　　　 ＊
　　　　　　　　　　　　　　　　　　　　＊
　　　Defendants　　　　　　　　　　　　＊

### Affidavit of Paul A. Wagner Regarding
### Count of Emails Containing Certain Business Names and Domain Names

I, Paul A. Wagner, state the following under oath:

1.　I am over the age of 18 years and have personal knowledge of the matters stated herein. I am the president of Beyond Systems, Inc.

2.　I have searched the 68,300 emails that initially gave rise to this suit and have found the following numbers of emails containing the following trade names and domain names:

17476 emails contain: superbrewards
12087 emails contain: national survey panel
9709 emails contain: yoursmartrewards
9086 emails contain: mypremiumrewards
4858 emails contain: consumer incentive promotions
4079 emails contain: your smart rewards
3471 emails contain: consumer taste panel
3469 emails contain: productopinionpanel
2831 emails contain: nationalsurveypanel
1180 emails contain: brand survey panel
906 emails contain: nationalsurveypanel.com
341 emails contain: superb rewards
292 emails contain: emarket research
264 emails contain: market research group
264 emails contain: emarket research group
134 emails contain: onlinegiftrewards
131 emails contain: superbrewards.com
126 emails contain: onlinegiftrewards.com
116 emails contain: emarketresearch


EXHIBIT 3

82 emails contain: emarketresearchgroup
79 emails contain: topconsumergifts.com
78 emails contain: brandsurveypanel
74 emails contain: emarketresearchgroup.com
66 emails contain: exclusivegiftcards
61 emails contain: premium holiday gifts
60 emails contain: yoursmartrewards.com
56 emails contain: my exclusive rewards
50 emails contain: product research panel
39 emails contain: national issue panel
38 emails contain: america's top brands
37 emails contain: consumerincentivepromotion
36 emails contain: consumerincentivepromotions.com
36 emails contain: exclusive gift cards
36 emails contain: hotgiftzone
34 emails contain: online gift rewards
33 emails contain: consumertastepanel
26 emails contain: exclusivegiftcards.com
23 emails contain: theuseful
21 emails contain: consumertastepanel.com
21 emails contain: my choice rewards
18 emails contain: topgiftincentives
17 emails contain: my cool rewards
17 emails contain: premium products online
16 emails contain: yourmp3player.com
15 emails contain: mycoolrewards
14 emails contain: 123specialgifts
12 emails contain: myselectgifts
11 emails contain: hot gift zone
11 emails contain: my premium rewards
9 emails contain: premiumproductsonline
8 emails contain: get special gifts
8 emails contain: getspecialgifts
8 emails contain: myexclusiverewards
7 emails contain: topgiftincentives.com
6 emails contain: americas top brands
6 emails contain: mysupremerewards
6 emails contain: mysupremerewards.com
5 emails contain: exclusivegiftcenter
5 emails contain: hotgiftzone.com
4 emails contain: 123specialgifts.com
4 emails contain: nationalissuepanel
4 emails contain: premiumproductsonline.com
3 emails contain: online survey panel

Plaintiff's Exhibit 23

3 emails contain: product opinion panel
3 emails contain: your exclusive rewards
3 emails contain: exprewards
3 emails contain: mycoolrewards.com
3 emails contain: programrewardcenter
2 emails contain: incentivereward
2 emails contain: my supreme rewards
2 emails contain: mypremiumrewards.com
2 emails contain: brandsurveypanel.com
2 emails contain: incentiverewardcenter
2 emails contain: mypremiumrewards.com
1 emails contain: americastopbrands
1 emails contain: americastopbrands.com
1 emails contain: get a gift online
1 emails contain: igotmyfreegift
1 emails contain: incentive reward
1 emails contain: incentive reward center
1 emails contain: productresearchpanel
1 emails contain: holidayshoppingrewards.com
1 emails contain: mychoicerewards
1 emails contain: myexclusiverewards.com
1 emails contain: surveyrewards.com
1 emails contain: yourexclusiverewards
1 emails contain: yourexclusiverewards.com

    I solemnly declare and affirm under the penalties of perjury that the foregoing statements are true and correct.

_____
Paul A. Wagner

December 22, 2008

Plaintiff's Exhibit 23