IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC.         )<br>                              )<br>    Plaintiff                )<br>    v.                       )<br>                              )<br>WORLD AVENUE USA, LLC, et al. )<br>    Defendants                )<br>_____) | Case No.PJM 08 cv 0921 |

**DEFENDANT WORLD AVENUE USA, LLC'S INTERIM SEALING MOTION AND
<u>INCORPORATED MEMORANDUM OF LAW</u>**

Defendant WORLD AVENUE USA, LLC ("World Avenue"), pursuant to the Stipulated Order Regarding Confidentiality of Discovery Materials ("Confidentiality Order") [DE 97] and Local Rule 104(13) and 105(11), hereby moves to file under seal on an interim basis certain materials referenced in its Motion to Quash Plaintiff, BSI's Subpoena to Non-Party DNS Made Easy.  In further support thereof, World Avenue states as follows:

1.  World Avenue is moving to quash a Subpoena to a Non-Party and is filing in support of its Motion certain materials that it had designated pursuant to the Confidentiality Order as "Confidential."

2.  A copy of the unredacted portions of the Motion are being tendered to the Clerk of Court marked SEALED PURSUANT TO ORDER OF COURT DOCKET ENTRY 97 in *Beyond Systems, Inc. v. World Avenue USA, LLC, etc. et al.,* Case No. PJM 08 cv 0921.

3.  Accordingly, World Avenue requests that the materials attached to its Motion be accepted as "Confidential" on an interim basis until otherwise adjudicated.

1

**WHEREFORE,** World Avenue USA, LLC respectfully requests the entry of an Order accepting the sealed filing until otherwise adjudicated, together with such other and further relief that this Court deems just and proper.

Dated: February 5, 2010.

        Respectfully submitted,

        *Attorneys for World Avenue USA, LLC*

        GREENBERG TRAURIG, LLP

        Sanford M. Saunders, Jr., Esq.
        USDC, MD #4734
        saunderss@gtlaw.com
        Nicoleta Burlacu, Esq.
        BurlacuN@gtlaw.com
        *Admitted Pro Hac Vice*
        GREENBERG TRAURIG, LLP
        2101 L Street, NW, Suite 1000
        Washington, DC 20037
        Telephone: 202-331-3100
        Facsimile: 202-331-3101

        --and--

        */s/ John L. McManus*

        Kenneth Horky, Esq.
        Florida Bar No. 691194
        horkyk@gtlaw.com
        John L. McManus, Esq.
        Florida Bar No. 0119423
        mcmanusj@gtlaw.com
        *Admitted Pro Hac Vice*
        GREENBERG TRAURIG, LLP
        401 East Las Olas Boulevard, Suite 2000
        Fort Lauderdale, FL 33301
        Telephone: 954-765-0500
        Facsimile: 954-765-1477