# EXHIBIT 1

### IN THE U.S. DISTRICT COURT FOR MARYLAND
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| Plaintiff, | * | Case No. 8:08-cv-00921-PJM |
| v. | * | |
| **WORLD AVENUE USA, LLC et al** | * | |
| Defendants. | * | |

## PLAINTIFF'S RESPONSE TO DEFENDANT WORLD AVENUE USA, LLC'S REQUEST FOR COPIES

Pursuant to Defendant World Avenue USA, LLC's ("WORLD AVENUE") Request for Copies served on February 1, 2009 via email, Plaintiff Beyond Systems, Inc. ("BSI"), by and through undersigned counsel, hereby responds that it is providing the following under separate cover letter to Sanford M. Saunders, Jr. by electronic mail :

1)   signed subpoenas issued by Plaintiff to all third parties;  and

2)   any documents its has received thus far pursuant to said subpoena.

This will confirm that WORLD AVENUE has received copies and responses of all outstanding subpoenas and responses.

Respectfully submitted,

*Attorneys for Plaintiff Beyond Systems, Inc.*

_____/s/_____
Michael Rothman (USDC-MD Bar No. 14568)
Law Office of Michael S. Rothman

                                                                                                             401 E. Jefferson Street, Suite 201
Rockville, MD  20850
mike@mikerothman.com
Phone: (301) 251-9660
Fax: (301) 251-9610

                                                                  _____/s/_____
Stephen H. Ring (USDC-MD Bar No. 00405)
Law Offices of Stephen H. Ring, P. C.
20300 Seneca Meadows Parkway, Suite 200
Germantown, Maryland  20876
(301) 540-8180
shr@ringlaw.us

Dated:  February 8, 2010

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 8th day of February 2010, a copy of the foregoing was served by electronic mail, upon the below-named counsel :

Sanford M. Saunders, Jr., Esq.
GREENBERG TRAURIG, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC  20037
saunderss@gtlaw.com

Nicoleta Burlacu, Esq. (admitted pro hac vice)
GREENBERG TRAURIG, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC  20037
burlacun@gtlaw.com

Kenneth Horky, Esq.
GREENBERG TRAURIG, LLP
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL  33301
horkeyk@gtlaw.com

John L. McManus, Esq.
GREENBERG TRAURIG, LLP
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL  33301
mcmanusj@gtlaw.com

*Attorneys for World Avenue USA, LLC*

                                    _____/s/_____
                                             Michael S. Rothman