IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC, ET AL.** | * | |
| | * | |
| Defendants | * | |

## MOTION FOR EXTENSION OF TIME

Plaintiff moves for an extension of time for the joinder of additional parties to the new date of March 8, 2010, and states as follows:

1.  By stipulation and order at docket 155, 156 the deadline for joinder of parties was extended to February 27, 2010.

2.  By virtue of the weekend, the deadline of February 27, 2010 effectively becomes Monday, March 1, 2010.

3.  Plaintiff took the ESI deposition of Defendant World Avenue USA, LLC (WAUSA) as planned on February 18, 2010.

4.  Plaintiff requests a further extension of one week for the joinder deadline due to filing deadlines in matters pending in this Court and in other courts during the week of March 1, 2010, and in order to evaluate information obtained at the deposition on February 18, 2010, in making the final determination of which additional parties should be joined in this action, and to finalize the necessary filings. The extension requested will not adversely affect any other filing deadlines or events in this case.

5. Plaintiff's counsel (Mr. Ring) has exchanged emails with Defendants' counsel (Mr. Saunders) on the subject of this motion, seeking his consent. Mr. Ring interprets Mr. Saunders' communications as requiring concessions regarding unrelated issues before the requested consent will be given. Rather than overstate or misstate consent from the opposing party, Plaintiff has elected to file this motion is filed without any representation as to consent from the opposition.

Wherefore, Plaintiff requests an extension to March 8, 2010 for joinder of additional parties.

_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249
Facsimile: 301-563-9639

_____/s/_____
Michael S. Rothman
E. Jefferson Street, Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

## Certificate of Service

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.

_____/s/_____
Stephen H. Ring