IN THE UNITED STATES DISTRICT COURT FOR MARYLAND,
SOUTHERN DISTRICT

BEYOND SYSTEMS, INC., )
)
   Plaintiff, )
)
          v. ) Case No. PJM 08 cv 0921
)
WORLD AVENUE USA, LLC, *et al*., )
)
   Defendants. )

**Affidavit of Paul A. Wagner Regarding
Count of Emails Containing Certain Business Names and Domain Names**

I, Paul A. Wagner, state the following under oath:

I am over the age of 18 years and have personal knowledge of the matters stated herein. I am the president of Beyond Systems, Inc.

I have searched the 68,300 emails that initially gave rise to this suit and have found the following numbers of emails containing the following trade names and domain names:

17476 emails contain: SuperbRewards
12087 emails contain: National Survey Panel
9709 emails contain: YourSmartRewards
9086 emails contain: MyPremiumRewards
4858 emails contain: Consumer Incentive Promotions
4079 emails contain: Your Smart Rewards
3471 emails contain: Consumer Taste Panel
3469 emails contain: ProductOpinionPanel
2831 emails contain: NationalSurveyPanel
1180 emails contain: Brand Survey Panel
906 emails contain: NationalSurveyPanel.com
341 emails contain: Superb Rewards
292 emails contain: eMarket Research
264 emails contain: Market Research Group
264 emails contain: eMarket Research Group
134 emails contain: OnlineGiftRewards
131 emails contain: SuperbRewards.com
126 emails contain: OnlineGiftRewards.com

1

116 emails contain: eMarketResearch
82 emails contain: eMarketResearchGroup
79 emails contain: TopConsumerGifts.com
78 emails contain: BrandSurveyPanel
74 emails contain: eMarketResearchGroup.com
66 emails contain: ExclusiveGiftCards
61 emails contain: Premium Holiday Gifts
60 emails contain: YourSmartRewards.com
56 emails contain: My Exclusive Rewards
50 emails contain: Product Research Panel
39 emails contain: National Issue Panel
38 emails contain: America's Top Brands
37 emails contain: ConsumerIncentivePromotion
36 emails contain: ConsumerIncentivePromotions.com
36 emails contain: Exclusive Gift Cards
36 emails contain: HotGiftZone
34 emails contain: Online Gift Rewards
33 emails contain: ConsumerTastePanel
26 emails contain: ExclusiveGiftCards.com
23 emails contain: TheUseful
21 emails contain: ConsumerTastePanel.com
21 emails contain: My Choice Rewards
18 emails contain: TopGiftIncentives
17 emails contain: My Cool Rewards
17 emails contain: Premium Products Online
16 emails contain: YourMP3Player.com
15 emails contain: MyCoolRewards
14 emails contain: 123SpecialGifts
12 emails contain: MySelectGifts
11 emails contain: Hot Gift Zone
11 emails contain: My Premium Rewards
9 emails contain: PremiumProductsOnline
8 emails contain: Get Special Gifts
8 emails contain: GetSpecialGifts
8 emails contain: MyExclusiveRewards
7 emails contain: TopGiftIncentives.com
6 emails contain: Americas Top Brands
6 emails contain: MySupremeRewards
6 emails contain: MySupremeRewards.com
5 emails contain: ExclusiveGiftCenter
5 emails contain: HotGiftZone.com
4 emails contain: 123SpecialGifts.com
4 emails contain: NationalIssuePanel
4 emails contain: PremiumProductsOnline.com
3 emails contain: Online Survey Panel
3 emails contain: Product Opinion Panel

3 emails contain: Your Exclusive Rewards
3 emails contain: ExpRewards
3 emails contain: MyCoolRewards.com
3 emails contain: ProgramRewardCenter
2 emails contain: IncentiveReward
2 emails contain: My Supreme Rewards
2 emails contain: MyPremiumRewards.com
2 emails contain: BrandSurveyPanel.com
2 emails contain: IncentiveRewardCenter
2 emails contain: MyPremiumRewards.com
1 emails contain: AmericasTopBrands
1 emails contain: AmericasTopBrands.com
1 emails contain: Get A Gift Online
1 emails contain: IGotMyFreeGift
1 emails contain: Incentive Reward
1 emails contain: Incentive Reward Center
1 emails contain: ProductResearchPanel
1 emails contain: HolidayShoppingRewards.com
1 emails contain: MyChoiceRewards
1 emails contain: MyExclusiveRewards.com
1 emails contain: SurveyRewards.com
1 emails contain: YourExclusiveRewards
1 emails contain: YourExclusiveRewards.com

Exhibit 38 lists (1) the original set of domain names, trade names and addresses from which Plaintiff's Exhibit 23 was derived; (2) a list of World Avenue domain names obtained from a Google search of "operated by Net Radiance"; (3) domains obtained by performing reverse lookups on IP addresses used by multiple World Avenue companies, 213.200.112.* and 66.7.179.*; and (4) domain names found by a reverse DNS lookup on a domain used by Kitara Media, coolpremiumsnow.com (at 69.17.220.125).

On January 19, 2010, per Exhibit 47, I captured pages from the professional networking website called LinkedIn.com showing World Avenue officers and employees employed simultaneously at multiple World Avenue companies.

I solemnly declare and affirm under the penalties of perjury that the foregoing statements are true and correct.

_____          March 8, 2010
Paul A. Wagner