**IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION**

| | |
|---|---|
| **BEYOND SYSTEMS, INC.** | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   **Case No. PJM 08 cv 0921** |
| | * |
| **WORLD AVENUE USA, LLC, ET AL.** | * |
| | * |
| Defendants | * |

**PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S "SUPPLEMENTAL FILINGS" AT D. 174 AND 180**

Plaintiff moves to strike Defendant's attempts to file "supplemental authority" at docket entries 174 and 180.  The filing at 174, which relies in part on information that was available to counsel in December, 2009, is transparently a vehicle to insert additional argument, without any prior leave of court.  Also, the filing at 174 relies on information that defendant's counsel had in December, 2009 in the Kraft Foods case, as the docket shows that counsel receives ECF copies from that case.  The filing at d. 180 is not "supplemental authority," but simply more argument.

_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249
Facsimile: 301-563-9639

           /s/
Michael S. Rothman
E. Jefferson Street, Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

## Certificate of Service

    I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.


           /s/
Stephen H. Ring