UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0393
FAX (301) 344-0394

March 18, 2010

**VIA ELECTRONIC FILING**

Stephen Howard Ring, Esq.
Stephen H. Ring, PC
506 Main Street, Suite 215
Gaithersburg, MD 20878

Michael Stephen Rothman, Esq.
Law Office of Michael S. Rothman
401 East Jefferson Street, Suite 201
Rockville, MD 20850

Sanford M. Saunders, Jr, Esq.
Nicoleta Burlacu, Esq
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037

John L. McManus, Esq.
Kenneth A. Horky, Esq.
Greenberg Traurig, PA
401 East Las Olas Blvd, Suite 2000
Fort Lauderdale, FL 33301

Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
    Civil Action No.: PJM-08-921

Dear Counsel:

The Court has received Defendant's March 15, 2010 letter requesting a telephone hearing (Docket Item No. 186) ("Request for Hearing") and Plaintiff's Motion by Non-Party Respondent Alton K. Burton for Protective Order and for Postponement of Disposition (Docket Item No. 188) ("Motion for Protective Order"). A telephone hearing was held on March 17, 2010 to address the issues raised in both the Request for Hearing and Motion for Protective Order. For the reasons stated during the telephone hearing, the Court GRANTS IN PART the Motion for Protective Order.

The Court orders that the deposition of Alton K. Burton and inspection of his residence/office shall occur within seven days of April 15, 2010. Both the inspection and the deposition shall occur on the same day, though they may occur in different locations. Plaintiff's counsel shall inform the Court and Defendant's counsel of Mr. Burton's availability for deposition and inspection by noon on March 18, 2010. Despite the informal nature of this letter, it should be docketed as an Order of the Court.

Very truly yours,

_____/s/_____
Charles B. Day
United States Magistrate Judge

CBD/ec