IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| | ) | |
|    Plaintiff | ) | |
|    v. | ) | Case No.PJM 08 cv 0921 |
| | ) | |
| WORLD AVENUE USA, LLC, et al. | ) | |
|    Defendants | ) | |
| _____ | ) | |

**DEFENDANT WORLD AVENUE USA, LLC'S INTERIM SEALING MOTION AND INCORPORATED MEMORANDUM OF LAW**

Defendant WORLD AVENUE USA, LLC ("WAUSA"), pursuant to the Stipulated Order Regarding Confidentiality of Discovery Materials ("Confidentiality Order") [DE 97] and Local Rule 104(13) and 105(11), hereby moves to file under seal on an interim basis its Motion to Compel Deposition of Non-Party William J. Wagner. In further support thereof, WAUSA states as follows:

1. WAUSA is filing a Motion to Compel Deposition of Non-Party William J. Wagner.

2. WAUSA is filing in support of its Motion certain materials that BEYOND SYSTEMS, INC. ("BSI") or non-parties had designated pursuant to the Confidentiality Order as "Confidential." These include Exhibits 12 and 17. Additionally, the time within which BSI had to designate Exhibit 18 as Confidential has not yet expired. Further, there are references to each of the foregoing throughout the text of the Motion. Accordingly, the Motion should be filed under seal.

3. Accordingly, World Avenue requests that the Motion and the materials attached to its Motion be accepted as "Confidential" on an interim basis until otherwise adjudicated.

**WHEREFORE,** World Avenue USA, LLC respectfully requests the entry of an Order accepting the sealed filing until otherwise adjudicated, together with such other and further relief that this Court deems just and proper.

Dated:  March 22, 2010.

    Respectfully submitted,

    *Attorneys for World Avenue USA, LLC*

    GREENBERG TRAURIG, LLP

    Sanford M. Saunders, Jr., Esq.
    USDC, MD #4734
    saunderss@gtlaw.com
    Nicoleta Burlacu, Esq.
    BurlacuN@gtlaw.com
    *Admitted Pro Hac Vice*
    GREENBERG TRAURIG, LLP
    2101 L Street, NW, Suite 1000
    Washington, DC 20037
    Telephone:  202-331-3100
    Facsimile:  202-331-3101

    --and--

    */s/ John L. McManus*
    Kenneth Horky, Esq.
    Florida Bar No. 691194
    horkyk@gtlaw.com
    John L. McManus, Esq.
    Florida Bar No. 0119423
    mcmanusj@gtlaw.com
    *Admitted Pro Hac Vice*
    GREENBERG TRAURIG, P.A.
    401 East Las Olas Boulevard, Suite 2000
    Fort Lauderdale, FL 33301
    Telephone: 954-765-0500
    Facsimile:  954-765-1477