**IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION**

| | |
|---|---|
| **BEYOND SYSTEMS, INC.** | • |
| | • |
| Plaintiff | • |
| | • |
| v. | • **Case No. PJM 08 cv 0921** |
| | • |
| **WORLD AVENUE USA, LLC, ET AL.** | • |
| | • |
| Defendants | • |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff moves for an extension of time, nunc pro tunc, for the filing of Plaintiff's reply in response to the Opposition (at DE 184) of non-party DNSMadeEasy.com, LLC to Plaintiff's motion to enforce subpoena (at DE 166). The original due date for the reply was March 29, 2010. Plaintiff filed a reply memorandum at DE 198, approximately 25 minutes after midnight, resulting in a filing date of March 30, 2010. Plaintiff wishes to withdraw the filing at DE 198 and replace it with a new reply memorandum, to be filed no later than March 31, 2010. Non party DNSMadeEasy, and Defendants, through their respective counsel, have consented to the extension sought in this motion. A related motion at DE 159 has been fully briefed.

The extension sought here will not work prejudice against any party or non-party, and will not affect any other dates.

_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249 Facsimile: 301-563-9639

_____/s/_____
Michael S. Rothman
E. Jefferson Street, Suite 201

Rockville, MD 20850

Phone: (301) 251-9660  Fax: (301) 251-9610

*Attorneys for Plaintiff*

## Certificate of Service

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.


_____/s/_____
Stephen H. Ring