# IN THE U.S. DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

BEYOND SYSTEMS, INC.         )
                             )
   Plaintiff                 )
   v.                        )   Case No.PJM 08 cv 0921
                             )
WORLD AVENUE USA, LLC, et al. )
   Defendants                )
_____ )

## DEFENDANT, WORLD AVENUE USA, LLC'S NOTICE OF WITHDRAWAL OF NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO ENFORCE COURT ORDER AT DOCKET ENTRY 212 AND FOR SANCTIONS

Defendant, WORLD AVENUE USA, LLC ("WAUSA") hereby files its Notice of Withdrawal of its Notice of Supplemental Authority [DE 238] in support of its Motion to Enforce Court Order at Docket Entry 212 And For Sanctions against Plaintiff, BEYOND SYSTEMS, INC. WAUSA requests the Clerk of Court to strike the same from the record.

Dated: May 23, 2010.

FTL 107706873v1 May 23, 2010

Respectfully submitted,

*Attorneys for World Avenue USA, LLC*

GREENBERG TRAURIG, LLP

  */s John L. McManus*
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477