# IN THE U.S. DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC.        )<br>                                               )<br>     Plaintiff                            )<br>     v.                                    )<br>                                               )<br>WORLD AVENUE USA, LLC, et al. )<br>     Defendants                      )<br>_____ ) | Case No. PJM 08 cv 0921 |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to the orders issued on April 28 and May 6, 2009, Plaintiff, Beyond Systems, Inc. and Defendant, World Avenue USA, LLC, through their undersigned counsel, respectfully request that the Court modify the deadlines set forth in the Pretrial Scheduling Order.

The scheduling order was last modified in November, 2009. Given the status of discovery and the pending motions, the current deadlines are not practical. The parties disagree as to whether any deadlines that have already passed should be revived, but have agreed to the following proposed changes:

| Event | Prior deadline | Requested new deadline |
|---|---|---|
| Discovery deadline; submission of status report | June 21, 2010 | November 15, 2010 |
| Requests for admission | July 7, 2010 | November 30, 2010 |
| Dispositive pretrial motions | July 27, 2010 | December 22, 2010 |
| Pretrial conference | To be set | To be set |


| **Stephen H. Ring, P.C.** | **Greenberg Traurig, LLP** |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Stephen H. Ring | Sanford M. Saunders, Jr. |
| 506 Main Street, Suite 215 | 2101 L Street, Suite 1000 |
| Gaithersburg, Maryland 20878 | Washington, DC, 20037 |
| 301 563 9249  (telephone) | 202 331 3120 (telephone) |
| 301 563 9639 (facsimile) | 202 331 3101 (facsimile) |
| USDC# 00405 | USDC #4734 |
| Attorney for Beyond Systems, Inc. | Attorney for World Avenue USA, LLC |

Digital signature of Mr. Saunders applied by authority of Mr. Saunders given via email on May 26, 2010

_____/s/_____
Stephen H. Ring