**IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION**

| | |
|---|---|
| **BEYOND SYSTEMS, INC.** | • |
| | • |
| Plaintiff | • |
| | • |
| v. | • **Case No. PJM 08 cv 0921** |
| | • |
| **WORLD AVENUE USA, LLC, ET AL.** | • |
| | • |
| Defendants | • |

**CONSENT MOTION FOR EXTENSION OF TIME**

Third-pary Defendants James Joseph Wagner and Hypertouch, Inc. move for an extension of time for the filing of their opposition to Defendant/Third-party Plaintiff's motion to compel at Docket Entry 230, to the new date of Tuesday, June 8, 2010.  Defendant has stated its consent in the attached email exchange.

The extension sought here will not work prejudice against any party or non-party, and will not affect any other dates.


              /s/
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249  Facsimile: 301-563-9639

              /s/
Michael S. Rothman
E. Jefferson Street, Suite 201
Rockville, MD 20850
Phone: (301) 251-9660  Fax: (301) 251-9610
*Attorneys for Plaintiff*

## Certificate of Service

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.

_____/s/_____
Stephen H. Ring