IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

BEYOND SYSTEMS, INC.           )
                               )
    Plaintiff                  )
    v.                         )    Case No. PJM 08 cv 0921
                               )
WAUSA USA, LLC, et al.         )
                               )
    Defendants.                )
                               )

**DECLARATION OF NOLAN CHURCH IN SUPPORT OF WORLD AVENUE USA, LLC'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, NOLAN CHURCH, being of full age, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. My name is Nolan Church. I am over the age of 18 years of age. This Declaration is based upon my personal knowledge.

2. On April 1, 2010, I conducted a videotaped inspection of a residence at 1612 Sherwood Road, Silver Spring, Maryland 20902. A true and correct duplicate of that videotape is attached as Exhibit 3 to the Saunders Declaration.

3. On April 2, 2010, I conducted a videotaped inspection of a residence at 38 Maryland Ave, Unit 333, Rockville, MD 20850. A true and correct duplicate of that videotape is attached as Exhibit 6 to the Saunders Declaration.

4. The above videotaped inspections were conducted using a Panasonic DVC20P video camera. Prior to the inspection, I checked the equipment to be certain that it was functioning properly. The equipment performed properly during the inspection. Following the inspection, I used standard procedures to make an exact duplicate of the videotape using Windows and TMPge video software.

5. The contents of the above-described videotapes fairly and accurately depict the condition of each of the properties videotaped on the dates identified. I maintain in my possession, custody, and control the original videotape, and I can provide that original videotape to the Court if so required.

Further, Declarant (s) says not.

June 7, 2010

_____
Nolan Church