IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

BEYOND SYSTEMS, INC.            )
                                )
    Plaintiff                   )
    v.                          )   Case No. PJM 08 cv 0921
                                )
WORLD AVENUE USA, LLC, et al.   )
    Defendants                  )
_____)

**DEFENDANT, WORLD AVENUE USA, LLC'S NOTICE OF FILING DEPOSITIONS UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, WORLD AVENUE USA, LLC, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby gives notice of filing under seal (and subject to its Motion to Challenge Confidentiality Designations) the following depositions in support of its Motion for Partial Summary Judgment on Count I of the Amended Complaint filed by Plaintiff, BEYOND SYSTEMS, INC.

1. Deposition of Paul A. Wagner taken September 17, 2009.

2. Deposition of Alton K. Burton taken May 4, 2010.

3. Deposition of William J. Wagner taken April 5, 2010.

Dated: June 11, 2010.

                    Respectfully submitted,

                    *Attorneys for World Avenue USA, LLC*

                    GREENBERG TRAURIG, LLP

                    /s/ Saunders (N.B.)
                    Sanford M. Saunders, Jr., Esq.
                    USDC, MD #4734
                    saunderss@gtlaw.com
                    Nicoleta Burlacu, Esq.

BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477