## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:08-cv-00921 (PJM) (CBD) |
| WORLD AVENUE USA, LLC, *et al.* | ) ) | |
| Defendants. | ) ) | |

### DEFENDANT WORLD AVENUE USA, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FOURTH REQUEST FOR PRODUCTION

Defendant World Avenue USA, LLC hereby moves to compel the production of documents responsive to its Fourth Request for Production issued to Plaintiff Beyond Systems, Inc. on grounds set forth in its Memorandum of Points and Authorities.

**WHEREFORE**, WORLD AVENUE USA, LLC respectfully requests that the Court overrule BEYOND SYSTEMS, INC.'s objections, compel the complete production of all responsive documents in the ordinary course of business or label them to correspond to the categories of the Fourth Request, issue an award of sanctions under Rule 37, and for such other and further relief as the Court deems just and appropriate.

Dated: May 14, 2010.

        Respectfully submitted,

        *Attorneys for World Avenue USA, LLC*

           /s John L. McManus
        Sanford M. Saunders, Jr., Esq.
        USDC, MD #4734
        saunderss@gtlaw.com
        Nicoleta Burlacu, Esq.
        BurlacuN@gtlaw.com
        *Admitted Pro Hac Vice*
        GREENBERG TRAURIG, LLP
        2101 L Street, NW, Suite 1000
        Washington, DC 20037
        Telephone: 202-331-3100
        Facsimile: 202-331-3101

        --and--

        Kenneth Horky, Esq.
        Florida Bar No. 691194
        horkyk@gtlaw.com
        John L. McManus, Esq.
        Florida Bar No. 0119423
        mcmanusj@gtlaw.com
        *Admitted Pro Hac Vice*
        GREENBERG TRAURIG, P.A.
        401 East Las Olas Boulevard, Suite 2000
        Fort Lauderdale, FL 33301
        Telephone: 954-765-0500
        Facsimile: 954-765-1477