UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

June 23, 2010

**VIA ELECTRONIC FILING**

Stephen Howard Ring, Esquire
Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878

Michael S. Rothman, Esquire
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, Maryland 20850

Sanford M. Saunders, Jr., Esquire
Nicoleta Burlacu, Esquire
Greenberg Traurig
2101 L Street, NW, Suite 1000
Washington, DC 20037

John L. McManus, Esquire
Kenneth A. Horky, Esquire
Greenberg Traurig
401 E Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC.
      Civil Action No. PJM-08-921

Dear Counsel:

  Pursuant to the referral of this case to me for resolution of discovery disputes, the Court has received Plaintiff's Motion to Compel Non-Party DNSMADEEASY.COM, LLC to Respond Fully to Subpoena for Document Production, and for Contempt, and for Sanctions ("Plaintiff's Motion")(Docket Item No. 166). The Court has reviewed Plaintiff's Motion and the opposition and reply thereto. No hearing is deemed necessary. Local Rule 105.6 (D. Md.). The Court hereby GRANTS IN PART Plaintiff's Motion.

  In large measure the issues raised in Plaintiff's Motion have been addressed under this Court's Order of April 16, 2010, resolving Defendant World Avenue USA, LLC's Motion to Quash Plaintiff BSI's Subpoena Issued to Non-Party DNSMADEEASY found at Docket Item No. 159. For purposes of clarity, the Court herein reaffirms the rulings made in that matter. Non-party DNSMADEEASY.COM, LLC ("DNS") will be required to produce responsive documents limited to those entities identified in the Amended Complaint and specifically set forth in Paul A. Wagner's Declaration Under Oath as being directly related to World Avenue USA, LLC, its former or current employees, officers, agents, and representatives. Said information shall be produced pursuant to the Stipulated Confidentiality Order that is on record in this action. As Plaintiff has withdrawn its request for sanctions, no sanctions shall be issued.

*Beyond Systems v World Avenue*
June 23, 2010
Page 2 of 2

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                           Very truly yours,

                                                  /s/

                                           Charles B. Day
                                           United States Magistrate Judge

cc:    Glenn C. Etelson, Esquire
        Shulman, Rogers, Gandal, Pordy & Ecker, PA
        12505 Park Potomac Avenue - 6th Floor
        Potomac, Maryland  20854