IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

BEYOND SYSTEMS, INC.          )
                              )
    Plaintiff                 )
    v.                        )    Case No.PJM 08 cv 0921
                              )
WORLD AVENUE USA, LLC, et al. )
    Defendants                )
_____)

## WORLD AVENUE USA, LLC'S NOTICE OF FILING IN A RELATED MATTER

In response to Non-Party, William J. Wagner's ("Mr. Wagner") Notice of Compliance [DE 289], Defendants, World Avenue USA, LLC ("WAUSA") respectfully notifies the Court it has filed an Opposition and Addendum to Mr. Wagner's Renewed Motion for Sanctions in the matter of *World Avenue USA, LCC, et al. v. William J. Wagner*, 1:09-mc-00557 pending in the District Court of Columbia. For the reasons set forth therein, WAUSA contends Mr. Wagner's Motion is meritless and seeks an award directing Mr. Wagner pay the costs and attorney's fees associated with the taken of deposition and filing the Motion to Compel, as well as opposing the Renewed Motion for Sanctions.

Attached to this Notice are copies of the Opposition and Addendum [DE 11 and 13] and the exhibits in support thereof.

Dated: July 2, 2010                    Respectfully submitted,

Attorneys for *World Avenue USA, LLC*

GREENBERG TRAURIG, LLP

  /s
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734

saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477