# EXHIBIT 7

# Initial Expert Report of Dr. Neal Krawetz

## Beyond Systems, Inc., v. World Avenue U.S.A., LLC, et al. District Court for Maryland, Southern Division. Case No. 8:08-cv-00921-PJM

March 31, 2010
Revision 0.1

## THIS REPORT IS SUBJECT TO CHANGE AS ADDITIONAL INFORMATION BECOMES AVAILABLE OR IS CLARIFIED.

Initial Expert Report of Dr. Neal Krawetz





Initial Expert Report of Dr. Neal Krawetz



Initial Expert Report of Dr. Neal Krawetz



Initial Expert Report of Dr. Neal Krawetz



Initial Expert Report of Dr. Neal Krawetz





Initial Expert Report of Dr. Neal Krawetz













Initial Expert Report Rebuttal of Dr. Neal Krawetz

## Initial Expert Report Rebuttal of Dr. Neal Krawetz

## Beyond Systems, Inc., v. World Avenue U.S.A., LLC, et al. District Court for Maryland, Southern Division. Case No. 8:08-cv-00921-PJM

June 1, 2010
Revision 1.0

## THIS REPORT IS SUBJECT TO CHANGE AS ADDITIONAL INFORMATION BECOMES AVAILABLE OR IS CLARIFIED.

Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz



Initial Expert Report Rebuttal of Dr. Neal Krawetz

