**IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC** | * | |
| successor by merger to NIUTECH, LLC., | * | |
| **DBA "THE USEFUL," ET AL.** | * | |
| Defendants | * | |

Exhibits to Plaintiff's Opposition to Defendant WAUSA's
Motion for Partial Summary Judgment

G-1    Legislative history of MCEMA

G-2    Articles of Incorporation of BSI, 1996, stamped by SDAT

G-3    Declaration of Paul A. Wagner, July 2010

G-4    Website at http://somd.com/somd.us

G-5    Web page at www.olg.com

G-6    Krawetz report, March 31, 2010, pp. 14-15

G-7    Whois lookup, hypertouch.com

G-8    Yahoo servers, website

G-9    Schlotter deposition, pp 1, 169, 170, 171

G-10   Server registration with Speakeasy showing Sherwood

G-11   Domain Tools, linkcenter

G-12   Joker.com confirmation of ownership of linkcenter.net, change

G-13   same, Castalia.net

G-14   Declaration of James Joseph Wagner, July 16, 2010

G-15   Copies of hard mail forwarded from Wheaton

G-16   Burton deposition excerpts, pp. 1, 42, 43, 56, 62, 63, 69

G-17   William Wagner deposition excerpts, pp. 1, 133-134

G-18   Paul Wagner deposition excerpts, pp. 1, 131, 132


_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249


_____/s/_____
Michael S. Rothman
401 E. Jefferson Street
Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

## Certificate of Service

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.

_____/s/_____
Stephen H. Ring