IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>WORLD AVENUE USA, LLC, et al.,<br><br>                    Defendants. | Case No. 8:08-CV-00921-PJM<br><br>The Honorable Peter J. Messitte<br><br>Magistrate Judge Charles B. Day |

**CONNEXUS'S WITHDRAWAL OF OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO INTERVENE TO ACCESS SEALED FILINGS AND IMPROPERLY DESIGNATED MATERIALS, TO CHALLENGE CONFIDENTIALITY, AND FOR OTHER RELIEF**

Connexus withdraws its Opposition to Beyond Systems, Inc.'s ("BSI") Motion for Extension of Time [Paper No. 358]. After Connexus filed its opposition, and presumably in recognition of the arguments made therein, BSI filed its opposition to Connexus's Motion to Intervene [Paper No. 360]. Therefore, BSI's Motion for Extension is moot as to Connexus.

Respectfully submitted,

Dated:  July 26, 2010

/s/
J. Douglas Baldridge (US DC-MD Bar No. 11023)
Lisa Jose Fales (US DC-MD Bar No. 08141)
Ari N. Rothman (US DC-MD Bar No. 17560)
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004-1601
(202) 344-4000 (phone)
(202) 344-8300 (fax)
jdbaldridge@venable.com
ljfales@venable.com
anrothman@venable.com
*Attorneys for Connexus Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2010, a copy of the foregoing *Connexus's Withdrawal of Opposition to Plaintiff's Motion for Extension of Time to File Opposition to Motion to Intervene to Access Sealed Filings and Improperly Designated Materials, to Challenge Confidentiality, and for Other Relief* was filed electronically in accordance with the Court's CM/ECF procedures, and served upon the below-named counsel via the Court's electronic filing notification system except where otherwise indicated:

Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main St., Suite 215
Gaithersburg, MD  20878-6571
shr@ringlaw.us

Mike Rothman
Law Office of Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville MD  20850
mike@mikerothman.com
*Counsel for Plaintiff Beyond Systems, Inc.*

Sanford M Saunders , Jr
John L McManus
Kenneth A Horky
Nicoleta Burlacu
Greenberg Traurig LLP
2101 L St NW Ste 1000
Washington, DC 20037

*Counsel for Defendants*

                                            /s/
                                    Ari N. Rothman