# IN THE U.S. DISTRICT COURT FOR MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC.           ) | |
|                                ) | |
|     Plaintiff                  ) | |
|     v.                         ) | Case No. PJM 08 cv 0921 |
|                                ) | |
| WORLD AVENUE USA, LLC, et al.  ) | |
|     Defendants                 ) | |
| _____  ) | |

## DEFENDANT/THIRD PARTY PLAINTIFF WORLD AVENUE USA, LLC'S NOTICE OF NON-OBJECTION TO THIRD PARTY DEFENDANT JAMES JOSEPH WAGNER AND HYPERTOUCH, INC.'S MOTION FOR EXTENSION FOR FILING REPLY MEMORANDUM AT DE 362

Defendant/Third Party Plaintiff, WORLD AVENUE USA, LLC ("WAUSA") hereby gives notice that it has no objection to the Motion of Third Party Defendants, JAMES JOSEPH WAGNER ("Wagner") and HYPERTOUCH, INC. ("Hypertouch") for an extension of time to file their Reply Memorandum in Support of their Motion to Dismiss the Third Party Complaint at DE 263. WAUSA requests that the Court grant the relief sought in the Motion.

Dated:  July 26, 2010.

>Respectfully submitted,
>
>*Attorneys for World Avenue USA, LLC*
>
>
>  /s/ *Sanford M. Saunders, Jr.*
>Sanford M. Saunders, Jr., Esq.
>USDC, MD #4734
>saunderss@gtlaw.com
>Nicoleta Burlacu, Esq.
>BurlacuN@gtlaw.com
>*Admitted Pro Hac Vice*
>GREENBERG TRAURIG, LLP
>2101 L Street, NW, Suite 1000
>Washington, DC 20037
>Telephone:  202-331-3100
>Facsimile:  202-331-3101
>
>--and--
>
>Kenneth Horky, Esq.
>Florida Bar No. 691194
>horkyk@gtlaw.com
>John L. McManus, Esq.
>Florida Bar No. 0119423
>mcmanusj@gtlaw.com
>*Admitted Pro Hac Vice*
>GREENBERG TRAURIG, P.A.
>401 East Las Olas Boulevard, Suite 2000
>Fort Lauderdale, FL 33301
>Telephone: 954-765-0500
>Facsimile:  954-765-1477