IN THE U.S. DISTRICT COURT FOR MARYLAND
SOUTHERN DIVISION

BEYOND SYSTEMS, INC.                          *
                                              *
            **Plaintiff**                     *
                                              *
      **v.**                                  *         **Case No. PJM 08-cv-0921**
                                              *
WORLD AVENUE U.S.A., LLC                      *
successor by merger to NIUTECH, LLC.,         *
dba "The Useful"et al.                        *
                                              *
            **Defendants.**                   *
                                              *
_____       *

### AFFIDAVIT OF MICHAEL S. ROTHMAN

I, Michael S. Rothman, being of full age, pursuant to 28 U.S.C. § 1746, hereby

declare under penalty of perjury as follow :

1.      I make this affidavit upon personal knowledge, I am over the age of

eighteen (18) years old, and I am competent to testify to the matters stated herein.

2.      I am the sole attorney and principal owner of The Law Office of Michael

S. Rothman located in Rockville, Maryland, and was so employed during all of 2010.

3.      I am also co-counsel for Beyond Systems, Inc. in the underlying matter,

along with Stephen Ring.

4.      On or about January 8, 2010, I directed Ms. Ornitz to prepare non-party

subpoenas to be issued to the following entities in this case :   Experian/Consumer Info

(Resident Agent), Experian (aka Star Club Rewards) ( *two different addresses*), Citibank

Mastercard, BMG Music Service, Columbia House (*two different addresses*), Rhapsody

America, LLC, Account Now, LLC, Direct Brands, Inc, StyleMyHouse, LLC, America

Online, Inc, Direct TV, Intersection, Inc, Body Sculpture, Tassimodirect, Blockbuster

Online DVD Rental, Kraft Food, Inc, Dish Network, Discover Financial Services,

Vonage, Match.com, and Netflix.

      5.      That same day I caused twenty-three (23) subpoenas to be mailed to these

entities at their addresses of record.  I know this because I have the proofs of mailing in

my possession.

      6.      Unbeknownst to me, the electronic file used to create the non-party

subpoenas was saved using Adobe Acrobat <u>Reader</u> software, which by design is not the

full version of the Adobe Acrobat software and cannot and save information to the file.

      7.      On *February 1, 2010*, Defendant served Plaintiff with a "Request for

Copies", seeking copies of the non-party subpoenas issued by Plaintiff.  *See* MTD, Ex. 4.

      8.      As a result, I directed Mr. Ornitz to use the office's ScanSnap Scanner to

scan in the original subpoenas in our file to create an electronic copy of all original non-

party subpoenas that we had sent to the recipients to send to Defendant, pursuant to their

Request for Copies.

      9.      At that time, Ms. Ornitz informed me that we had inadvertently mailed

twelve (12) of the <u>original</u> subpoenas signed in blue ink to the non-party recipients.  The

remaining eleven (11) subpoenas in Counsel's possession were originals.  *See* **Exhibit A**.

      10.     For the twelve (12) original subpoenas signed in blue ink that were

missing, I directed Ms. Ornitz to re-print the exact same subpoena that had been sent out

to non-party recipients on January 8, 2010, for the purposes of re-signing <u>just</u> the subpoena in blue ink without changes.

11.     Once Ms. Ornitz re-opened the original files for printing, however, she informed me that previously stored Adobe Acrobat Reader files containing electronic copies of the original non-party subpoenas would not print using the Acrobat Reader software then installed.  She was, however, able to open and print the <u>same</u> documents using another .pdf reader in order to print ("Preview").

12.     I asked Mr. Ornitz to describe the process by which she planned to re-create only the **<u>first</u> <u>two</u> <u>pages</u>** of the non-party subpoenas for me to re-sign in blue ink (Attachment A, including the Definitions, and Instructions were <u>not</u> to change).

13.     Ms. Ornitz explained to me that she was able to use another .pdf reader ("Preview") to open the electronic files of the non-party subpoenas to re-print only the two-page subpoenas.  The Preview program, however, changed the "check mark" shown on the left side of Defendant's MTD, Figure 1, to a "circle" on the shown on the right side of Defendant's MTD, Figure 1.

14.     Ms. Ornitz provided me with electronic files containing what I believed to be the **<u>first</u> <u>two</u> <u>pages</u>** all of all twenty-three (23) non-party subpoenas *duces tecum* issued.

