IN THE U.S. DISTRICT COURT FOR MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **Case No. PJM 08-cv-0921** |
| | * | |
| **WORLD AVENUE U.S.A., LLC** | * | |
| **successor by merger to NIUTECH, LLC.,** | * | |
| **dba "The Useful"et al.** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

## AFFIDAVIT OF AMANDA L. ORNITZ

I, Amanda L. Ornitz, being of full age, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follow :

1.      I make this affidavit upon personal knowledge, I am over the age of eighteen (18) years old, and I am competent to testify to the matters stated herein.

2.      I am currently employed by The Law Office of Michael S. Rothman located in Rockville, Maryland, and was so employed during all of 2010.

3.      On January 8, 2010, I prepared twenty-three (23) Non-Party subpoenas to be issued to Experian Consume Info, Star Club Rewards (two different addresses), Citibank Mastercard, BMG Music Service, Columbia House (two different addresses), Rhapsody America, LLC, Account Now, LLC, Direct Brands, Inc, StyleMyHouse, LLC, America Online, Inc, Direct TV, Intersection, Inc, Body Sculpture, Tassimodirect, Blockbuster Online DVD Rental, Kraft Food, Inc, Dish Network, Discover Financial

Services, Vonage, Match.com, and Netflix using Adobe Acrobat and saved these files to my hard drive.

4.      As a result, I created an individual non-party subpoena file on my computer in anticipation of service -- saving each non-party subpoena to its own folder. Each original electronic file included a two-page .pdf version of the twenty-three (23) non-party subpoenas, with no Attachment A.

5.      That same day I mailed twenty-three (23) subpoenas to the non-party entities at their addresses of record.

6.      Unbeknownst to me, the electronic file used to create the non-party subpoenas was saved using Adobe Acrobat <u>Reader</u> software, which by design is not the full version of the Adobe Acrobat software and cannot and save information to the file.

7.      On *February 1, 2010*, Defendant served Plaintiff with a "Request for Copies", seeking copies of the non-party subpoenas issued by Plaintiff.  *See* MTD, Ex. 4.

8.      Thereafter, Mr. Rothman directed me to use the office's ScanSnap Scanner to scan in the original subpoenas in our files to create an electronic copy of all <u>original</u> non-party subpoenas that we had sent to the recipients to send to Defendant, pursuant to their Request for Copies.

9.      After originally mailing the non-party subpoenas on January 8, 2010, I realized that we had <u>inadvertently</u> mailed twelve (12) of the <u>original</u> twenty-three (23) subpoenas signed in blue ink to the non-party recipients.  The remaining eleven (11) subpoenas in Counsel's possession were originals. The copies of those subpoenas I sent are appended to my declaration as **Exhibit A**.

10.     Those twelve (12) subpoenas included the following :  StyleMyHouse, LLC, Direct Brands, Inc, Account Now, LLC, Rhapsody America, LLC, Columbia House (*two different addresses*), BMG Music Service, Citibank Mastercard, Star Club Rewards (Experian Info Solutions) (*two different addresses*), Direct TV, America Online, Inc.

11.     After alerting Mr. Rothman to the problem, he directed me to re-print the exact same two-page subpoena for the twelve (12) non-parties who had received the originals on January 8, 2010.

12.     When I re-opened the original files for printing, however, I realized that the saved Adobe Acrobat Reader files containing electronic copies of the original non-party subpoenas that I saved would not print using the Acrobat software.

13.     I explained to Mr. Rothman that I was able to use another .pdf reader ("Preview") to open the electronic files of the non-party subpoenas to re-print only the subpoenas.  However, the Preview application changed the "check mark" shown on the left side of Defendant's MTD, Figure 1, to a "circle" on the shown on the right side of Defendant's MTD, Figure 1.

14.     I provided Mr. Rothman with electronic files containing what I believed to be the **<u>first</u> <u>two</u> <u>pages</u>** all of the non-party subpoenas *duces tecum* issued.

15.     For the twelve (12) non-party subpoenas in which the originals were inadvertently sent to the recipients, I watch Mr. Rothman re-sign in blue ink the first page of what we believed to be the <u>exact</u> <u>same</u> subpoenas *duces tecum*, including the Attachment A, issued to those same non-parties on January 8, 2010.  An electronic copy

of the first two pages of the twelve (12) non-party subpoenas in which the originals were inadvertently sent to the recipients is attached here as **Exhibit A**.

16.     The Properties creation date listed in Defendant's Figure 2 is correct. The offices uses a ScanSnap Scanner in which to scan in documents and create electronic .pdf files. The information would comport with my understanding of the facts, and a creation date between February 3rd (and even a modification date of February 8th) would make perfect sense, as I would have scanned in the hard copies of those subpoenas then in my possession.

