IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC** | * | |
| successor by merger to NIUTECH, LLC., | * | |
| **DBA "THE USEFUL," ET AL.** | * | |
| | * | |
| Defendants | * | |

### SUBMISSION OF EXHIBITS TO REPLY MEMORANDUM AT DE 376

Plaintiff submits for filing the exhibits referenced in the Reply Memorandum that was timely filed at Docket Entry 376. The process of preparing the exhibits for ECF filing ran longer than expected. This filing of exhibits is now being made late on a Friday night, with no impact on any other deadlines. Plaintiff requests a short extension of time for this filing, for the additional time required to assemble and file the exhibits. The undersigned counsel has sent an email to defendants' counsel asking consent to this extension. The exhibits now submitted for filing are listed below.

### Exhibits to Plaintiff's Reply Memorandum

H-8 Declaration of Paul A. Wagner

H-9 Declaration of James Joseph Wagner

H-10  Declarations of Correa, Vargas in Stamps.com

H-11  Declaration of Correa, customer of Hypertouch

H-12 Declaration of Vargas, customer of Hypertouch

H-13 Declaration of Haller, customer of Hypertouch

H-14 Declaration of Smaby

H-15 Declaration of Bihn

H-16  Ralsky "Starbucks" incentive awards spam sent to Hypertouch's XO Networks email account

H-17  DNS lookups, Postini

H-18  hosting history of World Avenue's domain SuperbRewards.com, showing DNS services

H-19  ISP's offering Catch-All Addresses

H-20  August 19, 2009 letter to World Avenue from the Vietnam Forum Foundation

H-21 UPS store address


_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249
Facsimile: 301-563-9639
*Co-counsel for Plaintiff*

## Certificate of Service

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.


_____/s/_____
Stephen H. Ring