

# Beyond Systems, Inc.
1612 Sherwood Road
Silver Spring, MD 20902
(301) 351-3668



INVOICE NO: YWCH-001
DATE: February 28, 2002

**To:**
Young Woman's Christian Home
235 Second Street, NE
Washington, DC 20002

**Wireless Hub:**

| | |
|---|---:|
| HyperGain 8 dBiCompact Omni Antenna (length: 16 inches) | $154.95 |
| HyperAmp AGC 1 Watt outdoor amplifier | 812.95 |
| HyperGain 75-foot antenna cable | 110.95 |
| 2 HyperGain pigtail assemblies (@ $44.95) | 89.90 |
| Lucent Orinoco RG-1000 wireless access point | 299.95 |
| 2 APC Smart-UPS Net420VA (@ $169.95) | 339.90 |
| misc hardware | 30.00 |
| ywch.org domain registration ($11 per year) | + 11.00 |
| TOTAL: | $1849.60 |

**Clients:**

| | |
|---|---:|
| 8 ORiNOCO USB Client Silver Wireless NICs (@ 139.95) for Windows desktops | $1119.60 |
| 11 ORiNOCO Turbo Silver 11MB PC Cards (@ 89.95) for Windows and Macintosh laptops | 989.45 |
| 3 ORiNOCO indoor range extender antennas (@ 79.95) | 239.85 |
| 2 StarTech.com 2-port PCI USB card—MacOS/Windows (@ 20.00) | 40.00 |
| 1 Kingston KNE110TX PCI 10/100M ethernet card—MacOS/Windows | 20.00 |
| 1 6 foot Belkin USB extension cable | + 10.00 |
| TOTAL: | $2418.90 |

**Network printer/fax/copier/scanner:**

| | |
|---|---:|
| HP OfficeJet G85 All-in-One Color Inkjet Multi-Function Printer | $549.95 |
| 2 ORiNOCO Ethernet Converter bridges (@ 219.95 apiece) | 439.90 |
| 2 ethernet cables (@ 10.00 apiece) | 20.00 |
| HP JetDirect 300X OfficeConnect print server | 299.95 |
| 2 Hewlett Packard 51645A remanuf. black ink cartridge (@ 13.50) | 27.00 |
| 1 Hewlett Packard C6578A remanuf. color ink cartridge (@ 22.95) | + 22.95 |
| TOTAL: | $1359.75 |

**GRAND TOTAL (tax exempt)** $5628.25

Please remit check to:
  Beyond Systems, Inc.
  c/o 1837 R Street, NW
  Washington, DC 20009

Thanks!

*Paul A. Wagner*
Paul A. Wagner, President



# Beyond Systems, Inc.
1612 Sherwood Road
Silver Spring, MD 20902
(301) 351-3668



**INVOICE NO:** YWCH-002
**DATE: March 25, 2002**

**To:**
Young Woman's Christian Home
235 Second Street, NE
Washington, DC 20002

**Clients:**

| | |
|---|---:|
| 256 MB RAM (for Lori Lisiecki's PC) + shipping | $ 76.00 |
| -1 6 foot Belkin USB extension cable (NOT NEEDED—CREDIT) | - 10.00 |
| 2 ORiNOCO USB Client Silver Wireless NICs (@ 139.95) | 279.90 |
| 3 ORiNOCO Turbo Silver 11MB PC Cards (@ 89.95) | 269.85 |
| 2 ORiNOCO indoor range extender antennas (@ 79.95) | + 159.90 |
| | ======== |
| **GRAND TOTAL (tax exempt)** | **$ 775.65** |

Please remit check to:
    Beyond Systems, Inc.
    c/o 1837 R Street, NW
    Washington, DC 20009

Thanks!

*Paul A. Wagner*

_____
Paul A. Wagner, President

Paul A. Wagner



# Beyond Systems, Inc.
1612 Sherwood Road
Silver Spring, MD 20902
(301) 351-3668



INVOICE NO:   YWCH-003
DATE:   June 12, 2002

**To:**
Young Woman's Christian Home
235 Second Street, NE
Washington, DC 20002

**Clients:**
6 ORiNOCO Turbo Silver 11MB PC Cards (@ 89.95)   $ 539.70
                                                  ========
**GRAND TOTAL (tax exempt)**                      $ 539.70

Please remit check to:
 Beyond Systems, Inc.
 c/o 1837 R Street, NW
 Washington, DC 20009

Thanks!

_____
      Paul A. Wagner, President                            Paul A. Wagner



# Beyond Systems, Inc.
1612 Sherwood Road
Silver Spring, MD 20902
(301) 351-3668



INVOICE NO: YWCH-004
DATE: October 9, 2002

**To:**
Young Woman's Christian Home
235 Second Street, NE
Washington, DC 20002

**Clients:**

| | |
|---|---|
| 5 ORiNOCO Turbo Silver 11MB PC Cards (@ 79.95) | $ 399.75 |
| **GRAND TOTAL (tax exempt)** | **$ 399.75** |

Please remit check to:
  Beyond Systems, Inc.
  c/o 1837 R Street, NW
  Washington, DC 20009

Thanks!

*Paul A. Wagner*
_____
Paul A. Wagner, President

Paul A. Wagner



**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD  20817
(301) 351-3668



INVOICE NO:   YWCH-005
DATE:  February 4, 2009

**To:**
Young Woman's Christian Home
235 Second Street, NE
Washington, DC  20002

| | |
|---|---|
| Renewal of domain name registration for ywch.org until 2010-02-12 | $  12.00 |
| Administrative service fee | 1.00 |
| | ======== |
| **GRAND TOTAL (tax exempt)** | **$ 13.00** |

Please remit check payable to "Beyond Systems, Inc." to:
  Paul Wagner
  1837 R Street, NW
  Washington, DC  20009

Thanks!

_Paul A. Wagner_

_____
    Paul A. Wagner, President                                              Paul A. Wagner



**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD  20817
(301) 351-3668



INVOICE NO:   YWCH-006
DATE:   July 30, 2010

**To:**
Young Woman's Christian Home
235 Second Street, NE
Washington, DC  20002

|  |  |
|---|---|
| Renewal of domain name registration for ywch.org until 2011-02-12 | $  12.00 |
| Administrative service fee | 1.00 |
| **GRAND TOTAL (tax exempt)** | **$ 13.00** |

Please remit check payable to "Beyond Systems, Inc." to:
  Paul Wagner
  1837 R Street, NW
  Washington, DC  20009

Thanks!

*Paul A. Wagner* (signature)

———————————————————
   Paul A. Wagner, President                                        Paul A. Wagner