**Beyond Systems, Inc.**
11106 Veirs Mill Road
Suite L15-1000
Wheaton, MD  20902
(301) 933-8070



INVOICE NO: **KK-001**
DATE: **July 6, 2007**

**To:**
Keivan Khalichi
3627 Ransom Place
Alexandria, VA 22306

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 15 months | Internet Service from March 1, 2006 to May 31, 2007 | $20/month | $300.00 |

|  |  |
|---|---|
| SUBTOTAL | $ 300.00 |
| SALES TAX | $0.00 |
| **TOTAL DUE** | $ 300.00 |

Please remit check to:
    Beyond Systems, Inc.
    c/o Paul Wagner
    1837 R Street, NW
    Washington, DC  20009

Thanks!

*Paul A. Wagner*

Paul A. Wagner, President

PAGE 1 OF 1


**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO: KK-002
DATE: September 14, 2008

**To:**
Keivan Khalichi
3627 Ransom Place
Alexandria, VA 22306

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 15 months | Internet Service from May 31, 2007 to August 31, 2008 | $20/month | $300.00 |

| | |
|---|---|
| SUBTOTAL | $ 300.00 |
| SALES TAX | $0.00 |
| **TOTAL DUE** | $ 300.00 |

Please remit check to:
    Beyond Systems, Inc.

in the enclosed envelope.

Thanks!

*Paul A. Wagner*

———————————————
Paul A. Wagner, President

 **Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO: KK-003
DATE: December 19, 2009

**To:**
Keivan Khalichi
3627 Ransom Place
Alexandria, VA 22306

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 14 months | Internet Service from September 1, 2008 to November 30, 2008 | $20/month | $280.00 |
| | | SUBTOTAL | $ 280.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 280.00 |

Please remit check to:
    Beyond Systems, Inc.

    c/o Paul Wagner
    1837 R Street NW
    Washington, DC  20009

Thanks!

*Paul A. Wagner*

Paul A. Wagner, President