**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| BEYOND SYSTEMS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:08-cv-00921 PJM |
| | ) |
| WORLD AVENUE USA, LLC, | ) |
| Successor by merger to NIUTECH, LLC, | ) |
| DBA "The Useful," et al. | ) |
| | ) |
| Defendants. | ) |

## LINE

Madam Clerk:

This is to confirm, as reflected in the docket, that undersigned counsel and Shulman, Rogers, Gandal, Pordy & Ecker, P.A. no longer represent Non-party DNS Made Easy, a subsidiary of Tiggee, LLC, representation having been "Terminated."

                                    Respectfully submitted,

                                    SHULMAN, ROGERS, GANDAL,
                                        PORDY & ECKER, P.A.

By:             /S/
                    Glenn C. Etelson, Esq.
                    Bar No.: 06760
                    12505 Park Potomac Avenue
                    Sixth Floor
                    Potomac, Maryland 20854
                    (301) 231-0956

                    *Counsel for Non-party DNS Made Easy*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of August 2010, a copy of the foregoing was sent via electronic mail through the U.S. District Court for the District of Maryland e-file system and mailed, first class, postage prepaid to:

Stephen H. Ring, Esq.
Stephen H. Ring, PC
506 Main Street, Suite 215
Gaithersburg, MD  20878

Sanford M. Saunders , Jr., Esq.
Greenberg Traurig LLP
2101 L Street, N.W., Suite 1000
Washington, DC  20037

Kenneth A. Horky, Esq.
Greenberg Traurig, PA
401 E Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL  33301

                     /S/
                   Glenn C. Etelson

G:\133\Tiggee, LLC\Beyond Systems\Pleadings\Line.docx