### IN THE U.S. DISTRICT COURT FOR MARYLAND,
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC, ET AL.** | * | |
| | * | |
| Defendants | * | |

### CERTIFICATE OF GOOD FAITH EFFORTS TO RESOLVE DISCOVERY DISPUTES
### INVOLVING DISCOVERY DIRECTED AT NON-PARTIES

I certify that the following efforts have been undertaken to resolve the discovery issues addressed in the Motion by Non-parties Michael S. Rothman, Esquire and Amanda Ornitz for Protective Order and to Quash Deposition Subpoenas:

Telephone conference for hearing on July 30, 2010, attended by Mr. Saunders, Mr. Ring and Mr. Rothman;

Email of August 19, 2010 from Mr. Ring to Mr. Saunders, Mr. McManus, Ms. Burlacu (attached).

I remain willing to discuss the matters addressed in the motion and to confer further in good faith efforts to resolve the dispute.

        /s/
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
USDC, MD: #00405
Telephone: 301-563-9249
Counsel for Non-parties Michael S. Rothman, Esquire and Amanda Ornitz