```
                                  thompson.mbox
From ???@??? Thu Apr 14 22:30:18 2005
BatesNumber:SPAM-W067861_____CONFIDENTIAL
Return-Path: <fswxzspzaip@parsteld.info>
Received: from [69.33.227.202] (HELO mail.reasonabledoubt.com)
  by beyondsystems.net (CommuniGate Pro SMTP 4.2.9)
  with ESMTP id 22003317 for support@beyondsystems.net; Thu, 14 Apr 2005 22:23:15 -0400
Received: from <joepublic2@flunky.hypertouch.com>
  by mail.reasonabledoubt.com (CommuniGate Pro RULES 4.2)
  with RULES id 30362222; Thu, 14 Apr 2005 17:57:27 -0700
X-Autogenerated: Mirror
Resent-From: <joepublic2@flunky.hypertouch.com>
Resent-Date: Thu, 14 Apr 2005 17:57:27 -0700
Received: from [69.33.227.203] (HELO mail.hasit.com)
  by mail.reasonabledoubt.com (CommuniGate Pro SMTP 4.2)
  with SMTP id 30362221 for joepublic@flunky.hypertouch.com; Thu, 14 Apr 2005 17:57:27 -0700
Received: from [204.13.17.33] (HELO mailpool.jriad.info)
  by mail.hasit.com (Stalker SMTP Server 1.8b9d14)
  with SMTP id S.0003494530 for <thompson@hypertouch.com>; Thu, 14 Apr 2005 17:57:25 -0700
message-id: <0dd101c54155$cd69b650$b77c773d@owou>
From: "fswxzspzaip" <fswxzspzaip@parsteld.info>
To: <thompson@hypertouch.com>
Subject: Which do you prefer?  Let us know and win a free gift card
Date: Thu, 14 Apr 2005 17:55:23 -0800
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="----=_NextPart_000_0DCE_01C5411B.210ADE50"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1437
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1441
Status: RO

<x-html>
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML>
<BODY bgColor=#ffffff>
<DIV><FONT face="Bookman Old Style">
<HR>
<FONT face="Times New Roman"> </FONT>
<P></P>
<TABLE borderColor=#000066 cellSpacing=0 cellPadding=0 width=500 border=1>
  <TBODY>
   <TR>
     <TD>
       <DIV align=center>
       <P><FONT face="Arial, Helvetica, sans-serif" size=4><B>Which do you
       prefer? </B></FONT></P>
       <P><FONT face="Arial, Helvetica, sans-serif" size=4><B><FONT color=#006600
       size=6><A href="http://garthbreth.info/9sudd9u">Startbucks</A></FONT> or
       <FONT color=#990000 size=6><A href="http://garthbreth.info/vcib8c">Dunkin
       Donuts</A></FONT></B></FONT></P>
       <P><FONT face="Arial, Helvetica, sans-serif" size=4><B><FONT size=5>Choose
       and receive a<BR><FONT color=#990000>$250.00 Gift
       Card</FONT></FONT></B></FONT> </P></DIV>
       <P></P>
       <P></P>
       <P></P>
       <P> </P>
       <P> </P>
       <P> </P>
       <P> </P>
       <P> </P>
       <P><FONT face="Arial, Helvetica, sans-serif" size=1>This limited time
       promotion is sponsored by Consumer Incentive Promotions and subject to
       Terms, Conditions and Restrictions. See site for details. The trademark
       owners have not endorsed this promotion, nor are they affiliated or
       connected with this promotion. If you no longer wish to receive Consumer
       Incentive Promotions emails, visit the unsubscribe page on the Consumer
       Incentive Promotions site, or you can write us at: Consumer Incentive
       Promotions, 14545 J Military Tr. #189, Delray Beach, FL 33484, USA.</FONT>
```



# Congratulations!
## Select Your Free* Game System!

**Featured Sponsors**

   



| Sony® PSP™ | Nintendo® DS™ |
|---|---|
| • Crystal clear 4.3 LCD Screen | • Dual screens & touch screen play |
| • Wi-Fi connectivity | • Wireless gameplay |
| • $249 Retail - Yours FREE* | • $149 Retail - Yours FREE* |





**DISC VER**

**stamps.com**

**Step 1: Enter your email address below to get started:**

Select Your Gift:   Sony® PSP™  ▼

Enter Your Email:   thompson@hypertouch.com

By submitting, I certify that **I am a U.S. Resident over the age of 18,** and I agree to the privacy policy and participation terms



**BMG**
MUSIC PUBLISHING
BERTELSMANN

Click Here to Claim Your FREE* Gift!



**How can we offer this Gift at no cost to you?**

Our advertisers pay to participate in this program which allows us to give you great rewards. To claim your gift simply follow the 3 easy steps. Once you complete the gift eligibility requirements you will receive your gift.

*To claim your gift you must participate in the YourSmartRewards program and meet the eligibility requirements as outlined in the Program Requirements before you can receive your FREE reward. Eligibility requirements include completion of a marketing survey and sponsor offers.

YourSmartRewards is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by YourSmartRewards.

Login - Help - Privacy Policy - Terms & Conditions - Unsubscribe - Contact Us

Copyright © 2005 YourSmartRewards. All rights reserved.