```
                              jmuir.mbox
From ???@??? Mon Apr 25 02:56:05 2005
BatesNumber:SPAM-W067726_____CONFIDENTIAL
Return-Path: <jnobuu@nucleibird.info>
Received: from [69.33.227.202] (HELO mail.reasonabledoubt.com)
  by beyondsystems.net (CommuniGate Pro SMTP 4.2.9)
  with ESMTP id 22051026 for support@beyondsystems.net; Fri, 15 Apr 2005 10:18:32 -0400
Received: from <joepublic2@flunky.hypertouch.com>
  by mail.reasonabledoubt.com (CommuniGate Pro RULES 4.2)
  with RULES id 30361915; Thu, 14 Apr 2005 17:56:52 -0700
X-Autogenerated: Mirror
Resent-From: <joepublic2@flunky.hypertouch.com>
Resent-Date: Thu, 14 Apr 2005 17:56:52 -0700
Received: from [69.33.227.203] (HELO mail.hasit.com)
  by mail.reasonabledoubt.com (CommuniGate Pro SMTP 4.2)
  with SMTP id 30361912 for joepublic@flunky.hypertouch.com; Thu, 14 Apr 2005 17:56:52 -0700
Received: from [204.13.17.27] (HELO mailpool.jriad.info)
  by mail.hasit.com (Stalker SMTP Server 1.8b9d14)
  with SMTP id S.0003494249 for <jmuir@hypertouch.com>; Thu, 14 Apr 2005 17:56:51 -0700
message-id: <07f501c54155$b8bce560$601f549c@lpgmcy>
From: "jnobuu" <jnobuu@nucleibird.info>
To: <jmuir@hypertouch.com>
Subject: Which do you prefer?  Let us know and win a free gift card
Date: Thu, 14 Apr 2005 17:54:47 -0800
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="----=_NextPart_000_07F2_01C5411B.0C5E0D60"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1437
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1441
Status: RO

<x-html>
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML>
<BODY bgColor=#ffffff>
<DIV><FONT face="Bookman Old Style">
<HR>
<FONT face="Times New Roman"> </FONT>
<P></P>
<TABLE borderColor=#000066 cellSpacing=0 cellPadding=0 width=500 border=1>
  <TBODY>
  <TR>
    <TD>
      <DIV align=center>
      <P><FONT face="Arial, Helvetica, sans-serif" size=4><B>Which do you
      prefer? </B></FONT></P>
      <P><FONT face="Arial, Helvetica, sans-serif" size=4><B><FONT color=#006600
      size=6><A href="http://garthbreth.info/9sudd9u">Startbucks</A></FONT> or
      <FONT color=#990000 size=6><A href="http://garthbreth.info/vcib8c">Dunkin
      Donuts</A></FONT></B></FONT></P>
      <P><FONT face="Arial, Helvetica, sans-serif" size=4><B><FONT size=5>Choose
      and receive a<BR><FONT color=#990000>$250.00 Gift
      Card</FONT></FONT></B></FONT> </P></DIV>
      <P></P>
      <P></P>
      <P></P>
      <P> </P>
      <P> </P>
      <P> </P>
      <P> </P>
      <P> </P>
      <P><FONT face="Arial, Helvetica, sans-serif" size=1>This limited time
      promotion is sponsored by Consumer Incentive Promotions and subject to
      Terms, Conditions and Restrictions. See site for details. The trademark
      owners have not endorsed this promotion, nor are they affiliated or
      connected with this promotion. If you no longer wish to receive Consumer
      Incentive Promotions emails, visit the unsubscribe page on the Consumer
      Incentive Promotions site, or you can write us at: Consumer Incentive
      Promotions, 14545 J Military Tr. #189, Delray Beach, FL 33484, USA.</FONT>
```

jmuir.mbox
</P></TD></TR></TBODY></TABLE></FONT></DIV></BODY></HTML>

</x-html>

```
To: Joe_Wagner
From: Lisa Wagner <lisa@hypertouch.com>
Subject: Fwd: Your 37679041 order information
Cc:
Bcc:
```

Is this spam or for real?

```
X-Mirrored-by: lisa@mail.hasit.com
Date: Fri, 13 Oct 2006 16:36:32 -0400
From: customercare@dell.com
To: jmuir@hypertouch.com
Subject: Your 37679041 order information
```

Dear Customer,

Thank you for ordering from our internet shop. If you paid with a credit card, the charge on your statement will be from name of our shop.

This email is to confirm the receipt of your order. Please do not reply as this email was sent from our automated confirmation system.

```
Date : 08 Oct 2006 - 12:40
Order ID : 37679041
```

Payment by Credit card

```
Product : Quantity : Price
WJM-PSP - Sony VAIO SZ370 C2D T7200 : 1 : 2,449.99
```

```
Subtotal : 2,449.99
Shipping : 32.88
TOTAL : 2,482.87
```

Your Order Summary located in the attachment file ( self-extracting archive with "37679041.pdf" file ).

PDF (Portable Document Format) files are created by Adobe Acrobat software and can be viewed with Adobe Acrobat Reader.
If you do not already have this viewer configured on a local drive, you may download it for free from Adobe's Web site.

We will ship your order from the warehouse nearest to you that has your items in stock (NY, TN, UT & CA). We strive to ship all orders the same day, but please allow 24hrs for processing.

You will receive another email with tracking information soon.

We hope you enjoy your order!  Thank you for shopping with us!