Law Offices
**STEPHEN H. RING, P.C.**
506 MAIN STREET, SUITE 215
GAITHERSBURG, MARYLAND 20878
Telephone 301-563-9249
Facsimile 301-563-9639

Stephen H. Ring  Email: shr@ringlaw.us
*Admitted in MD, DC*  www.nvo.com/ringlaw

August 31, 2010

Felicia C. Cannon, Clerk
U S. District Court, Greenbelt Division
6500 Cherrywood Lane, Suite 240
Greenbelt, MD 20770

    Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
    Case No. 08 cv 00921 PJM

Dear Mrs. Cannon:

  I write as counsel for Third-Party Defendants James Joseph Wagner and Hypertouch, Inc. to request that the attached items be filed in place of the filing at DE 377, to correct errata. A copy of these items as now submitted was provided to opposing counsel on August 2, 2010. A hearing on the motion related to DE 377 is set for November 29, 2010.

        Sincerely,

        */s/ Stephen H. Ring*

        Stephen H. Ring

Enclosure