IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC. )<br>  )<br>   Plaintiff )<br>   v. )<br>  )<br>WORLD AVENUE USA, LLC, et al )<br>  )<br>   Defendants )<br>_____ ) | Case No.PJM 08 cv 0921 |

**DEFENDANT WORLD AVENUE USA, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO <u>QUASH DEPOSITION SUBPOENAS</u>**

Defendant WORLD AVENUE USA, LLC ("WAUSA") hereby submits its Memorandum of Law in Opposition to Plaintiff BEYOND SYSTEMS, INC.'s ("BSI") Motion for Protective Order and to Quash Deposition Subpoenas [DE 396-1, 396-2] ("Motion") respecting the depositions of non-parties Michael S. Rothman ("Mr. Rothman") and Amanda Ornitz ("Ms. Ornitz") , and in support thereof, states:

1. Non-Parties Mr. Rothman and Ms. Ornitz have filed a Motion for Protective Order and to Quash Deposition Subpoenas at DE 395-1.

2. Separately, Plaintiff BSI has filed its own Motion for Protective Order and to Quash Deposition Subpoenas [DE 396-1, 396-2]. Rather than make any argument that requires a separate adjudication, BSI simply notes its standing to raise its Motion (see DE 396-2, pp. 1-3), and then "adopts and incorporates by reference the memorandum filed by non-parties Michael S. Rothman, Esq. and Amanda Ornitz at DE 395, and its exhibits."

3. Defendant WAUSA has already submitted its Memorandum of Law In Opposition ("Opposition") to the virtually-identical Motion for Protective Order and to Quash

1

Deposition Subpoenas at DE 395. Since BSI raises no arguments supporting a protective order or quashing of the deposition subpoenas that are distinct from those already raised by Mr. Rothman and Ms. Ornitz, in the interest of judicial economy, WAUSA incorporates by reference its entire Memorandum of Law In Opposition as though set forth fully herein.

**WHEREFORE,** WORLD AVENUE USA, LLC respectfully requests the entry of an Order denying Plaintiff BEYOND SYSTEMS, INC.'s Motion for Protective Order and to Quash Deposition Subpoenas [DE 396] and for such other and further relief that this Court deems just and proper.

Dated: September 7, 2010.

        Respectfully submitted,

        *Attorneys for World Avenue USA, LLC*

        GREENBERG TRAURIG, LLP

        __/s John L. McManus_____
        Sanford M. Saunders, Jr., Esq.
        USDC, MD #4734
        saunderss@gtlaw.com
        Nicoleta Burlacu, Esq.
        BurlacuN@gtlaw.com
        *Admitted Pro Hac Vice*
        GREENBERG TRAURIG, LLP
        2101 L Street, NW, Suite 1000
        Washington, DC 20037
        Telephone: 202-331-3100
        Facsimile: 202-331-3101

        --and--

        Kenneth Horky, Esq.
        Florida Bar No. 691194
        horkyk@gtlaw.com
        John L. McManus, Esq.
        Florida Bar No. 0119423
        mcmanusj@gtlaw.com
        *Admitted Pro Hac Vice*
        GREENBERG TRAURIG, P.A.
        401 East Las Olas Boulevard, Suite 2000
        Fort Lauderdale, FL 33301
        Telephone: 954-765-0500
        Facsimile: 954-765-1477