UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0393
FAX (301) 344-0394

September 7, 2010

**VIA ELECTRONIC FILING**

Stephen Howard Ring, Esq.
Stephen H. Ring, PC
506 Main Street, Suite 215
Gaithersburg, MD 20878

Michael Stephen Rothman, Esq.
Law Office of Michael S. Rothman
401 East Jefferson Street, Suite 201
Rockville, MD 20850

Sanford M. Saunders, Jr, Esq.
Nicoleta Burlacu, Esq
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037

John L. McManus, Esq.
Kenneth A. Horky, Esq.
Greenberg Traurig, PA
401 East Las Olas Blvd, Suite 2000
Fort Lauderdale, FL 33301

Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
    Civil Action No.: PJM-08-921

Dear Counsel,

The Court received Defendant, World Avenue USA, LLC's Motion to Enforce Court Order at Docket Entry 212 and for Sanctions ("Defendant's Motion") (Docket Item No. 232). Defendant's Motion is not compliant with the District of Maryland's Local Rules regarding motions to compel. Local Rule 104.7 requires a moving party to file a certificate of counsel, affirming that while the parties participated in a discovery conference, an agreement could not be reached. The Court interprets "conference" to mean a discussion either via telephone or in person. The exhibits provided with Defendant's Motion involved written correspondence and did not demonstrate a conference that was held either by telephone or in person.

Defendant shall have seven days to file a fully compliant certificate of counsel.

Very truly yours,
_____/s /_____
Charles B. Day
United States Magistrate Judge

CBD/sm