UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO: Counsel of Record

FROM: Barbara Barry
Judicial Assistant to Judge Charles B. Day

RE: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
Civil Action No. PJM-08-921

DATE: September 10, 2010

\* \* \* \* \* \* \* \* \*

Please be advised that in addition to oral argument on the motions scheduled for **Thursday, September 23, 2010 at 9:30 a.m.**, the issues raised in World Avenue USA, LLC's correspondence [ECF. No. 407] will be heard if time permits.

/bab