**BEYONE SYSTEMS, INC.**

**vs.**

**WORLD AVENUE USA, LLC, ET AL.**

**Civil No. PJM 08-921**                                    **DEFENDANTS' Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | Sept 23 2010 | Sept 23 2010 | | Chart re: Netflix Subpoena |
| 2 | Sept 23 2010 | Sept 23 2010 | | E-mail re: Chain of Sports Teams and Scores (9 pages) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit List (Rev. 3/1999)