UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

# MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Charles B. Day
        United States Magistrate Judge

RE:     Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
        Civil Action No. PJM-08-921

DATE:   September 30, 2010

* * * * * * * * *

Please be advised that oral argument has been scheduled for **Wednesday, October 13, 2010 at 9:30 a.m.** on the following motions:

**ECF No. 252**  Interim Sealing Motion

**ECF No. 255**  Opposition to ECF No. 252 and Cross-Motion to Hold Plaintiff in Contempt of Court

**ECF No. 271**  Motion to Compel Production of Documents Responsive to Fourth Request for Production

**ECF No. 276**  Motion to Compel Complete Answers to Third Set of Interrogatories

**ECF No. 342**  Motion to Strike Portions of Declaration of Paul A. Wagner Filed at DE 322-1

The parties will be allotted approximately 3 hours for total argument. Please note, however, that I may choose to decide these motions on the pleadings prior to the date scheduled for argument.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text. These materials are not to be filed electronically.

My staff and I spend a considerable amount of time preparing for hearings in order to reach a fair and well-informed decision. The parties are advised that they must inform the Court at least ten (10) days prior to the scheduled hearing in the event that circumstances arise that may result in

BSI v World Avenue, et al.
September 30, 2010
Page 2 of 2

the need for a continuance, stay or cancellation of the hearing, or any part thereof.  This is also required if any motion or a part thereof has been resolved, or if the filing party wishes to withdraw any motion from consideration.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.