**GT GreenbergTraurig**

Sanford M. Saunders, Jr.
Tel. 202.331.3130
Fax 202.331.3101
saunderss@gtlaw.com

October 1, 2010

**VIA CM/ECF**

Magistrate Judge Charles B. Day
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

  Re: *Beyond Systems, Inc. v. World Avenue USA, LLC, et al.*
     Case No. PJM 08 cv 0921
     U.S. District Court for Maryland (Southern Division)

Magistrate Judge Day:

  On August 19, 2010, Non-Parties Amanda Ornitz and Michael S. Rothman filed a Motion for Protective Order and Motion to Quash Deposition Subpoenas. *See* DE 395. Plaintiff Beyond Systems, Inc. ("BSI") also filed a similar Motion. *See* DE 396. Defendant World Avenue USA, LLC ("WAUSA") filed its Response on September 7, 2010. *See* DE 410. All reply briefs were due on September 24th, and none was filed and no request for extension was made.

  Since the briefing is now fully closed, WAUSA respectfully requests that both Motions (DE 395 and DE 396) be placed on the calendar for the October 13th hearing, to be heard if time remains at the conclusion of the hearing. We make the request because the discovery requested is relevant to the November 29th hearing before the Court on WAUSA's Motion to Dismiss Pleadings for Fraud On the Court.

              Respectfully Submitted,

              */s Sanford M. Saunders, Jr.*

              Sanford M. Saunders, Jr.