IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC.           )<br>                              )<br>    Plaintiff                 )<br>    v.                        )<br>                              )<br>WORLD AVENUE USA, LLC, et al. )<br>    Defendants                )<br>_____) | Case No.PJM 08 cv 0921 |

### WORLD AVENUE USA, LLC'S  NOTICE OF PENDENCY OF RELATED ACTION

Pursuant to Local Rule 103(1)(b)(ii), Defendant WORLD AVENUE USA, LLC ("WAUSA") hereby gives notice of the filing of a related proceeding brought by Non-Party THEUSEFUL, LLC ("TheUseful") styled *Beyond Systems, Inc. v. World Avenue USA, LLC, World Avenue Holdings, LLC, and Niuniu Ji*, Case No. 0:10-mc-61895-XXXX, pending in the U.S. District Court for the Southern District of Florida, pertaining to a overly-broad and oppressive Subpoena *Duces Tecum* served upon TheUseful in that District.  The related proceeding arises out of the same or identical transactions, happenings, or events as the current proceedings in that the Subpoena *Duces Tecum* was purportedly issued by Plaintiff BEYOND SYSTEMS, INC. in support of discovery in the matter currently before this Court.

Respectfully submitted,
*Attorneys for World Avenue USA, LLC*


/s/*John L. McManus*
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101
--and--
Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477