UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CHARLES B. DAY<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0393<br>FAX (301) 344-0394 |

## MEMORANDUM

TO: Counsel of Record

FROM: Barbara Barry
Judicial Assistant
Chambers of Judge Charles B. Day

RE: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
Civil Action No. PJM-08-921

DATE: October 8, 2010

\* \* \* \* \* \* \* \* \*

Please be advised that oral argument scheduled for **Wednesday, October 13, 2010 at 9:30 a.m.** has been cancelled.  The motions were decided on the pleadings.