Law Offices
**STEPHEN H. RING, P.C.**
506 MAIN STREET, SUITE 215
GAITHERSBURG, MARYLAND 20878
Telephone 301-563-9249
Facsimile 301-563-9639

Stephen H. Ring            Email: shr@ringlaw.us
*Admitted in MD, DC*       www.nvo.com/ringlaw

October 22, 2010

Felicia C. Cannon, Clerk
U S. District Court, Greenbelt Division
6500 Cherrywood Lane, Suite 240
Greenbelt, MD 20770

Attn - Renee Kelly

    Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
    Case No. 08 cv 00921 PJM

Dear Mrs. Kelly:

    This is to request a correction in the filing at DE 455, Plaintiff's Motion for Reconsideration of the Order at DE 441. The motion should be linked to the order at DE 441 rather than the order at 445.

    Thank you.

                                  Sincerely,

                                  Stephen H. Ring