## IN THE U.S. DISTRICT COURT FOR MARYLAND,
## SOUTHERN DIVISION

|                              |     |                          |
|------------------------------|-----|--------------------------|
| BEYOND SYSTEMS, INC.         | )   |                          |
|     Plaintiff | ) |                     |
|                              | )   |                          |
| v.                           | )   | Case No.PJM 08 cv 0921   |
|                              | )   |                          |
| WORLD AVENUE USA, LLC, et al.| )   |                          |
|     Defendants | ) |                    |
| _____ | )  |                          |

## DEFENDANT WORLD AVENUE USA, LLC'S LOCAL RULE 104(7) CERTIFICATE

Defendant WORLD AVENUE USA, LLC ("WAUSA") hereby submits this its Local Rule 104(7) Certificate, and states:

WAUSA hereby certifies that counsel for WAUSA made a good faith effort to work through the subject matter of its Motion for Entry of Protective Order as to the Amended Notice of Fed. R. Civ. P. 30(b)(6) Corporate Deposition served by Beyond Systems, Inc. ("BSI"). Specifically, counsel for WAUSA, Sanford M. Saunders, Jr., spoke via telephone and exchanged emails with counsel for BSI, Steven H. Ring. Counsel initially spoke via telephone on October 18, 2010, at 10:00 AM and exchanged emails later the same day. Counsel spoke again via telephone on October 19, 2010 at 2:30. On October 20, 2010, counsel exchanged multiple emails memorializing their prior discussions. In each instance, counsel for WAUSA discussed with counsel for BSI whether BSI would agree to narrow to the scope of the deposition, as delineated in WAUSA's Motion. Counsel for BSI and WAUSA were unable to reach an agreement regarding the same.

As of the filing of this Certificate, the unresolved issues for adjudication have been outlined in WAUSA's Motion, to wit, whether BSI's Notice of Deposition is oppressive, overly board and unduly burdensome, and not reasonably calculated to lead to the discovery of

admissible evidence, but rather requests the production of information the Court has repeatedly

held is outside the scope of discovery, including information pertaining to entities not named as

defendants in the underlying action or information unrelated to the alleged violative emails.

Dated:  October 22, 2010.

Respectfully submitted,

 /s/ Sanford M. Saunders, Jr.
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477

*Attorneys for World Avenue USA*