Exhibit 002
WAUSA Opposition to Motion to Compel Plaintiff's
Interrogatories Set 2, excerpts, with Exhibits 1 – 10

## IN THE U.S. DISTRICT COURT FOR MARYLAND,
## SOUTHERN DIVISION

BEYOND SYSTEMS, INC.  )
          )
   Plaintiff    )
          )
v.          )   Case No. PJM 08 cv 0921
          )
WORLD AVENUE USA, LLC, et al. )
   Defendants   )
_____ )

### DEFENDANT WORLD AVENUE USA, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER TO COMPEL DEFENDANT WAUSA TO PROVIDE COMPLETE ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Defendant World Avenue USA, LLC ("WAUSA") hereby submits its Opposition to Plaintiff's Beyond Systems, Inc.'s ("BSI") Motion  for Order to Compel Defendant WAUSA to Provide Complete Answers to Second Set of Interrogatories ("Motion to Compel"), and states:

### I. Introduction.

BSI's Motion to Compel further responses to its Second Set of Interrogatories is an attempt to get an impermissible **sixth** "bite at the apple" on several Court Orders that have carefully circumscribed the scope of discovery in this case.  BSI's transgressions fall into four categories.  First, BSI takes another shot at having the Court revisit its previously-established definition of the word "You," and require WAUSA to respond to all entities in existence that may have any conceivable relationship with it.  Second, BSI takes a **fifth** bite at the apple on the series of four Court Orders that confine it to discovery of facts concerning the 41 domain names at issue.  Third, BSI takes another shot at trying to require responses to discovery regarding the alleged violations of Florida law and Maryland law, when it elected to provide that promised information by deposition, which has not yet occurred.  Fourth, BSI

tries to "get blood from a stone" and demand additional information where WAUSA has stated it has provided a complete answer.

In the process, BSI has filed its Motion and Memorandum of Law full of rhetoric that evidence has been withheld, but which is short on proof that documents or information exist that is being withheld. Because the evidence is missing, WAUSA has no obligation to provide further information. Notwithstanding, WAUSA will be providing supplemental answers to certain of the Interrogatories.

## II.   BSI Misstates The Facts.

### A.   BSI Incorrectly Describes The Corporate History Of The Defendant, World Avenue USA, LLC.

BSI incorrectly describes the corporate history of Defendant World Avenue USA, LLC, a Delaware limited liability company, all of which is available in the public records of the States of Florida and Delaware.

NiuTech was an unincorporated business that came into existence on January 1, 2001 in the State of North Carolina. *See* Exhibit 1, p. 3 (Certificate of Conversion of NiuTech, LLC). On December 24, 2002 at 12:34 p.m., a Certificate of Conversion was filed with the State of Florida Division of Corporations to convert NiuTech from an unincorporated business in North Carolina to a <u>Florida</u> limited liability company called NiuTech, LLC. *Id*. On that date, NiuTech, LLC filed its Articles of Organization with the State of Florida Division of Corporations. *Id*. The identifier at the top of the filing was L02000034730. *Id*.

On June 26, 2006 at 2:14 p.m., a company called World Avenue USA, LLC was formed under the laws of the State of Delaware as a limited liability company and given Secretary of State File Number **4181161**. *See* Composite Exhibit 2 (Certificate of Good Standing for TheUseful, LLC and Certificate of Formation filed June 26, 2006). This entity

2

is *not* the Defendant in this case.   A Delaware corporation's file number is a unique identifier, similar to a "VIN" number for an automobile.   It is the first number on the bottom left corner of the attached Certificates of Good Standing (*id.*, p. 1) and the top right corner of the Certificate of Formation (*id.*, p. 2).   When a Delaware corporation changes it name, it retains the same file number.

On June 29, 2006 at 9:13 a.m., a Certificate of Merger was filed with the State of Delaware that merged NiuTech, LLC, a Florida limited liability company, into World Avenue USA, LLC, a Delaware limited liability company bearing File Number 4181161, as the surviving company and identified with File Number **4181161**.   *See* Composite Exhibit 2 and Exhibit 3 (Certificate of Merger filed June 29, 2006).   Thus, NiuTech, LLC, the Florida limited liability company, was merged into World Avenue USA, LLC, the Delaware limited liability company bearing File Number 4181161.   *Id.*   On June 29, 2006 at 8:53 a.m., the Articles of Merger were filed with the State of Florida identifying NiuTech, LLC, bearing Florida document #L02000034730 as being merged into World Avenue USA, LLC, Delaware File # **4181161**.   *See* Exhibit 4.

Following this transaction, the corporate status of NiuTech, LLC was shown in the records of the State of Florida Division of Corporations as "inactive" because it had "merged."   *See* Exhibit 5, p. 1.

On August 9, 2006 at 9:16 a.m., World Avenue USA, LLC (Delaware File Number **4181161**) filed an Application by Foreign Limited Liability Company For Authorization to Transact Business in Florida.   *See* Exhibit 6.

On September 19, 2006 at 2:13 p.m., World Avenue USA, LLC -- the Delaware limited liability company registered with the file number **4181161** -- changed its name to

3

TheUseful, LLC in the records of the Delaware Department of Corporations. *See* Exhibit 7 (Certificate of Amendment of Certificate of Formation). The Delaware Department of Corporations document reflecting the prior change of name in Delaware was filed with the State of Florida Division of Corporations on September 21, 2006 at 10:20 a.m. *See* Exhibit 8.

The named Defendant in this case, World Avenue USA, LLC, is a Delaware limited liability company formed on September 21,[1] 2006 at 11:51 a.m. and given Secretary of State file number **4223730** ("WAUSA"). *See* Composite Exhibit 9 (Delaware Certificate of Formation and Delaware Certificate of Good Standing for World Avenue USA, LLC). At the time the Defendant was formed, there was no entity in Delaware or Florida called World Avenue USA, LLC. It was the only World Avenue USA, LLC as of September 21, 2006 because the Delaware records had been updated on September 19, 2006. On September 25, 2006 at 9:04 a.m., World Avenue USA, LLC filed an Application by Foreign Limited Liability Company For Authorization To Transact Business in Florida. *See* Exhibit 10.

