September 17, 2010:

Mike:

Consistent with our prioir position, we will not consent to the extension of an expired dead line.

Best,

Sandy
-------------------------
Sent from my BlackBerry Wireless Handheld

---

July 20, 2010:

Mike:

Thank you for the filing.

We do not consent to a further extension of the deadline for BSI to file the Opposition. As we have discussed with Steve in the past, we will not agree to extend an expired deadline.

Sandy
-------------------------
Sent from my BlackBerry Wireless Handheld

---

June 18, 2010:

Steve:

To close the loop, we will not agree to extend elapsed deadlines.

Separately, is the Tiggee deposition going forward?  If so, where and when?  Since your motion for reconsideration (DE 217) is still under review, we presume that your questions will be limited to a scope consistent with the Court's Order (DE 213).

We are working on responding to the remainder of your questions.

Best,

Sandy

April 9, 2010:

Steve:

We disagree with your position that any of the deadlines set forth in the Scheduling Order have been stayed. For the reasons stated in the Opposition to BSI's Motion to Seek Leave to File a Second Amended Complaint [DE 178] we also disagree that BSI's motion was timely [DE 128], as it was filed after the expiration of the deadline, and did not serve by itself to stay any deadline.

. . .