# EXHIBIT "2"

**Yeargin, Alberta (Secy-FTL-LT)**

**From:** MDD_CM-ECF_Filing@mdd.uscourts.gov
**Sent:** Wednesday, September 29, 2010 7:00 PM
**To:** MDDdb_ECF@mdd.uscourts.gov
**Subject:** Activity in Case 8:08-cv-00921-PJM Beyond Systems, Inc. v. World Avenue USA, LLC et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Maryland

**Notice of Electronic Filing**

The following transaction was entered on 9/29/2010 at 6:59 PM EDT and filed on 9/29/2010
**Case Name:**    Beyond Systems, Inc. v. World Avenue USA, LLC et al
**Case Number:**  8:08-cv-00921-PJM
**Filer:**
**Document Number:** 432(No document attached)

Docket Text:
**PAPERLESS ORDER denying Third-party Defendants James Wagner and Hypertouch Inc.'s Motion for Protective Order and to Stay Discovery (ECF #265). The requisite certificate of counsel pursuant to Local Rule 104.7 has not been filed. To the extent counsel's "Certificate of Good Faith Efforts" is an attempt to do so, it is deficient as there is no representation that a "conference" ever occurred. Electronic and written correspondence is insufficient.. Signed by Magistrate Judge Charles B. Day on 09/29/10. (Day, Charles)**

**8:08-cv-00921-PJM Notice has been electronically mailed to:**

Stephen Howard Ring shr@ringlaw.us, anthony@broderick-law.com, mmccue@massattorneys.net, ted@broderick-law.com

Sanford M Saunders, Jr saundersS@gtlaw.com

Michael Stephen Rothman mike@mikerothman.com

Ari Nicholas Rothman anrothman@venable.com

Nicoleta Burlacu burlacun@gtlaw.com

Kenneth A Horky horkyk@gtlaw.com

John L McManus mcmanusj@gtlaw.com, ftllitdock@gtlaw.com, yeargina@gtlaw.com

**8:08-cv-00921-PJM Notice will not be electronically delivered to:**

9/30/2010