Beyond Systems, Inc. v. World Avenue USA, LLC
Attorneys' Fees re Motion to Compel re Fourth Request for Production

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/6/2010 | Nicoleta Burlacu | Review BSI response to WAUSA's 4th request for documents; email correspondence with counsel on same | 1 | 290.00 |
| 5/10/2010 | John L. McManus | work on drafting fifth lengthy piece of correspondence via e-mail re: good faith effort on the fourth request for production; work on receipt and review of comments re: same; attention to working on Motion to Compel as to the fourth request for Producti | 2 | 900.00 |
| 5/11/2010 | Nicoleta Burlacu | review Order 344 on the "game plan" in Kraft matter; confer with counsel on same; | 1.5 | 435.00 |
| 5/11/2010 | Kenneth A. Horky | review multiple other Kraft filings on "game plan", | 0.2 | 92.00 |
| 5/11/2010 | John L. McManus | work on receipt and review of client comments on the Fourth Request for Production e-mail correspondence; work on incorporation of edits from co-counsel on the Fourth Request for Production e-mail correspondence

Continued work on motion to compel on the fourth request for production of documents; work on motion to compel on fourth request for production and circulate same to defense team. | 4 | 1,800.00 |
| 5/12/2010 | Kenneth A. Horky | work on motion to compel documents responsive to 4th request for production; | 0.8 | 368.00 |

Beyond Systems, Inc. v. World Avenue USA, LLC
Attorneys' Fees re Motion to Compel re Fourth Request for Production

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/12/2010 | John L. McManus | Work on Motion to Compel on Fourth Request for Production of Documents; work on client comments on Motion to Compel; circulation of revised motion to compel on the Fourth Request for Production of Documents; work on further circulating of an edited version of the Motion to Compel on Fourth Request for Production of Documents; | 4 | 1,800.00 |
| 5/13/2010 | Kenneth A. Horky | review revised version of motion to compel on 4th request for production; | 0.2 | 92.00 |
| 5/13/2010 | John L. McManus | work on edits to the Fourth Request for Production Motion to Compel re: Color vivo Films; work on multiple pieces of correspondence back and forth with client re: edits; work on review and research on Color Vivo Films; | 3 | 1,350.00 |
| 5/13/2010 | Sanford M. Saunders, Jr. | Review and revise emails; | 0.5 | 312.50 |
| 5/14/2010 | John L. McManus | Work on extensive discussion of editing and appropriate references in the Motion to Compel Production of Documents on the Fourth Request for Production   Work on finalization of each of the Motions; work on e-mail correspondence enclosing Motion to Compel on Fourth Request for Production, and Exhibits to each in separate e-mail correspondence. | 2 | 900.00 |
| 6/15/2010 | Nicoleta Burlacu | review motion to compel production of documents responsive to Fourth Request for Production. | 1.5 | 435.00 |
| 6/15/2010 | Barry A. Dotson | work with exhibits to motions to compel and notices of filing. | 1.5 | 307.50 |

Attorneys' Fees re Motion to Compel re Fourth Request for Production

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 6/15/2010 | Kenneth A. Horky | check status of BSI's response to overdue motions to compel discovery; review as-filed motion to compel production of documents responsive to fourth request for production; | 0.2 | 92.00 |
| 7/14/2010 | Kenneth A. Horky | review BSI's Opposition to our motion to compel production of documents responsive to our 4th request for production, and supporting affidavit; circulate memo to working group on content of reply; | 0.7 | 322.00 |
| 7/15/2010 | John L. McManus | Work on and draft Reply Memorandum in Support of Motion to Compel Production of Documents Responsive to Fourth Request for Production of Documents; | 6 | 2,700.00 |
| 8/10/2010 | John L. McManus | work on edits to Notice of Supplemental Authority re: disclosure; work on drafting of three letters to one regarding Fourth Request for Production, work on separate notice of supplemental authority re: discovery violations; | 0.5 | 225.00 |
| 8/11/2010 | John L. McManus | work on finalizing letter to opposing counsel re: notice of supplemental authority; | 0.5 | 225.00 |
| **Totals** | | | **30.1** | **12,646.00** |

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|
| Nicoleta Burlacu, Esq. | 4 | $1,160.00 |
| Kenneth A. Horky, Esq. | 2.1 | $966.00 |
| John L. McManus, Esq. | 22 | $9,900.00 |
| Sanford M. Saunders, Jr., Esq. | 0.5 | $312.50 |
| Barry A. Dotson, Paralegal | 1.5 | $307.50 |
| **Totals:** | **30.1** | **$12,646.00** |