**GT** GreenbergTraurig

Invoice No. : 2696847
File No.    : 115318.010500
Bill Date   : June 7, 2010

# INVOICE

Re:  adv. Beyond Systems, Inc.

Legal Services through May 31, 2010:

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, Florida 33301
Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

Invoice No.:   2696847
Re:            adv. Beyond Systems, Inc.
Matter No.:    115318.010500

Description of Professional Services Rendered

| | | | |
|---|---|---|---|
| 05/06/10 | Nicoleta Burlacu | | Review BSI response to WAUSA's 4th request for documents; email correspondence with counsel on same |

Invoice No.:    2696847                                                              Page 6
Re:             adv. Beyond Systems, Inc.
Matter No.:     115318.010500

Description of Professional Services Rendered

05/10/10    John L. McManus            work on drafting fifth lengthy piece of
                                       correspondence via e-mail re: good faith effort on
                                       the fourth request for production; work on receipt
                                       and review of comments re: same;

                                                                      attention to
                                       working on Motion to Compel as to the fourth
                                       request for Production;

Invoice No.:    2696847                                                    Page 7
Re:             adv. Beyond Systems, Inc.
Matter No.:     115318.010500

Description of Professional Services Rendered

05/11/10    Nicoleta Burlacu

                                        review Order 344 on the "game plan"
                        in Kraft matter; confer with counsel on same;


05/11/10    Kenneth A. Horky




                                                        review multiple other
                        Kraft filings on "game plan",

05/11/10    John L. McManus
                                                        work on receipt and
                        review of client comments on the Fourth Request
                        for Production e-mail correspondence; work on
                        incorporation of edits from co-counsel on the
                        Fourth Request for Production e-mail
                        correspondence




                                        Continued work on motion to compel
                        on the fourth request for production of documents;
                        work on motion to compel on fourth request for
                        production and circulate same to defense team.

Invoice No.:   2696847                                                    Page 8
Re:            adv. Beyond Systems, Inc.
Matter No.:    115318.010500

Description of Professional Services Rendered

05/12/10    Kenneth A. Horky

                                                    work on motion
                                    to compel documents responsive to 4th request for
                                    production;

Invoice No.:     2696847                                            Page 9
Re:              adv. Beyond Systems, Inc.
Matter No.:      115318.010500

Description of Professional Services Rendered

05/12/10    John L. McManus

           Work on Motion to Compel on Fourth Request for Production of Documents;

           work on client comments on Motion to Compel;

           circulation of revised motion to compel on the Fourth Request for Production of Documents;

           work on further circulating of an edited version of the Motion to Compel on Fourth Request for Production of Documents;

Invoice No.:   2696847                                                                                         Page 10
Re:            adv. Beyond Systems, Inc.
Matter No.:    115318.010500

Description of Professional Services Rendered

05/13/10   Kenneth A. Horky                                              review revised
                                            version of motion to compel on 4th request for
                                            production;

05/13/10   John L. McManus

                                            work on edits to the Fourth Request for Production
                                            Motion to Compel re: Color vivo Films; work on
                                            multiple pieces of correspondence back and forth
                                            with client re: edits; work on review and research
                                            on Color Vivo Films;

05/13/10   Sanford M. Saunders, Jr.   Review and revise emails;

Invoice No.:    2696847                                                                         Page 12
Re:             adv. Beyond Systems, Inc.
Matter No.:     115318.010500

Description of Professional Services Rendered

05/14/10    John L. McManus           Work on extensive discussion of editing and
                                      appropriate references in the Motion to Compel
                                      Production of Documents on the Fourth Request
                                      for Production

                                                      Work on finalization of each of the
                                      Motions;


                                                                              work on
                                      e-mail correspondence enclosing
                                                                       Motion to
                                      Compel on Fourth Request for Production, and
                                      Exhibits to each in separate e-mail correspondence.

**GT** GreenbergTraurig

Invoice No.: 2723161
File No.   : 115318.010500
Bill Date  : July 12, 2010

# INVOICE

Re:  adv. Beyond Systems, Inc.

Legal Services through June 30, 2010:

Invoice No.:         272576                                                                                               Page 11
Re:                  adv. Beyond Systems, Inc.
Matter No.:          115318.010500

Description of Professional Services Rendered

06/15/10     Nicoleta Burlacu




                                                                                              review
                                                                      motion to compel production of documents
                                                                      responsive to Fourth Request for Production.

06/15/10     Barry A. Dotson
                                                                                    work with exhibits to motions to
                                                                      compel and notices of filing.

06/15/10     Kenneth A. Horky




                                                                                             check status of
                                                                      BSI's response to overdue motions to compel
                                                                      discovery;




                                                                                       review as-filed motion to
                                                                      compel production of documents responsive to
                                                                      fourth request for production;

# GreenbergTraurig

Invoice No. : 2743610
File No.    : 115318.010500
Bill Date   : August 10, 2010

# INVOICE

Re:  adv. Beyond Systems, Inc.

Legal Services through July 31, 2010:

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, Florida 33301
Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

Invoice No.:       2745610                                                                         Page 7
Re:                adv. Beyond Systems, Inc.
Matter No.:        115318.010500

Description of Professional Services Rendered

07/14/10    Kenneth A. Horky

                                                                  review
                                            BSI's Opposition to our motion to compel
                                            production of documents responsive to our 4th
                                            request for production, and supporting affidavit;
                                            circulate memo to working group on content of
                                            reply;

Invoice No.: 2743610 Page 9
Re: adv. Beyond Systems, Inc.
Matter No.: 115318.010500

Description of Professional Services Rendered

| | | |
|---|---|---|
| 07/15/10 | John L. McManus | Work on and draft Reply Memorandum in Support of Motion to Compel Production of Documents Responsive to Fourth Request for Production of Documents; |

 GreenbergTraurig

Invoice No.: 2761021
File No.    : 115318.010500
Bill Date   : September 8, 2010

# INVOICE

Re:  adv. Beyond Systems, Inc.

Legal Services through August 31, 2010:

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, Florida 33301
Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

Description of Professional Services Rendered

08/10/10    John L. McManus

work on edits to Notice of Supplemental Authority re: disclosure; work on drafting of three letters to one regarding Fourth Request for Production, work on separate notice of supplemental authority re: discovery violations;

Invoice No.: 276102
Re:        adv. Beyond Systems, Inc.
Matter No.: 115318.010500

Page 9

Description of Professional Services Rendered

08/11/10    John L. McManus                                              work on finalizing letter
                                             to opposing counsel re: notice of supplemental
                                             authority;