# EXHIBIT "3"

## IN THE U.S. DISTRICT COURT FOR MARYLAND,
## SOUTHERN DIVISION

BEYOND SYSTEMS, INC.     )
                          )
     Plaintiff        )
     v.                )        Case No.PJM 08 cv 0921
                          )
WORLD AVENUE USA, LLC, et al. )
     Defendants     )
                          )

---

### DECLARATION OF NEAL A. KRAWETZ

I, Neal A. Krawetz, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury as follows:

1.     My name is Neal A Krawetz. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein.

2.     I have been engaged by World Avenue USA, LLC ("WAUSA") to provide expert opinions in connection with this litigation.

3.     My hourly rate is $250.00 per hour, and that is the rate that I charge for all litigation matters. Based on my knowledge, this is a reasonable hourly rate for experts in this subject matter. Specifically, I have personal knowledge that one of Beyond Systems, Inc.'s experts who submitted a report in this case stated that he bills at a rate of $400 per hour.

4.     On July 12, 2010 I was contacted by counsel for WAUSA in connection with a Declaration of Paul A. Wagner filed in this matter concerning Verizon and the Third Set of Interrogatories.

5.     I reviewed the matter, communicated with counsel, reviewed documents, and worked on a responsive Declaration in opposition to the Declaration of Paul A. Wagner, and I understand that it was submitted to the Court.

6.     I expended 18.25 hours for a total of $4,562.50 which has since been paid to me in full.

7.      I believe that the hours that I expended on the matter are reasonable in light of the complexity of the matter, the time involved, and the number of documents reviewed.

8.      A copy of my bill, redacted to show only relevant information, is attached hereto.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___29- Oct - 2010___

_Neal A. Krawetz, Ph.D._
Hacker Factor Solutions
P.O. Box 270033
Fort Collins, CO 80527-0033

# Hacker Factor

P.O. Box 270033
Fort Collins, CO
80527-0033
tel 970-282-0195

# Invoice

**Invoice No.**: HF-C3-20100806-001-A
**Invoice Date**: 2010-08-06
**Invoice Period**: 2010-06-01 to 2010-07-31
**To**:

World Avenue USA, LLC
Attn: Homer Appleby, Esq., General Counsel
1613 NW l36th Ave, Suite 100
Sunrise, FL 33323
happleby@adinfocenter.com

| Description of Service | Qty | Unit Price | Amount |
|---|---|---|---|
| Expert Witness Services Beyond Systems, Inc. v. World Avenue (JSA, LLC, et al.) Case No. PJM 08 cv 0921 U.S. District Court for Maryland (Southern Division) | | $250.00/hr | |
| 2010-06-10 FedEx, Tracking #798749819693 | 1 | $36.40 | $36.40 |
| 2010-07-20 FedEx, Tracking #869801105968 | 1 | $28.18 | |
| **Total** | | | |

## Comments

Detailed service breakdown:

| Date | Start Time | End Time | Hours | Purpose | |
|---|---|---|---|---|---|

| 2010-07-12 | 18:00 | 18:15 | 0.25 | Reviewing documents |
| 2010-07-13 | 18:00 | 18:15 | 0.25 | Reviewing documents |
| 2010-07-14 | 16:15 | 16:30 | 0.25 | Reviewing documents |
| 2010-07-15 | 17:00 | 17:15 | 0.25 | Reviewing documents |
| 2010-07-16 | 18:00 | 18:15 | 0.25 | Reviewing documents |
| 2010-07-18 | 8:00 | 12:00 | 3.00 | Verizon Declaration |
| 2010-07-18 | 13:00 | 17:00 | 4.00 | Verizon Declaration |
| 2010-07-19 | 10:00 | 12:00 | 2.00 | Reviewing documents, Verizon Declaration |
| 2010-07-19 | 13:00 | 17:00 | 4.00 | Reviewing documents, Verizon Declaration |

**Payable Information**
**Amount Due**:
**Terms**:

Please make checks payable to:
     Dr. Neal Krawetz
     P.O. Box 270033
     Fort Collins, CO
     80527-0033

CUSTOMER COPY

PACK AN MAIL COM
2519 S SHIELDS 1K
FORT COLLINS, CO 80526
970-495-6844

TERMINAL I.D.:              74180209
MERCHANT #:           342243650047

VISA
xxxxxxxxxxxx3436
SALE
BATCH: 000263    INV:000004
RRN: 020119402038 AUTH:07866C

JUL 20, 10      13:59


TOTAL        $28.18


NEAL KRAWETZ


CUSTOMER COPY