# EXHIBIT "4"

THE NATIONAL
LAW JOURNAL

IN FOCUS

S1-S8
MONDAY, DECEMBER 8, 2008

# BILLING

# Law firm fees defy gravity

As the recession gathered, legal fees grew, and one firm broke the $1,200 per hour barrier.

By Leigh Jones
ASSOCIATE EDITOR

DESPITE THE RANCID economy of 2008, attorney billing rates continued their escalation trend, with nearly 71% of law firms reporting an increase in the amount that they charged clients compared with 2007. This figure represents law firms that increased their average and median billing rates firm-wide.

Also this year, partner billing rates broke record highs, with one firm exceeding the $1,200 mark and another rising above $1,100 per hour.

This year's results of *The National Law Journal*'s annual billing survey indicate that, although law firms upped their rates at a slower pace compared with last year's increases, they still exacted a higher price for their labors from clients, even amid an unraveling economy.

The survey was based on information provided by 127 law firms that responded to billing questions submitted as part of the NLJ 250, *The National Law Journal*'s annual survey of the nation's largest law firms. Of those 127 law firms, 109 provided billing information both this year and last, from which year-over-year comparisons were derived. The survey period ran from Oct. 1, 2007, to Sept. 30, 2008.

The average of this year's average firmwide billing rates, which include partner and associate rates, climbed by 4.3%.

The level of increase for average firmwide billing rates was lower than the increase last year of 7.7%, compared with 2006. At the same time, although 70.6% of firms increased their average and median billing rates this year, 75.2% increased those rates last year, compared with 2006.

The continued uptick in legal expenses means that law firms should expect clients, especially in a worsening economy, to hire more attorneys in-house and to rely more heavily on "flexible staffing," said Pamela Woldow, general counsel and principal of Altman Weil Inc., a law firm consultancy. In addition, clients, such as pharmaceutical companies, that in the past did not demand alternative or varied fees will be "negotiating harder" for better deals on legal services, Woldow said.

The average of the average firmwide billing rate for 2008 was $363 per hour, compared with $348 in 2007. The average of the median firmwide rate this year was $350 per hour, compared with $347 per hour last year.

### $1,260 per hour

The most expensive hourly rate came from White & Case, which reported that the high end of its partner rate was $1,260 per hour. The firm's average partner billing rate was $747 per hour. With 2,205 attorneys, White & Case is ranked No. 6 on the NLJ 250.

In a written statement, White & Case said that the high end of its billing rates was "representative of only two potential billing scenarios for clients" and "[did] not take into account a number of key factors, including blended rates and rates negotiated with specific clients."

Coming in second was Dorsey & Whitney, where the high end of the partner rate was $1,180. Dorsey's average partner rate was $505.

The top rates at Dorsey & Whitney were charged by two international tax partners practicing in London, said firm spokesman Bob Kleiber. The firm declined to identify the partners charging that rate.

The two law firms also reported the highest associate rates, with White & Case charging $920 per hour at the high end of the range and Dorsey & Whitney charging up to $820 per hour for associate work. The average associate rate at White & Case was $456 per hour. The average associate rate at Dorsey & Whitney was $301 per hour. The $820 fee charged at Dorsey & Whitney applied to one associate practicing in the firm's London office, Kleiber said.

Regarding average partner billing rates, 86.2% of the firms charged more this year than last year. The average of the average partner rate this year was $451 per hour, while the average of the median partner rate was $435 per hour.

Regarding associate rates, 80.7% of the law firms responding to the billing survey both in 2007 and 2008 raised the high end of associate rates. The average of the average associate rate for these firms was $282 per hour. The average of the median associate rate was $274.

### Other high fliers

Two law firms besides Dorsey & Whitney and White & Case reported partners who charged four-figure rates. They were Pittsburgh-based Buchanan Ingersoll & Rooney, at $1,020, and Chicago-based Jenner & Block, at $1,000.

Several law firms came close to the $1,000 mark on the high end of the partner rate range. They were New York-based McKee Nelson, at $995; Washington-based Patton Boggs, at $990; Cooley Godward Kronish of Palo Alto, Calif., at $980; Locke Lord Bissell & Liddell, at $975; Chicago-based Winston & Strawn, at $975; Venable of Washington, at $950; Loeb & Loeb, at $925; Washington-based Hogan & Hartson, at $900; and Reed Smith, at $900.

Alternative and variant billing systems were popular among many law firms. Of the 127 firms that responded to billing questions, 66 reported that they received at least a portion of their revenue from alternatives and variations. "Variations" to the billable hour mean discounted fees or blended hourly rates, while "alternatives" include fixed or flat fees.

Many law firms derived most of their revenue via variations. They included Husch Blackwell Sanders, at 98%; Ogletree, Deakins, Nash, Smoak & Stewart, at 92%; and Akerman Senterfitt, at 90%.

Law firms relied on alternatives for a smaller portion of revenue, compared with variations. Firms with high percentages of revenue derived from alternative billing included Denver-based Holland & Hart, which reported 33%, and McKenna Long & Aldridge, at 30%. **NLJ**

### The numbers

Nationwide sampler. **S2**

Associate class rates. **S5**

Alternative methods. **S6**

MARK COHEN

# A nationwide sampling of law firm billing rates

The *National Law Journal* asked the respondents to its 2008 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. Firms that supplied this information—including some firms that are not in the NLJ 250—are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.

## A B C

**Adams and Reese (253)**
(New Orleans)
Partners $240-$425 (average $318)
    (median $310)
Associates $175-$300 (average $209)
    (median $205)
Firmwide (average $257) (median $265)

**Arent Fox (336)** (Washington)
Partners $410-$710
Associates $260-$465

**Armstrong Teasdale (252)**
(St. Louis)
Partners $295-$450
Associates $175-$300

**Baker, Donelson, Bearman, Caldwell & Berkowitz (549)** (Memphis, Tenn.)
Partners $230-$525 (average $339)
    (median $330)
Associates $120-$330 (average $218)
    (median $220)
Firmwide (average $295) (median $290)

**Balch & Bingham (244)**
(Birmingham, Ala.)
Partners $295-$600
Associates $200-$280

**Bass, Berry & Sims (211)** (Nashville, Tenn.)
Partners $240-$575 (average $408)
    (median $408)
Associates $180-$310 (average $245)
    (median $245)
Firmwide (average $378) (median $378)

**Best Best & Krieger (198)**
(Riverside, Calif.)
Partners $300-$550 (average $410)
    (median $420)
Associates $175-$365 (average $245)
    (median $240)
Firmwide (average $307) (median $300)

**Blank Rome (503)** (Philadelphia)
Partners $425-$785 (average $525)
Associates $245-$485 (average $332)
Firmwide (average $400)

