# EXHIBIT "5"

Beyond Systems, Inc. v. World Avenue USA, LLC
Attorneys' Fees re Motion to Compel re Third Set of Interrogatories

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 5/10/2010 | John L. McManus | attention to working on Motion to Compel as to the and third set of interrogatories. | 2 | 900.00 |
| 5/11/2010 | John L. McManus | work on the Third Set of Interrogatories e-mail correspondence; | 2.5 | 1,125.00 |
| 5/13/2010 | John L. McManus | work on Motion to Compel on Third Set of Inteerrogatories; work on research regarding signature/verification on the Motion to Compel on Third Set of Interrogatories; work on Motion to Compel on Third Set of Interrogatories. | 3 | 1,350.00 |
| 5/14/2010 | Nicoleta Burlacu | review and comment motion to compel third set of interrogatory; | 0.5 | 145.00 |
| 5/14/2010 | Kenneth A. Horky | Work on motion to compel answers to third set of interrogatories; | 1 | 460.00 |
| 5/14/2010 | John L. McManus | Work on extensive discussion of editing and appropriate references in the Motion to Compel Production of Documents on the third set of interrogatories; work on e-mail correspondence enclosing Motion to Compel on Third Set of Interrogatories, | 2 | 900.00 |
| 6/15/2010 | Kenneth A. Horky | review as-filed motion to compel complete answers to third set of interroatories; | 0.1 | 46.00 |
| 7/19/2010 | Nicoleta Burlacu | email correspondence with counsel on the Motion to Compel third set of discovery and confidential documents in Kraft litigation; review the Motion to Compel third set and Dr. Krawetz in support of same | 1 | 290.00 |
| 7/19/2010 | Kenneth A. Horky | work on revisions to reply memo to motion to compel better answers to third set of interrogatories, and to order therein; communications with working group re: same; | 0.8 | 368.00 |
| 7/19/2010 | John L. McManus | Extensive work on Reply Memorandum In Support of Motion to Compel on Third Set of Interrogatories. | 4.8 | 2,160.00 |
| Totals | | | 17.7 | 7,744.00 |

Beyond Systems, Inc. v. World Avenue USA, LLC
Attorneys' Fees re Motion to Compel re Third Set of Interrogatories

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|
| Nicoleta Burlacu, Esq. | 1.5 | $435.00 |
| Kenneth A. Horky, Esq. | 1.9 | $874.00 |
| John L. McManus, Esq. | 14.3 | $6,435.00 |
| **Totals:** | **17.7** | **$7,744.00** |