# EXHIBIT "6"

**GT GreenbergTraurig**

Invoice No. : 2696847
File No.    : 115318.010500
Bill Date   : June 7, 2010

## INVOICE

Re:  adv. Beyond Systems, Inc.

Legal Services through May 31, 2010:

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, Florida 33301
Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

Invoice No.:   2696847  
Re:            adv. Beyond Systems, Inc.  
Matter No.:    115318.010500  

Page 6

Description of Professional Services Rendered

05/10/10    John L. McManus

                                                                          attention to working on Motion to Compel as to the

and third set of interrogatories.

Invoice No.:     2696847     Page 7
Re:              adv. Beyond Systems, Inc.
Matter No.:      115318.010500

Description of Professional Services Rendered

05/11/10     John L. McManus

                                                          work on

                                                    the Third Set of
                              Interrogatories e-mail correspondence;

Invoice No.:     2696847   Page 10
Re:              adv. Beyond Systems, Inc.
Matter No.:      115318.010500

Description of Professional Services Rendered

05/13/10    John L. McManus

                                                work on Motion to Compel
                            on Third Set of Interrogatories;
                                                       work on research
                            regarding signature/verification on on Motion to
                            Compel on Third Set of Interrogatories;

                                        work on Motion to Compel on Third
                            Set of Interrogatories.

Invoice No.:     2696847                                                                                           Page 11
Re:              adv. Beyond Systems, Inc.
Matter No.:      115318.010500

Description of Professional Services Rendered

05/14/10     Nicoleta Burlacu                        review and comment motion to compel
                                                     third set of interrogatory;

05/14/10     Kenneth A. Horky                        Work on motion to compel answers to third set of
                                                     interrogatories;

Invoice No.:     2696847  
Re:              adv. Beyond Systems, Inc.  
Matter No.:      115318.010500  

Page 12

Description of Professional Services Rendered

05/14/10    John L. McManus          Work on extensive discussion of editing and
                                     appropriate references in

                                                     the Motion to Compel
                                     Production of Documents on the third set of
                                     Interrogatories;

                                                                 work on
                                     e-mail correspondence enclosing Motion to
                                     Compel on Third Set of Interrogatories,

                                                                              .

**GT GreenbergTraurig**

Invoice No.: 2723161
File No.   : 115318.010500
Bill Date  : July 12, 2010

# INVOICE

Re:  adv. Beyond Systems, Inc.

<u>Legal Services through June 30, 2010</u>:

Invoice No.:      2723161                                                Page 11
Re:              adv. Beyond Systems, Inc.
Matter No.:      115318.010500

Description of Professional Services Rendered

06/15/10     Kenneth A. Horky

                                                                review as-
                              filed motion to compel complete answers to third
                              set of interrogatories;

# GT GreenbergTraurig

Invoice No.: 2743610
File No.   : 115318.010500
Bill Date  : August 10, 2010

## INVOICE

Re:  adv. Beyond Systems, Inc.

<u>Legal Services through July 31, 2010</u>:

_____

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, Florida 33301
Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

Invoice No.:     2745010  
Re:              adv. Beyond Systems, Inc.  
Matter No.:      115318.010500  

Page 10

Description of Professional Services Rendered

07/19/10     Nicoleta Burlacu        email correspondence with counsel on the Motion to Compel third set of discovery and confidential documents in Kraft litigation;

review the Motion to Compel third set and Dr. Krawetz in support of same

07/19/10     Kenneth A. Horky        work on revisions to reply memo to motion to compel better answers to third set of interrogatories, and to order therein; communications with working group re: same;

07/19/10     John L. McManus         Extensive work on Reply Memorandum In Support of Motion to Compel on Third Set of Interrogatories.