# EXHIBIT "7"

# Spam Cases

Beyond Systems, Inc. ("BSI") is a Maryland ISP. BSI has filed suit against the following entities, alleging that they sent or assisted in sending Unsolicited Commercial Email ("UCE" or "spam") to or through BSI. Some of these matters have been settled, while others are still pending.

Everyone should be presumed not liable unless/until proven liable.

If you have any additional information, please contact us at nospam_info@beyondsystems.net .

Below, CCMC means Circuit Court of Montgomery County (Maryland).

| # | Court and Case Number | Entity Name | Cited Strings in Emails |
|---|---|---|---|
| #1 | CCMC 248420-V | Adsaturation, Ltd.<br>6517 East Medalist Circle<br>Plano, Texas 75023<br><br>James Howard Majka<br>331 Violet Settlement Road<br>Fort Kent, ME 04743-2219 | success-groups.com<br>infinitypayline.com |
| #2 | CCMC 248499-V | Aesop Marketing Corporation<br>and<br>Mark Joyner<br>and<br>P&D Marketing, LLC<br>and<br>John Doe<br><br>ALSO OF INTEREST:<br><br>1.<br>Pure Marketing International, LLC<br>2807 Allen St, PMB 668<br>Dallas, TX 75204<br><br>2.<br>MBPAdvertising, LLC (Georgia Limited Liability)<br>263 Ridgeway Dr<br>Monroe, GA 30655<br><br>Brenda J Freeman, Chief Executive Officer | roibot.com<br>nitrostats.com |

| | | | |
|---|---|---|---|
| | | Registered Agent Agent Address Agent County<br>Brenda J. Freeman<br>263 Ridge Way Drive<br>Monroe, GA 30655 | |
| #3 | CCMC 248421-V | Michael Bonner<br>241 Blanchard Street<br>West Monroe, LA 71291<br><br>updated address...<br><br>Michael William Bonner<br>4121 Arizona Street<br>Sachse, Texas 75048-3233<br><br><br>ALSO OF INTEREST:<br><br>1.<br>OrgName:   Rackspace.com<br>Address:   112 E. Pecan St.<br>Address:   Suite 600<br>City:      San Antonio<br>StateProv: TX<br>PostalCode: 78205<br>Country:   US<br><br>OrgAbusePhone: +1-210-892-4000<br>OrgAbuseEmail: abuse@rackspace.com<br><br>OrgTechPhone: +1-210-892-4000<br>OrgTechEmail: ipadmin@rackspace.com | mbonnerenterprises.com<br>mbonnerhosting.com<br>mbonnerhosted.com |
| #4 | CCMC 248423-V | Confinity, Inc.<br>1840 Embarcadero Road<br>Palo Alto, California 94303<br>Serve:<br>  Max Luechin<br>  1840 Embarcadero Road<br>  Palo Alto, California 94303<br> and<br>John Doe<br>1840 Embarcadero Road<br>Palo Alto, California 94303<br><br>[Confinity operates eBay and PayPal] | paypal.com |
| | | Cordoba International<br>1007 North Federal Highway, Suite 254<br>Fort Lauderdale, Florida 33304<br> Serve: Guillermo A. Senmartin | |

| | | | |
|---|---|---|---|
| #5 | CCMC 248422-V | Cordoba International, Inc.<br>19720 West 62nd Street<br>Miami, Florida 33015<br>and<br>Elmars Brunenieks<br>Cordoba International, Inc.<br>19720 West 62nd Street<br>Miami, Florida 33015<br>and<br>John Doe<br>1007 North Federal Highway, Suite 254<br>Fort Lauderdale, Florida 33304<br><br>Alternate address...<br><br>Elmar Brunenieks<br>1750 30th St Apt 437<br>Boulder CO 80301-1036<br><br>ADDITIONAL DEFENDANT(S):<br><br>1.<br>Company Name: FEESPLITS.COM CORPORATION<br>Address: 1415 WASHINGTON ST, DENVER CO 80203<br>Phone: (303) 837-0855<br><br>2.<br>HOBOKEN WEB SERVICES, L.L.C.<br><br>Agent: MICHAEL D BROSS<br>Agent Address: 17 ACADEMY STREET SUITE 1200<br>NEWARK, NJ 07102<br>Office Address Status: Deliverable<br>Main Business Address: 609 WASHINGTON ST<br>HOBOKEN, NJ 07030<br>Principal Business Address: 609 WASHINGTON ST<br>HOBOKEN, NJ 07030<br>Associated Names<br>Name: DATAPIPE Type Description: Fictitious Name<br>Name: HISPEED HOSTING Type Description: Fictitious Name | recruit-professionals3.com<br>hiddenjobsecrets.com<br>sevenover.com<br>elevenover.com<br>smartjobfox.com<br>tableforty.com | |

