- Home
- About Us
- Careers
- News & Archive
- Contact Us

### News & Events Archive

**Florida Attorney General Closes Investigation, Will Dismiss Lawsuit Against World Avenue USA, LLC**

**Press Release**

**January 16th, 2008**
Sunrise, Florida, January 16, 2008 – Following a year long investigation into allegations regarding its advertising activities, the Office of the Attorney General of the State of Florida has closed the investigation and will be dismissing its lawsuit against World Avenue USA, LLC (formerly NiuTech), dba TheUseful and Niuniu Ji, the company's chairman.

The original suit was filed in August 2007 by the Attorney General's office. The basis of the claim was in regards to the company's alleged use of the word "free" in its Internet based advertising, and whether the terms and conditions for receiving "free" promotional items were clearly and conspicuously disclosed. In ending its investigation, the Attorney General made no determination that the company had violated any law, rules or regulations.

"This is the result we expected," stated Dale Baker, president of World Avenue USA. "We fully cooperated with the Attorney General's office and after a very thorough investigation they have concluded that there was no reason to continue the investigation.Baker added, "While there are no findings of any wrong doing, we recognize this situation as an

**Press/Media Contact**

**Linda Parlon**
Corporate Communications Manager

news@worldavenue.c

(954) 653.9015

opportunity to take a leadership position in best practices by voluntarily agreeing to make certain changes to minimize the potential for any possible misunderstanding by consumers."

World Avenue USA provides an online distribution platform for the advertising of products and services to consumers. Over the past two years, the company has continuously enhanced its communications and advertising technology to deliver a seamless consumer experience.

"Our business is communication," Baker said, "and we strive to be as clear and transparent as possible.  The Internet is in many respects still uncharted territory.  We welcome and embrace feedback that enables the Internet to become a more effective medium for communication and commerce."

The company has taken a leadership position in working with the Attorney General to create standards and best practices for the online advertising industry.  As part of these efforts, World Avenue USA, LLC will also make a $1 million contribution to The Department of Florida Legal Affairs' Revolving Trust Fund to assist with future efforts in developing industry-wide standards and best practices.

**About World Avenue**

With offices in the USA and Canada, World Avenue is a leading interactive marketing services firm that assists Global 2000 companies in achieving their customer acquisition goals. Through a seamless integration of marketing, technology and analytics, World Avenue provides a suite of best-of-breed advertising technologies to help clients connect with the right consumer at the right time with the right offer. The senior management team of World Avenue possesses more than 250 years of combined management and business experience from leading companies including GE, Oracle, Yahoo, IDG and IAC.

[About](#)

###

Us  |  **Media Contact:**
Cori Rice
Hill & Knowlton SAMCOR
305.443.5454
cori@samcor.net

Careers  |  News & Events  |  Contact Us

© 2010 World Avenue Holdings, LLC