## IN THE U.S. DISTRICT COURT FOR MARYLAND,
## SOUTHERN DIVISION

| | |
|---|---|
| **BEYOND SYSTEMS, INC.** | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   **Case No. PJM 08 cv 0921** |
| | * |
| **WORLD AVENUE USA, LLC, ET AL.** | * |
| | * |
| Defendants | * |

### Interim Sealing Motion

Plaintiff moves pursuant to Local Rule 105.11 and the Protective Order entered in this case for an interim sealing order as to the following document(s):

DE 482-14 for transcript of deposition of Chadd Schlotter, excerpts

DE 482-17 Sony creative

DE 482-19 documents WAH 00617-19

Placeholder notices were filed at the docket entry for each of these documents. Sealing is requested in order to comply with Local Rule 105.11 and the Protective Order entered in this case. The materials at issue have been designated as confidential by Defendant(s). Plaintiffs object to Defendants' over-broad designation of material as confidential, and reserve the right to file an appropriate motion challenging the designations.

_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249
Facsimile: 301-563-9639

_____/s/_____
Michael S. Rothman
E. Jefferson Street, Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

## Certificate of Service

I certify that a copies of this notice and the sealed documents listed above were served on the date of ECF filing of this notice, via email pursuant to the convention adopoted by counsel for the parties in this suit.

_____/s/_____
Stephen H. Ring