Law Offices
# STEPHEN H. RING, P.C.
506 MAIN STREET, SUITE 215
GAITHERSBURG, MARYLAND 20878
Telephone 301-563-9249
Facsimile 301-563-9249

Stephen H.  Ring                                                                Email: shr@ringlaw.us
*Admitted in MD, DC*                                                            www.nvo.com/ringlaw

March 18, 2010

The Honorable Peter J. Messitte
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD  20770

Magistrate Judge Charles B. Day
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
Case No. 08 cv 00921 PJM

Dear Judge Messite and Magistrate Judge Day:

This is to request that the following motions, which address issues related to the motions already set for oral argument on November 29, 2010, be added to the docket for hearing on that date:

DE 459 Plaintiff's Motion to Correct Misnomer in Amended Complaint; and

DE 480 Motion for Summary Judgment (Partial) Establishing Defendant World Avenue USA, LLC and TheUseful, LLC as a Single Entity or, in the Alternative, for Entry of an Order of Default against TheUseful, LLC.

Sincerely,

/s/

Stephen H. Ring
Co-counsel for Plaintiff