# EXHIBIT 1

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS
www.sunbiz.org

Home | Contact Us | E-Filing Services | Document Searches | Forms | Help

Previous on List   Next on List   Return to List

Fictitious Name Search [  ]   Submit

No Filing History

## Fictitious Name Detail

### Fictitious Name
THEUSEFUL

### Filing Information
| | |
|---|---|
| Registration Number | G05216900215 |
| Status | ACTIVE |
| Filed Date | 08/04/2005 |
| Expiration Date | 12/31/2010 |
| Current Owners | 1 |
| County | PALM BEACH |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | NONE |

### Mailing Address
6001 BROKEN SOUND PARKWAY
2ND FLOOR
BOCA RATON, FL 33487

### Owner Information

NIUTECH, LLC
6001 BROKEN SOUND PARKWAY, 2ND FLOOR
BOCA RATON, FL 33487
**FEI/EIN Number:** 26-0004483
**Document Number:** L02000034730

### Document Images
08/04/2005 -- Fictitious Name Filing    View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

Previous on List   Next on List   Return to List

Fictitious Name Search [  ]   Submit

No Filing History

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

DOCUMENT# G05216900215

**Fictitious Name to be Registered:** THEUSEFUL

**Mailing Address of Business:** 6001 BROKEN SOUND PARKWAY
2ND FLOOR
BOCA RATON, FL  33487

**Florida County of principal place of business:** PALM BEACH

**FEI Number:**

**FILED
Aug 04, 2005
Secretary of State**

**Owner(s) of Fictitious Name:**

NIUTECH, LLC
6001 BROKEN SOUND PARKWAY, 2ND FLOOR
BOCA RATON, FL  33487
Florida Registration Number: L02000034730
FEI Number: 26-0004483

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate.  I (we) understand that the electronic signature(s) below shall have the same legal effect as if made under oath.

| NIUNIU JI | 08/04/2005 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested (X)**      **Certified Copy Requested ( )**