# EXHIBIT 2



# Fictitious Name Detail

## Fictitious Name

THEUSEFUL.COM

## Filing Information

| | |
|---|---|
| Registration Number | G04138700009 |
| Status | EXPIRED |
| Filed Date | 05/17/2004 |
| Expiration Date | 12/31/2009 |
| Current Owners | 1 |
| County | PALM BEACH |
| Total Pages | 4 |
| Events Filed | 3 |
| FEI/EIN Number | NONE |

## Mailing Address

6001 BROKEN SOUND PARKWAY
SUITE 200
BOCA RATON, FL 33487

## Owner Information

NIUTECH, LLC
6001 BROKEN SOUND PARKWAY, SUITE 200
BOCA RATON, FL 33487
FEI/EIN Number: 26-0004483
Document Number: L02000034730

## Document Images

- 05/17/2004 -- REGISTRATION
- 03/14/2006 -- EVENT FILING
- 02/17/2006 -- EVENT FILING
- 02/14/2005 -- EVENT FILING

**Note:** This is not official record. See documents if question or conflict.

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

**FILED**
**May 17, 2004 8:00 am**
**Secretary of State**

05-17-2004 90895 009 ****50.00
G04138700009

**433042**

This space for office use only

### Section 1

1. TheUseful.com
   *Fictitious Name to be Registered* (see instructions if name includes "Corp" or "Inc")
   5255 North Federal Highway
   First Floor
   *Mailing Address of Business*
   Boca Raton        FL        33487
   City              State     Zip Code

3. Florida County of principal place of business: Palm Beach
   (see instructions if more than one county)

4. FEI Number: _____

### Section 2

**A. Owner(s) of Fictitious Name If Individual(s):** (Use an attachment if necessary):

1. Last ___ First ___ M.I. ___
   Address ___
   City ___ State ___ Zip Code ___

2. Last ___ First ___ M.I. ___
   Address ___
   City ___ State ___ Zip Code ___

**B. Owner(s) of Fictitious Name If other than an individual.** (Use attachment if necessary):

1. NiuTech, LLC
   *Entity Name*
   21706 Cromwell Circle
   *Address*
   Boca Raton        FL        33486
   City              State     Zip Code
   Florida Registration Number  L02000034730
   FEI Number: 260004483
   ☐ Applied for    ☐ Not Applicable

2. *Entity Name* ___
   *Address* ___
   City ___ State ___ Zip Code ___
   Florida Registration Number ___
   FEI Number: ___
   ☐ Applied for    ☐ Not Applicable

### Section 3

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I (we) understand that the signature(s) below shall have the same legal effect as if made under oath. (At Least One Signature Required)

Signature of Owner: *[signature]*    Date: 5/11/04
Phone Number: 561-997-6484, Ext 123

Signature of Owner: ___    Date: ___
Phone Number: ___

### Section 4

**FOR CANCELLATION COMPLETE SECTION 4 ONLY:**
**FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:**

I (we) the undersigned, hereby cancel the fictitious name _____
_____, which was registered on _____ and was assigned registration number _____

Signature of Owner ___    Date ___
Signature of Owner ___    Date ___

Mark the applicable boxes   ☐ Certificate of Status — $10   ☐ Certified Copy — $30
**FILING FEE: $50**

CR4E001B (1/02)