# EXHIBIT 5



Invoice No.: 2648886
FileNo.    : 115318.010500
Bill Date  : April 6, 2010

# INVOICE

Re: adv. Beyond Systems, Inc.

Legal Services through March 31, 2010:

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, Florida 33301
Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

| | | |
|---|---|---|
| 03/16/10 | Nicoleta Burlacu | Conference call with K. Horky and S. Saunders on Burton's motion for Protective Order and BSI's motion for Extension of time to file motions to compel and oppositions to World Avenue's Motion to compel; start drafting Opposition to BSI's extension of time; |

Invoice No.: 2648886
Re: adv. Beyond Systems, Inc.
MatterNo.: 115318.010500

Page 11

Description of Professional Services Rendered

| Date | Attorney | Description |
|---|---|---|
| 03/16/10 | Kenneth A. Horky | Review motion for enlargement of time; teleconference with Sandy Saunders and Nicoleta Burlacu; |
| 03/17/10 | Nicoleta Burlacu | Start drafting the Opposition to BSI's Extension of Time to File Motion to Compel and Oppositions to World Avenue's Motions to compel; confer with S. Saunders on same; |

Invoice No.: 2648886
Re: adv. Beyond Systems, Inc.
MatterNo.: 115318.010500

Page 11

Invoice No.: 2648886
Re: adv. Beyond Systems, Inc.
MatterNo.: 115318.010500
<u>Description of Professional Services Rendered</u>

| | | |
|---|---|---|
| 03/18/10 | Nicoleta Burlacu | Revise and edit the Opposition to BSI's Extension of time to file Motion to Compel and Oppositions to Motion to Compel per counsel's comments; file same; |

Invoice No.: 2648886
Re: adv. Beyond Systems, Inc.
MatterNo.: 115318.010500
<u>Description of Professional Services Rendered</u>

Page 12



Invoice No.: 2679233
FileNo.   :  115318.010500
Bill Date :  May 10, 2010

## **INVOICE**

Re: adv. Beyond Systems, Inc.

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, Florida 33301
Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

Invoice No.:   2679233
Re:            adv. Beyond Systems, Inc.
MatterNo.:     115318.010500

Page 8

Description of Professional Services Rendered

04/15/10     Barry A. Dotson

review files to identify materials relating to plaintiff's motions to compel and prepare notebook of relevant materials;

04/15/10     John L. McManus

instructions re: preparation of binder for response to motion to compel;

Invoice No.:   2679233
Re:            adv. Beyond Systems, Inc.
MatterNo.:     115318.010500

Page 8

Invoice No.: 2679233
Re: adv. Beyond Systems, Inc.
MatterNo.: 115318.010500

Description of Professional Services Rendered

04/16/10    Barry A. Dotson

continue reviewing files regarding motions to compel and preparation of notebook;

04/19/10    Barry A. Dotson

prepare document detailing Bates range of everything produced in response to first request for production

Invoice No.: 2679233  
Re: adv. Beyond Systems, Inc.  
MatterNo.: 115318.010500

Page 10

Description of Professional Services Rendered

04/19/10    John L. McManus

work on the Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Compel Complete Production of Documents, and work on the Defendant's Motion for Sanctions as a result of misrepresentations in the filings to the court; work with and instructions to paralegal re: designation of the documents already produced to present to court the exact responsive nature of the documentation already produced; work on legal research to support the two Defendant's Memoranda of law; work on transmittal of the Memoranda of Law.

Invoice No.: 2679233  
Re: adv. Beyond Systems, Inc.  
MatterNo.: 115318.010500