UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE                                                                                      6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                                        GREENBELT, MARYLAND  20770
                                                                                                                              301-344-0632

M E M O R A N D U M

TO:       Counsel of Record

FROM:   Judge Peter J. Messitte

RE:       Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
             Civil Case No. 08-921

DATE:   November 15, 2010

                                                     ******

Plaintiff Beyond Systems, Inc. has filed a Request for Hearing on Plaintiff's Motions [Paper No. 492], in which it asks the Court to add the following two motions to the agenda for the oral argument scheduled to take place on Monday, November 29, 2010:

- Plaintiff's Motion to Correct Misnomer in Amended Complaint [Paper No. 459]
- Plaintiff's Motion for Partial Summary Judgment Establishing Defendant World Avenue USA, LLC and TheUseful, LLC as a Single Entity [Paper No. 480]

The Court will approve Plaintiff's request. The parties should come to the November 29 motions hearing prepared to discuss the two motions listed above, in addition to those already on the agenda—namely, Paper Nos. [55], [177], [263], [266], and [323].

                                                                                          /s/
                                                                              PETER J. MESSITTE
                                                                      UNITED STATES DISTRICT JUDGE