**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE                       6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE           GREENBELT, MARYLAND  20770
                                                                          301-344-0632

M E M O R A N D U M

TO:        Counsel of Record

FROM:    Judge Peter J. Messitte

RE:        <u>Beyond Systems, Inc. v. World Avenue USA, LLC, et al.</u>
               Civil Case No. 08-921

DATE:    November 17, 2010

******

Defendant World Avenue USA, LLC ("World Avenue") has filed a Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment [Paper No. 509]. In that Motion, World Avenue asks the Court for an additional week, until November 22, to respond to Plaintiff's Motion for Partial Summary Judgment Establishing Defendant World Avenue USA, LLC and TheUseful, LLC as a Single Entity or, in the Alternative, for Entry of an Order of Default Against TheUseful, LLC [Paper No. 480].

The Court will **GRANT** World Avenue's Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment [Paper No. 509]. In addition, in accordance with counsel's representations to Chambers, the Court sets the following briefing schedule for all as yet unfiled papers relevant to the upcoming motions hearing on November 29, 2010:

<u>November 22, 2010</u>
- World Avenue submits its response to [480] (per the Court's ruling above)
- Plaintiff Beyond Systems, Inc. ("Beyond Systems") submits its reply on [459]

<u>November 24, 2010</u>
- Beyond Systems submits its reply on [480]

Finally, pursuant to the Court's Memorandum of November 15, 2010, the following motions will be argued at the hearing on November 29: [55], [177], [263], [266], [323], [459], and [480].

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                             /s/
                                         PETER J. MESSITTE
                                  UNITED STATES DISTRICT JUDGE