# EXHIBIT 3

## IN THE U.S. DISTRICT COURT FOR MARYLAND,
### SOUTHERN DIVISION

BEYOND SYSTEMS, INC.     )
                        )
     Plaintiff        )
v.                       )     Case No. PJM 08 cv 0921
                        )
WORLD AVENUE USA, LLC, et al. )
     Defendants     )
                        )

## DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS IN SUPPORT OF JURISDICTIONAL DISCOVERY

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and Rule 104 (6) of the Local Rules of the United States District Court for the District of Maryland, Defendant WORLD AVENUE HOLDINGS, LLC ("Holdings") hereby provides its objections to Plaintiff Beyond Systems, Inc.'s ("BSI") Request for Production of Documents in Support of Jurisdictional Discovery, as follows:

### GENERAL OBJECTIONS

1.     Holdings objects to each Request for Production ("Request") to the extent that it may be construed as calling for information subject to any claim of privilege, including, but not limited to, the attorney-client privilege and/or the attorney work product doctrine. Pursuant thereto, Holdings and its counsel hereby claim these privileges and object to any such request on this basis.

in Maryland since January 1, 2004, which shall include the creation, sending, marketing,

advertising and customer service of those same e-mails.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

Holdings objects to this Request on the grounds that the term "YOU" is overly broad,

unduly burdensome and oppressive, and beyond the scope of the limited discovery, permitted by

the Court's order dated July 14, 2009, to support BSI's supplemental opposition to

Holdings' motion to dismiss for lack of personal jurisdiction. For purpose of responding to this

interrogatory request, Holdings understands the terms "YOU" to mean Defendant World Avenue

Holdings, LLC. Holdings further objects to producing documents in possession and control of

any of its subsidiary absent some predicate showing being laid that there are grounds to subject

Holdings to the jurisdiction of the Court, i.e., under the piercing the corporate veil theory.

Holdings further objects to his Request on the grounds that it is vague and ambiguous as to the

term "directed."

Subject to and without waiving the foregoing objection, Holdings responds. Holdings did

not exist before June 1, 2006 and has no predecessor entity. Separate entity within the corporate

structure in which Holdings serves as a holding company, THEUSEFUL, LLC, does engage in

the sending and receipt of Commercial E-Mail and internet advertising. However, Holdings'

business activity is limited to that of a holding company, and, thus, it does not engage in the

sending or receipt of Commercial E-mail as defined herein. Holdings will produce a recent

redacted copy of its organizational chart.

## REQUEST FOR PRODUCTION NO. 9:

All DOCUMENTS REFERRING or RELATING to PERSONS with whom YOU have entered

receipt of Commercial E-mail as defined herein.  Therefore, Holdings has no such documents within its direct possession, custody or control.

Respectfully submitted,
*Attorneys for World Avenue Holdings, LLC*

GREENBERG TRAURIG, LLP

*Sanford Saunders (N. B.)*

Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477

- 32 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24 day of August 2009, a copy of the foregoing was served by regular mail, and email, upon the below-named counsel :

Stephen Howard Ring
Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland  208768

Michael Stephen Rothman
Law Office of Michael S Rothman
401 E Jefferson St Ste 201
Rockville, MD 20850

SANFORD M. SAUNDERS, JR.