# EXHIBIT 6

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 50-2005-CA-008515-XXXX-MB-AG

STEVEN R. LEVINE,

    Plaintiff,

vs.

NIUTECH, LLC, and NIUNIU JI,

    Defendants.

_____/

### ORDER

This cause came before the Court upon Defendants, NIUTECH, LLC and NIUNIU JI's Motion to Dismiss Complaint and Demand for Jury Trial, and the Court having reviewed the Motion and the record, having heard argument of counsel, and being otherwise duly advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that Defendants' Motion to Dismiss Complaint and Demand for Jury Trial is hereby (granted) ~~denied~~.

1. π granted leave to amend all counts by February 24, 2006.

2. π's claim for punitive damages is struck.

**DONE and ORDERED** at West Palm Beach, Palm Beach County, Florida this 10 day of February, 2006.

                                            John J. Hoy
                                            Circuit Judge

Conformed Copies To All Counsel on attached Service List

{WP284681;1}

Case 8:08-cv-00921-PJM   Document 525-6   Filed 11/22/10   Page 3 of 3

Case No. 50-200?A-008515-XXXX-MB-AG
Order on Defendants' Motion to Dismiss Complaint
and Demand for Jury Trial
Page 2

## SERVICE LIST

Jan Douglas Atlas, Esq.                     Attorney for Plaintiff
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
Tel: 954-763-1200
Fax: 954-766-7800


Eric A. Gordon, Esq.                        Attorney for Defendants
Akerman Senterfitt
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401-6183
Tel: 561-653-5000
Fax: 561-659-6313

{WP284681;1}

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office.
THIS 18 DAY OF Nov, 20 10
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK