# EXHIBIT 7

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 50-2005-CA-008515-XXXX-MB-AG

STEVEN R. LEVINE,

 Plaintiff,

vs.

NIUTECH, LLC, and NIUNIU JI,

 Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** coming before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, and it appearing unto the Court that the subject cause has been amicably settled, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this matter is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees. The Clerk shall CLOSE this file.

**DONE AND ORDERED** in Chambers at Palm Beach County, Florida, this _13_ day of _July_, 2006.

              _____
              John J. Hoy
              Circuit Judge

Conformed Copies To:

Counsel listed on attached service list.

{WP315071;1}

Steven R. Levine v. NiuTech, LLC. et al.
Case No. 50-2005-CA-008515-XXXX-MB-AG
Order of Dismissal With Prejudice
Page 2

## SERVICE LIST

Jan D. Atlas, Esq.  
Adorno & Yoss LLP  
350 East Las Olas Boulevard  
Suite 1700  
Fort Lauderdale, Florida 33301  
Telephone: 954-763-1200  
Facsimile: 954-766-7800  
E-Mail: jatlas@adorno.com

*Attorneys for Plaintiff, Steven R. Levine*

Eric A. Gordon, Esq.  
Akerman Senterfitt  
Esperante Building, Fourth Floor  
222 Lakeview Avenue  
West Palm Beach, Florida 33401-6183  
Phone: (561) 671-3651  
Fax: (561) 659-6313  
E-Mail: eric.gordon@akerman.com

*Attorneys for Defendants,  
NiuTech, LLC and Niuniu Ji*

STATE OF FLORIDA • PALM BEACH COUNTY  
I hereby certify that the foregoing is a true copy of the record in my office.  
THIS 18 DAY OF Nov, 20 10  
SHARON R. BOCK  
CLERK & COMPTROLLER  
By_____  
DEPUTY CLERK

{WP315071;1}