# EXHIBIT 8

## Case Description

| | |
|---|---|
| Case ID: | 502005CA008515XXXXMB |
| Case Caption: | STEVEN R LEVINE V NIUTECH LLC |
| Division: | AG - CROW |
| Filing Date: | Thursday, September 08th, 2005 |
| Court: | CA - CIRCUIT CIVIL |
| Location: | MB - MAIN BRANCH |
| Jury: | Y-Jury |
| Type: | OC - OTHER CIRCUIT |
| Status: | AS - REDISPOSED |

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name | Aliases: | |
|---|---|---|---|---|---|---|---|
| 1 | | | PLAINTIFF | @479527 | LEVINE, STEVEN R | Aliases: | none |
| 2 | 1 | | ATTORNEY | 0226246 | ATLAS, ESQ, JAN DOUGLAS | Aliases: | none |
| 3 | | 11-JUL-2006 | DEFENDANT | @479528 | NIUTECH LLC | Aliases: | none |
| 4 | | 11-JUL-2006 | DEFENDANT | @479529 | JI, NIUNIU | Aliases: | none |
| 5 | | | JUDGE | AG | CROW, JUDGE DAVID | Aliases: | none |
| 6 | 3 | | ATTORNEY | 0071341 | GORDON, ESQ, ERIC A | Aliases: | none |
| 7 | 4 | | ATTORNEY | 0071341 | GORDON, ESQ, ERIC A | Aliases: | none |

## Docket Entries

| Docket Number | Docket Type | Book and Page No. | Attached To: |
|---|---|---|---|
| | 00000 - ADDITIONAL COMMENTS | | |
| Filing Date: | 08-SEP-2005 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | none. | | |
| | 800FF - CAFF | | |
| Filing Date: | 08-SEP-2005 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | none. | | |
| | PE - PENDING | | |
| Filing Date: | 08-SEP-2005 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | none. | | |
| | RCPT - RECEIPT FOR PAYMENT | | |
| Filing Date: | 08-SEP-2005 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | A Payment of -$256.00 was made on receipt CAMB88896. | | |
| 1 | CMP - COMPLAINT | | |
| Filing Date: | 08-SEP-2005 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | CONSTRUCTIVE DISCHARGE/TERMINATION, HOSTILE WORK ENVIRONMENT, RETALIATORY PERSONNEL ACTION IN VIOLATION OF SECTION 448.102 FLORIDA STATUTES | | |

| 2 | CCS - CIVIL COVER SHEET | | | |
|---|---|---|---|---|
| Filing Date: | 08-SEP-2005 | | | |
| Filing Party: | | | | |
| Disposition Amount: | | | | |
| Docket Text: | *none.* | | | |
| 3 | MOT - MOTION | | | |
| Filing Date: | 06-OCT-2005 | | | |
| Filing Party: | NIUTECH LLC, | | | |
| Disposition Amount: | | | | |
| Docket Text: | & OF NIUNIU JI, TO SEAL COMPLAINT & SPECIAL APPEARANCE - W/ATTACHMENTS | | | |
| 4 | NOH - NOTICE OF HEARING | | | |
| Filing Date: | 06-OCT-2005 | | | |
| Filing Party: | | | | |
| Disposition Amount: | | | | |
| Docket Text: | 10/24/05 @ 8:45 AM ON DEFS SPECIAL APPEARANCE & M/TO SEAL COMPLAINT | | | |
| 5 | RNOH - RE-NOTICE OF HEARING | | | |
| Filing Date: | 21-OCT-2005 | | | |
| Filing Party: | | | | |
| Disposition Amount: | | | | |
| Docket Text: | 11/1/05 @ 8:45 AM ON DEFS SPECIAL APPEARANCE & M/TO SEAL COMPLAINT | | | |
| 6 | RNOH - RE-NOTICE OF HEARING | | | |
| Filing Date: | 31-OCT-2005 | | | |
| Filing Party: | | | | |
| Disposition Amount: | | | | |
| Docket Text: | 11/15/05 @ 8:45 AM ON DEFS SPECIAL APPEARANCE & M/TO SEAL COMPLAINT | | | |

| 7 | NOT - NOTICE | | |
|---|---|---|---|
| **Filing Date:** | 10-NOV-2005 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | OF DEFTS OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFTS MOT TO SEAL COMPLAINT | | |
| 8 | MOT - MOTION | | |
| **Filing Date:** | 10-NOV-2005 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | OF DEFTS TO DISMISS COMPLAINT & DEMAND FOR JURY TRIAL | | |
| 9 | NOH - NOTICE OF HEARING | | |
| **Filing Date:** | 21-NOV-2005 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | ON 2/10/06 @ 11:00 AM ON DEFTS MOT TO DISMISS COMPLAINT & DEMAND FOR JURY TRIAL | | |
| 10 | ORD - ORDER | | |
| **Filing Date:** | 14-FEB-2006 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | ON DFTS MOTION TO DISMISS COMPLAINT AND DEMAND FOR JURY TRIAL GRANTED. PLTF GRANTED LEAVE TO AMEND ALL COUNTS BY 2/24/06. PLTFS CLAIM FOR PUNITIVE DAMAGE STRUCK. | | |
| 11 | NOME - NOTICE OF MEDIATION | | |
| **Filing Date:** | 10-MAR-2006 | | |
| **Filing Party:** | GORDON, ESQ, ERIC A | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | 05/03/06 @ 1:30PM 100 SE 3RD AVE FT LAUD BF CHARLES TETUNIC, ESQ | | |

| 12 | NOME - NOTICE OF MEDIATION | | |
|---|---|---|---|
| Filing Date: | 13-MAR-2006 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | ON 5/3/06 @1:30PM - HON TETUNIC | | |
| 13 | NOME - NOTICE OF MEDIATION | | |
| Filing Date: | 25-APR-2006 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | ON 5/3/06 @2:30PM - HON TETUNIC | | |
| 14 | RNOT - RE-NOTICE | | |
| Filing Date: | 08-MAY-2006 | | |
| Filing Party: | NIUTECH LLC, | | |
| Disposition Amount: | | | |
| Docket Text: | OF MEDIATION ON 6/21/06@1:30PM | | |
| 15 | NOME - NOTICE OF MEDIATION | | |
| Filing Date: | 19-MAY-2006 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | ON 6/21/06 @1:30PM - HON TETUNIC | | |
| 16 | MRPT - MEDIATION REPORT | | |
| Filing Date: | 03-JUL-2006 | | |
| Filing Party: | | | |
| Disposition Amount: | | | |
| Docket Text: | SETTLED | | |

WAUSA-007147

| | | | |
|---|---|---|---|
| 17 | STIP - STIPULATION | | |
| **Filing Date:** | 11-JUL-2006 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | (JOINT) FOR DISMISSAL W/PREJUDICE BETWEEN PARTIES | | |
| | DA - DISMISSED AFTER HEARING | | 17 |
| **Filing Date:** | 11-JUL-2006 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | *none.* | | |
| 18 | ODIS - ORDER OF DISMISSAL | Book 20615 - Page 1103 | |
| **Filing Date:** | 13-JUL-2006 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | W/PREJUDICE. CLK CLOSE FILE. | | |
| | RO - REOPEN | | 18 |
| **Filing Date:** | 13-JUL-2006 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | *none.* | | |
| | AS - REDISPOSED | | 18 |
| **Filing Date:** | 13-JUL-2006 | | |
| **Filing Party:** | | | |
| **Disposition Amount:** | | | |
| **Docket Text:** | *none.* | | |