# EXHIBIT 9

Report : CZREZDK
Instance : JISPROD

CLERK OF THE CIRCUIT COURT
PALM BEACH COUNTY
Docket Print from Easyview

Date : 19-Nov-2010
Time : 4:14:52PM

Page 1 of 3

Case ID : 2007CA013940 - OFFICE OF THE ATTORNEY V WORLD ABENUE USA LLC        UCN : 502007CA013940XXXXMB

| Case Type | | | Court | Location | Division | Jury | Status : DB - DISMISSED BEFORE HEARING |
|---|---|---|---|---|---|---|---|
| OC - OTHER CIRCUIT | | | CA | MB | AD | | |

| Type | Party Name | | | | Represented by | | |
|---|---|---|---|---|---|---|---|
| JUDGE | FRENCH, JUDGE DAVID E. | | | | | | |
| PLAINTIFF | OFFICE OF THE ATTORNEY GENERAL DEPAR | | | | DIKMAN, JEFFREY M. | | |

-Case Filed : 22-Aug-2007

| Filing Date | Docket No | Pages | Docket Code | Docket Description | Docket Text | Book No | Page No |
|---|---|---|---|---|---|---|---|
| 22-Aug-2007 | | | 00000 | ADDITIONAL COMMENTS | | | |
| 22-Aug-2007 | | | 800FF | CAFF | | | |
| 22-Aug-2007 | | | PE | PENDING | | | |
| 22-Aug-2007 | | | RCPT | RECEIPT FOR PAYMENT | A Payment of -$256.00 was made on receipt CAMB169061. | | |
| 22-Aug-2007 | 1 | 38 | CMP | COMPLAINT | | | |
| 22-Aug-2007 | 2 | 2 | CCS | CIVIL COVER SHEET | | | |
| 22-Aug-2007 | 3 | 4 | SMIS | SUMMONS ISSUED | SM-07-083137 | | |
| 22-Aug-2007 | 4 | 4 | SMIS | SUMMONS ISSUED | SM-07-083138 | | |
| 24-Aug-2007 | 5 | 40 | NOS | NOTICE OF SERVICE | AMENDED COMPLAINT-WITH ATTACHMENTS | | |
| 24-Aug-2007 | 6 | 5 | NOF | NOTICE OF FILING | ACCEPTANCE OF SERVICE-AND FILED THE ATTACHED ORIGINAL ACCEPTANCE OF SERVICE | | |
| 28-Aug-2007 | 7 | 11 | MOT | MOTION | OF DFTS FOR APPOINTMENT OF A COMMISSIONER TO TAKE TESTIMONY OUTSIDE STATE OF FLORIDA | | |
| 28-Aug-2007 | 8 | 10 | REQ | REQUEST | (1ST) OF DFTS, FOR RPODUCTION OF DOCUMENTS, TO PLT | | |
| 28-Aug-2007 | 9 | 3 | NOS | NOTICE OF SERVICE | OF DFTS, OF 1ST SET INTERGS TO PLT | | |

(czrezdk) Revised : 28-Jul-2003

Report : CZREZDK
Instance : JISPROD

CLERK OF THE CIRCUIT COURT
PALM BEACH COUNTY
Docket Print from Easyview

Date : 19-Nov-2010
Time : 4:14:52PM

Case ID : 2007CA013940 - OFFICE OF THE ATTORNEY V WORLD ABENUE USA LLC

UCN : 502007CA013940XXXXMB

Case Filed : 22-Aug-2007   Status : DB - DISMISSED BEFORE HEARING

| Filing Date | Docket No | Pages | Docket Description | Docket Code | Docket Text | Book No | Page No |
|---|---|---|---|---|---|---|---|
| 30-Aug-2007 | 10 | 3 | AGREED ORDER | AGOR | GRANTING DEFTS MOTION FOR APPOINTMENT OF A COMMISSIONER IN ST CROIX US VIRGIN ISLANDS | | |
| 30-Aug-2007 | 11 | 45 | NOTICE OF SERVICE | NOS | SECOND AMENDED COMPLAINT | | |
| 30-Aug-2007 | 12 | 8 | REQUEST TO PRODUCE | REQP | DOCUMENTS | | |
| 30-Aug-2007 | 13 | 2 | NOTICE OF SERVICE | NOS | ONE INTERROGATORY | | |
| 07-Feb-2008 | 14 | 2 | VOLUNTARY DISMISSAL | VOL | WITH PREJUDICE | | |
| 07-Feb-2008 | Atch - 14 - | | DISMISSED BEFORE HEARING | DB | | | |

(czrezdk) Revised : 28-Jul-2003

Report : CZREZDK
Instance : JISPROD

CLERK OF THE CIRCUIT COURT
PALM BEACH COUNTY
Docket Print from Easyview

Date : 19-Nov-2010
Time : 4:14:52PM

Page 3 of 3

Case ID : 2007CA013940 - OFFICE OF THE ATTORNEY V WORLD ABENUE USA LLC

UCN : 502007CA013940XXXMB

Case Filed : 22-Aug-2007

Status : DB - DISMISSED BEFORE HEARING

Docket Entries : 19
Last Activity :

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office.
THIS 19 DAY OF November, 2010
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

*** end of report czezdk ***

(czezdk)  Revised : 28-Jul-2003