# EXHIBIT 1

# L02000034730

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



100009554001

RECEIVED
02 DEC 24  PM 12:25
SECRETARY OF STATE
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

FILED
02 DEC 24  PM 12:34
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

L02-34730
OH 12/24

# FLORIDA FILING & SEARCH SERVICES, INC.
P.O. BOX 10662 TALLAHASSEE, FL 32302
PHONE: (850) 668-4318   FAX: (850) 668-3398

DATE: 12-24-02

NAME: NUTECH, LLC

TYPE OF FILING: CONVERSION/LLC

COST:

RETURN:

ACCOUNT: FCA000000015

AUTHORIZATION:   ABBIE/PAUL HODGE

RECEIVED 02 DEC 24 PM 12: 25 DEPARTMENT OF STATE DIVISION OF CORPORATIONS TALLAHASSEE, FLORIDA

FILED 02 DEC 24 PM 12: 35 SECRETARY OF STATE TALLAHASSEE, FLORIDA

DEC-23-2002  11:20   TRANS STATE TITLE SUCH                  5619951446       P.02/07

# CERTIFICATE OF CONVERSION

Pursuant to section 608.439, Florida Statutes, the following unincorporated business entity hereby submits the *attached articles of organization* and this certificate of conversion to convert to a Florida limited liability company:

FIRST: The name of the unincorporated business immediately prior to filing this document was:

NiuTech LLC

SECOND: The date on which and the jurisdiction in which the unincorporated business was first created or otherwise came into being are:
- A. Date: January 1, 2001
- B. Jurisdiction: North Carolina
- C. If different from the above noted jurisdiction, the jurisdiction immediately prior to its conversion: not applicable

THIRD: The name of the limited liability company as set forth in the *attached* articles of organization is:

NiuTech, LLC

_____
Signature of a Member or an Authorized Representative of a Member
(In accordance with section 608.408(3), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

Niunlu Ji
Typed or Printed Name of Signee

**FILING FEES:**
$100.00 Filing Fee for Articles of Organization
$ 25.00 Filing Fee for Registered Agent Designation
$ 25.00 Filing Fee for Certificate of Conversion
$ 30.00 Certified Copy (optional)
$  5.00 Certificate of Status (optional)

(Note: Section 608.439, F.S., does not provide for a corporation to convert to a limited liability company.)

FILED 02 DEC 24 PM 12:35 SECRETARY OF STATE TALLAHASSEE, FLORIDA

INHS11(10/99)

DEC-23-2002  11:21        TRANS STATE TITLE BOCA                    5619951446      P.03/07

# ARTICLES OF ORGANIZATION
## FOR
## FLORIDA LIMITED LIABILITY COMPANY

**Article I – Name:**

The name of the Limited Liability Company is: NiuTech, LLC.

**Article II – Address:**

The mailing address and street address of the principal office of the Limited Liability Company is: 21706 Cromwell Circle, Boca Raton, FL 33486.

**Article III – Registered Agent, Registered Office, & Registered Agent's Signature:**

The name and the Florida street address of the registered are:

Homer P. Appleby
3245 Saint James Drive
Boca Raton, FL 33434

*Having been named as registered agent and to accept service of process for the above limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S.*

_____
Registered Agent's Signature

**Article IV – Effective Date:**

The date on which this Limited Liability Company shall be effective is: December 30, 2002.

_____
Signature of Member

(In accordance with section 608.408(3), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

Niuniu Ji
name of signee

FILED
02 DEC 24 PM 12:35
SECRETARY OF STATE
TALLAHASSEE, FLORIDA