# EXHIBIT 2



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "THEUSEFUL, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

THE FOLLOWING DOCUMENTS HAVE BEEN FILED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-SIXTH DAY OF JUNE, A.D. 2006, AT 2:14 O'CLOCK P.M.

CERTIFICATE OF MERGER, FILED THE TWENTY-NINTH DAY OF JUNE, A.D. 2006, AT 9:13 O'CLOCK A.M.

CERTIFICATE OF AMENDMENT, CHANGING ITS NAME FROM "WORLD AVENUE U.S.A., LLC" TO "THEUSEFUL, LLC", FILED THE NINETEENTH DAY OF SEPTEMBER, A.D. 2006, AT 2:13 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "THEUSEFUL, LLC".

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7411293

DATE: 07-10-09

4181161  8310

090688511

You may verify this certificate online at corp.delaware.gov/authver.shtml

```
                                            State of Delaware
                                            Secretary of State
                                         Division of Corporations
                                       Delivered 02:28 PM 06/26/2006
                                         FILED 02:14 PM 06/26/2006
                                       SRV 060611480 - 4181161 FILE
```

## CERTIFICATE OF FORMATION

## OF

## WORLD AVENUE U.S.A., LLC

1. The name of the limited liability company is WORLD AVENUE U.S.A., LLC.

2. The address of its registered office in the State of Delaware is 615 South Dupont Highway, City of Dover, County of Kent. The name of its registered agent at such address is CorpDirect Agents, Inc..

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of WORLD AVENUE U.S.A., LLC this 22nd day of June, 2006.

_____
Authorized Person
Ed B. Lary

BOC-FS1\404465v01\89754.010100