# EXHIBIT 5

www.sunbiz.org - Department of State                                                                    Page 1 of 2

Case 8:08-cv-00921-PJM   Document 483-10   Filed 10/30/10   Page 2 of 3



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List   Next on List   Return To List                         Entity Name Search

Events             No Name History                                       Submit

# Detail by Entity Name

## Florida Limited Liability Company

NIUTECH, LLC

### Filing Information

Document Number    L02000034730
FEI/EIN Number     260004483
Date Filed         12/24/2002
State              FL
Status             INACTIVE
Last Event         MERGED
Event Date Filed   06/29/2006
Event Effective Date  NONE

### Principal Address

6001 BROKEN SOUND PARKWAY
SUITE 200
BOCA RATON FL 33487

Changed 01/16/2005

### Mailing Address

6001 BROKEN SOUND PARKWAY
SUITE 200
BOCA RATON FL 33487

Changed 01/16/2005

### Registered Agent Name & Address

APPLEBY, HOMER P
C/O APPLEBY LAW
5255 N. FEDERAL HIGHWAY
BOCA RATON FL 33487 US

Address Changed: 02/15/2006

### Manager/Member Detail

Name & Address

Title MGRM

JI, NIUNIU
6001 BROKEN SOUND PARKWAY SUITE #200
BOCA RATON FL 33487 US

### Annual Reports

Report Year Filed Date

www.sunbiz.org - Department of State

| | |
|---|---|
| 2005 | 01/16/2005 |
| 2006 | 01/10/2006 |
| 2006 | 02/15/2006 |

**Document Images**

| | |
|---|---|
| 06/29/2006 -- Merger | View image in PDF format |
| 02/15/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/10/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2005 -- ANNUAL REPORT | View image in PDF format |
| 09/13/2004 -- Amendment | View image in PDF format |
| 01/14/2004 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2003 -- ANNUAL REPORT | View image in PDF format |
| 12/24/2002 -- Florida Limited Liabilites | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List   Next on List   Return To List    Entity Name Search

Events   No Name History    Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State