# EXHIBIT 6



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List . Next on List . Return To List          Entity Name Search

Events          Name History          Submit

## Detail by Entity Name

### Foreign Limited Liability Company

THEUSEFUL, LLC

### Filing Information

Document Number     M06000004410
FEI/EIN Number      260004483
Date Filed          08/09/2006
State               DE
Status              ACTIVE
Last Event          LC NAME CHANGE
Event Date Filed    09/21/2006
Event Effective Date NONE

### Principal Address

1613 NW 136TH AVE, SUITE 100
SUNRISE FL 33323

Changed 11/07/2007

### Mailing Address

1613 NW 136TH AVE, SUITE 100
SUNRISE FL 33323

Changed 11/07/2007

### Registered Agent Name & Address

CORPDIRECT AGENTS, INC.
515 EAST PARK AVENUE
TALLAHASSEE FL 32301 US

### Manager/Member Detail

Name & Address

Title MGRM

WORLD AVENUE HOLDINGS, LLC
1613 NW 136TH AVENUE, SUITE 100
SUNRISE FL 33323

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 02/05/2008 |
| 2009 | 02/10/2009 |
| 2010 | 03/02/2010 |

www.sunbiz.org - Department of State                                          Page 2 of 2

Case 8:08-cv-00921-PJM   Document 483-11   Filed 10/30/10   Page 3 of 8

## Document Images

| Date | Type | |
|---|---|---|
| 03/02/2010 | ANNUAL REPORT | View image in PDF format |
| 02/10/2009 | ANNUAL REPORT | View image in PDF format |
| 02/05/2008 | ANNUAL REPORT | View image in PDF format |
| 04/20/2007 | ANNUAL REPORT | View image in PDF format |
| 09/21/2006 | LC Name Change | View image in PDF format |
| 08/09/2006 | Foreign Limited | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List   Next on List   Return To List                  Entity Name Search

Events             Name History                                   Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

# M06000004410

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700078162457

08/10/06--01001--011  **155.00

FILED
06 AUG -9 AM 9:16
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

RECEIVED
06 AUG -9 PM 4:35
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

CORPDIRECT AGENTS, INC. (formerly CCRS)
515 EAST PARK AVENUE
TALLAHASSEE, FL  32301
222-1173

**FILING COVER SHEET**
ACCT. #FCA-14

FILED 06 AUG -9 AM 9:16
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

CONTACT:    KATIE WONSCH

DATE:       08/09/06

REF. #:     000466.55967

CORP. NAME: WORLD AVENUE U.S.A., LLC

( ) ARTICLES OF INCORPORATION    ( ) ARTICLES OF AMENDMENT      ( ) ARTICLES OF DISSOLUTION
( ) ANNUAL REPORT                ( ) TRADEMARK/SERVICE MARK     ( ) FICTITIOUS NAME
(XX) FOREIGN QUALIFICATION       ( ) LIMITED PARTNERSHIP        ( ) LIMITED LIABILITY
( ) REINSTATEMENT                ( ) MERGER                     ( ) WITHDRAWAL
( ) CERTIFICATE OF CANCELLATION
( ) OTHER:

STATE FEES PREPAID WITH CHECK# 518091 FOR $ 155.00

AUTHORIZATION FOR ACCOUNT IF TO BE DEBITED:

_____    COST LIMIT: $_____

PLEASE RETURN:

(XX) CERTIFIED COPY        ( ) CERTIFICATE OF GOOD STANDING      ( ) PLAIN STAMPED COPY
( ) CERTIFICATE OF STATUS

Examiner's Initials

### APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. World Avenue U.S.A., LLC
   (Name of Foreign Limited Liability Company)

2. Delaware
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 20-4054451
   (FEI number, if applicable)

4. 06/26/2006
   (Date of Organization)

5. Perpetual
   (Duration: Year limited liability company will cease to exist or "perpetual")

6. 06/29/06
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. 6001 Broken Sound Parkway, Suite 200

   Boca Raton, FL 33487
   (Street Address of Principal Office)

8. If limited liability company is a manager-managed company, check here ☐

9. The name and usual business addresses of the managing members or managers are as follows:

   World Avenue, LLC

   6001 Broken Sound Parkway, Suite 200

   Boca Raton, FL 33487

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida:
    Internet Marketing and Advertising

    Signature of a member or an authorized representative of a member.
    (In accordance with section 608.408(3), F.S., the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

    Niuniu Ji
    Typed or printed name of signee

FILED 06 AUG -9 AM 9:16 SECRETARY OF STATE TALLAHASSEE FLORIDA

# CERTIFICATE OF DESIGNATION OF
# REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the Limited Liability Company is:

World Avenue U.S.A., LLC

2. The name and the Florida street address of the registered agent and office are:

CorpDirect Agents, Inc.
(Name)

515 East Park Avenue
Florida Street Address (P.O. Box NOT ACCEPTABLE)

Tallahassee                FL  32301
City/State/Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, Florida Statutes.*

_____
(Signature)

$ 100.00   Filing Fee for Application
$  25.00   Designation of Registered Agent
$  30.00   Certified Copy (optional)
$   5.00   Certificate of Status (optional)

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "WORLD AVENUE U.S.A., LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-EIGHTH DAY OF JULY, A.D. 2006.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4181161  8300

060714417

AUTHENTICATION: 4937611

DATE: 07-28-06