# EXHIBIT 7

SEP-19-06  Case 8:08-cv-00921-PJM   Document 483-12   Filed 10/30/10   Page 2 of 2

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:13 PM 09/19/2006
FILED 02:13 PM 09/19/2006
SRV 060862981 - 4181161 FILE

# CERTIFICATE OF AMENDMENT
## OF
## CERTIFICATE OF FORMATION
## OF
## WORLD AVENUE U.S.A., LLC

This Certificate of Amendment of Certificate of Formation of World Avenue, U.S.A., LLC, a Delaware limited liability company (the "*Company*"), dated as of September 13, 2006, is being duly executed and filed by Niuniu Ji, as Authorized Person, to amend the Certificate of Formation of the Company filed with the Secretary of State of the State of Delaware on June 26, 2006 (the "*Certificate of Formation*"), pursuant to § 18-202 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. (the "*Act*").

1. Name. The name of the limited liability company is World Avenue U.S.A., LLC.

2. Amendment to the Certificate of Formation. The Certificate of Formation of the Company is hereby amended by deleting Section 1 thereof in its entirety and inserting the following in lieu thereof:

"1. Name. The name of the limited liability company formed hereby is TheUseful, LLC."

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment of Certificate Formation as of the date first written above.

Name: Niuniu Ji
Title: Authorized Person

MIA-FS1\1821766v01\89754.010000                   4