# EXHIBIT 8



SEP-21-06  10:14AM  FROM-Greenberg Traurig, P.A.                  5913387099        T-093  P.001/003  F-290

## Florida Department of State
Division of Corporations
Public Access System

Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number
(shown below) on the top and bottom of all pages of the document.

(((H06000233611 3)))

H06000233611ABCW

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page.
Doing so will generate another cover sheet.

To:
        Division of Corporations
        Fax Number     : (850) 205-0383

From:
        Account Name   : GREENBERG TRAURIG (WEST PALM BEACH)
        Account Number : 075201001473
        Phone          : (561) 650-7900
        Fax Number     : (561) 655-6222

# LLC AMND/RESTATE/CORRECT OR M/MG RESIGN

## WORLD AVENUE U.S.A., LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 02 |
| Estimated Charge | $55.00 |

RECEIVED 06 SEP 21 PM 12: 34 DIVISION OF CORPORATION

Electronic Filing Menu        Corporate Filing Menu        Help

https://efile.sunbiz.org/scripts/efilcovr.exe        J. BRYAN   SEP 2 2 2006        9/21/2006

FILED SECRETARY OF STATE DIVISION OF CORPORATIONS 06 SEP 21 AM 10: 20

SEP-21-08   10:14AM   FROM-Greenberg Traurig, P.A.          5613397088          T-193   P.002/003   F-280

(((H06000233611 3)))

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY TO FILE AMENDMENT TO APPLICATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

### SECTION I (1-3 must be completed)

1. Name of limited liability company as it appears on the records of the Florida Department of State: World Avenue U.S.A., LLC

2. Jurisdiction of its organization: Delaware

3. Date authorized to do business in Florida: August 10, 2006

### SECTION II (4-7 complete only the applicable changes)

4. If the amendment changes the name of the limited liability company, when was the change effected under the laws of its jurisdiction of organization? 9/19/06

5. New name of the limited liability company: TheUseful, LLC

6. If the amendment changes the period of duration, indicate new period of duration:

   N/A

7. If the amendment changes the jurisdiction of organization, indicate new jurisdiction:

   N/A

8. If the amendment corrects any false statement, indicate the statement being corrected and the correction: N/A

9. Attached is an original certificate, no more than 90 days old, evidencing the aforementioned amendment(s), duly authenticated by the official having custody of records in the jurisdiction under the law of which this entity is organized.

Signature of a member or an authorized representative of a member

Niuniu Ji

Typed or printed name of signee

Filing Fee: $25.00                    (((H06000233611 3)))

SEP-21-06   10:14AM   FROM-Greenberg Traurig, P.A.          5913387000            T-189   P.003/003   F-280



# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "THEUSEFUL, LLC" IS DULY FORMED
UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING
AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE
SHOW, AS OF THE NINETEENTH DAY OF SEPTEMBER, A.D. 2006.





4181161   8300

060862981

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5052840

DATE: 09-19-06