# EXHIBIT 9

SEP-22-06   07:20AM   FROM-Greenberg Traurig, P A        5613387098        T-186   P 002/002   F-293

# CERTIFICATE OF FORMATION

## OF

## WORLD AVENUE U.S.A., LLC

1. The name of the limited liability company is WORLD AVENUE U.S.A., LLC.

2. The address of its registered office in the State of Delaware is 615 South Dupont Highway, City of Dover, County of Kent. The name of its registered agent at such address is CorpDirect Agents, Inc..

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of WORLD AVENUE U.S.A., LLC this 13th day of September, 2006.

_____
Authorized Person
Niuniu Ji

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 11:51 AM 09/21/2006*
*FILED 11:51 AM 09/21/2006*
*SRV 060870687 - 4223730 FILE*

BOC-FS1\407066v01\89754.010100

# Delaware

PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "WORLD AVENUE U.S.A., LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

THE FOLLOWING DOCUMENTS HAVE BEEN FILED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-FIRST DAY OF SEPTEMBER, A.D. 2006, AT 11:51 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "WORLD AVENUE U.S.A., LLC".

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7411296

DATE: 07-10-09

4223730  8310

090688516

You may verify this certificate online at corp.delaware.gov/authver.shtml