# EXHIBIT 15

# *Delaware*

PAGE  1

## *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "THEUSEFUL, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TENTH DAY OF NOVEMBER, A.D. 2010.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8343926

DATE: 11-10-10

4181161   8300

101073975

You may verify this certificate online
at corp.delaware.gov/authver.shtml