# EXHIBIT 1



# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

DOCUMENT# G05216900215

**Fictitious Name to be Registered:** THEUSEFUL

**Mailing Address of Business:** 6001 BROKEN SOUND PARKWAY
2ND FLOOR
BOCA RATON, FL 33487

**Florida County of principal place of business:** PALM BEACH

**FEI Number:**

**FILED
Aug 04, 2005
Secretary of State**

**Owner(s) of Fictitious Name:**

NIUTECH, LLC
6001 BROKEN SOUND PARKWAY, 2ND FLOOR
BOCA RATON, FL 33487
Florida Registration Number: L02000034730
FEI Number: 26-0004483

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. I (we) understand that the electronic signature(s) below shall have the same legal effect as if made under oath.

| NIUNIU JI | 08/04/2005 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested (X)**      **Certified Copy Requested ( )**