# EXHIBIT 2



**APPLICATION FOR REGISTRATION OF FICTITIOUS NAME**

Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

**FILED**
**May 17, 2004 8:00 am**
**Secretary of State**

05-17-2004 90895 009 ****50.00
G04138700009

## Section 1

1.  TheUseful.com
    _Fictitious Name to be Registered (see Instructions if name includes "Corp" or "Inc")_

    5255 North Federal Highway

    First Floor

    _Mailing Address of Business_
    Boca Raton            FL          33487
    _City_               _State_        _Zip Code_

3.  Florida County of principal place of business:   Palm Beach

    _(see instructions if more than one county)_

4.  FEI Number: _____

**433042**

This space for office use only

## Section 2

**A. Owner(s) of Fictitious Name If Individual(s): (Use an attachment if necessary):**

1.  _____
    Last          First          M.I.

    _____
    Address

    _____
    City          State          Zip Code

2.  _____
    Last          First          M.I.

    _____
    Address

    _____
    City          State          Zip Code

**B. Owner(s) of Fictitious Name If other than an individual (Use attachment if necessary):**

1.  NiuTech, LLC
    _Entity Name_

    21706 Cromwell Circle
    _Address_

    Boca Raton            FL          33486
    _City_               _State_        _Zip Code_

    Florida Registration Number   L02000034730

    FEI Number:   260004483

    ☐ Applied for     ☐ Not Applicable

2.  _____
    Entity Name

    _____
    Address

    _____
    City          State          Zip Code

    Florida Registration Number   _____

    FEI Number: _____

    ☐ Applied for     ☐ Not Applicable

## Section 3

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I (we) understand that the signature(s) below shall have the same legal effect as if made under oath. (At Least One Signature Required)

_Signature of Owner_          5/11/04
                            _Date_

Phone Number:   561-997-6484, Ext 123

_Signature of Owner_          _Date_

Phone Number: _____

CR4E001B (1/02)

## Section 4

**FOR CANCELLATION COMPLETE SECTION 4 ONLY:**
**FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:**

I (we) the undersigned, hereby cancel the fictitious name _____

_____, which was registered on _____ and was assigned

registration number _____

_Signature of Owner_          _Date_          _Signature of Owner_          _Date_

Mark the applicable boxes      ☐ Certificate of Status — $10      ☐ Certified Copy — $30
**FILING FEE: $50**