# EXHIBIT 21

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

OFFICE OF THE ATTORNEY GENERAL,
DEPARTMENT OF LEGAL AFFAIRS,
STATE OF FLORIDA,

     Plaintiff,

vs.               CASE NO:  50-2007-013940XXXXMB AB

WORLD AVENUE U.S.A., LLC, a Delaware
Limited Liability Corporation, Successor by
Merger to NIUTECH, LLC, a Florida Limited
Liability Corporation, and NIUNIU JI,
an individual.

     Defendants.
_____/

## PLAINTIFF'S VOLUNTARY DISMISSAL

The Plaintiff, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL

AFFAIRS, STATE OF FLORIDA  voluntarily dismisses this case "with prejudice, the parties to

bear their own fees and costs" pursuant to the terms and conditions of the Assurance of

Voluntary Compliance entered in AG#L06-3-1089, on January 16, 2008, incorporated by

reference herein.

Respectfully submitted,

BILL McCOLLUM,
ATTORNEY GENERAL

Jeffrey M. Dikman
Senior Assistant Attorney General
Florida Bar No: 274224
OFFICE OF THE ATTORNEY GENERAL

1

1515 North Flagler Drive, Suite 900
West Palm Beach, FL 33401
Telephone:  561-837-5000
Facsimile:  561-837-5109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by regular US Mail, first class postage prepaid, this 6th day of February, 2008 to:

(1) GREENBERG, TRAURIG, P.A., Attn: Mark Schnapp and Andres K. Rubinoff, 1221 Brickell Ave., Miami, FL, 33131 and;

(2) GREENBERG, TRAURIG, P.A., Attn: Kenneth Horky, and John L. McManus,  401 East Las Olas Blvd., Suite 2000, Ft. Lauderdale, FL 33301.

Jeffrey M. Dikman, Sr. Asst. Atty. General
Florida Bar #274224

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office.
THIS 19 DAY OF November, 20 10
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

2

Jeffrey Allan Hirsch
Tel (954) 768-8285
Fax (954) 765-1477
HirschJ@gtlaw.com

November 22, 2010

The Honorable Kenneth D. Stern
South County Courthouse
200 West Atlantic Avenue
Delray Beach, Florida  33444
K.Stern@pbcgov.org

In Re:  The Marriage of Lisa Armoyan, Petitioner/Wife and
        Vrege Armoyan, Respondent/Husband
        Case No. 502009DR012086XXXXSB FZ

Dear Judge Stern:

        Pursuant to your ruling from the bench on November 17, 2010, I am enclosing a
copy of the Privilege Log of Armco Capital, Inc., together with the items described in the
Privilege Log in the enclosed sealed envelope.

        The Privilege Log, Exhibit "B" to enclosed filing, describes each item by Bate Label
number, date, nature of the item (in each case an email), and a description of the item, and
the basis for the claimed privilege, such as attorney/client privilege based on corporate legal
advice, accountant client/privileged, legal advice, and such.  Of course, the items listed on
the privilege Log found in the enclosed envelope are being delivered to you under seal,
pending your determination of the claim of privilege Armco Capital, Inc. has asserted.  We
have provided a copy of the Privilege Log to all counsel of record.  We advise you that we
seek to rehear your bench ruling of November 17, 2010 and that, pursuant to that certain
Stay Order, dated November 3, 2010, in *Armoyan v. Armoyan*, Case No.:
502009DR012086XXXXSB, in the Fourth District court of Appeals, you cannot proceed
further until the Stay Oder is lifted.  Armco Capital, Inc.'s claim of privilege with respect to
the documents herein provided should await the lifting of the stay in this case.

                                Respectfully submitted,


                                Jeffrey Allan Hirsch

JAH/ay
Enclosures
cc:     Joel M. Weissman, Esq. *(sent via facsimile and U.S. Mail w/Privilege Log and w/o
        Privileged Documents provided in-camera to Court)*

The Honorable Kenneth D. Stern
November 19, 2010
Page 2


Melinda Gamot, Esq. *(sent via facsimile and U.S. Mail w/Privilege Log and w/o Privileged Documents provided in-camera to Court)*

FTL 107,931,224v1 11-19-10