# EXHIBIT 22



Case:D-1-GV-10-001013 with (3) documents

| Filed Date | Category | Description | Additional Info |
|---|---|---|---|
| | | | (unsigned order sent to 53rd court clerk) |
| 7/12/2010 | PET-PL ... | ORIGINAL PETITION/APPLICATION | ASSURANCE OF VOLUNTARY COMPLIANCE |
| 7/13/2010 | ORD ... | ORD:JUDGMENT | ORDER APPROVING ASSURANCE OF VOLUNTARY COMPLIANCE |
| 7/15/2010 | ORD ... | ORD:JUDGMENT | ORDER APPROVING ASSURANCE OF VOLUNTARY COMPLIANCE |

I, AMALIA RODRIGUEZ-MENDOZA, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on ___11-12-10___

AMALIA RODRIGUEZ-MENDOZA
DISTRICT CLERK

By Deputy:

**DC  BK10196 PG1373**

NOTICE SENT: FINAL  INTERLOCUTORY (NONE)
DISP PARTIES: _____ All _____
DISP CODE: CVD / CLS _____ 46/8 _____
REDACT PGS: _____ — _____
JUDGE _____ JWR  CLERK  BYL _____
IN THE MATTER OF:

No. D-1-GV-10-001013

Filed in The District Court
of Travis County, Texas

**ER  JUL 13 2010**
At _____ 1:41 _____ PM.
Amalia Rodriguez-Mendoza, Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| AND | § | TRAVIS COUNTY, TEXAS |
| | § | |
| WORLD AVENUE U.S.A., LLC | § | |
| AND THEUSEFUL, LLC | § | 53rd JUDICIAL DISTRICT |
| | § | |

## ORDER APPROVING ASSURANCE OF VOLUNTARY COMPLIANCE

On this date came on to be considered the Assurance of Voluntary Compliance filed in the above-referenced cause, a true and correct copy of which is attached to this order, and which is approved by all parties.  Said Assurance of Voluntary Compliance is hereby **APPROVED** by the Court.

SIGNED this 13th day of July, 2010.

_____
JUDGE PRESIDING

I, AMALIA RODRIGUEZ-MENDOZA, District Clerk,
Travis County, Texas, do hereby certify that this is
a true and correct copy as same appears of
record in my office. Witness my hand and seal of
office on 11-19-10
         AMALIA RODRIGUEZ-MENDOZA
DISTRICT CLERK
By Deputy:





001594247

DC   BK10196 PG1375

Filed in The District Court
of Travis County, Texas

JUL 15 2010  AB
At_____3:00___ M.
Amalia Rodriguez-Mendoza, Clerk

No. D-1-GV-10-001013

IN THE MATTER OF:

STATE OF TEXAS                     §
                                   §
AND                                §
                                   §
WORLD AVENUE U.S.A., LLC           §
AND THEUSEFUL, LLC                 §
                                   §

IN THE DISTRICT COURT OF

TRAVIS COUNTY, TEXAS

53rd JUDICIAL DISTRICT

## ORDER APPROVING ASSURANCE OF VOLUNTARY COMPLIANCE

On this date came on to be considered the Assurance of Voluntary Compliance filed in the above-referenced cause, a true and correct copy of which is attached to this order, and which is approved by all parties. Said Assurance of Voluntary Compliance is hereby **APPROVED** by the Court.

SIGNED this 15th day of July, 2010.

JUDGE PRESIDING



I, AMALIA RODRIGUEZ-MENDOZA, District Clerk,
Travis County, Texas, do hereby certify that this is
a true and correct copy as same appears of
record in my office. Witness my hand and seal of
office on_____11-19-10

AMALIA RODRIGUEZ-MENDOZA
DISTRICT CLERK
By Deputy:



001594762