# EXHIBIT 4

5255 North Federal Hwy, 3rd Fl.
Boca Raton, FL 33487
December 1, 2005

Daniel L. Balsam
3145 Geary Blvd. #225
San Francisco, CA 94118

    Via FedEx

RE: October 31, 2005 Letters to SuperbRewards, YourSmartRewards, Incentive Reward Center & Allegations of Unlawful Email Advertising - Violations of California Civil Code § 1770

Dear Mr. Balsam,

I am writing to you regarding your letters referenced above of October 31, 2005 asserting unlawful email advertising in violation of California Civil Code § 1770. Your letters offer no facts to support your allegations of deception. Additionally, you have not provided any practical way for us to analyze the integrity of your claims or to investigate such claims.

Accordingly, in order to allow a thorough and prompt investigation regarding your claims, please provide further factual data that you contend supports your allegations, including, but not limited to, full, unredacted email exemplars, including printed and digital versions with header data intact.

If we come to learn, after reviewing this evidence and doing an investigation, that a particular email message is not in compliance with applicable law we would agree to take prompt remedial action. If you provide your email address(es) we will opt you out, if under our control, immediately.

You should be aware that we diligently comply with applicable law regarding email advertising and we honor agreements and requests to opt in and opt out.

You appear to allege some sort of "deception" related to the opt in/opt out procedure. Please provide the email address(es) which you claim were involved in the alleged "deception" so that we can investigate your claim that you did not "opt in" or, by implication, that you may have opted out. Without such data we cannot practically assist you.

Finally, it appears that your alleged claims would be preempted by the Federal CAN-SPAM Act, since what you describe is the alleged sending of unsolicited email, rather than facts that would fit any "deception" exception to preemption contemplated by Congress.

We look forward to receiving the additional information requested.

Sincerely,

Jeff Richard

Manager, Compliance and Policy Enforcement Office