15.     For the twelve (12) non-party subpoenas in which the originals were inadvertently sent to the recipients, I re-signed the first page of what we believed to be the <u>exact</u> <u>same</u> subpoenas *duces tecum* (including the Attachment A) issued to those same non-parties on January 8, 2010.  An exact electronic copy of the first two pages of the

twelve (12) non-party subpoenas in which the originals were inadvertently sent to the recipients is attached here as **Exhibit A**.

16.     I electronically compiled the "Attachment A" saved in each of the twenty-three (23) files that I created on my <u>office</u> computer for each non-party recipient, with the electronic copy of the signed two-page subpoena sent to me by Ms. Ornitz to create a complete file for emailing to the Defendant.  At the time, I believe that I was merely compiling an electronic copy of the subpoena that had been previously sent to each non-party recipient on January 8th.

17.     Between February 5th and 7th, the Washington Metropolitan area received ***nearly twenty (20) inches of snow***, closing most area facilities.  During the blizzard, I worked from my <u>home</u> computer much of the time.  My email records also indicate that I sent multiple copies of the subpoenas, including the Attachment A's, between both my home and office computer during that time.

18.     On February 8th, I forwarded Defendant's Counsel complete copies of the electronic files of the non-party subpoenas from my <u>office</u> computer.  In my Response, I noted that BSI was serving "signed subpoenas issued by Plaintiff to all third parties;  and 2)  any documents it has received thus far pursuant to said subpoena.  This will confirm that WORLD AVENUE has received copies and responses of all outstanding subpoenas and responses."  *See* MTD, Ex. 14.

19.     In examining the Attachment A of Exhibit 14 (0087-DirectBrands) with Exhbit 23, BSI (Non-Party Subpoena Responses) 000032, the Attachment A's are not the same.

4

20.     This was an <u>unintentional</u> error on my part in appending the wrong version of Attachment A from my files to the first two pages of the signed subpoenas to non-party recipients.

21.     The Properties creation date listed in Defendant's Figure 2 appears to be correct.  Our office uses a ScanSnap Scanner in which hard copies of documents can be scanned to create electronic .pdf files.  A creation date between February 3rd (or a modification date of February 8th) would comport with my understanding of the facts.

22.     On May 21, 2010, I personally mailed letters to all previous twenty-three (23) non-party subpoena recipients listed above to disregard the subpoenas originally sent.  A copy of those letters that I prepared and sent are appended to my declaration as **Exhibit B**.

23.     On Friday, May 22nd, I sent Defendant's Counsel a comprehensive "Compliance Letter" detailing my extensive efforts between February 1st and May 22nd to resolve any outstanding issues regarding the Court's April 12th Order [DE 212].  *See* MTD, Exhibit 22 [DE 323-23 (p. 3-5 of 71) (May 21st letter to Counsel bearing <u>files names</u> A-1 through A-8 and detailing the facts as just recited*, attached to Opp. MTD, Exhibit 1 ("the Compliance Letter")*.

24.     In accordance with the Compliance Letter and on the same day, May 22nd (*but in a different email and sixteen minutes later*), I sent Defendant's Counsel a copy of all the responses BSI had received from any non-party, *whether previously served upon WAUSA or not*, in an effort to resolve any remaining issues with WAUSA regarding compliance with DE 212.  *See* MTD, Ex. 23 [DE 323-24 (p. 2 of 76).

25.     Along with the Compliance Letter, I also sent a complete and detailed listing of all my contacts made with non-party subpoena recipients pursuant to the subpoenas issued on January 8th. A list of those contacts were contained in Exhibit A-8 to the Compliance Letter.

26.     I was unaware that any of the versions of the non-party subpoenas I sent to Defendant on February 8th were different in any respect from the subpoenas I actually sent to the non-party recipients on January 8th.

27.     Until the filing of the present motion, Defendant's Counsel did not alert Plaintiff's Counsel of any difference in the versions. Any difference in the two versions was entirely unintentional.

28.     I cannot locate a copy of the Vonage Letter; the Dish Network Letter; the Blockbuster Online DVD Letter; the Intersections, Inc. Letter; the Citibank Mastercard Letter; the AccountNow Letter; or the StyleMyHouse Letter referenced in Plaintiff's Non-Party Contact Chart attached to the Compliance Letter as Exhibit A-8 sent to the Defendant on May 22nd.