17.     On May 21, 2010, I prepared letters at Mr. Rothman's direction, to all previous non-party subpoena recipients listed above to disregard the subpoenas originally sent. A copy of those letters that I prepared are appended to my Declaration as **Exhibit B**.

18.     I was unaware that any of the versions of the non-party subpoenas I sent to Defendant on February 8th were different in any respect from the subpoenas I sent to the non-party recipients on January 8th.

19.     I solemnly declare under penalty of perjury that the contents of the foregoing declaration are true and correct.

Executed on :

_____
Amanda L. Ornitz

_7/30/10_
Date

4

# EXHIBIT A

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

World Avenue U.S.A., LLC, et al., Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: StyleMyHouse, LLC
135 Townsend St. Suite 626 San Fransisco, CA 94110
c/o Corporation Service Company, Resident Agent
2711 Centerville Rd Suite 400 Wilmington, DE 19808

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850 (301) 251-9660 | DATE AND TIME     2/19/2010 |
|---|---|

☑ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    *Michael S Rothman (Attorney for Plaintiff)* | DATE     1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850 (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
               DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

V.

World Avenue U.S.A., LLC, et al., Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Direct Brands, Inc
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE   Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME |
|---|---|
| | 2/19/2010 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman* ( Attorney for Plaintiffs) | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|
| SERVED | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------|-------|

| SERVED BY (PRINT NAME) | TITLE |
|------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

World Avenue U.S.A., LLC, et al., Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Acoount Now, Inc
2711 Centerville Rd, Suite 400 Wilmington DE 19808
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd, Suite 400 Wilmington DE 19808

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME |
|---|---|
| | 2/19/2010 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman* (Attorney for Plaintiff) | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|
| SERVED | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

le 45, Federal Rules of Civil Procedure, Parts C & D:

PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a oena shall take reasonable steps to avoid imposing undue burden or expense person subject to that subpoena. The court on behalf of which the subpoena is issued shall enforce this duty and impose upon the party or attorney in breach is duty an appropriate sanction which may include, but is not limited to, lost ings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying esignated books, papers, documents or tangible things, or inspection of ises need not appear in person at the place of production or inspection unless nanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to ice and permit inspection and copying may, within 14 days after service of oena or before the time specified for compliance if such time is less than 14 after service, serve upon the party or attorney designated in the subpoena n objection to inspection or copying of any or all of the designated materials he premises. If objection is made, the party serving the subpoena shall not itled to inspect and copy materials or inspect the premises except pursuant order of the court by which the subpoena was issued. If objection has been the party serving the subpoena may, upon notice to the person commanded duce, move at any time for an order to compel the production. Such an to comply production shall protect any person who is not a party or an r of a party from significant expense resulting from the inspection and ig commanded.

) (A) On timely motion, the court by which a subpoena was issued shall or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to o a place more than 100 miles from the place where that person resides, is red or regularly transacts business in person, except that, subject to the ons of clause (c) (3) (B) (iii) of this rule, such a person may in order to

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND _____

Beyond Systems, Inc., Plaintiff

World Avenue U.S.A., LLC, et al., Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO:  Rhapsody America, LLC
11600 Sunrise Valley Dr. Suite 200 Reston VA 20191
c/o Real Networks, Inc, Resident Agent
11600 Sunrise Valley Dr. Suite 200 Reston VA 20191

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME |
|---|---|
|  | 2/19/2010 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)     *Michael S Rothman (Attorney for Plaintiffs)* | DATE |
|---|---|
|  | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME)                          MANNER OF SERVICE

SERVED BY (PRINT NAME)                          TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

Columbia House
TO: 1225 S. Market St Mechanicsburg PA 17055
     c/o Belinda Showers, Resident Agent
     1225 S. Market St Mechanicsburg PA 17055

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME   2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman  (Attorney for Plaintiff)* | DATE   1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          ❮
                    DATE                      SIGNATURE OF SERVER

                                             ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

## SUBPOENA IN A CIVIL CASE

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Columbia House (a.k.a. Direct Brands, Inc)
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE    Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME |
|---|---|
| | 2/19/2010 |

○ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman* ( Attorney for Plaintiff ) | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME)                                    MANNER OF SERVICE

SERVED BY (PRINT NAME)                                    TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

DATE                                          SIGNATURE OF SERVER

ADDRESS OF SERVER

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply compliance shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

v.