On April 11, 2008, BSI filed this case naming World Avenue USA, LLC, at which time the only entity named World Avenue USA, LLC was the entity bearing File Number **4223730** and formed on September 21, 2006. All of the foregoing transactions are contained in the public record.[2]

---

[1] WAUSA has one Certification from the State of Delaware suggesting a formation date of September 22nd (*see* Exhibit 10, p. 7) and one identifying a precise time of September 21, 2006 at 11:51 a.m. (*see* Composite Exhibit 9, pp. 1-2). For the avoidance of doubt, WAUSA refers to the more precise record of formation.

[2] BSI makes much ado about an averment in WAUSA's Answer about it being a successor to NiuTech. For the avoidance of any doubt, these facts are now explained in detail above. WAUSA intends to file an Amended Answer to reflect these facts. In fact, by Order dated September 10, 2009 at DE 105, the Court granted permission for WAUSA to file an Amended Answer, but WAUSA did not file a separate Answer, and is still entitled to do so now. In the

4

### B. WAUSA Has Accurately Responded To Discovery That It Provides No Services That Are At Issue In This Case.

WAUSA has previously provided to BSI sworn Interrogatory Answers averring that:

- "WAUSA and no Sister Company or parent company to WAUSA transmitted the E-Mails At Issue;"

- "WAUSA did not, and based on this investigation, and to the best of WAUSA's knowledge, no other Sister Company of WAUSA received or paid any compensation as a result of any of the E-Mails At Issue;"

- "WAUSA does not engage in the transmission of commercial e-mail;"

- "WAUSA does not contract with outside sponsors, contractors, sub-contractors, advertisers, ad networks, affiliates, publishers, or vendor[s] to send e-commercial e-mail on behalf of WAUSA";

- "WAUSA did not enter into any contracts or agreements with any Person relating to the E-Mails At Issue;"

- "WAUSA did not pay, agree to pay, receive, or expect to receive any funds relating to the E-Mails At Issue;"

- "WAUSA does not control, run, operate, or pay any third party to send commercial e-mail on its behalf;"

- "WAUSA has not owned, operated, controlled, or registered any trade names or fictitious names…;"

- "WAUSA does not offer products via internet advertising or commercial e-mail."

*See* WAUSA's Answers to BSI's First Set of Interrogatories, pp. 16, 19, 21, 22, 24, 25, 27, 29, 38, 39, 40, 41, 43, 45, 46, 49.  Despite this sworn proof that WAUSA was not involved with the e-mails that are the subject of this case (the "E-Mails At Issue"), BSI has served an unsworn and uncorroborated series of assertions, styled as a Motion, claiming that more responsive information *must* exist because WAUSA *must* be involved with the E-Mails At Issue.

---

interest of judicial economy, WAUSA may do so in the event that the Court grants leave to BSI to amend its Amended Complaint at the November 29th hearing.

5

Absent from BSI's Motion is any reference to any of the responsive documents produced or information, albeit unpalatable and inconvenient to BSI, provided in response to the Interrogatories.

The law is clear.  When a party denies that it has responsive information to a discovery request, the requesting party has an evidentiary burden to show that indeed responsive information does exist.  *Sonnino v. University of Kansas Hospital Authority*, 220 F.R.D. 633, 640 (D. Kan. 2004); *Siggers v. Campbell*, Case No. 07-12495, 2009 WL 3125471, at *1, *6 (E.D. Mich. Sept. 25, 2009); *Scquare Int'l, Ltd. v. BBDO Atlanta, Inc.*, Case No. 1:04-CV-0641-JEC, 2008 WL 228032, at *1, *4 (N.D. Ga. 2008) (unpublished).  BSI's hollow rhetoric does not satisfy its burden.[3]

### III.   BSI's Instructions and Definitions Are Improper.

#### A.   WAUSA's Objection to Instruction 7 Should Be Sustained Because WAUSA Has No Obligation To Update Interrogatory Answers Each Time BSI Produces An E-Mail.

WAUSA objected to Instruction 7 on the ground that, in the future, it obligated WAUSA to supply a new Interrogatory Answer every time BSI produced new documents.  This is not a case of supplementing an existing Answer.  Instead, this is a question of answering an entirely new question about an entirely new e-mail each time BSI deigns to produce one.  BSI cites neither cases or other authorities interpreting Rules 26 or 33 to place this burden on a party.

#### B.   WAUSA Agrees That Both Parties Should Produce Privilege Logs.

At page 3, BSI demands a Privilege Log for the documents.  WAUSA agrees with BSI. BSI has not done so either at this point, and the parties can work out the timing of the exchange of Privilege Logs without the need for court intervention.

---

[3] Consistent with the Court's Order of September 23, 2010 that all parties should certify to final discovery responses, WAUSA is reviewing several interrogatory answers and identifies herein those as to which it may supplement in compliance with said Order as amended to provide additional time to comply.

### C.  WAUSA Is Under No Obligation To Produce Documents In Native Format Where The Native Format Cannot Be Located.

BSI complains of a failure to produce documents in native format, but cites to no evidence that WAUSA has the documents in native format and is not producing them. For example, it complains that WAUSA's response about an Attorney General investigation is "grossly" incomplete. However, BSI fails to identify what is missing. The only documents that BSI does refer to were adjudicated to be trade secrets in another action, and will be submitted as part of the privilege log.

### D.  BSI's Overbroad Definition Of The Word "You" Has Been Overruled By This Court.

BSI an oppressive definition of the word "*You*" that would encompass in its path any entity that is conceivably related to WAUSA. BSI contends that, because it has propounded an overbroad definition of the word "*You*" in its discovery, it should be permitted free reign to obtain information related to distantly-related companies to WAUSA -- regardless of whether such information relates to WAUSA having transmitted the E-Mails At Issue to BSI. The Court established limits on BSI's attempts to define the word "You" in its discovery to include a myriad of other entities in a June 2, 2010 Order:

> The Court finds the Local Rules of the Court instructive on this issue. The Court requires Defendant to provide responsive information in the hands of its officers, directors, employees, agents, representatives and attorneys. See Appendix D, Standard Interrogatories, Local Rules of the United States District Court for the District of Maryland.