**Bond, Schoeneck & King (189)**
(Syracuse, N.Y.)
Partners $210-$450 (average $308)
    (median $310)
Associates $150-$250 (average $187)
    (median $185)
Firmwide (average $268) (median $275)

**Bradley Arant Rose & White (255)**
(Birmingham, Ala.)
Partners $260-$550
Associates $170-$310

**Briggs and Morgan (175)** (Minneapolis)
Partners $300-$580 (average $420)
    (median $425)
Associates $195-$290 (average $229)
    (median $225)
Firmwide (average $368) (median $390)

**Brinks Hofer Gilson & Lione (171)**
(Chicago)
Partners $320-$700 (average $499)
    (median $500)
Associates $180-$435 (average $281)
    (median $275)
Firmwide (average $392) (median $390)

**Broad and Cassel (179)**
(Orlando, Fla.)
Partners $290-$475 (average $378)
    (median $375)
Associates $175-$320 (average $245)
    (median $248)
Firmwide (average $314) (median $310)

**Brownstein Hyatt Farber Schreck (235)**
(Denver)
Partners $275-$750 (average $424)
    (median $400)
Associates $160-$285 (average $234)
    (median $240)
Firmwide (average $340) (median $325)

**Bryan Cave (852)**
(St. Louis)
Partners $340-$750 (average $525)
    (median $510)
Associates $170-$510 (average $314)
    (median $310)
Firmwide (average $424) (median $405)

**Buchalter Nemer (146)**
(Los Angeles)
Partners $260-$600 (average $448)
    (median $450)
Associates $225-$450 (average $283)
    (median $275)
Firmwide (average $384) (median $375)

**Buchanan Ingersoll & Rooney (529)**
(Pittsburgh)
Partners $300-$1,020
Associates $100-$520

**Bullivant Houser Bailey (153)**
(Portland, Ore.)
Partners $275-$525
Associates $190-$325

**Burr & Forman (208)**
(Birmingham, Ala.)
Partners $210-$495 (average $352)
    (median $350)
Associates $165-$305 (average $235)
    (median $230)
Firmwide (average $271) (median $295)

**Butzel Long (243)** (Detroit)
Partners $300-$650
Associates $180-$290

**Carlton Fields (281)** (Tampa, Fla.)
Partners $305-$650 (average $435)
    (median $435)
Associates $195-$335 (average $267)
    (median $265)
Firmwide (average $334) (median $325)

**Cooley Godward Kronish (618)**
(Palo Alto, Calif.)
Partners $525-$980
Associates $285-$570

**Cozen O'Connor (478)** (Philadelphia)
Partners $240-$840 (average $457)
    (median $455)
Associates $205-$650 (average $342)
    (median $325)
Firmwide (average $397) (median $385)

**Curtis, Mallet-Prevost, Colt & Mosle (235)**
(New York)
Partners $675-$785 (average $730)
    (median $730)
Associates $290-$575 (average $434)
    (median $435)
Firmwide (average $520) (median $515)

## D E F

**Davis Wright Tremaine (467)**
(Seattle)
Partners $300-$710 (average $455)
    (median $450)
Associates $190-$405 (average $280)
    (median $280)
Firmwide (average $395) (median $395)

**Day Pitney (405)**
(Florham Park, N.J.)
Partners $295-$710
Associates $220-$450

**Dickinson Wright (228)**
(Detroit)
Partners $275-$550
Associates $180-$300

**Dickstein Shapiro (403)**
(Washington)
Partners $475-$895 (average $607)
    (median $605)
Associates $250-$475 (average $378)
    (median $395)
Firmwide (average $493) (median $485)

**Dinsmore & Shohl (347)**
(Cincinnati)
Partners $220-$495 (average $347)
    (median $338)
Associates $160-$305 (average $202)
    (median $198)
Firmwide (average $284) (median $275)

**Dorsey & Whitney (670)** (Minneapolis)
Partners $235-$1,180 (average $505)
    (median $510)
Associates $170-$820 (average $301)
    (median $335)
Firmwide (average $407) (median $430)

**Duane Morris (594)** (Philadelphia)
Partners $340-$755 (average $490)
    (median $505)
Associates $230-$510 (average $326)
    (median $350)
Firmwide (average $449) (median $450)

**Dykema Gossett (374)**
(Detroit)
Partners $265-$650 (average $415)
Associates $170-$435 (average $277)

**Edwards Angell Palmer & Dodge (576)**
(Boston)
Partners $325-$755
Associates $170-$480
Firmwide (median $450)

**Epstein Becker & Green (372)**
(New York)
Partners $350-$850 (average $501)
    (median $495)
Associates $175-$450 (average $312)
    (median $300)
Firmwide (average $406) (median $400)

**Fisher & Phillips (208)**
(Atlanta)
Partners $330-$505
Associates $195-$380

**Foley & Lardner (1,032)**
(Milwaukee)
Partners (average $596)
    (median $585)
Associates (average $405)
    (median $395)
Firmwide $185-$985 (average $508)
    (median $520)

**Ford & Harrison (179)**
(Atlanta)
Partners $325-$585
Associates $245-$505

**Fowler White Boggs Banker (201*)**
(Tampa, Fla.)
Partners $175-$525 (average $360)
    (median $350)
Associates $160-$325 (average $222)
    (median $220)
Firmwide (average $314) (median $325)
    (*Total prior to subsequent firm split.)

**Fox Rothschild (440)**
(Philadelphia)
Partners $250-$590 (average $443)
    (median $450)
Associates $215-$395 (average $275)
    (median $260)
Firmwide (average $378) (median $375)

**Fredrikson & Byron (233)**
(Minneapolis)
Partners $250-$590 (average $402)
    (median $395)
Associates $150-$315 (average $237)
    (median $225)
Firmwide (average $340) (median $340)

**Frost Brown Todd (342)** (Cincinnati)
Partners $225-$490 (average $317)
    (median $310)
Associates $145-$260 (average $188)
    (median $180)
Firmwide (average $272) (median $270)

## G H I

**Gardere Wynne Sewell (281)**
(Dallas)
Partners $380-$750 (average $502)
    (median $500)
Associates $210-$450 (average $306)
    (median $300)
Firmwide (average $374) (median $390)

**Gibbons (230)** (Newark, N.J.)
Partners $375-$700
Associates $220-$415

**GrayRobinson (213)**
(Orlando, Fla.)
Partners $200-$650 (average $310)
    (median $285)
Associates $125-$275 (average $164)
    (median ($167)
Firmwide (average $239) (median $252)

**Greenberg Traurig (1,840)**
(New York)
Partners $335-$850 (average $520)
    (median $535)
Associates $175-$525 (average $323)
    (median $325)
Firmwide (average $426) (median $425)