| | | | | |
|---|---|---|---|---|
| #6 | CCMC 248500-V | Diverse Marketing Group, LLC<br>2247 Citrus Blvd #251<br>Leesburg, Florida 34748<br>Serve:<br>  Mark Ayoub<br>  2247 Citrus Blvd #251<br>  Leesburg, Florida 34748<br> and<br>Mark Christopher Ayoub<br>DBA Epro2000<br>33235 Kaylee Way<br>Leesburg, Florida 34788-3831<br>Serve:<br>  Mark Christopher Ayoub<br>  DBA Epro2000<br>  33235 Kaylee Way<br>  Leesburg, Florida 34788-3831<br> and<br>Buster Media, LLC<br>1140N Highland Ave Ste 302<br>Manhattan Beach, California 90266<br>Serve:<br>  Mark D. Roah<br>  813 Duncan Avenue<br>  Manhattan Beach, California 90266<br> and<br>Verapass Group, LLC<br>124 Center Street, Suite 100<br>El Segundo, California 90245<br>Serve:<br>  Adam Rioux<br>  2406 Clark Lane, #A<br>  Redondo Beach, California 90278<br> and<br>Stram Corporation<br>18495 S Dixie Hwy #155<br>Miami, Florida 33157<br>Serve:<br>  Barnett Robinson, Jr., P.A.<br>  120 E. Palmetto Park Road<br>  Suite 150<br>  Boca Raton, Florida 33432<br> and<br>John Doe<br>618 S 14th Street<br>Leesburg, Florida 34748<br><br>Blue Pin Stripes Media shares the same address with Verapass. | iwbd.biz<br>disc0unt.biz | |

| | | | |
|---|---|---|---|
| | | Blue Stream Media is closely associated with Verapass as well. | |
| #7 | CCMC 248501-V | Dynamic Life Products, Inc.<br>12399 Belcher Rd. S #160<br>Largo, Florida 33773<br>Serve:<br>　Jugal K. Taneja<br>　6950 Bryan Dairy Road<br>　Largo, Florida 33777<br>and<br>Dynamic Health Products, Inc.<br>12399 Belcher Rd. S #160<br>Largo, Florida 33773<br>Serve:<br>　Jugal K. Taneja<br>　6950 Bryan Dairy Road<br>　Largo, Florida 33777<br>and<br>Dynamic Life Asia, LLC<br>12399 Belcher Rd. S #160<br>Largo, Florida 33773<br>Serve:<br>　Jugal K. Taneja<br>　6950 Bryan Dairy Road<br>　Largo, Florida 33777<br>and<br>Herbal Health Products, Inc.<br>12399 Belcher Rd. S #160<br>Largo, Florida 33773<br>Serve:<br>　Jugal K. Taneja<br>　6950 Bryan Dairy Road<br>　Largo, Florida 33777<br>and<br>Online Meds RX, Inc.<br>12399 Belcher Rd. S #160<br>Largo, Florida 33773<br>Serve:<br>　Jugal K. Taneja<br>　6950 Bryan Dairy Road<br>　Largo, Florida 33777<br>and<br>Pharma Labs RX, Inc.<br>12399 Belcher Rd. S #160<br>Largo, Florida 33773<br>Serve:<br>　Jugal K. Taneja<br>　6950 Bryan Dairy Road<br>　Largo, Florida 33777<br>and | 3buymeripren.biz |