29.     I solemnly declare under penalty of perjury that the contents of the foregoing declaration are true and correct.

_Michael S Rothman_
Michael S. Rothman

Executed on :

_7/30/10_
Date

# EXHIBIT A

Issued by the

# UNITED STATES DISTRICT COURT

Beyond Systems, Inc., Plaintiff

DISTRICT OF _____ MARYLAND

World Avenue U.S.A., LLC, et al., Defendants

## SUBPOENA IN A CIVIL CASE

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: StyleMyHouse, LLC
135 Townsend St. Suite 626 San Fransisco, CA 94110
c/o Corporation Service Company, Resident Agent
2711 Centerville Rd Suite 400 Wilmington, DE 19808

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME    2/19/2010 |
|---|---|

☑ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *Michael S Rothman (Attorney for Plaintiff)* | DATE    1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER _____

ADDRESS OF SERVER _____

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

V.

World Avenue U.S.A., LLC, et al., Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO:  Direct Brands, Inc
     1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
     c/o Corporation Trust Company, Registered Agent
     1209 Orange St, Wilmington DE 19801

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE   Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME |
|---|---|
| | 2/19/2010 |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   ( Attorney for Plaintiffs) | DATE |
|---|---|
| | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Issued by the**

## UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Acoount Now, Inc
2711 Centerville Rd, Suite 400 Wilmington DE 19808
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd, Suite 400 Wilmington DE 19808

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE   Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME |
|---|---|
| | 2/19/2010 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman  (Attorney for Plaintiff)* | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | | PLACE |
|---|---|---|---|
| SERVED | | | |

| | |
|---|---|
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |

| | |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

le 45, Federal Rules of Civil Procedure, Parts C & D:

PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a poena shall take reasonable steps to avoid imposing undue burden or expense person subject to that subpoena. The court on behalf of which the subpoena issued shall enforce this duty and impose upon the party or attorney in breach is duty an appropriate sanction which may include, but is not limited to, lost ings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying designated books, papers, documents or tangible things, or inspection of ises need not appear in person at the place of production or inspection unless nanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to ice and permit inspection and copying may, within 14 days after service of ena or before the time specified for compliance if such time is less than 14 after service, serve upon the party or attorney designated in the subpoena n objection to inspection or copying of any or all of the designated materials he premises. If objection is made, the party serving the subpoena shall not itled to inspect and copy materials or inspect the premises except pursuant rder of the court by which the subpoena was issued. If objection has been the party serving the subpoena may, upon notice to the person commanded duce, move at any time for an order to compel the production. Such an to comply production shall protect any person who is not a party or an r of a party from significant expense resulting from the inspection and g commanded.

) (A) On timely motion, the court by which a subpoena was issued shall or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to o a place more than 100 miles from the place where that person resides, is ved or regularly transacts business in person, except that, subject to the ons of clause (c) (3) (B) (iii) of this rule, such a person may in order to

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

World Avenue U.S.A., LLC, et al., Defendants

## SUBPOENA IN A CIVIL CASE

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO:
Rhapsody America, LLC
11600 Sunrise Valley Dr. Suite 200 Reston VA 20191
c/o Real Networks, Inc, Resident Agent
11600 Sunrise Valley Dr. Suite 200 Reston VA 20191

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE    Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850 (301) 251-9660 | DATE AND TIME   2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman (Attorney for Plaintiffs)* | DATE   1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850 (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                        DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

World Avenue U.S.A., LLC, et al., Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Columbia House
1225 S. Market St Mechanicsburg PA 17055
c/o Belinda Showers, Resident Agent
1225 S. Market St Mechanicsburg PA 17055

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE  Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME  2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *Michael S Rothman  (Attorney for Plaintiffs* | DATE  1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
                        DATE                           SIGNATURE OF SERVER

                                                       _____
                                                       ADDRESS OF SERVER

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D:

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

World Avenue U.S.A., LLC, et al., Defendants

## SUBPOENA IN A CIVIL CASE

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO:  Columbia House (a.k.a. Direct Brands, Inc)
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE   Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME 2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman (Attorney for Plaintiff)* | DATE 1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

SAO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

V.