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: BMG Music Service (a.k.a. Direct Brands, Inc)
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME 2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman ( Attorney for Plaintiff)* | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Citibank Mastercard
399 Park Ave NY NY 10043
c/o The Corporation Trust Incorporated, Registered Agent
351 West Camden St, Baltimore MD 21201

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE    Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850 (301) 251-9660 | DATE AND TIME |
|---|---|
| | 2/19/2010 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman (Attorney for Plaintiff)* | DATE |
|---|---|
| | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

_____          _____
DATE                              SIGNATURE OF SERVER

                                  _____
                                  ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Experian Information Solutions, I (a.k.a. Star Club Rewards)
475 Anton Blvd Costa Mesa, CA 92626
c/o The Corporation Trust Incorporated (resident agent)
351 West Camden St Baltimore MD 21201

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☑   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME |
| --- | --- |
| | 2/19/2010 |

☑   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| *Michael S Rothman* (Attorney for Plaintiff) | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

_____

ADDRESS OF SERVER

_____

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

World Avenue U.S.A., LLC, et al., Defendants

Case Number: [1] Dist Ct MD 08-cv-0921 (PJM)

TO: Experian/ConsumerInfo.com
475 Anton Blvd Costa Mesa CA 92626
c/o The Corporation Trust Incorporated (resident agent)
351 West Camden St Baltimore MD 21201

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE     Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660 | DATE AND TIME |
|---|---|
|  | 2/19/2010 |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman  (Attorney for Plaintiff)* | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| | |
|---|---|
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |

| | |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
          DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MARYLAND _____

Beyond Systems, Inc., Plaintiff

**SUBPOENA IN A CIVIL CASE**

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

TO: Direct TV
2230 E. Imperial Hwy El Segundo CA 90245
c/o CSC Lawyers Incorporating Service Company
7 St. Paul St. Suite 1660 Baltimore MD 21202

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE   Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850   (301) 251-9660 | DATE AND TIME   2/19/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Michael S Rothman* ( Attorney for Plaintiff ) | 1/8/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman, Esq. 401 East Jefferson St. Suite 201 Rockville MD 20850  (301) 251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                        DATE                                    SIGNATURE OF SERVER

                                                  _____
                                                  ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF                                    MARYLAND

Beyond Systems, Inc., Plaintiff

## SUBPOENA IN A CIVIL CASE

World Avenue U.S.A., LLC, et al., Defendants

Case Number:[1] Dist Ct MD 08-cv-0921 (PJM)

America Online, Inc
TO: 770 Broadway NY NY 10003
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd, Suite 400 Wilmington DE 19808

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE    Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660 | DATE AND TIME   2/19/2010 |
|---|---|

☑ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Michael S Rothman  (Attorney for Plaintiff)* | DATE   1/8/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael S. Rothman 401 East Jefferson St. Suite 201 Rockville MD 20850 (301)251-9660

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME)

MANNER OF SERVICE

SERVED BY (PRINT NAME)

TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# EXHIBIT B

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Discover Financial Services
2500 Lake Cook Rd Riverwoods, IL 60015
c/o The Corporation Trust Incorporated
351 West Camden St Baltimore MD 21201

Re:     Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
        Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

America Online, Inc
770 Broadway NY NY 10003
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd, Suite 400 Wilmington DE 19808

     Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
             Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

StyleMyHouse, LLC
135 Townsend St. Suite 626 San Fransisco, CA 94110
c/o Corporation Service Company, Resident Agent
2711 Centerville Rd Suite 400 Wilmington, DE 19808

> Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
>        Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case.  A new subpoena will be forthcoming.  If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Direct Brands, Inc
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

      Re:   <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
             Case No. PJM 08 cv 0921

To Whom It May Concern:

      Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

      If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                  Very truly yours,

                  Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Acoount Now, Inc
2711 Centerville Rd, Suite 400 Wilmington DE 19808
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd, Suite 400 Wilmington DE 19808

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
      Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Rhapsody America, LLC
11600 Sunrise Valley Dr. Suite 200 Reston VA 20191
c/o Real Networks, Inc, Resident Agent
11600 Sunrise Valley Dr. Suite 200 Reston VA 20191

      Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
              Case No. PJM 08 cv 0921

To Whom It May Concern:

      Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

      If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                   Very truly yours,

                   Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Kraft Foods Global, Inc (a.k.a. Tassimodirect.com)
800 Westchester Ave Rye Brook NY 10573
c/o The Corporation Trust Incorporated, Registered Agent
351 West Camden St Baltimore MD 21201

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
      Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Blockbuster Online DVD Rental
1201 Elm St Dallas TX 75270
c/o CSC Lawyers Incorporating Service Company (Resident Agent)
7 St. Paul St, Suite 1660 Baltimore MD 21202