BSI tries to enhance its prior argument by contending that it may discover the same information about related entities to WAUSA if it simply asserts that such parties are "agents" of WAUSA without further showing. BSI ignores WAUSA's sworn Interrogatory Answers stating that it does not contract with affiliates or otherwise engage them as agents

7

and does not engage in commercial e-mail.  The key to the word "agents" is that the third party must have the right to a) legally bind the principal to new obligations; b alter existing contractual relationships; and c) the obligation to act in the interests of the principal ahead of its own.  It is axiomatic that since WAUSA does not engage in commercial email in the first place, by definition, there will be no evidence of any Sister Company to WAUSA acting as its "agent" for such purposes.

Moreover, the discovery inquiring about other companies is irrelevant to this case. The touchstone of discovery is whether it is "relevant to any party's claim or defense." *See* Fed. R. Civ. P. 26(b)(1).[4]  "Relevant" evidence is that evidence "having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would without the evidence." *See* Fed. R. Evid. 401.  BSI's discovery will not make it "more probable or less probable" that WAUSA transmitted the E-Mails At Issue, but is instead using this litigation as a fulcrum to churn up further purported claims against other parties and to further delay WAUSA's day in court to prove that it did not transmit the E-Mails At Issue.  Such an abuse of the court system should not be tolerated.

To be clear, WAUSA has provided information in its possession, custody, or control about other companies that are related to it, including its parent company and all of the other subsidiaries of its parent company.  WAUSA is a subsidiary of co-Defendant Holdings. WAUSA has provided Answers about its parent company, Holdings, in, *inter alia*, Interrogatory Answers 1 and 7.  For ease of reference, WAUSA has referred to the other subsidiaries of Holdings as "Sister Companies."  *See* Interrogatory Answer 4, p. 10.  WAUSA has provided (or will provide) information about Sister Companies in, *inter alia*, Interrogatory Answers 1, 2, 3, 4, 6, 7, 11, 13, 25, 26, 28, 29, 32.

---

[4] *See Wong v. Thomas*, 2008 WL 4224923, 05-2588, at *3 (D. N.J., Sept. 10, 2008) (internal citation omitted).

Pages 11-26 omitted from this exhibit,
containing excerpts only

# EXHIBIT 1

L02000034730

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____      Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



100009554001

RECEIVED
02 DEC 24  PM 12: 25
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

FILED
02 DEC 24  PM 12: 34
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

L02-34730

OY# 12/24

# FLORIDA FILING & SEARCH SERVICES, INC.
## P.O. BOX 10662 TALLAHASSEE, FL 32302
### PHONE: (850) 668-4318   FAX: (850) 668-3398

---

DATE: 12-24-02

NAME: NUTECH, LLC

TYPE OF FILING: CONVERSION/LLC

COST:

RETURN:

---

ACCOUNT: FCA000000015

AUTHORIZATION:   ABBIE/PAUL HODGE

DEC-23-2002  11:20      TRANS STATE TITLE BUCH              5619951446    P.02/07

# CERTIFICATE OF CONVERSION

Pursuant to section 608.439, Florida Statutes, the following unincorporated business entity hereby submits the *attached articles of organization* and this certificate of conversion to convert to a Florida limited liability company:

FIRST: The name of the unincorporated business immediately prior to filing this document was:

NiuTech LLC

SECOND: The date on which and the jurisdiction in which the unincorporated business was first created or otherwise came into being are:

    A.   Date:    January 1, 2001
    B.   Jurisdiction:   North Carolina
    C.   If different from the above noted jurisdiction, the jurisdiction immediately prior to its conversion:  not applicable

THIRD: The name of the limited liability company as set forth in the *attached* articles of organization is:

NiuTech, LLC

Signature of a Member or an Authorized Representative of a Member
(In accordance with section 608.408(3), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

    Niuniu Ji

Typed or Printed Name of Signee

**FILING FEES:**
$100.00 Filing Fee for Articles of Organization
$ 25.00 Filing Fee for Registered Agent Designation
$ 25.00 Filing Fee for Certificate of Conversion
$ 30.00 Certified Copy (optional)
$  5.00 Certificate of Status (optional)

*(Note: Section 608.439, F.S., does not provide for a corporation to convert to a limited liability company.)*

INHS11(10-99)

02 DEC 24 PM12: 35
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

### ARTICLES OF ORGANIZATION
### FOR
### FLORIDA LIMITED LIABILITY COMPANY

**Article I – Name:**

The name of the Limited Liability Company is: NiuTech, LLC.

**Article II – Address:**

The mailing address and street address of the principal office of the Limited Liability Company is: 21706 Cromwell Circle, Boca Raton, FL 33486.

**Article III – Registered Agent, Registered Office, & Registered Agent's Signature:**

The name and the Florida street address of the registered are:

> Homer P. Appleby
> 3245 Saint James Drive
> Boca Raton, FL 33434

*Having been named as registered agent and to accept service of process for the above limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S.*

Registered Agent's Signature

**Article IV – Effective Date:**

The date on which this Limited Liability Company shall be effective is: December 30, 2002.

Signature of Member

(In accordance with section 608.408(3), Florida Statutes, the execution
of this document constitutes an affirmation under the penalties of perjury
that the facts stated herein are true.)

Niuniu Ji
name of signee

FILED
02 DEC 24 PH 12: 35
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**EXHIBIT 2**

# *Delaware*

PAGE  1

### *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "THEUSEFUL, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

THE FOLLOWING DOCUMENTS HAVE BEEN FILED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-SIXTH DAY OF JUNE, A.D. 2006, AT 2:14 O'CLOCK P.M.

CERTIFICATE OF MERGER, FILED THE TWENTY-NINTH DAY OF JUNE, A.D. 2006, AT 9:13 O'CLOCK A.M.

CERTIFICATE OF AMENDMENT, CHANGING ITS NAME FROM "WORLD AVENUE U.S.A., LLC" TO "THEUSEFUL, LLC", FILED THE NINETEENTH DAY OF SEPTEMBER, A.D. 2006, AT 2:13 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "THEUSEFUL, LLC".