**Harris Beach (179)** (Rochester, N.Y.)
Partners $250-$475
Associates $140-$275

**Hiscock & Barclay (187)** (Syracuse, N.Y.)
Partners $190-$650 (average $361)
    (median $359)
Associates $145-$430 (average $235)
    (median $224)
Firmwide (average $319) (median $322)

**Hodgson Russ (227)** (Buffalo, N.Y.)
Partners $240-$665 (average $355)
    (median $350)
Associates $165-$450 (average $230)
    (median $235)
Firmwide (average $303) (median $300)

**Hogan & Hartson (1,175)**
(Washington)
Partners $375-$900 (average $660)
    (median $650)
Associates $150-$550 (average $410)
    (median $400)
Firmwide (average $525) (median $525)

**Holland & Hart (406)**
(Denver)
Partners $295-$615 (average $414) (median $405)
Associates $175-$355 (average $269) (median $275)
Firmwide (average $350) (median $345)

**Holme Roberts & Owen (228)**
(Denver)
Partners $285-$635 (average $415) (median $410)
Associates $160-$525 (average $294) (median $265)
Firmwide (average $355) (median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (102)** (San Francisco)
Partners $515-$795
Associates $275-$510

**Hughes Hubbard & Reed (334)** (New York)
Partners $625-$875
Associates $270-$600

**Husch Blackwell Sanders (629)** (St. Louis)
Partners $205-$740 (average $352) (median $340)
Associates $150-$380 (average $218) (median $215)
Firmwide (average $302) (median $300)

# J K L

**Jackson Kelly (187)**
(Charleston, W.Va.)
Partners $200-$435 (average $238) (median $247)
Associates $135-$335 (average $155) (median $151)
Firmwide (average $214) (median $212)

**Jackson Lewis (517)** (White Plains, N.Y.)
Partners $250-$595
Associates $180-$405

**Jenner & Block (482)**
(Chicago)
Partners $525-$1,000 (average $616) (median $575)
Associates $325-$495 (average $393) (median $375)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (264)** (New Orleans)
Partners $225-$620 (average $332) (median $325)
Associates $140-$250 (average $186) (median $180)
Firmwide (average $277) (median $275)

**Kilpatrick Stockton (466)** (Atlanta)
Partners $310-$695 (average $485) (median $475)
Associates $225-$400 (average $290) (median $275)
Firmwide (average $400) (median $395)

**Kelley Drye & Warren (378)** (New York)
Partners $430-$850
Associates $255-$520

**Knobbe, Martens, Olson & Bear (249)**
(Irvine, Calif.)
Partners $375-$660 (average $473) (median $450)
Associates $245-$430 (average $287) (median $275)
Firmwide (median $362)

**Lane Powell (170)** (Seattle)
Partners $325-$550 (average $405) (median $400)
Associates $195-$325 (average $270) (median $275)
Firmwide (average $327) (median $350)

**Lathrop & Gage (281)**
(Kansas City, Mo.)
Partners $255-$490
Associates $180-$265

**Leonard, Street and Deinard (189)**
(Minneapolis)
Partners $310-$530
Associates $200-$315

**Lewis, Rice & Fingersh (164)** (St. Louis)
Partners $225-$440
Associates $140-$305

**Lindquist & Vennum (185)** (Minneapolis)
Partners $280-$450 (average $367) (median $375)
Associates $180-$295 (average $218) (median $210)
Firmwide (average $309) (median $330)

**Locke Lord Bissell & Liddell (707)** (Dallas)
Partners $375-$975 (average $527) (median $525)
Associates $225-$450 (average $313) (median $300)
Firmwide (average $433) (median $450)

**Loeb & Loeb (310)**
(New York)
Partners $450-$925 (average $651) (median $650)
Associates $260-$500 (average $422) (median $425)
Firmwide (average $534) (median $500)

**Lowenstein Sandler (278)**
(Roseland, N.J.)
Partners $400-$765
Associates $220-$405

**Luce, Forward, Hamilton & Scripps (187)**
(San Diego)
Partners $350-$650 (average $483) (median $483)
Associates $235-$460 (average $293) (median $280)
Firmwide (average $397) (median $400)

# M N O

**Manatt, Phelps & Phillips (358)**
(Los Angeles)
Partners $495-$850 (average $626) (median $620)
Associates $290-$505 (average $407) (median $410)
Firmwide (average $533) (median $550)

**Marshall, Dennehey, Warner, Coleman & Goggin (408)** (Philadelphia)
Partners $135-$400
Associates $120-$300

**McCarter & English (399)** (Newark, N.J.)
Partners $325-$635 (average $435) (median $440)
Associates $215-$395 (average $280) (median $285)
Firmwide (average $353) (median $345)

SEE 'RATES' PAGE S4

---

THE AMERICAN LAWYER & LTN Law Technology News present:

**AT LEGALTECH**

## 5th Annual Law Firm Chief Information & Technology Officers Forum

**February 3 – 4, 2009 • The Hilton New York Hotel**

**Co-Chairs**



Michael Donnelly
Chief Information Officer
Simpson Thacher Bartlett LLP



John J. Sroka
Chief Information Officer
Duane Morris

**Featured Topics Include:**
- Managing IT in a Recession
- Desktop Virtualization
- The Changing Landscape of Legal Technology
- Privacy and Security and Global Concerns
- Matter Centric Best Practices
- How to Build and Staff an Effective IT Team

This event will update Chief Information Officers on best practices to better manage their IT Departments. Listen to cutting-edge updates on new and emerging technologies that can transform your firm and save money.

Attendees receive a complimentary pass to Legaltech including all sessions and the reception on Monday, February 2nd

For more information about the program, please contact
Rachel Lewyn 212-457-7924 or by email at
Rachel.Lewyn@incisivemedia.com

For sponsorship opportunities, please contact
Rob Hafiz 651-837-0411 or by email at
Rob.Hafiz@incisivemedia.com

When registering use priority code: NLJ1208

**TO REGISTER Call 212.457.7905 ■ Email: register@incisivemedia.com ■ www.lawtechnews.com/cio**

SPONSOR:  DocAuto   INTERWOVEN   TATA CONSULTANCY SERVICES  THOMSON REUTERS

FROM THE PUBLISHER OF: THE AMERICAN LAWYER   LTN Law Technology News   THE NATIONAL LAW JOURNAL   New York Law Journal



An  incisivemedia event

# Billing rates as reported by the nation's law firms

'RATES' FROM PAGE S3

**McElroy, Deutsch, Mulvaney & Carpenter (232)**
(Morristown, N.J.)
Partners $295-$450 (average $250)
   (median $235)
Associates $135-$225 (average $180)
   (median $165)
Firmwide (average $195) (median $215)