| | | | | |
|---|---|---|---|---|
| | | Jugal K. Taneja<br>6950 Bryan Dairy Road<br>Largo, Florida 33777<br>and<br>John Doe<br>12399 Belcher Rd. S #160<br>Largo, Florida 33773<br><br>ADDITIONAL DEFENDANT(S):<br><br>1.<br>OTB PRODUCTS, LLC<br><br>and<br><br>2.<br>KEVIN M. BRINKWORTH<br>1001 West Ocean Drive, #2-205<br>Marathon, Florida 33050 | | |
| #8 | CCMC | EyeFive, Inc.<br>16742 Stagg Street #101<br>Van Nuys, California  91406<br>Serve:<br>  Doug G. Roberts<br>  16742 Stagg Street #101<br>  Van Nuys, California  91406<br>and<br>Stram Corporation<br>18495 S Dixie Hwy #155<br>Miami, Florida 33157<br>Serve:<br>  Barnett Robinson, Jr., P.A.<br>  120 E. Palmetto Park Road<br>  Suite 150<br>  Boca Raton, Florida 33432<br>and<br>John Doe<br>16742 Stagg Street #101<br>Van Nuys, California  91406<br><br>ALSO OF INTEREST:<br><br>1.<br>Victor Tam<br>1638 West 61st Avenue<br>Vancouver, British Columbia<br>Canada  V6P 2C3<br>Phone: (604) 263-1687 | | prosize-health.biz<br>buyherbalsonline.com |

| | 248502-V | (604) 803-1687<br>Email: candyman@telus.net<br><br>2.<br>Corporation<br>GLOBAL ENERGY, INC.<br>Number: C2151396 Date Filed: 12/2/1999<br>Status: active<br>Jurisdiction: California<br>Address<br>12145 MORA DRIVE, SUITE 13<br>SANTA FE SPRINGS, CA 90670<br>Agent for Service of Process<br>HASSAN M. MOURAD<br>17109 SANTA LUCIA<br>FOUNTAIN VALLEY, CA 90670<br><br>3.<br>spamvertised web link:<br>www.specialitystore.info -- not yet identified<br><br>www.earthdepot.com appears to be the same operation<br><br>I received a package containing the ordered product from "Mr. Kumar,"<br>apparently shipped from India. | specialitystore.info |
| --- | --- | --- | --- |
| #9 | CCMC<br>248503-V | Frontline Learning, LLC<br>2 Carlson Pkwy #350<br>Minneapolis, Minnesota 55447<br>Serve:<br>  Paula Rust, President<br>  Frontline Learning, LLC<br>  2 Carlson Pkwy #350<br>  Minneapolis, Minnesota 55447<br>and<br>The Rainmaker Group, Inc.<br>and<br>John Doe<br>2 Carlson Pkwy #350<br>Minneapolis, Minnesota 55447 | From: Frontline Learning &lt;wow_at_work@yahoo.com&gt;<br>From: Frontline Learning &lt;wow_at_work03@yahoo.com&gt;<br>From: Frontline Learning &lt;wow_at_work2003@yahoo.com&gt;<br>From: Frontline Learning &lt;remove@frontlinelearning.net&gt;<br>From: Frontline Learning &lt;workplace_wow@yahoo.com&gt;<br><br>or else in the message body:<br><br>frontlinelearning.com<br>frontlinelearning.net<br>teamrainmaker.com |
| | | Global Management Solutions, Inc.<br>13858 SW 190 Ave, Suite 208<br>Miami, Florida 33176<br>Serve: | |

| # | | | | |
|---|---|---|---|---|
| #10 | Removed from CCMC (248504-V) to US District Court, Greenbelt Div. | David Caruana<br>13858 SW 190 Ave, Suite 208<br>Miami, Florida 33176<br>and<br>John Doe<br>13858 SW 190 Ave, Suite 208<br>Miami, Florida 33176<br><br>ADDITIONAL DEFENDANT(S):<br><br>1.<br>Efficient Systems, Inc.<br>2148 SW 38th Street<br>Dania, FL 33312<br>888 232-8107 x 206<br><br>Director and Registered Agent:<br>Richard Schuler<br>954-536-9448<br>954-650-3364<br><br>ALSO OF INTEREST:<br><br>1.<br>Domains By Proxy, Inc.<br>15111 N. Hayden Road/Suite 160<br>PMB 353<br>Scottsdale, AZ 85262<br><br>Assisted Global, KWU and Gevalia with their spamming. | lovingtouches.org<br>pearlrx.com<br>drugdoctors.net | |
| #11 | CCMC 248424-V | Robert Michael Hager<br>836 43rd Street<br>West Palm Beach, Florida 33407<br>and<br>John Doe<br>836 43rd Street<br>West Palm Beach, Florida 33407 | 1stcomputerbusiness.com<br>safelist-haven.com<br>qualityhosting4u.com | |
| | | Harvard.net, Inc.<br>500 Rutherford Avenue<br>Boston, Massachusetts 02129<br>Serve:<br>  The Corporation Trust, Inc.<br>  300 East Lombard Street<br>  Baltimore, Maryland 21202<br>  and<br>The Pajo Networks, Inc. | | |