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: BMG Music Service (a.k.a. Direct Brands, Inc)
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME 2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman ( Attorney for Plaintiff)* | DATE 1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | | PLACE |
|---|---|---|---|
| SERVED | | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

_____

ADDRESS OF SERVER

_____

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Citibank Mastercard
399 Park Ave NY NY 10043
c/o The Corporation Trust Incorporated, Registered Agent
351 West Camden St, Baltimore MD 21201

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850 (301) 251-9660 | DATE AND TIME   2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman (Attorney for Plaintiff)* | DATE   1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | | PLACE |
|---|---|---|---|
| SERVED | | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
  DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF          MARYLAND

Beyond Systems, Inc., Plaintiff

World Avenue U.S.A., LLC, et al., Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Experian Information Solutions, I (a.k.a. Star Club Rewards)
475 Anton Blvd Costa Mesa, CA 92626
c/o The Corporation Trust Incorporated (resident agent)
351 West Camden St Baltimore MD 21201

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME   2/19/2010 |
|---|---|

☑ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman   (Attorney for Plaintiff)* | DATE   1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

ŜAO88 (Rev 1/94) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT

**DISTRICT OF**                                          MARYLAND

Beyond Systems, Inc., Plaintiff

World Avenue U.S.A., LLC, et al., Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Experian/ConsumerInfo.com
475 Anton Blvd Costa Mesa CA 92626
c/o The Corporation Trust Incorporated (resident agent)
351 West Camden St Baltimore MD 21201

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME |
|---|---|
|  | 2/19/2010 |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman (Attorney for Plaintiff)* | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

V.

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO:
Direct TV
2230 E. Imperial Hwy El Segundo CA 90245
c/o CSC Lawyers Incorporating Service Company
7 St. Paul St. Suite 1660 Baltimore MD 21202

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME   2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman* ( Attorney for Plaintiff) | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| | MANNER OF SERVICE |
|---|---|
| SERVED ON (PRINT NAME) | |

| | TITLE |
|---|---|
| SERVED BY (PRINT NAME) | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                    DATE                   SIGNATURE OF SERVER

                                          _____
                                           ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO:  America Online, Inc
     770 Broadway NY NY 10003
     c/o Corporation Service Company, Registered Agent
     2711 Centerville Rd, Suite 400 Wilmington DE 19808

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE   Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME  2/19/2010 |
| --- | --- |

☑ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman (Attorney for Plaintiff)* | DATE  1/8/2010 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME)                          MANNER OF SERVICE

SERVED BY (PRINT NAME)                          TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# EXHIBIT B

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

                                                    May 21, 2010

*VIA FIRST CLASS MAIL*

Discover Financial Services
2500 Lake Cook Rd Riverwoods, IL 60015
c/o The Corporation Trust Incorporated
351 West Camden St Baltimore MD 21201

          Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
                 Case No. PJM 08 cv 0921

To Whom It May Concern:

          Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

          If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                                        Very truly yours,

                                        *Michael Rothman*

                                        Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

America Online, Inc
770 Broadway NY NY 10003
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd, Suite 400 Wilmington DE 19808

      Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
              Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

StyleMyHouse, LLC
135 Townsend St. Suite 626 San Fransisco, CA 94110
c/o Corporation Service Company, Resident Agent
2711 Centerville Rd Suite 400 Wilmington, DE 19808

  Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
     Case No. PJM 08 cv 0921

To Whom It May Concern:

  Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

  If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

       Very truly yours,

       Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Direct Brands, Inc
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

     Re:   <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
              Case No. PJM 08 cv 0921

To Whom It May Concern:

     Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

     If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                 Very truly yours,

                 Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Acoount Now, Inc
2711 Centerville Rd, Suite 400 Wilmington DE 19808
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd, Suite 400 Wilmington DE 19808

      Re:   <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
             Case No. PJM 08 cv 0921

To Whom It May Concern:

      Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

      If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                    Very truly yours,

                    Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Rhapsody America, LLC
11600 Sunrise Valley Dr. Suite 200 Reston VA 20191
c/o Real Networks, Inc, Resident Agent
11600 Sunrise Valley Dr. Suite 200 Reston VA 20191