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
        Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Kraft Food, Inc
351 West Camden St Baltimore MD 21201
c/o The Corporation Trust Inc (resident agent)
351 West Camden St Baltimore MD 21201

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
      Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case.  A new subpoena will be forthcoming.  If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

*Michael Rothman*

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Dish Network
7 St. Paul St Suite 1660 Baltimore MD 21202
c/o CSC Lawyers Incorporated Service Co (resident agent)
7 St. Paul St Suite 1660 Baltimore MD 21202

     Re:   <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
             Case No. PJM 08 cv 0921

To Whom It May Concern:

    Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

    If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                    Very truly yours,

                    Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Discover Financial Services
929 Barrington Dr. Waldorf MD 20602
c/o Dorothy Westberry (owner)
929 Barrington DR. Waldorf MD 20602

     Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
             Case No. PJM 08 cv 0921

To Whom It May Concern:

     Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case.  A new subpoena will be forthcoming.  If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

     If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                    Very truly yours,

                    Michael Rothman

# MICHAEL S. ROTHMAN
### ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Vonage
351 West Camden St Baltimore MD 21201
c/o The Corporation Trust Incorporated (resident agent)
351 West Camden St Baltimore MD 21201

     Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
              Case No. PJM 08 cv 0921

To Whom It May Concern:

    Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

    If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                    Very truly yours,

                    Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Match.com
836 Park Ave 2nd Floor Baltimore MD 21201
c/o National Registered Agents, Inc of MD (resident agent)
836 Park Ave 2nd Floor Baltimore MD 21201

Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
       Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Netflix
836 Park Ave 2nd Floor Baltimore MD 21201
c/o National Registered Agents, Inc of MD (resident agent)
836 Park Ave 2nd Floor Baltimore MD 21201

     Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
              Case No. PJM 08 cv 0921

To Whom It May Concern:

     Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

     If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

              Very truly yours,

              Michael Rothman

# MICHAEL S. ROTHMAN
ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Columbia House
1225 S. Market St Mechanicsburg PA 17055
c/o Belinda Showers, Resident Agent
1225 S. Market St Mechanicsburg PA 17055

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Columbia House (a.k.a. Direct Brands, Inc)
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
      Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

*Michael Rothman*

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

BMG Music Service (a.k.a. Direct Brands, Inc)
1 Penn Plaza 250 W. 34th St. 4th Floor NY NY 10119
c/o Corporation Trust Company, Registered Agent
1209 Orange St, Wilmington DE 19801

> Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
>         Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Citibank Mastercard
399 Park Ave NY NY 10043
c/o The Corporation Trust Incorporated, Registered Agent
351 West Camden St, Baltimore MD 21201

      Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
            Case No. PJM 08 cv 0921

To Whom It May Concern:

      Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

      If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                  Very truly yours,

                  Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Experian/ConsumerInfo.com
475 Anton Blvd Costa Mesa CA 92626
c/o The Corporation Trust Incorporated (resident agent)
351 West Camden St Baltimore MD 21201

Re:    Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
       Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

Michael Rothman

# MICHAEL S. ROTHMAN
ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Direct TV
2230 E. Imperial Hwy El Segundo CA 90245
c/o CSC Lawyers Incorporating Service Company
7 St. Paul St. Suite 1660 Baltimore MD 21202

     Re:   <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
           Case No. PJM 08 cv 0921

To Whom It May Concern:

    Please disregard the subpoena issued on January 8, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

    If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                Very truly yours,

                *Michael Rothman*

                Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Intersections Inc
351 West Camden St Baltimore MD 21201
c/o The Corporation Trust Inc (resident agent)
351 West Camden St Baltimore MD 21201

Re:   Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

Very truly yours,

Michael Rothman

# MICHAEL S. ROTHMAN

ATTORNEY AT LAW

401 EAST JEFFERSON STREET
SUITE 201
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 251-9660
FACSIMILE: (301) 251-9610
mike@mikerothman.com
www.mikerothman.com

May 21, 2010

*VIA FIRST CLASS MAIL*

Body Sculpture
2531 Uniontown Rd Westminster MD 21157
c/o David Krolicki (resident agent)
2531 Uniontown Rd Westminster MD 21157

      Re:    <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
              Case No. PJM 08 cv 0921

To Whom It May Concern:

Please disregard the subpoena issued on January 7, 2010, from Beyond Systems, Inc ("BSI") requesting documents pertaining to the above referenced case. A new subpoena will be forthcoming. If you have not yet responded to the subpoena, please hold all responsive documents until you receive the new subpoena.

If you have any questions or would like to discuss this matter further, you can reach me at (301) 251-9660.

                    Very truly yours,

                    Michael Rothman