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

4181161  8310

090688511

You may verify this certificate online at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7411293

DATE: 07-10-09

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:28 PM 06/26/2006*
*FILED 02:14 PM 06/26/2006*
*SRV 060611480 - 4181161 FILE*

# CERTIFICATE OF FORMATION

## OF

## WORLD AVENUE U.S.A., LLC

1. The name of the limited liability company is WORLD AVENUE U.S.A., LLC.

2. The address of its registered office in the State of Delaware is 615 South Dupont Highway, City of Dover, County of Kent. The name of its registered agent at such address is CorpDirect Agents, Inc..

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of WORLD AVENUE U.S.A.. LLC this 22nd day of June, 2006.

_____
Authorized Person
Ed B. Lary

# EXHIBIT 3

**State of Delaware**
**Certificate of Merger of a Foreign Limited Liability Company**
**into a Domestic Limited Liability Company**

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**FIRST**:        The name of the surviving Limited Liability Company is WORLD AVENUE U.S.A., LLC, a Delaware Limited Liability Company.

**SECOND**:        The name of the Limited Liability Company being merged into this surviving Limited Liability Company is NIUTECH, LLC. The jurisdiction in which this Limited Liability Company was formed is Florida.

**THIRD**:        The Agreement of Merger has been approved and executed by both Limited Liability Companies.

**FOURTH**:        The executed agreement of merger is on file at 6001 Broken Sound Parkway, Suite 200, Boca Raton, FL 33487.

**FIFTH**:        A copy of the agreement of merger will be furnished by the surviving Limited Liability Company on request, without cost, to any member of the Limited Liability Company or any person holding an interest in any other business entity which is to merge or consolidate.

**IN WITNESS WHEREOF**, said Limited Liability Company has caused this certificate to be signed by an authorized person, this 28th day of June, 2006.

**WORLD AVENUE U.S.A., LLC,**
a Delaware limited liability company

By:        NiuPercent, Inc.,
a Florida corporation, Member

By: _____
Niuniu Ji, President

Dated: June 28, 2006

_____
Niuniu Ji, Member

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 09:13 AM 06/29/2006*
*FILED 09:13 AM 06/29/2006*
*SRV 060624588 - 4181161 FILE*

# EXHIBIT 4

L0200000 34730

JUN-29-06   07:46AM   FROM-Greenberg Traurig, P.A.   5616337200   T-228   P.001/006   F-420

# Florida Department of State

Division of Corporations
Public Access System

### Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number
(shown below) on the top and bottom of all pages of the document.

### (((H06000169402 3)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page.
Doing so will generate another cover sheet.

To:
       Division of Corporations
       Fax Number     : (850)205-0380

From:
       Account Name   : GREENBERG TRAURIG (WEST PALM BEACH)
       Account Number : 075201001473
       Phone          : (561)650-7900
       Fax Number     : (561)655-6222

FILED
2006 JUN 29 AM 8:53
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

RECEIVED
06 JUN 29 AM 8:00
DIVISION OF CORPORATIONS

## MERGER OR SHARE EXCHANGE

### World Avenue U.S.A., LLC

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 1 |
| Page Count | 01 |
| Estimated Charge | $113.75 |

$8.00

Electronic Filing Menu         Corporate Filing Menu                    Help

L02-34730

α   6/29/2006

https://efile.sunbiz.org/scripts/efilcovr.exe

JUN-29-06   07:49AM   FROM-Greenberg Traurig, P.A.           5613887099           T-825  P.002/006  F-020

(((H06000169402 3)))

## STATE OF FLORIDA

## STATE OF DELAWARE

## ARTICLES OF MERGER
by and between
L02-34730

**NiuTech, LLC, a Florida limited liability company**
and
**World Avenue U.S.A., LLC, a Delaware limited liability company**

The following Articles of Merger are being submitted in accordance with Section 608.4382, Florida Statutes and pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**FIRST:**    The name, principal address, jurisdiction and entity type of the merging party is as follows:

| Name and Street Address | Jurisdiction | Entity Type |
|---|---|---|
| NiuTech, LLC<br>6001 Broken Sound Parkway,<br>Suite 200<br>Boca Raton, FL 33487 | Florida | Limited Liability Company<br><br>Florida Document<br>#L02000034730 |

**SECOND:**    The exact name, principal address, jurisdiction and entity type of the surviving party is as follows:

| Name and Street Address | Jurisdiction | Entity Type |
|---|---|---|
| World Avenue U.S.A., LLC<br>6001 Broken Sound Parkway,<br>Suite 200<br>Boca Raton, FL 33487 | Delaware | Limited Liability Company<br><br>Delaware File #4181161 |

**THIRD:**    The attached Agreement and Plan of Merger was approved by both the domestic limited liability company and foreign limited liability company that are parties to the merger.

**FOURTH:**    The merger is permitted under the respective laws of all applicable jurisdictions and is not prohibited by the agreement of either limited liability company that is a party to the merger.

**FIFTH:**    The merger shall be effective as of the date the Articles of Merger are filed with the Florida Department of State and the Delaware Department of State.

(((H06000169402 3)))

BOC-FS1\404466v02\89754.010100

JUN-28-06    07:49AM    FROM-Greenberg Traurig, P.A.           5612387098           T-825   P.003/008   F-020

(((H06000169402 3)))

**SIXTH:**    The Articles of Merger comply with and were executed in accordance with the laws of the states of Florida and Delaware.

**SEVENTH:**    Signature(s) for each party.

NIUTECH, LLC, a Florida limited liability company

By:    NiuPercent, Inc.,
       a Florida corporation, Member

By: _Niuniu Ji_
       Niuniu Ji, President

Dated: June 28, 2006

WORLD AVENUE U.S.A., LLC, a Delaware limited liability company

By:    NiuPercent, Inc.,
       a Florida corporation, Member

By: _Niuniu Ji_
       Niuniu Ji, President

Dated: June 28, 2006

_Niuniu Ji_
Niuniu Ji, Member

Dated:    June 28, 2006

2006 JUN 29 AM 8: 53
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

(((H06000169402 3)))

BOC-FS1\404466\02\89754.010100                2

JUN-29-06   07:50AM   FROM-Greenberg Traurig, P.A.        5513387008           T-925   P.004/006   F-020

(((H06000169402 3)))

## AGREEMENT AND PLAN OF MERGER

THIS AGREEMENT AND PLAN OF MERGER is made and entered into as of the 28th day of June, 2006, by and between NIUTECH, LLC, a Florida limited liability company (hereinafter sometimes referred to as the "Merged LLC"), and WORLD AVENUE U.S.A., LLC, a Delaware limited liability company (the "Surviving Company"). The Merged LLC and the Surviving Company are hereinafter sometimes referred to as the "Constituent Entities."