**McKee Nelson (202)**
(New York)
Partners $665-$995
Associates $395-$630

**McKenna Long & Aldridge (435)** (Atlanta)
Partners $370-$750 (average $454)
Associates $220-$450 (average $274)

**Michael Best & Friedrich (229)**
(Milwaukee)
Partners $235-$620 (average $391)
   (median $375)
Associates $190-$330 (average $252)
   (median $245)
Firmwide (average $340) (median $305)

**Miller, Canfield, Paddock and Stone (387)**
(Detroit)
Partners $275-$620 (average $425)
   (median $425)
Associates $165-$375 (average $240)
   (median $240)
Firmwide (average $347) (median $355)

**Miller & Martin (198)** (Chattanooga, Tenn.)
Partners $210-$610 (average $354)
   (median $360)
Associates $180-$305 (average $210)
   (median $205)
Firmwide (average $316)
   (median $330)

**Montgomery, McCracken, Walker & Rhoads (151)**
(Philadelphia)
Partners $360-$585 (average $440)
Associates $195-$365 (average $270)
Firmwide (average $360)

**Moore & Van Allen (300)** (Charlotte, N.C.)
Partners $280-$770 (average $425)
   (median $410)
Associates $180-$365 (average $256)
   (median $250)
Firmwide (average $283) (median $273)

**Nexsen Pruet (174)** (Columbia, S.C.)
Partners $250-$450
Associates $170-$250

**Nixon Peabody (699)** (Boston)
Partners $565-$845 (average $570)
   (median $590)
Associates $230-$350 (average $370)
   (median $365)
Firmwide (average $468) (median $430)

**Ogletree, Deakins, Nash, Smoak & Stewart (428)**
(Greenville, S.C.)
Partners $275-$600 (average $367)
Associates $185-$380 (average $266)
Firmwide (average $325)

## P Q R

**Patton Boggs (529)**
(Washington)
Partners $360-$990 (average $586)
   (median $570)
Associates $244-$535 (average $372)
   (median $385)
Firmwide (average $440) (median $455)

**Pepper Hamilton (514)**
(Philadelphia)
Partners $385-$795
Associates $240-$395

**Perkins Coie (632)** (Seattle)
Partners $260-$785 (average $498)
Associates $165-$515 (average $329)

**Phelps Dunbar (258)**
(New Orleans)
Partners $170-$450 (average $256)
   (median $250)
Associates $130-$260 (average $171)
   (median $165)
Firmwide (average $213) (median $205)

**Phillips Lytle (179)** (Buffalo, N.Y.)
Partners $250-$475 (average $334)
   (median $330)
Associates $155-$355 (average $230)
   (median $220)
Firmwide (average $288) (median $300)

**Polsinelli Shalton Flanigan Suelthaus (304)**
(Kansas City, Mo.)
Partners $250-$600
Associates $175-$275

**Quarles & Brady (450)** (Milwaukee)
Partners $280-$625 (average $419)
   (median $420)
Associates $200-$375 (average $252)
   (median $245)
Firmwide (average $347) (median $342)

**Reed Smith (1,558*)** (Pittsburgh)
Partners $375-$900 (average $626)
   (median $585)
Associates $235-$580 (average $423)
   (median $390)
Firmwide (average $441) (median $425)
   (*National Association for Law
   Placement figure. The firm recently
   reported an attorney count of 1,505.)

**Robinson & Cole (215)** (Hartford, Conn.)
Partners $320-$650 (average $436)
   (median $440)
Associates $210-$350 (average $276)
   (median $275)
Firmwide (average $346) (median $350)

**Roetzel & Andress (227)** (Akron, Ohio)
Partners $225-$500 (average $333)
   (median $325)
Associates $170-$295 (average $219)
   (median $215)
Firmwide (average $292) (median $300)

**Rutan & Tucker (140)** (Costa Mesa, Calif.)
Partners $315-$635
Associates $220-$370

## S T U

**Saul Ewing (231)** (Philadelphia)
Partners $295-$800 (average $441)
   (median $430)
Associates $205-$535 (average $285)
   (median $255)
Firmwide (average $372) (median $380)

**Schnader Harrison Segal & Lewis (189)**
(Philadelphia)
Partners $275-$625
Associates $160-$375

**Schulte Roth & Zabel (481)** (New York)
Partners $695-$895 (average $770)
   (median $755)
Associates $255-$650 (average $495)
   (median $510)
Firmwide (average $550) (median $530)

**Sedgwick, Detert, Moran & Arnold (380)**
(San Francisco)
Partners $295-$650 (average $398)
   (median $380)
Associates $185-$390 (average $262)
   (median $260)
Firmwide (average $318) (median $300)

**Sheppard, Mullin, Richter & Hampton (458)**
(Los Angeles)
Partners $475-$795
Associates $275-$455 (up to $580 in New York)

**Shughart Thomson & Kilroy (179)**
(Kansas City, Mo.)
Partners $240-$500
Associates $185-$245

**Shumaker, Loop & Kendrick (180)**
(Toledo, Ohio)
Partners $225-$500 (average $329)
   (median $325)
Associates $185-$380 (average $227)
   (median $225)
Firmwide (average $297) (median $315)

**Shutts & Bowen (203)** (Miami)
Partners $190-$540
Associates $190-$240

**Sills Cummis & Gross (165)**
(Newark, N.J.)
Partners $395-$725
Associates $215-$425

**Smith, Gambrell & Russell (181)** (Atlanta)
Partners $260-$595
Associates $155-$335

**Snell & Wilmer (440)** (Phoenix)
Partners $300-$725 (average $444)
Associates $170-$420 (average $271)
Firmwide (average $354)

**Steptoe & Johnson LLP (506)** (Washington)
Partners $350-$895 (average $591)
   (median $580)
Associates $210-$685 (average $384)
   (median $395)
Firmwide (average $477) (median $470)

**Steptoe & Johnson PLLC (182)**
(Clarksburg, W.Va.)
Partners $200-$325
Associates $170-$250

**Stinson Morrison Hecker (324)**
(Kansas City, Mo.)
Partners $275-$680 (average $363)
   (median $373)
Associates $190-$290 (average $224)
   (median $228)
Firmwide (average $293) (median $275)

**Stoel Rives (350)** (Portland, Ore.)
Partners $290-$550
Associates $170-$365

**Strasburger & Price (194)** (Dallas)
Partners $300-$580
Associates $185-$395
Firmwide (average $334)

**Sullivan & Worcester (182)** (Boston)
Partners $450-$775 (average $603)
   (median $600)
Associates $270-$490 (average $343)
   (median $330)
Firmwide (average $485)
   (median $495)