| | | | |
|---|---|---|---|
| #12 | Originally filed as 248425-V in CCMC. Removed to US District Court, Greenbelt Div.; now USDC No. 04 CV 711 AW | 700 Wilshire Boulevard<br>6th Floor<br>Los Angeles, California 90017<br>Serve:<br>  John Carter, President<br>  700 Wilshire Boulevard<br>  6th Floor<br>  Los Angeles, California 90017<br><br>and<br>John Doe ???<br><br>ADDITIONAL DEFENDANT(S):<br><br>1.<br>Corporation<br>PARIDOX VENTURES, INC.<br>Number: C2325898 Date Filed: 1/5/2001<br>Status: active<br>Jurisdiction: California<br>Address<br>39016 BLACOW RD<br>FREMONT, CA 94538<br>Agent for Service of Process<br>S CHRISTOPHER WINTER<br>8917 RANGELY AVE<br>LOS ANGELES, CA 90048<br><br>2.<br>LP/LLC<br>OC3 NETWORKS & WEB SOLUTIONS, LLC<br>Number: 200105110022 Date Filed: 2/2/2001<br>Status: active<br>Jurisdiction: CALIFORNIA<br>Address<br>19802 VICTORY BLVD<br>WOODLAND HILLS, CA 91367<br>Agent for Service of Process<br>AMY LAMPI<br>2730 GATEWAY OAKS DRIVE STE 100<br>SACRAMENTO, CA 95833<br><br>ALSO OF INTEREST:<br><br>1. Jeremy Martinez | bluedolphin.com<br>emailboys.net<br>safelistboys.com<br>or else in the message header:<br><br>208.179.45.17<br>web9.internetwebhosting.com<br><br>216.31.141.143<br>bebop.myultimatehosting.com<br>216.31.141.147<br>bebop.myultimatehosting.com<br>216.31.141.158<br>bebop.myultimatehosting.com<br>216.31.141.159<br>bebop.myultimatehosting.com<br><br>64.239.140.171<br>www.globalteam1.net<br><br>64.239.138.59<br>mail1.hostcloud.com<br><br>66.63.160.137<br>ensim.myultimatehosting.com<br><br>[oc3networks.com] |

| | | | | |
|---|---|---|---|---|
| | | 2.<br>Blue Dolphin Group<br>526 BOSTON POST RD SUITE 200<br>Wayland, MA 01778<br>508-358-7373<br>508-358-6800<br><br>Pajo is AKA TierZero and NetComplete, Inc.<br><br>Harvard.net was bought by Allegiance Telecom, Inc. | | |
| #13 | Removed to USDC from CCMC; USDC - Greenbelt No. 40 686 PJM | Keynetics, Inc. T/A ClickBank, Click Sales, Inc.<br>917 S Lusk Street<br>Boise, ID 83706<br>and<br>Rackspace, Ltd.<br>T/A Rackspace Managed Hosting and RACKSPACE.COM, Inc., and<br>Macro Holding, Inc.<br>112 E. Pecan Street, Suite 600<br>San Antonio, Texas 78205<br>and<br>Jeffrey Mulligan<br>T/A HIGHTECHMARKETING.COM and CBMALL.COM, and<br>HIGHTECHMARKETING.COM, LLC<br>and<br>[28 named affiliates redacted]<br>and<br>ClickBank Affiliates 1-500<br>and<br>CBMall Affiliates 1-500<br>and<br>Bulk Emailers 1-100 | clickbank.net<br>clickbank.com | |
| #14 | CCMC 248427-V | Sabrina Markon trading as Markon Digital Industries<br>1350 Bothe Road<br>Kelowna, British Columbia, Canada V1W3N2<br><br>and<br>John Doe<br>1350 Bothe Road<br>1350 Kelowna, British Columbia<br>Canada V1W3N2 | pearlsofwealth.com | |
| | | Richard D. Hall, Jr.<br>3428 Pueblo Court<br>Lexington, Kentucky 40509 | | |