   Re: <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
      Case No. PJM 08 cv 0921

To Whom It May Concern:

   Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case.  A new subpoena will be forthcoming.  If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

   If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

         Very truly yours,

         Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Kraft Foods Global, Inc (a.k.a. Tassimodirect.com)
800 Westchester Ave Rye Brook NY 10573
c/o The Corporation Trust Incorporated, Registered Agent
351 West Camden St Baltimore MD 21201

> Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
>       Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Blockbuster Online DVD Rental
1201 Elm St Dallas TX 75270
c/o CSC Lawyers Incorporating Service Company (Resident Agent)
7 St. Paul St, Suite 1660 Baltimore MD 21202

      Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
              Case No. PJM 08 cv 0921

To Whom It May Concern:

     Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

     If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

               Very truly yours,

               Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Kraft Food, Inc
351 West Camden St Baltimore MD 21201
c/o The Corporation Trust Inc (resident agent)
351 West Camden St Baltimore MD 21201

     Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
            Case No. PJM 08 cv 0921

To Whom It May Concern:

     Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

     If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

               Very truly yours,

               Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Dish Network
7 St. Paul St Suite 1660 Baltimore MD 21202
c/o CSC Lawyers Incorporated Service Co (resident agent)
7 St. Paul St Suite 1660 Baltimore MD 21202

   Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
      Case No. PJM 08 cv 0921

To Whom It May Concern:

  Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

  If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

      Very truly yours,

      *Michael Rothman*

      Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Discover Financial Services
929 Barrington Dr. Waldorf MD 20602
c/o Dorothy Westberry (owner)
929 Barrington DR. Waldorf MD 20602

    Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
          Case No. PJM 08 cv 0921

To Whom It May Concern:

    Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

    If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Vonage
351 West Camden St Baltimore MD 21201
c/o The Corporation Trust Incorporated (resident agent)
351 West Camden St Baltimore MD 21201

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
      Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Match.com
836 Park Ave 2nd Floor Baltimore MD 21201
c/o National Registered Agents, Inc of MD (resident agent)
836 Park Ave 2nd Floor Baltimore MD 21201

      Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
             Case No. PJM 08 cv 0921

To Whom It May Concern:

      Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

      If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                  Very truly yours,

                  Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Netflix
836 Park Ave 2nd Floor Baltimore MD 21201
c/o National Registered Agents, Inc of MD (resident agent)
836 Park Ave 2nd Floor Baltimore MD 21201

> Re:   <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
>       Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Columbia House
1225 S. Market St Mechanicsburg PA 17055
c/o Belinda Showers, Resident Agent
1225 S. Market St Mechanicsburg PA 17055

      Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
             Case No. PJM 08 cv 0921

To Whom It May Concern:

     Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

     If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                Very truly yours,

                Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Columbia House (a.k.a. Direct Brands, Inc)
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

BMG Music Service (a.k.a. Direct Brands, Inc)
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

      Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
                Case No. PJM 08 cv 0921

To Whom It May Concern:

      Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

      If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                Very truly yours,

                Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Citibank Mastercard
399 Park Ave NY NY 10043
c/o The Corporation Trust Incorporated, Registered Agent
351 West Camden St, Baltimore MD 21201

      Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
              Case No. PJM 08 cv 0921

To Whom It May Concern:

      Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

      If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                  Very truly yours,

                  Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Experian/ConsumerInfo.com
475 Anton Blvd Costa Mesa CA 92626
c/o The Corporation Trust Incorporated (resident agent)
351 West Camden St Baltimore MD 21201

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
      Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case.  A new subpoena will be forthcoming.  If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Direct TV
2230 E. Imperial Hwy El Segundo CA 90245
c/o CSC Lawyers Incorporating Service Company
7 St. Paul St. Suite 1660 Baltimore MD 21202

      Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
                Case No. PJM 08 cv 0921

To Whom It May Concern:

    Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

    If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                    Very truly yours,

                    Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Intersections Inc
351 West Camden St Baltimore MD 21201
c/o The Corporation Trust Inc (resident agent)
351 West Camden St Baltimore MD 21201

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE:  (301) 251-9660
FACSIMILE:  (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Body Sculpture
2531 Uniontown Rd Westminster MD 21157
c/o David Krolicki (resident agent)
2531 Uniontown Rd Westminster MD 21157

     Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
               Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

Michael Rothman