## WITNESSETH:

WHEREAS, the parties desire that the Merged LLC merge into the Surviving Company in a manner which conforms to Section 608.438, Florida Statutes and Chapter 6, Section 18-209, Delaware Statutes.

NOW, THEREFORE, in consideration of the mutual covenants, agreements, representations and warranties hereinafter set forth, the parties hereto agree as follows:

1.   **Merger.**   The Merged LLC shall merge into the Surviving Company in accordance with the laws of the State of Florida and the State of Delaware.

2.   **Effective Date.**   The Merger shall be effective as of the date the Articles of Merger are filed with the Florida Department of State and the Delaware Department of State (the "Effective Date").

3.   **Rights of the Surviving Company.**   Upon the Effective Date: (a) the Merged LLC and the Surviving Company shall become a single limited liability company and the separate existence of the Merged LLC shall cease; (b) the Surviving Company shall succeed to and possess all of the rights, privileges, powers and immunities of the Merged LLC which, together with all of the assets, properties, business, patents, trademarks, and goodwill of the Merged LLC, of every type and description wherever located, real, personal or mixed, whether tangible or intangible, including without limitation, all accounts receivable, banking accounts, cash and securities, claims and rights under contracts, and all books and records relating to the Merged LLC shall vest in the Surviving Company without further act or deed and the title to any real property or other property vested by deed or otherwise in the Merged LLC shall not revert or in any way be impaired by reason of the Merger; (c) all rights of creditors and all liens upon any property of the Constituent Entities shall be unimpaired; the Surviving Company shall be subject to all the contractual restrictions, disabilities and duties of the Constituent Entities; and all debts, liabilities and obligations of the respective Constituent Entities shall thenceforth attach to the Surviving Company and may be enforced against it to the same extent as if said debts, liabilities and obligations had been incurred or contracted by it; provided, however, that nothing herein is intended to or shall extend or enlarge any obligation or the lien of any indenture, agreement or other instrument executed or assumed by the Constituent Entities; and (d) without limitation of the foregoing provisions of this Section 3, all limited liability company acts, plans, policies, contracts, approvals and authorizations of the Constituent Entities, their members, officers and agents, which were valid and effective and which did not have terms expressly requiring termination by virtue of the Merger, shall be taken for all purposes as the acts, plans, policies,

(((H06000169402 3)))

BOC-FS1\404466v02\49754.010100

1

JUN-29-06   BY:50AM   FROM-Greenberg Traurig, P.A.   5613387099   T-825   P.005/006   F-620

(((H06000169402 3)))

contracts, approvals and authorizations of the Surviving Company as they were with respect to the Constituent Entities.

4. **Articles of Organization, Operating Agreement, Manager and Officers of Surviving Company.** Upon the Effective Date: (a) the Articles of Organization of the Surviving company shall continue as the Articles of Organization of the Surviving Company until amended in the manner provided by law; (b) the Operating Agreement of the Surviving company shall continue as the Operating Agreement of the Surviving Company until amended in the manner provided by law; and (c) the Manager and Officers of the Surviving Company shall remain the officers and directors of the Surviving Company.

5. **Conversion of Membership Interest.**

   a. The Merged LLC has two members: Niuniu Ji and Niupercent, Inc., a Florida corporation; and

   b. The Surviving Company has two members: Niuniu Ji and Niupercent, Inc., a Florida corporation.

At the Effective Time, the membership interest of the sole member of the Merged LLC shall, by virtue of the Merger and without any action on the part of the Merged LLC or the member thereof, cease to exist. The issued Membership Interests of the Surviving Company shall not be converted in any manner. The only membership interest of the Surviving Company authorized immediately prior to the Effective Time will remain authorized from and after the Effective Time.

6. **Appointment of Agent for Service of Process.** The Merged LLC and the Surviving Company appoint CorpDirect Agents, Inc., whose address is 515 East Park Avenue, Tallahassee, Florida, 32301 and 615 South DuPont Highway, Dover, Delaware, 19901, to accept service of process for any legal action in Florida or Delaware against either company, with a copy of such process to be mailed to Marvin A. Kirsner, Esq., c/o Greenberg Traurig, P.A., 5100 Town Center Circle, Suite 400, Boca Raton, Florida 33486.

7. **Entire Agreement.** This Agreement contains the entire agreement between the parties with respect to the Merger, and supersedes all prior agreements, written or oral, with respect thereto.

8. **Waivers and Amendments.** This Agreement may not be amended, modified, superseded, cancelled, renewed, extended or waived except by a written instrument signed by the parties, or, in the case of a waiver, by the party waiving compliance.

9. **Governing Law.** This Agreement shall be governed and construed in accordance with the laws of the State of Florida.

10. **Headings.** The headings in this Agreement are for reference purposes only and shall not in any way affect the meaning or interpretation of this Agreement.

(((H06000169402 3)))

PAGE 06/06                    FL DEPT OF STATE          850-245-6897          09:05   06/29/2006          06/29/06

JUN-29-06   07:50AM   FROM-Greenberg Traurig, P.A.                    6613387098              T-925   P.005/006   F-020

(((H06000169402 3)))

11.   **Severability of Provisions**.  The invalidity or unenforceability of any term, phrase, clause, paragraph, restriction, covenant, agreement or other provision of this Agreement shall in no way affect the validity or enforcement of any other provision or any part thereof.

12.   **Counterparts**.  This Agreement may be executed in any number of counterparts, each of which when so executed shall constitute an original copy hereof, but all of which together shall be considered but one in the same document.