**Sutherland Asbill & Brennan (429)** (Atlanta)
Partners $395-$750 (average $543)
   (median $530)
Associates $240-$450 (average $316)
   (median $300)
Firmwide (average $379) (median $380)

**Taft Stettinius & Hollister (337)**
(Cincinnati)
Partners $200-$475 (average $354)
   (median $355)
Associates $165-$325 (average $217)
   (median $195)
Firmwide (average $294) (median $295)

**Thompson Coburn (344)**
(St. Louis)
Partners $295-$555
Associates $170-$400

**Thompson Hine (396)**
(Cleveland)
Partners $275-$740 (average $425)
   (median $420)
Associates $185-$510 (average $240)
   (median $235)
Firmwide (average $330) (median $325)

**Thompson & Knight (458)** (Dallas)
Partners $410-$785 (average $545)
   (median $530)
Associates $250-$500 (average $334)
   (median $345)
Firmwide (average $453) (median $450)

**Ulmer & Berne (176)**
(Cleveland)
Partners $230-$495 (average $319)
Associates $175-$310 (average $205)
Firmwide (average $262)

## V W

**Vedder Price (265)**
(Chicago)
Partners $310-$685 (average $455)
   (median $445)
Associates $235-$390 (average $290)
   (median $290)
Firmwide (average $385) (median $390)

**Venable (569)** (Washington)
Partners $380-$950 (average $530)
   (median $525)
Associates $250-$425 (average $329)
   (median $320)
Firmwide (average $440) (median $440)

**White & Case (2,205)**
(New York)
Partners $550-$1,260 (average $747)
Associates $160-$920 (average $456)
Firmwide (average $513)

**Wiggin and Dana (152)** (New Haven, Conn.)
Partners $360-$600
Associates $215-$375

**Williams Mullen (326)** (Richmond, Va.)
Partners $300-$625 (average $401)
   (median $380)
Associates $170-$355 (average $260)
   (median $255)
Firmwide (average $344) (median $350)

**Winstead (281)** (Dallas)
Partners $365-$655 (average $465)
Associates $215-$385 (average $282)
Firmwide (average $390)

**Winston & Strawn (1,004)**
(Chicago)
Partners $400-$975 (average $622)
Associates $210-$625 (average $376)
Firmwide (average $448)

**Womble Carlyle Sandridge & Rice (505)**
(Winston-Salem, N.C.)
Partners $285-$750 (average $448)
   (median $450)
Associates $140-$370 (average $275)
   (median $275)
Firmwide (average $248) (median $200)

**Wyatt Tarrant & Combs (198)**
(Louisville, Ky.)
Partners $225-$450 (average $340)
   (median $345)
Associates $180-$255 (average $210)
   (median $210)
Firmwide (average $300)
   (median $310)  **NLJ**

# Firms report their billing rates by associate class

*The following is a sampling of hourly rates charged by law firms that establish billing rates based on associate class. The name of each firm is followed by its number of attorneys and the location of its principal or largest office. The firms reported the data as part of The National Law Journal's 2008 survey of the nation's 250 largest law firms.*

**Bass, Berry & Sims (211) Nashville, Tenn.**
1st   $180

**Brinks Hofer Gilson & Lione (171) Chicago**
| | | | |
|---|---|---|---|
| 1st | $240 | 5th | $335 |
| 2d | $260 | 6th | $360 |
| 3d | $280 | 7th | $385 |
| 4th | $305 | 8th | $405 |

**Bryan Cave (852) St. Louis**
| | | | |
|---|---|---|---|
| 1st | $160-$285 | 5th | $265-$400 |
| 2d | $175-$285 | 6th | $280-$415 |
| 3d | $200-$330 | 7th | $295-$440 |
| 4th | $205-$360 | 8th | $300-$460 |

**Butzel Long (243) Detroit**
1st   $180

**Curtis, Mallet-Prevost, Colt & Mosle (235) New York**
| | | | |
|---|---|---|---|
| 1st | $290 | 5th | $455 |
| 2d | $335 | 6th | $495 |
| 3d | $375 | 7th | $535 |
| 4th | $415 | 8th | $575 |

**Davis Wright Tremaine (467) Seattle**
| | | | |
|---|---|---|---|
| 1st | $229 | 5th | $307 |
| 2d | $246 | 6th | $325 |
| 3d | $264 | 7th | $340 |
| 4th | $281 | 8th | $354 |

**Day Pitney (405) Florham Park, N.J.**
| | | | |
|---|---|---|---|
| 1st | $220-$250 | 5th | $295-$360 |
| 2d | $240-$270 | 6th | $310-$415 |
| 3d | $255-$310 | 7th | $335-$460 |
| 4th | $280-$340 | 8th | $335-$435 |

**Dickinson Wright (228) Detroit**
| | | | |
|---|---|---|---|
| 1st | $180 | 5th | $210 |
| 2d | $185 | 6th | $225 |
| 3d | $190 | 7th | $245 |
| 4th | $200 | 8th | $265 |

**Dickstein Shapiro (403) Washington**
| | | | |
|---|---|---|---|
| 1st | $250-$275 | 5th | $395-$435 |
| 2d | $300-$350 | 6th | $395-$435 |
| 3d | $350-$395 | 7th | $435-$475 |
| 4th | $350-$395 | 8th | $435-$475 |

**Dinsmore & Shohl (347) Cincinnati**
| | | | |
|---|---|---|---|
| 1st | $170 | 5th | $215 |
| 2d | $180 | 6th | $225 |
| 3d | $195 | 7th | $235 |
| 4th | $205 | 8th | $245 |

**Dorsey & Whitney (670) Minneapolis**
| | | | |
|---|---|---|---|
| 1st | $230 | 5th | $330 |
| 2d | $250 | 6th | $365 |
| 3d | $275 | 7th | $430 |
| 4th | $285 | | |

**Fredrikson & Byron (233) Minneapolis**
| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $265 |
| 2d | $210 | 6th | $280 |
| 3d | $225 | 7th | $300 |
| 4th | $245 | | |

**Gardere Wynne Sewell (281) Dallas**
| | | | |
|---|---|---|---|
| 1st | $210 | 5th | $325 |
| 2d | $230 | 6th | $350 |
| 3d | $260 | 7th | $375 |
| 4th | $300 | | |

**Hiscock & Barclay (187) Syracuse, N.Y.**
| | | | |
|---|---|---|---|
| 1st | $145-$300 | 5th | $160-$360 |
| 2d | $145-$300 | 6th | $170-$380 |
| 3d | $160-$360 | 7th | $170-$380 |
| 4th | $160-$360 | 8th | $180-$430 |

**Hogan & Hartson (1,175) Washington**
| | | | |
|---|---|---|---|
| 1st | $290 | 5th | $420 |
| 2d | $330 | 6th | $450 |
| 3d | $360 | 7th | $480 |
| 4th | $390 | 8th | $510 |