| | | | |
|---|---|---|---|
| | | and<br>Nexpoint Technologies, Inc.<br>560 Neff Avenue<br>Harrisonburg, Virginia 22801-8017<br> Serve: Tom Honec, Agent<br>  560 Neff Avenue<br>  Harrisonburg, Virginia 22801-8017<br> and<br>World Leadership Group, Inc.<br>3975 Johns Creek Court, Suite 100<br>Swanee, Georgia 30024<br> Serve: Eric Iriate, Agent<br>  4209 St. Jerome Drive<br>  Annandale, Virginia 22003<br> and<br>John Doe<br>560 Neff Avenue<br>Harrisonburg, Virginia 22801-8017 | | |
| #15 | CCMC<br>248428-V | ALSO OF INTEREST:<br><br>1.<br>OrgName:   Everyones Internet, Inc.<br>(upstream provider to Nexpoint)<br>Address:   2600 Southwest Freeway<br>Address:   Suite 500<br>City:      Houston<br>StateProv: TX<br>PostalCode: 77098<br>Country:   US<br><br><br>2.<br>OrgName:   Verio, Inc.  (upstream provider to Nexpoint, Harvard.net and Pajo)<br>Address:   8005 South Chester Street<br>Address:   Suite 200<br>City:      Englewood<br>StateProv: CO<br>PostalCode: 80112<br>Country:   US<br>[See also verio.net]<br><br>TechPhone: +1-303-645-1900<br>TechEmail: vipar@verio.net<br><br>OrgAbusePhone: +1-800-551-1630<br>OrgAbuseEmail: abuse@verio.net | 64.246.42.121<br>makemoneysafelists.com<br>goldminesafelist.com<br>myultimatehosting.com<br>w1b.net |

| | | | |
|---|---|---|---|
| | | OrgTechPhone: +1-303-645-1900<br>OrgTechEmail: vipar@verio.net<br><br>3.<br>Eric Iriate<br>4209 St. Jerome Drive<br>Annandale, Virginia 22003 | |
| #16 | CCMC 248505-V | ALAN MOORE, AKA GEORGE ALLISON MOORE,<br>GEORGE ALLISON MOORE, JR., GEORGE ALAN<br>MOORE AND JOHN SMITHERLINE,<br>DBA QUICKSILVER ENTERPRISES<br>816 Elm St. #472<br>Manchester, New Hampshire 03102<br><br>and<br><br>AMAZING INTERNET PRODUCTS, LLC<br>561 Montgomery Street<br>Manchester, NH<br><br>and<br><br>INTERCOSMOS MEDIA GROUP INC.<br>113 Barksdale Professional Center<br>Newark, DE 19711-3258<br> Serve:<br>  Delaware Intercorp, Inc.<br>  113 Barksdale Professional Center<br>  Newark, DE 19711-3258<br><br>and<br><br>DAVIS WOLFGANG HAWKE AKA DAVE BRIDGER<br>(and formerly known as ANDREW GREENBAUM)<br>561 Montgomery Street<br>Manchester, New Hampshire 03102<br><br>and<br><br>BRADEN BOURNIVAL<br>561 Montgomery Street<br>Manchester, New Hampshire 03102<br><br>and | "From: Dave Bridger"<br><br>or else in the message body:<br><br>jesitack.com<br>cinpling.com<br>prosize-health.biz<br>3buymeripren.biz<br>iomegaone.com<br>greatsize.biz<br>1buymeripren.biz<br>biogen4u.biz<br>safelistsmart.com<br>payunow.com<br>nobulldlc.com<br>411printerinks.com<br>emaildeals4u.com<br>pleasurelight.com<br><br>and other spamvertised domains registered with Intercosmos |