IN WITNESS WHEREOF, the parties have executed this Agreement on the date first above written.

**MERGING LIMITED LIABILITY COMPANY:**

NIUTECH, LLC, a Florida limited liability company

By:   NiuPercent, Inc., a Florida corporation, Member

By: _____
        Niuniu Ji, President

_____
Niuniu Ji, Member

**SURVIVING COMPANY:**

WORLD AVENUE U.S.A., LLC., a Delaware limited liability company

By:   NiuPercent, Inc., a Florida corporation, Member

By: _____
        Niuniu Ji, President

_____
Niuniu Ji, Member

FILED
2006 JUN 29 AM 8: 54
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

(((H06000169402 3)))

BOC-FS1\0446\v02\89754.010100                                    3

# EXHIBIT 5



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List      Next on List      Return To List

Events      **No Name History**

Entity Name Search

Submit

# Detail by Entity Name

## Florida Limited Liability Company

NIUTECH, LLC

## Filing Information

| | |
|---|---|
| Document Number | L02000034730 |
| FEI/EIN Number | 260004483 |
| Date Filed | 12/24/2002 |
| State | FL |
| Status | INACTIVE |
| Last Event | MERGED |
| Event Date Filed | 06/29/2006 |
| Event Effective Date | NONE |

## Principal Address

6001 BROKEN SOUND PARKWAY
SUITE 200
BOCA RATON FL 33487

Changed 01/16/2005

## Mailing Address

6001 BROKEN SOUND PARKWAY
SUITE 200
BOCA RATON FL 33487

Changed 01/16/2005

## Registered Agent Name & Address

APPLEBY, HOMER P
C/O APPLEBY LAW
5255 N. FEDERAL HIGHWAY
BOCA RATON FL 33487 US

Address Changed: 02/15/2006

## Manager/Member Detail

**Name & Address**

Title MGRM

JI, NIUNIU
6001 BROKEN SOUND PARKWAY SUITE #200
BOCA RATON FL 33487 US

## Annual Reports

**Report Year  Filed Date**

| 2005 | 01/16/2005 |
| 2006 | 01/10/2006 |
| 2006 | 02/15/2006 |

## Document Images

06/29/2006 -- Merger      `View image in PDF format`

02/15/2006 -- ANNUAL REPORT  `View image in PDF format`

01/10/2006 -- ANNUAL REPORT  `View image in PDF format`

01/16/2005 -- ANNUAL REPORT  `View image in PDF format`

09/13/2004 -- Amendment    `View image in PDF format`

01/14/2004 -- ANNUAL REPORT  `View image in PDF format`

03/17/2003 -- ANNUAL REPORT  `View image in PDF format`

12/24/2002 -- Florida Limited Liabilites `View image in PDF format`

**Note:** This is not official record. See documents if question or conflict.

Previous on List  Next on List  Return To List      `Entity Name Search`

Events     **No Name History**         `Submit`

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

**EXHIBIT 6**

www.sunbiz.org - Department of State
Page 1 of 2
Case 8:08-cv-00921-PJM   Document 459-2   Filed 10/23/10   Page 32 of 55



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Entity Name Search

Events    Name History

Submit

# Detail by Entity Name

## Foreign Limited Liability Company

THEUSEFUL, LLC

## Filing Information

| | |
|---|---|
| **Document Number** | M06000004410 |
| **FEI/EIN Number** | 260004483 |
| **Date Filed** | 08/09/2006 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | LC NAME CHANGE |
| **Event Date Filed** | 09/21/2006 |
| **Event Effective Date** | NONE |

## Principal Address

1613 NW 136TH AVE, SUITE 100
SUNRISE FL 33323

Changed 11/07/2007

## Mailing Address

1613 NW 136TH AVE, SUITE 100
SUNRISE FL 33323

Changed 11/07/2007

## Registered Agent Name & Address

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE FL 32301 US

## Manager/Member Detail

**Name & Address**

Title MGRM

WORLD AVENUE HOLDINGS, LLC
1613 NW 136TH AVENUE, SUITE 100
SUNRISE FL 33323

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 02/05/2008 |
| 2009 | 02/10/2009 |
| 2010 | 03/02/2010 |

## Document Images

| | |
|---|---|
| 03/02/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/10/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/05/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2007 -- ANNUAL REPORT | View image in PDF format |
| 09/21/2006 -- LC Name Change | View image in PDF format |
| 08/09/2006 -- Foreign Limited | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List      Next on List      Return To List

Events            Name History

Entity Name Search

Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

M060000004410

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:



Office Use Only



700078162457

08/10/06--01001--011   **155.00

FILED
06 AUG -9 AM 9: 16
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

RECEIVED
06 AUG -9 PM 4: 35
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

CORPDIRECT AGENTS, INC. (formerly CCRS)
515 EAST PARK AVENUE
TALLAHASSEE, FL 32301
222-1173

**FILING COVER SHEET**
**ACCT. #FCA-14**

FILED
06 AUG -9 AM 9: 16
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**CONTACT:**     KATIE WONSCH

**DATE:**          08/09/06

**REF. #:**        000466.55967

**CORP. NAME:**   WORLD AVENUE U.S.A., LLC

( ) ARTICLES OF INCORPORATION        ( ) ARTICLES OF AMENDMENT        ( ) ARTICLES OF DISSOLUTION

( ) ANNUAL REPORT        ( ) TRADEMARK/SERVICE MARK        ( ) FICTITIOUS NAME

( XX ) FOREIGN QUALIFICATION        ( ) LIMITED PARTNERSHIP        ( ) LIMITED LIABILITY

( ) REINSTATEMENT        ( ) MERGER        ( ) WITHDRAWAL

( ) CERTIFICATE OF CANCELLATION

( ) OTHER:

**STATE FEES PREPAID WITH CHECK# 518091 FOR $ 155.00**

**AUTHORIZATION FOR ACCOUNT IF TO BE DEBITED:**

_____     **COST LIMIT: $_____**

**PLEASE RETURN:**

( XX ) CERTIFIED COPY        ( ) CERTIFICATE OF GOOD STANDING        ( ) PLAIN STAMPED COPY

( ) CERTIFICATE OF STATUS

Examiner's Initials

**APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. World Avenue U.S.A., LLC
   (Name of Foreign Limited Liability Company)