**Holland & Hart (406) Denver**
| | | | |
|---|---|---|---|
| 1st | $215 | 4th | $275 |
| 2d | $235 | 5th | $295 |
| 3d | $255 | 6th | $305 |

**Jackson Kelly (187) Charleston, W.Va.**
| | | | |
|---|---|---|---|
| 1st | $150 | 5th | $219 |
| 2d | $170 | 6th | $238 |
| 3d | $186 | 7th | $257 |
| 4th | $202 | | |

**Jenner & Block (482) Chicago**
| | | | |
|---|---|---|---|
| 1st | $325 | 5th | $445 |
| 2d | $350 | 6th | $470 |
| 3d | $375 | 7th | $495 |
| 4th | $410 | 8th | $495 |

**Kelley Drye & Warren (378) New York**
| | | | |
|---|---|---|---|
| 1st | $295 | 5th | $410 |
| 2d | $320 | 6th | $430 |
| 3d | $345 | 7th | $455 |
| 4th | $390 | 8th | $480 |

**Kilpatrick Stockton (466) Atlanta**
| | | | |
|---|---|---|---|
| 1st | $240 | 5th | $305 |
| 2d | $250 | 6th | $320 |
| 3d | $270 | 7th | $340 |
| 4th | $285 | 8th | $360 |

**Knobbe, Martens, Olson & Bear (249) Irvine, Calif.**
| | | | |
|---|---|---|---|
| 1st | $245 | 3d | $300 |
| 2d | $275 | 4th | $325 |

**Lewis, Rice & Fingersh (164) St. Louis**
| | | | |
|---|---|---|---|
| 1st | $160 | 5th | $270 |
| 2d | $190 | 6th | $285 |
| 3d | $225 | 7th | $298 |
| 4th | $250 | 8th | $305 |

**Locke Lord Bissell & Liddell (707) Dallas**
| | | | |
|---|---|---|---|
| 1st | $225 | 5th | $285 |
| 2d | $250 | 6th | $290 |
| 3d | $260 | 7th | $295 |
| 4th | $275 | 8th | $300 |

**Loeb & Loeb (310) New York**
| | | | |
|---|---|---|---|
| 1st | $300-$325 | 5th | $425-$450 |
| 2d | $325-$360 | 6th | $450-$475 |
| 3d | $360-$400 | 7th | $475-$500 |
| 4th | $400-$425 | | |

**Manatt, Phelps & Phillips (358) Los Angeles**
| | | | |
|---|---|---|---|
| 1st | $290 | 5th | $440 |
| 2d | $325 | 6th | $460 |
| 3d | $365 | 7th | $485 |
| 4th | $410 | 8th | $505 |

**McElroy, Deutsch, Mulvaney & Carpenter (232) Morristown, N.J.**
| | | | |
|---|---|---|---|
| 1st | $135 | 5th | $180 |
| 2d | $165 | 6th | $185 |
| 3d | $170 | 7th | $190 |
| 4th | $175 | | |

**McKee Nelson (202) New York**
| | | | |
|---|---|---|---|
| 1st | $395 | 5th | $555 |
| 2d | $415 | 6th | $585 |
| 3d | $480 | 7th | $615-$625 |
| 4th | $505-$525 | 8th | $630 |

SEE 'ASSOCIATE' PAGE S6



THE AMERICAN LAWYER & CORPORATE COUNSEL present    CLE/CPD Credits Available!

## Financial Sector in Distress Conference
### Ramifications of the Bailout

**February 18, 2009 · Harvard Club of New York**

This timely day long program will highlight key issues under the Emergency Economic Stabilization Act of 2008 that financial services companies are trying to understand. The program will feature in-depth panel discussions which will cover topics including TARP, the Treasury's direct investments in financial institutions, and issues confronting both the Banking and the Insurance Industries. An expert speaker roster will examine the ramifications for financial services companies and focus upon workout strategies, bankruptcy, reorganizations and acquisitions.

Get updated on the latest issues that are evolving on a daily basis as the US government seeks to foster some financial stability and stop the Wall Street rollercoaster which is wreaking havoc on all sectors of the economy.

**TO REGISTER**
Call 212.457.7905 ■ Email: register@incisivemedia.com ■ www.TheAmericanLawyer.com/eesa

For speaking opportunities or program inquiries, contact Karen Abrams, Esq. at karen.abrams@incisivemedia.com or 212-457-7927

For sponsorship opportunities, contact Rob Hafiz at Rob.Hafiz@incisivemedia.com or 651-337-0411

When registering use priority code: NLJ1208

SPONSORS: CHADBOURNE & PARKE LLP

THE AMERICAN LAWYER   CORPORATE COUNSEL   THE NATIONAL LAW JOURNAL   New York Law Journal    An  incisivemedia event

## What would you give to see a world without cancer?

Preventing it. Healing it. Curing it. We spend every waking hour towards achieving a world without cancer. Your clients can support our efforts through a bequest, trust or gift of property. Even a small gift can make a big difference.

Call Pamela Bennett, Director of Planned Giving.

**1-800-688-1827**

MEMORIAL SLOAN-KETTERING CANCER CENTER
1275 YORK AVENUE, NEW YORK, NEW YORK 10021

# Firms report using alternatives to billable hour

*Below is a listing of the law firms that provided information about the alternative billing methods that they use most often.*

*We asked firms to differentiate between variations on the traditional billable hour (discounted and blended hourly rates, for example) and true alternatives to the billable hour (such as fixed or flat fees, contingency fees, hybrid fees and retrospective fees based on value).*

*The percentages given below denote the estimated portions of the firms' revenues obtained through each of these two categories.*

*The percentages are followed by the billing methods that the firms reported using within the two categories. The number given after each firm's name indicates its total number of attorneys.*

*The firms provided the information in response to The National Law Journal's 2008 survey of the nation's 250 largest law firms. This list includes firms that were not among the NLJ 250.*

**Akerman Senterfitt (484).** Variations: 90%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Andrews Kurth (407).** Variations: 15%—discounted rate, blended rate, other. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee, other.

**Armstrong Teasdale (252).** Variations: 14%—discounted rate, blended rate, other. Alternatives: 14%—fixed or flat fee, contingency fee, retrospective fee based on value.

**Baker, Donelson, Bearman, Caldwell & Berkowitz (549).** Variations: 50%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Best Best & Krieger (198).** Variations: 5%—blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, other.

**Bond, Schoeneck & King (189).** Variations: 4%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Bradley Arant Rose & White (255).** Variations: 25%—discounted rate, blended rate, other. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

**Brownstein Hyatt Farber Schreck (235).** Variations: 15%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, other.

**Burr & Forman (208).** Variations: 35%—discounted rate, blended rate. Alternatives: 6%—fixed or flat fee, contingency fee, hybrid fee.