| | | | |
|---|---|---|---|
| | | DON MOORE<br>816 Elm Street<br>Manchester, New Hampshire 03102<br><br>and<br><br>JOHN DOE<br>816 Elm Street<br>Manchester, New Hampshire 03102<br><br><br>ALSO OF INTEREST:<br><br>1.<br>"Hosts-Inc, Sole Proprietorship" of Aurora, CO<br><br><br>2.<br>[*** Redacted, pending clarification. ***] | |
| #17 | CCMC<br>248508-V | Realtime Gaming Holding Company, LLC<br>270 Carpenter Drive, NE Ste 250<br>Atlanta, Georgia 30328<br>Serve:<br>  Michael Staw<br>  270 Carpenter Drive, NE #250<br>  Atlanta, Georgia 30328<br>  and<br>KDMS International, L.L.C.<br>270 Carpenter Drive, NE Ste 250<br>Atlanta, Georgia 30328<br>Serve:<br>  Michael Staw<br>  270 Carpenter Drive, NE #250<br>  Atlanta, Georgia 30328<br>  and<br>John Doe<br>270 Carpenter Drive, NE Ste 250<br>Atlanta, Georgia 30328<br><br><br>ALSO OF INTEREST:<br><br>1.<br>travis thom<br>5545 Eakes rd nw<br>Albuquerque, NM 87107<br>travisthom@msn.com<br>+1.5054635592 | goldenrhinocasino.com<br>windowscasino.com<br>wincasinoclicks.com<br>bigbonus-casino.com<br>bigbonus-casino.net<br>sharkcasino.com<br>kscasino.com<br>cirruscasino.com<br>crystalpalacecasino.com<br>goldkeycasino.com<br>veguslucky.com<br><br>and other Realtime Gaming casino "clients" |

| | | | |
|---|---|---|---|
| #18 | CCMC 248429-V | Sanzus, Ltd.<br>709 Colleen Drive<br>Gardener, KS 66030<br>Serve: Andy Duncan<br>  709 Colleen Drive<br>  Gardener, Kansas 66030<br>  and<br>John Doe<br>709 Colleen Drive<br>Gardener, KZ 66030 | safelistservices.com<br>snazzypromotions.com |
| #19 | CCMC 248506-V | Securemedical, Inc.<br>5801 S McClintock Dr<br>Suite 109<br>Tempe, Arizona 85283<br>Serve:<br>  Professional Legal Assistors<br>  500 N Rainbow Blvd<br>  Suite 300<br>  Las Vegas, Nevada 89107<br>and<br>Low Cost Pharmacy, Inc.<br>5801 S McClintock Dr<br>Suite 109<br>Tempe, Arizona 85283<br>Serve:<br>  Professional Legal Assistors<br>  500 N Rainbow Blvd<br>  Suite 300<br>  Las Vegas, Nevada 89107<br>and<br>Astronet, L.L.C.<br>1113 W. Orchid Lane<br>Chandler, Arizona 85224<br>and<br>John Doe<br>5801 S McClintock Dr<br>Suite 109<br>Tempe, Arizona 85283<br><br>Also,<br><br>[REDACTED]<br>1640 S. Stapley Drive, Suite 211<br>Mesa, Arizona 85204<br><br>and<br><br>[REDACTED]<br>1640 S. Stapley Drive, Suite 211 | losdgfpxnist.com<br>bestdrugstore.biz<br>bestrxmeds.com<br>pouvr1.biz |

| | | | |
|---|---|---|---|
| | | Mesa, Arizona 85204<br><br>and<br><br>[REDACTED]<br>1640 S. Stapley Drive, Suite 211<br>Mesa, Arizona 85204<br><br>and<br><br>JOHN DOE<br>380 E. Benrich Drive<br>Gilbert, Arizona 85296<br><br>Leap Lab [(888) 857-6394, http://www.vivaprescription.com] is a trade name owned by [Redacted], which self-describes its main activity to be "Internet marketing". | |
| #20 | CCMC 248507-V | SRE, Inc.<br>305 Indiana Street<br>Golden, Colorado 80401<br>Serve:<br>  Steven R. Elisberg<br>  1153 Bergen Pkwy # 456<br>  Evergreen, Colorado 80439-9501<br> and<br>Steven R. Elisberg<br>1153 Bergen Pkwy # 456<br>Evergreen, Colorado 80439-9501<br>Serve:<br>  Steven R. Elisberg<br>  1153 Bergen Pkwy # 456<br>  Evergreen, Colorado 80439-9501<br> and<br>John Doe<br>305 Indiana St<br>Golden, Colorado 80401<br><br>ALSO OF INTEREST:<br><br>1.<br>John P Ferry<br>1420 Meredith Hts Apt 201<br>Colorado Springs, CO 80919-5573<br>DATES Aug 02 - Oct 03 | adjustmentsworld.biz<br>cheaptrips.com |