2. Delaware
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 20-4054451
   (FEI number, if applicable)

4. 06/26/2006
   (Date of Organization)

5. Perpetual
   (Duration: Year limited liability company will cease to exist or "perpetual")

6. 06/29/06
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. 6001 Broken Sound Parkway, Suite 200

   Boca Raton, FL 33487
   (Street Address of Principal Office)

8. If limited liability company is a manager-managed company, check here ☐

9. The name and usual business addresses of the managing members or managers are as follows:

   World Avenue, LLC

   6001 Broken Sound Parkway, Suite 200

   Boca Raton, FL 33487

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida: _____

    Internet Marketing and Advertising

    _Signature_ of a member or an authorized representative of a member.
    (In accordance with section 608.408(3), F.S., the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

    Niuniu Ji
    Typed or printed name of signee

FILED
06 AUG -9 AM 9: 16
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the Limited Liability Company is:

## World Avenue U.S.A., LLC

2. The name and the Florida street address of the registered agent and office are:

### CorpDirect Agents, Inc.
(Name)

### 515 East Park Avenue
Florida Street Address (P.O. Box **NOT** ACCEPTABLE)

### Tallahassee          FL  32301
City/State/Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, Florida Statutes.*

(Signature)

| | |
|---|---|
| $ 100.00 | Filing Fee for Application |
| $  25.00 | Designation of Registered Agent |
| $  30.00 | Certified Copy (optional) |
| $   5.00 | Certificate of Status (optional) |

# *Delaware*

PAGE 1

## *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "WORLD AVENUE U.S.A., LLC" IS DULY
FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD
STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS
OFFICE SHOW, AS OF THE TWENTY-EIGHTH DAY OF JULY, A.D. 2006.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4181161   8300

060714417

AUTHENTICATION: 4937611

DATE: 07-28-06

**EXHIBIT 7**

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:13 PM 09/19/2006*
*FILED 02:13 PM 09/19/2006*
*SRV 060862981 - 4181161 FILE*

**CERTIFICATE OF AMENDMENT**
**OF**
**CERTIFICATE OF FORMATION**
**OF**
**WORLD AVENUE U.S.A., LLC**

This Certificate of Amendment of Certificate of Formation of World Avenue, U.S.A., LLC, a Delaware limited liability company (the *"Company"*), dated as of September 13, 2006, is being duly executed and filed by Niuniu Ji, as Authorized Person, to amend the Certificate of Formation of the Company filed with the Secretary of State of the State of Delaware on June 26, 2006 (the *"Certificate of Formation"*) pursuant to § 18-202 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. (the *"Act"*).

1. Name. The name of the limited liability company is World Avenue U.S.A., LLC.

2. Amendment to the Certificate of Formation. The Certificate of Formation of the Company is hereby amended by deleting Section 1 thereof in its entirety and inserting the following in lieu thereof:

"1. Name. The name of the limited liability company formed hereby is TheUseful, LLC."

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment of Certificate Formation as of the date first written above.

Name: Niuniu Ji
Title: Authorized Person

# EXHIBIT 8

SEP-21-06   10:14AM   FROM-Greenberg Traurig, P.A.   5619336099   T-133   P.001/003   F-290



**Florida Department of State**
Division of Corporations
Public Access System

Electronic Filing Cover Sheet

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
06 SEP 21 AM 10: 20

---

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number
(shown below) on the top and bottom of all pages of the document.

(((H06000233611 3)))



H06000233611 3ABCW

**Note: DO NOT hit the *REFRESH/RELOAD* button on your browser from this page.**
Doing so will generate another cover sheet.

---

To:
    Division of Corporations
    Fax Number    : (850)205-0383

From:
    Account Name   : GREENBERG TRAURIG (WEST PALM BEACH)
    Account Number : 075201001473
    Phone          : (561)650-7900
    Fax Number     : (561)655-6222

---

# LLC AMND/RESTATE/CORRECT OR M/MG RESIGN

## WORLD AVENUE U.S.A., LLC

RECEIVED
06 SEP 21 PM 12: 34
DIVISION OF CORPORATION

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 02 |
| Estimated Charge | $55.00 |

Electronic Filing Menu          Corporate Filing Menu          Help

---

https://efile.sunbiz.org/scripts/efilcovr.exe     J. BRYAN   SEP 2 2 2006          9/21/2006

(((H06000233611 3)))

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY TO FILE AMENDMENT TO APPLICATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

### SECTION I (1-3 must be completed)

1. Name of limited liability company as it appears on the records of the Florida Department of State: World Avenue U.S.A., LLC

2. Jurisdiction of its organization: Delaware

3. Date authorized to do business in Florida: August 10, 2006

### SECTION II (4-7 complete only the applicable changes)

4. If the amendment changes the name of the limited liability company, when was the change effected under the laws of its jurisdiction of organization? 9/19/06

5. New name of the limited liability company: TheUseful, LLC

6. If the amendment changes the period of duration, indicate new period of duration:

   N/A

7. If the amendment changes the jurisdiction of organization, indicate new jurisdiction:

   N/A

8. If the amendment corrects any false statement, indicate the statement being corrected and the correction: N/A

9. Attached is an original certificate, no more than 90 days old, evidencing the aforementioned amendment(s), duly authenticated by the official having custody of records in the jurisdiction under the law of which this entity is organized.

_____
Signature of a member or the authorized
representative of a member

Niuniu Ji
_____
Typed or printed name of signee

Filing Fee: $25.00          (((H06000233611 3)))



# Delaware

*PAGE 1*

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "THEUSEFUL, LLC" IS DULY FORMED
UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING
AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE
SHOW, AS OF THE NINETEENTH DAY OF SEPTEMBER, A.D. 2006.