**Butzel Long (243).** Variations: 10%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Curtis, Mallet-Prevost, Colt & Mosle (235).** Variations: 10%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Day Pitney (405).** Variations: 83%—discounted rate, blended rate. Alternatives: 17%—fixed or flat fee, contingency fee, hybrid fee, other.

**Dorsey & Whitney (670).** Variations: 5%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Edwards Angell Palmer & Dodge (576).** Variations: 10%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, hybrid fee.

**Gardere Wynne Sewell (281).** Variations: 5%—discounted rate, blended rate, other. Alternatives: 18%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Gibbons (230).** Variations: 30%—discounted rate, blended rate. Alternatives: 1%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Hodgson Russ (227).** Variations: 25%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Holland & Hart (406).** Variations: 28%—discounted rate, blended rate. Alternatives: 33%—fixed or flat fee, contingency fee, hybrid fee.

**Holme Roberts & Owen (228).** Variations: 15%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Honigman Miller Schwartz and Cohn (234).** Variations: 3%—discounted rate, blended rate. Alternatives: 1%—fixed or flat fee, contingency fee, hybrid fee.

**Husch Blackwell Sanders (629).** Variations: 98%—discounted rate, blended rate. Alternatives: 2%—fixed or flat fee, hybrid fee, contingency fee.

**Jackson Lewis (517).** Variations: 20%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, hybrid fee.

**Jenner & Block (482).** Variations: 49%—discounted rate, blended rate, other. Alternatives: 11%—fixed or flat fee, contingency fee, hybrid fee.

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (264).** Variations: 25%—discounted rate, blended rate, other. Alternatives: 1%—fixed or flat fee, contingency fee, hybrid fee.

**Kilpatrick Stockton (466).** Variations: 3%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Knobbe, Martens, Olson & Bear (249).** Variations: 15%—discounted rate. Alternatives: 15%—fixed or flat fee, contingency fee.

**Lane Powell (170).** Variations: 45%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Leonard, Street and Deinard (189).** Variations: 5%—blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

**Lewis, Rice & Fingersh (164).** Variations: 35%—discounted rate, blended rate. Alternatives: 35%—fixed or flat fee, contingency fee, hybrid fee.

**Locke Lord Bissell & Liddell (707).** Variations: 80%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee.

**Loeb & Loeb (310).** Variations: 20%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Luce, Forward, Hamilton & Scripps (187).** Variations: 10%—discounted rate, blended rate, other. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Marshall, Dennehey, Warner, Coleman & Goggin (408).** Variations: 25%—discounted rate, blended rate. Alternatives: 12%—fixed or flat fee, contingency fee, hybrid fee.

**McElroy, Deutsch, Mulvaney & Carpenter (232).** Variations: 5%—discounted rate, blended rate. Alternatives: 12%—fixed or flat fee, contingency fee.

**McGuireWoods (880).** Variations: 80%—discounted rate, blended rate, other. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee, other.

**McKenna Long & Aldridge (435).** Variations:

# Hourly billing rates from junior to senior associates

'ASSOCIATE' FROM PAGE S5

**Montgomery, McCracken, Walker & Rhoads (151)**
Philadelphia
| | | | |
|---|---|---|---|
| 1st | $210 | 5th | $275 |
| 2d | $220 | 6th | $295 |
| 3d | $240 | 7th | $320 |
| 4th | $260 | 8th | $340 |

**Nixon Peabody (699) Boston**
| | | | |
|---|---|---|---|
| 1st | $297 | 5th | $409 |
| 2d | $324 | 6th | $433 |
| 3d | $353 | 7th | $450 |
| 4th | $382 | 8th | $463 |

**Patton Boggs* (529) Washington**
| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $385 |
| 2d | $300 | 6th | $405 |
| 3d | $325 | 7th | $430 |
| 4th | $350 | 8th | $455 |

(*Rates given are for the Washington office.)

**Perkins Coie (632) Seattle**
| | | | |
|---|---|---|---|
| 1st | $263 | 5th | $320 |
| 2d | $276 | 6th | $340 |
| 3d | $284 | 7th | $380 |
| 4th | $316 | | |

**Phillips Lytle (179) Buffalo, N.Y.**
| | | | |
|---|---|---|---|
| 1st | $160 | 5th | $200 |
| 2d | $170 | 6th | $205 |
| 3d | $180 | 7th | $220 |
| 4th | $185 | 8th | $230 |

**Quarles & Brady (450) Milwaukee**
| | | | |
|---|---|---|---|
| 1st | $204 | 5th | $259 |
| 2d | $220 | 6th | $271 |
| 3d | $236 | 7th | $289 |
| 4th | $247 | 8th | $302 |

**Robinson & Cole (215) Hartford, Conn.**
| | | | |
|---|---|---|---|
| 1st | $220 | 5th | $265 |
| 2d | $230 | 6th | $280 |
| 3d | $240 | 7th | $295 |
| 4th | $250 | 8th | $310 |

**Rutan & Tucker (140) Costa Mesa, Calif.**
| | | | |
|---|---|---|---|
| 1st | $230 | 5th | $305 |
| 2d | $245 | 6th | $325 |
| 3d | $260 | 7th | $350 |
| 4th | $285 | | |

**Saul Ewing (231) Philadelphia**
| | | | |
|---|---|---|---|
| 1st | $215-$230 | 5th | $255 |
| 2d | $205-$260 | 6th | $240-$280 |
| 3d | $215-$235 | 7th | $270-$320 |
| 4th | $225-$245 | 8th | $260-$300 |

**Schulte Roth & Zabel (481) New York**
| | | | |
|---|---|---|---|
| 1st | $365* | 5th | $530 |
| 2d | $420 | 6th | $550 |
| 3d | $470 | 7th | $570 |
| 4th | $510 | 8th | $585 |

(*$255 for the associate's first four months)

**Sedgwick, Detert, Moran & Arnold (380) San Francisco**
| | | | |
|---|---|---|---|
| 1st | $220* | 4th | $232 |
| 2d | $224 | 5th | $237 |
| 3d | $234 | 6th | $240 |

(*$225 in New York)

**Sheppard, Mullin, Richter & Hampton (458) Los Angeles**
| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $390 |
| 2d | $310 | 6th | $415 |
| 3d | $335 | 7th | $435 |
| 4th | $365 | 8th | $455 |

**Shumaker, Loop & Kendrick (180) Toledo, Ohio**
| | | | |
|---|---|---|---|
| 1st | $195 | | |
| 2d | $200 | | |

**Steptoe & Johnson LLP (506) Washington**
| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $425 |
| 2d | $315 | 6th | $445 |
| 3d | $355 | 7th | $465 |
| 4th | $395 | 8th | $480 |