| | | | |
|---|---|---|---|
| | | John P Ferry<br>7700 S Homesteader Dr<br>Morrison, CO 80465-2807<br>DATES Apr 02 - Aug 03<br><br>John P Ferry might have once been a principal and/or registered agent for SRE.<br><br>SRE is AKA Air Courier Association and cheaptrips.com. | |
| #21 | CCMC 242779-V | World Wide Consumer Direct, Inc.<br>dba "Consumer Direct, Inc." and "CDI"<br>14800 Landmark Boulevard, Suite 550<br>Dallas, Texas 75254-7565<br><br>and<br><br>William F. Wolpmann, Jr.<br>607 Pocahontas Street<br>Williamsburg, Virginia 23185<br><br>and<br><br>John Doe<br>14800 Landmark Boulevard, Suite 550<br>Dallas, Texas 75254-7565 | globalteam1.net<br>globalwealthteam.com |
| | | Kennedy-Western University,<br>a Wyoming corporation,<br>200 West 17th Street<br>Cheyenne, WY  82001-4412<br><br>Corporation<br>KENNEDY-WESTERN UNIVERSITY<br>Number: C2259977 Date Filed: 8/29/2000<br>Status: active<br>Jurisdiction: WYOMING<br>Address<br>30301 AGOURA RD<br>AGOURA HILLS, CA 91301<br>Agent for Service of Process<br>ROBERT L KEHR<br>KEHR SCHIFF & CRANE LLP<br>12400 WILSHIRE BLVD 13TH FL<br>LOS ANGELES, CA 90025<br><br>ALSO OF INTEREST: | |

| | | | |
|---|---|---|---|
| #22 | Originally filed as 261591-V in CCMC. Removed to US District Court, Southern Div.; now USDC No. 05-CV-2446-DKC | 1.<br>LP/LLC<br>PEAK ADVERTISING, LLC<br>Number: 200404210049  Date Filed: 2/9/2004<br>Status: active<br>Jurisdiction: CALIFORNIA<br>Address<br>12740 LANDALE STREET<br>STUDIO CITY, CA 91604<br>Agent for Service of Process<br>BUSINESS FILINGS INCORPORATED<br>(C211348)<br><br>Steve Berns, President<br>tel: 818-766-0171<br>fax: 818-766-0371<br><br>2.<br>Contour Media Group<br>Contact: Steve Williams<br>3200 NE 14 Street - Suite 271<br>Pompano Beach FL 33062  USA<br>Phone: 954-783-3065 x 305<br>Website: http://www.contourmediagroup.com<br><br>Registered Agent<br>Name & Address<br>GRAHAM, GREG<br>995 SW 13 DRIVE<br>BOCA RATON FL 33486<br><br>3.<br>Boca Networks.com, LLC<br>3500 NW Boca Raton Blvd.<br>Suite 706<br>Boca Raton, FL  33431<br><br>Registered Agent<br>Name & Address<br>PAUL, A<br>3500 NW BOCA RATON BLVD., SUITE 706<br>BOCA RATON FL 33431 | kennedy-western<br>kw.edu<br>bargain-warrior.com |
| | | ALSO OF INTEREST:<br><br>1.<br>KRAFT FOODS, INC., a Virginia | |

| | | | | |
|---|---|---|---|---|
| #23 | N/A | Corporation,<br><br>2.<br>VICTOR TH. ENGWALL & CO., INC., a Delaware Corporation<br><br>Corporation<br>VICT. TH. ENGWALL & CO., INC. (a.k.a. "Gevalia" -- joe)<br>Number: C1537578 Date Filed: 7/24/1986<br>Status: active<br>Jurisdiction: DELAWARE<br>Address<br>THREE LAKES DRIVE<br>NORTHFIELD, IL 60093<br>Agent for Service of Process<br>C T CORPORATION SYSTEM<br>818 WEST SEVENTH STREET<br>LOS ANGELES, CA 90017<br><br>Victor Th. Engwall, & Co., Inc. is the owner of the Gevalia brand name and uses the domain names Gevalia.com and JoinGevalia.com for its online promotions. The domain names, Gevalia.com and JoinGevalia.com, are registered to Kraft Foods, Inc. | | gevalia |