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
06 SEP 21 AM 10: 20

Harriet Smith Windsor
_____
Harriet Smith Windsor, Secretary of State

4181161   8300

060862981

AUTHENTICATION: 5052840

DATE: 09-19-06

# EXHIBIT 9

CERTIFICATE OF FORMATION

OF

WORLD AVENUE U.S.A., LLC

1. The name of the limited liability company is WORLD AVENUE U.S.A., LLC.

2. The address of its registered office in the State of Delaware is 615 South Dupont Highway, City of Dover, County of Kent. The name of its registered agent at such address is CorpDirect Agents, Inc..

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of WORLD AVENUE U.S.A., LLC this *13th* day of September, 2006.

_____
Authorized Person
Niuniu Ji

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:51 AM 09/21/2006
FILED 11:51 AM 09/21/2006
SRV 060870687 - 4223730 FILE

# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "WORLD AVENUE U.S.A., LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

THE FOLLOWING DOCUMENTS HAVE BEEN FILED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-FIRST DAY OF SEPTEMBER, A.D. 2006, AT 11:51 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "WORLD AVENUE U.S.A., LLC".

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7411296

DATE: 07-10-09

4223730   8310

090688516

You may verify this certificate online
at corp.delaware.gov/authver.shtml

# EXHIBIT 10



**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List    Next on List    Return To List          | Entity Name Search |

No Events        No Name History                              Submit

# Detail by Entity Name

## Foreign Limited Liability Company

WORLD AVENUE U.S.A., LLC

## Filing Information

**Document Number** M06000005284
**FEI/EIN Number**   260004483
**Date Filed**       09/25/2006
**State**            DE
**Status**           ACTIVE

## Principal Address

1613 NW 136TH AVE, SUITE 100
SUNRISE FL 33323

Changed 11/07/2007

## Mailing Address

1613 NW 136TH AVE, SUITE 100
SUNRISE FL 33323

Changed 11/07/2007

## Registered Agent Name & Address

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE FL 32301 US

## Manager/Member Detail

**Name & Address**

Title MGRM

WORLD AVENUE HOLDINGS, LLC
1613 NW 136TH AVENUE, SUITE 100
SUNRISE FL 33323

## Annual Reports

**Report Year Filed Date**
2008        02/05/2008
2009        02/10/2009
2010        03/02/2010

## Document Images

03/02/2010 -- ANNUAL REPORT     View image in PDF format

02/10/2009 -- ANNUAL REPORT    View image in PDF format

02/05/2008 -- ANNUAL REPORT    View image in PDF format

04/20/2007 -- ANNUAL REPORT    View image in PDF format

09/25/2006 -- Foreign Limited    View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

Previous on List        Next on List        Return To List        | Entity Name Search

No Events        No Name History                                    Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

MOC000005284

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700079804397

09/26/06--01003--009   **155.00

RECEIVED
06 SEP 25 PM 3: 45

FILED
06 SEP 25 AM 9: 0?
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**CORPDIRECT AGENTS, INC. (formerly CCRS)**
**515 EAST PARK AVENUE**
**TALLAHASSEE, FL 32301**
**222-1173**

**FILING COVER SHEET**
**ACCT. #FCA-14**

**CONTACT:**      **TRACY SPEAR**

**DATE:**          **09/25/06**

**REF. #:**        **000466.57844**

**CORP. NAME:**    **WORLD AVENUE U.S.A., LLC**

FILED
06 SEP 25  AM 9:07
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

( ) ARTICLES OF INCORPORATION     ( ) ARTICLES OF AMENDMENT     ( ) ARTICLES OF DISSOLUTION

( ) ANNUAL REPORT                 ( ) TRADEMARK/SERVICE MARK    ( ) FICTITIOUS NAME

(XX ) FOREIGN QUALIFICATION       ( ) LIMITED PARTNERSHIP       ( ) LIMITED LIABILITY

( ) REINSTATEMENT                 ( ) MERGER                    ( ) WITHDRAWAL

( ) CERTIFICATE OF CANCELLATION

( ) OTHER:

**STATE FEES PREPAID WITH CHECK#** 518560 _____ **FOR $** 155.00

**AUTHORIZATION FOR ACCOUNT IF TO BE DEBITED:**

_____    **COST LIMIT:  $_____**

**PLEASE RETURN:**

( XX ) CERTIFIED COPY        ( ) CERTIFICATE OF GOOD STANDING        ( ) PLAIN STAMPED COPY

( ) CERTIFICATE OF STATUS

Examiner's Initials

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. World Avenue U.S.A., LLC
   (Name of Foreign Limited Liability Company)

2. Delaware
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 26-0004483
   (FEI number, if applicable)

4. 9/21/06
   (Date of Organization)

5. Perpetual
   (Duration: Year limited liability company will cease to exist or "perpetual")

6. _____
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. 6001 Broken Sound Parkway, Suite 200

   Boca Raton, FL 33487
   (Street Address of Principal Office)

8. If limited liability company is a manager-managed company, check here ☐

9. The name and usual business addresses of the managing members or managers are as follows:

   World Avenue Holdings, LLC

   6001 Broken Sound Parkway, Suite 200

   Boca Raton, FL 33487

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida: _____

    Internet Marketing and Advertising

    Signature of a member or an authorized representative of a member.
    (In accordance with section 608.408(3), F.S., the execution of this document constitutes
    an affirmation under the penalties of perjury that the facts stated herein are true.)

    Niuniu Ji
    Typed or printed name of signee

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the Limited Liability Company is:

## World Avenue U.S.A., LLC

2. The name and the Florida street address of the registered agent and office are:

### CorpDirect Agents, Inc.
(Name)

### 515 East Park Avenue
Florida Street Address (P.O. Box NOT ACCEPTABLE)

### Tallahassee                FL  32301
City/State/Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, Florida Statutes.*

_____
(Signature)

| | |
|---|---|
| $ 100.00 | Filing Fee for Application |
| $ 25.00 | Designation of Registered Agent |
| $ 30.00 | Certified Copy (optional) |
| $ 5.00 | Certificate of Status (optional) |



# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "WORLD AVENUE U.S.A., LLC" IS DULY
FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD
STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS
OFFICE SHOW, AS OF THE TWENTY-SECOND DAY OF SEPTEMBER, A.D.
2006.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4223730   8300

060870687

AUTHENTICATION: 5062077

DATE: 09-22-06