**Steptoe & Johnson PLLC (182) Clarksburg, W.Va.**
| | |
|---|---|
| 1st | $170 |

**Sullivan & Worcester (182) Boston**
| | | | |
|---|---|---|---|
| 1st | $270 | 4th | $330 |
| 2d | $285 | 5th | $350 |
| 3d | $310 | | |

**Thompson Hine (396) Cleveland**
| | | | |
|---|---|---|---|
| 1st | $200 | 5th | $250 |
| 2d | $215 | 6th | $265 |
| 3d | $215 | 7th | $265 |
| 4th | $225 | 8th | $285 |

**Thompson & Knight (458) Dallas**
| | | | |
|---|---|---|---|
| 1st | $250 | 5th | $365 |
| 2d | $280 | 6th | $385 |
| 3d | $315 | 7th | $405 |
| 4th | $345 | 8th | $420 |

**Vedder Price (265) Chicago**
| | | | |
|---|---|---|---|
| 1st | $235 | 5th | $305 |
| 2d | $250 | 6th | $325 |
| 3d | $270 | 7th | $340 |
| 4th | $290 | 8th | $360 |

**White & Case (2,205) New York**
| | | | |
|---|---|---|---|
| 1st | $365 | 5th | $620 |
| 2d | $460 | 6th | $635 |
| 3d | $550 | 7th | $655 |
| 4th | $600 | 8th | $665 |

**Winstead (281) Dallas**
| | | | |
|---|---|---|---|
| 1st | $215 | 5th | $310 |
| 2d | $230 | 6th | $325 |
| 3d | $260 | 7th | $335 |
| 4th | $285 | 8th | $345 |

*These data are available in electronic format at almresearchonline.com.* **NLJ**

30%—discounted rate, blended rate. Alternatives: 30%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Michael Best & Friedrich (229).** Variations: 10%—discounted rate, blended rate. Alternatives: 12%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Miller & Martin (198).** Variations 5%—blended rate. Alternatives: 10%—contingency fee, other.

**Nixon Peabody (699).** Variations: 70%—discounted rate, blended rate, other. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, other.

**Ogletree, Deakins, Nash, Smoak & Stewart (428).** Variations: 92%—discounted rate, blended rate. Alternatives: 5.6%—fixed or flat fee, contingency fee, hybrid fee.

**Patton Boggs (529).** Variations: 15%—discounted rate. Alternatives: 6.5%—fixed or flat fee, contingency fee.

**Pepper Hamilton (514).** Variations: 5%—discounted rate, blended rate. Alternatives: 2%—fixed or flat fee, contingency fee.

**Phelps Dunbar (258).** Variations: 8%—discounted rate, blended rate. Alternatives: 8%—fixed or flat fee, contingency fee.

**Phillips Lytle (179).** Variations: 90%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Poisinelli Shalton Flanigan Suelthaus (304).** Variations: 10%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

**Reed Smith (1,558\*).** Variations: 18%—discounted rate, blended rate, other. Alternatives: 5.8%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

(*National Association for Law Placement figure. After the deadline for reporting data for the NLJ 250, the firm reported that its attorney count was 1,505.)

**Saul Ewing (231).** Variations: 57%—discounted rate, blended rate, other. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Schnader Harrison Segal & Lewis (189).** Variations 4.8%—discounted rate, blended rate. Alternatives: 1.7%—fixed or flat fee, contingency fee.

**Schulte Roth & Zabel (481).** Variations: 5%—discounted rate. Alternatives: 5%—fixed or flat fee.

**Sedgwick, Detert, Moran & Arnold (380).** Variations: 64%—discounted rate, blended rate. Alternatives: 0.8%—fixed or flat fee.

**ONLY ON NLJ.COM:**

Go to our Web site, www.nlj.com, for exclusive columns on careers and law firm life (password sign-in necessary, 30-day free trial available).

ADAM ANDERSON—associate, Beus Gilbert, Scottsdale, Ariz.

TRACEY I. BATT—New Jersey Volunteer Lawyers for the Arts

STEVEN C. BENNETT—partner, Jones Day, New York

SCOTT K. BROWN—Lewis and Roca, Phoenix

WILLIAM A. CHAMBERLAIN—associate dean, Northwestern School of Law

THE DISASSOCIATE—associate (anonymous), large law firm

AMY J. MCMASTER—associate, Venable, Washington

ELLISEN S. TURNER—associate, Irell & Manella, Los Angeles

**Sheppard, Mullin, Richter & Hampton (458).** Variations: 3%—discounted rate, blended rate, other. Alternatives: 2%—fixed or flat fee, contingency fee, hybrid fee.

**Shughart Thomson & Kilroy (179).** Variations: 27%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Shumaker, Loop & Kendrick (180).** Variations: 10%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Shutts & Bowen (203).** Variations: 2%—discounted rate, blended rate. Alternatives: 1%—fixed or flat fee, contingency fee.

**Smith, Gambrell & Russell (181).** Variations: 10%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Snell & Wilmer (440).** Variations: 20%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee.

**Stevens & Lee (193).** Variations: 20%—discounted rate, blended rate. Alternatives: 22%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

**Strasburger & Price (194).** Variations: 85%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Sullivan & Worcester (182).** Variations: 10%—discounted rate, blended rate, other. Alternatives: 2%—fixed or flat fee, contingency fee, hybrid fee.

**Thompson & Knight (458).** Variations: 30%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, contingency fee.

**Troutman Sanders (683).** Variations: 20%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Ulmer Berne (176).** Variations: 40%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Vedder Price (265).** Variations: 10%—Discounted rate. Alternatives: 5%—fixed or flat fee.

**Wiley Rein (262).** Variations: 20%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Winstead (281).** Variations: 3%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, contingency fee, hybrid fee.

**Womble Carlyle Sandridge & Rice (505).** Variations: 25%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee. **NLJ**



**Legal Recruiters Build Their Brands in *The American Lawyer***

Legal recruiters know all about conveying the right image… and the importance of building brand identity. And when it comes to making vital connections inside the nation's legal community, they choose *The American Lawyer*, the nation's leading legal monthly. With its elite, loyal and influential audience, *The American Lawyer* brings opportunity within reach, month after month.

**RECRUITERS' "HOT LIST" for 2009:**

- February (Laterals Report)
- April (Dealmakers of the Year)
- May (The AmLaw 100)
- June (The AmLaw 200)
- August (Associates Survey)
- October (Global 100)
- November (AmLaw Tech Survey)

Contact DANIELA LYNCH to reserve space or for more information:
212.457.9472 | Daniela.Lynch@incisivemedia.com


incisivemedia