# EXHIBIT 32

1 (Pages 1 to 4)

**Page 1**

1    IN THE U.S. DISTRICT COURT FOR MARYLAND
2              SOUTHERN DIVISION
3    ----------------------------+
4    BEYOND SYSTEMS, INC.        +
5              Plaintiff    + Case No.
6         v.          + 8:08-cv-00921-PJM
7    WORLD AVENUE U.S.A., LLC et al.  +
8              Defendant.    +
9    ----------------------------+
10
11         Videotaped 30(b)(6) Deposition of
12              CHADD SCHLOTTER
13                   for
14           WORLD AVENUE USA, LLC
15              Washington, D.C.
16           Thursday, February 18, 2010
17                10:11 A.M.
18
19   Job No.: 1-173909
20   Pages 1 - 331
21   Reported by:  Denice Z. Lombard, CSR
22   Videotaped by:  Terry Michael King

**Page 2**

1         Deposition of CHADD SCHLOTTER,
2    held at the offices of:
3
4         GREENBERG TRAURIG, LLP
5         2101 L Street, Northwest
6         Suite 1000
7         Washington, D.C. 20037
8         (202) 331-3100
9
10
11
12
13
14
15
16
17
18
19
20         Pursuant to agreement, before Denice Z.
21   Lombard, Certified Shorthand Reporter and Notary Public
22   in the District of Columbia.

**Page 3**

1                A P P E A R A N C E S
2
3         ON BEHALF OF PLAINTIFF:
4         STEPHEN H. RING, ESQUIRE
5         LAW OFFICES OF STEPHEN H. RING., P.C.
6         506 Main Street, Suite 215
7         Gaithersburg, Maryland 20878
8         (301) 540-8180
9         -and-
10        MICHAEL S. ROTHMAN, ESQUIRE
11        LAW OFFICES OF MICHAEL S. ROTHMAN
12        401 East Jefferson Street, Suite 201
13        Rockville, Maryland 20850
14        (301) 251-9660
15
16
17
18
19
20
21
22

**Page 4**

1              A P P E A R A N C E S, continued
2
3         ON BEHALF OF DEFENDANT:
4         SANFORD M. SAUNDERS, JR., ESQUIRE
5         GREENBERG TRAURIG, LLP
6         2101 L Street, Northwest
7         Suite 1000
8         Washington, D.C. 20037
9         (202) 331-3100
10
11        ALSO PRESENT:  Paul Wagner and Jeff Richard.
12
13
14
15
16
17
18
19
20
21
22

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

3 (Pages 9 to 12)

9

1  Denice Lombard of Merrill/LAD. Would the reporter
2  please swear in the witness.
3      (Witness sworn.)
4      THE VIDEOGRAPHER: Please begin, sir.
5      --oOo--
6      CHADD SCHLOTTER
7  having been duly sworn, testified as follows:
8      EXAMINATION BY COUNSEL FOR PLAINTIFF
9  BY MR. RING:
10  Q   State your full name, please.
11  A   Chadd Everett Schlotter.
12  Q   And spell your last name.
13  A   S-c-h-l-o-t-t-e-r.
14  Q   Where are you employed?
15  A   Sunrise, Florida.
16  Q   And what entity employs you?
17  A   World Avenue USA, LLC.
18  Q   How long have you been with World Avenue USA,
19  LLC?
20  A   Since March of 2007.
21  Q   What's your current position?
22  A   I am the senior security architect.

10

1  Q   Have you held any other positions with World
2  Avenue USA, LLC since you started there?
3  A   No.
4  Q   What are your duties as senior security
5  architect?
6  A   On a daily basis my duties involve monitoring,
7  maintaining, managing networking and security gear for
8  World Avenue USA, LLC.
9  Q   What is security gear?
10  A   Firewalls; some portions of router
11  configurations; VPN devices; intrusion-detection,
12  intrusion-prevention devices; anti-virus software.
13  That's pretty much . . .
14  Q   Okay. Now, you're here today as a designee
15  for your employer World Avenue USA, LLC, correct?
16  A   That's correct.
17  Q   And have you been prepared for today's
18  deposition?
19  A   Yes.
20  Q   How did you prepare for today's deposition?
21  A   Met with counsel.
22  Q   And did you review documents?

11

1  A   Yes.
2  Q   And what did you review?
3      MR. SAUNDERS: Objection. Calls for
4  privileged materials and work product. Direct the
5  witness not to answer.
6      MR. RING: Are you directing him not to
7  answer?
8      MR. SAUNDERS: Yes.
9      MR. RING: I take exception to your direction.
10  We'll seek appropriate remedies.
11  Q   Who besides counsel did you speak with in
12  preparation for today's deposition?
13  A   Other employees of World Avenue USA.
14  Q   Who?
15  A   Bill Skoundridakis.
16  Q   Can you spell his last name?
17  A   I can try. S-k-o-u-n-d-r-i-a-k-i-s I
18  believe -- no, -dakis, -d-a-k-i-s. Sorry.
19  Q   And I think I asked you who did you speak
20  with. I meant who did you communicate with, so let me
21  broaden the question out.
22  A   Sure.

12

1  Q   Who else at -- can we abbreviate this and
2  shorten it to WAUSA for an acronym?
3  A   WAUSA?
4  Q   Yeah, or what would you like to call it for
5  short?
6  A   World Avenue is fine.
7  Q   World Avenue.
8  A   Yeah.
9  Q   Okay. So as we say "World Avenue" during this
10  deposition, at least until we change -- until we say
11  otherwise, you'll understand that it means World Avenue
12  USA, LLC; is that right? Is that fair?
13  A   That's fair.
14  Q   Okay. So who else at World Avenue did you
15  communicate with in preparation for today's depo?
16  A   I believe -- that's the only one I can think
17  of right now.
18  Q   And what's Mr. Skoundridakis's position?
19  A   He's the director of information technology.
20  Q   Who do you report to in your position as
21  senior security architect?
22  A   I report directly to the CTO.

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

**13**

1  Q  Who is that?
2  A  His name is Scott Barbour.
3  Q  How long has he been CTO?
4  A  I don't really have the date.
5  Q  Was he there before you arrived, in that
6  position?
7  A  Yes.
8  Q  So he's been CTO at least since March of '07,
9  correct?
10  A  I believe that's correct.
11  Q  And have you reported to him as your superior
12  during the entire time you've been at World Avenue?
13  A  No, I have not.
14  Q  Who else have you reported to in the past?
15  A  I've reported to a couple other employees who
16  are no longer there.
17  Q  And who are they?
18  A  The first one was Ed Traylor.
19  Q  T-r-a-y?
20  A  I believe that's how he spelled it, yes.
21  Q  -- -l-o-r, I'm guessing?
22  A  I think so, yes.

**14**

1  Q  Okay. And who else?
2  A  John Napper.
3  Q  Any others?
4  A  I'm trying to think. I believe that's the
5  only two.
6  Q  Were they also CTOs?
7  A  No.
8  Q  What were their titles?
9  A  Ed Traylor was the manager of system
10  administration. And John Napper was the vice president
11  of -- vice president of operations I believe.
12  Q  Okay. Have you been deposed before?
13  A  I have not.
14  Q  You understand that in the deposition I'll be
15  asking you questions as I have been, and I'll ask that
16  you answer after I stop my question. Fair enough?
17  A  Okay.
18  Q  We have to be careful not to talk on top of
19  each other okay?
20  A  All right.
21  Q  So that's one of our basic ground rules.
22     Another one would be if you need a break, let

**15**

1  us know. We'll be happy to accommodate. The only
2  condition would be not when a question is spending.
3  Fair enough?
4  A  Okay.
5  Q  And if anything I ask you is unclear, please
6  say so and I'll try to rephrase the question, or I
7  might ask the reporter to repeat the question for us.
8  Fair enough?
9  A  Okay.
10     MR. RING: Let me first have this document
11  marked as Exhibit 1. It's the notice. It's 16 pages.
12     (Whereupon, Plaintiff's Exhibit 1 was marked
13  for identification and attached to the transcript.)
14     MR. RING: Mr. Schlotter, I'm handing you
15  what's been marked as Deposition Exhibit 1 which I'll
16  describe as an amended deposition notice.
17  Q  Have you seen this before?
18  A  I'm not sure that this is the exact one I've
19  seen before, but I have seen one of the deposition
20  notices.
21  Q  All right. And did you get a chance to read
22  through the deposition notice, whether it's this

**16**

1  precise one or some other?
2  A  Yes.
3  Q  And if you would just take a minute and look
4  through it quickly.
5  A  Okay.
6  Q  I don't want you to take the time to read
7  every word.
8  A  Sure.
9  Q  But if you could just generally flip through
10  it, I'm going to ask you, and give you a fair chance to
11  look at it, and see if it appears to be substantially
12  the same as the document that you reviewed.
13     MR. SAUNDERS: Object to the form of the
14  question.
15     You can go ahead and answer.
16     (Witness reviews document)
17     MR. RING: You know I think I'll withdraw the
18  question. Without the other document here it's
19  probably not fair for you to try to remember what it
20  said and compare the two. So let's just withdraw that
21  question and I'll ask again.
22  Q  You did review some document that you

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

7 (Pages 25 to 28)

25

1    A  I don't know.
2    Q  It might just be one or two pages.
3    A  I can't speculate.
4    Q  Okay.  Did you delegate the search task to
5  anyone else?
6    A  I personally did not.
7    Q  Did anyone else delegate the search task to
8  anyone else?
9    A  I'm sure they must have, but again, I would be
10  speculating.
11    Q  All right.  Stay with paragraph 2.  What else
12  did you find under that paragraph?
13    A  I believe that peripheral devices were also on
14  the same document that contained the servers.
15    Q  Okay.  What else did you find?
16    A  I think that's it, I personally found.
17    Q  What is the business of World Avenue?
18    A  World Avenue is a services company.
19    Q  What services does it provide?
20    A  Technology resources for customers.
21    Q  What do you mean by technology resources?
22    A  People, servers, band width.

26

1    Q  Are any of World Avenue's customers related
2  corporate entities?
3    MR. SAUNDERS:  Object to the form to the
4  extent it calls for a legal conclusion.
5    MR. RING:  All right.  Let me go back.
6    MR. SAUNDERS:  And Counsel, I assume this is,
7  as when we did the deposition for Mr. Wagner, was
8  outside the scope of ESI, out of this agreement as when
9  we drafted it, I believe the phrase you used last time
10  was that there was a certain amount of foundational
11  information.  And this falls into that category?
12    MR. RING:  I'm actually going through the
13  terms of the information that you have agreed to
14  produce.
15    But you're now specifically addressing what?
16  Technical resources for customers?
17    MR. SAUNDERS:  No, when you asked the question
18  about World Avenue's -- whether one of the customers --
19  whether some of World Avenue USA's customers are --
20    MR. RING:  Related entities.
21    MR. SAUNDERS:  -- related entities?
22    MR. RING:  Yeah.

27

1    MR. SAUNDERS:  Just last time we gave each
2  other some leeway on the issue of building a foundation
3  so we have some context.  So we're in there, and
4  that's -- we did it last time.  I just wanted -- as you
5  did last time, we established some parameters, and then
6  we live with them.
7    MR. RING:  We're going go into some
8  foundational questions that will involve the related
9  entities, yes.  Okay?
10    Q  Let me just stay with the paragraph 2 for a
11  minute.  You mentioned peripheral devices.  What
12  peripheral devices were you referring to?
13    A  I believe on that document there were hard
14  drives.  That's really the only ones that I remember
15  seeing.
16    Q  And you referred to operation of servers, you
17  found documents pertaining to servers.
18    How many servers are you talking about?
19    A  I don't believe that I said "operation of
20  servers."  I said "ownership and possession."
21    Q  Okay.  What did you find regarding ownership
22  and possession of servers?

28

1    A  We received records from our Finance Group as
2  to the ownership of the servers.
3    Q  Who's the Finance Group?
4    A  Just World Avenue USA's Finance Group.
5    Q  But within the corporation you have a finance
6  group --
7    A  Yes.
8    Q  -- that's part of that entity, huh?
9    A  That's correct.
10    Q  And does World Avenue own servers?
11    A  Yes.
12    Q  How many?
13    A  Without -- I do not have a total that I keep.
14    Q  Who would have better knowledge of that?
15    A  I don't believe anybody would have any better
16  knowledge.  That's speculation.  But I don't believe
17  anybody would have better knowledge.  I think that
18  probably the Finance Group would be able to give you an
19  exact number, but . . .
20    Q  Okay.  What's your best estimate being in the
21  IT area?
22    A  I don't have an estimate.

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

8 (Pages 29 to 32)

|  | 29 |
|---|---|
| 1 | Q   Do you work with or in connection with the |
| 2 | servers in your daily work? |
| 3 | A   Yes. |
| 4 | Q   What do you do on the servers or with the |
| 5 | servers? |
| 6 | A   From my standpoint it is monitoring of the |
| 7 | servers to ensure that they are up. |
| 8 | Q   How do you know which server you're working on |
| 9 | at any particular time? |
| 10 | A   I -- can you repeat that question? |
| 11 | Q   Yeah.  Are you able to distinguish one server |
| 12 | from another? |
| 13 | A   Yes. |
| 14 | Q   How? |
| 15 | A   By host name. |
| 16 | Q   Is there a matching of one host name per |
| 17 | server or some other arrangement? |
| 18 | A   In most cases, yes, the host name is the |
| 19 | unique identifier for that server. |
| 20 | Q   Okay.  Is there a list of host names kept |
| 21 | somewhere? |
| 22 | A   Not to my knowledge. |

|  | 30 |
|---|---|
| 1 | Q   How many host names are there today? |
| 2 | A   Again, that would be the same as servers, and |
| 3 | I do not have a count. |
| 4 | Q   Well, you would know within a hundred wouldn't |
| 5 | you? |
| 6 | A   I do not want to speculate. |
| 7 | Q   All right.  Do you know if it's more than a |
| 8 | hundred currently? |
| 9 | A   Again, I do not want to speculate. |
| 10 | Q   Don't speculate, but if it were five, that |
| 11 | would be easy, right?  It's less than a hundred? |
| 12 | A   We can keep continue down this, but I do not |
| 13 | want to speculate. |
| 14 | Q   I don't want you to speculate.  You work with |
| 15 | these servers every day, right? |
| 16 | A   Yes. |
| 17 | Q   And you understand that this tape and this |
| 18 | transcript will be used for purposes of trial in this |
| 19 | case if it goes to trial.  This will be played to a |
| 20 | jury and/or a judge, and they're going to evaluate you |
| 21 | based on credibility. |
| 22 | Now, you've told me that you work daily with |

|  | 31 |
|---|---|
| 1 | the servers of the company, right? |
| 2 | A   Yes. |
| 3 | Q   Okay.  And you've been there since March of |
| 4 | '07, right? |
| 5 | A   Yes. |
| 6 | Q   And there's a way to identify the servers. |
| 7 | Each server has a host name for the most part, correct? |
| 8 | A   Yes. |
| 9 | Q   And you cannot tell us whether there are more |
| 10 | or less than 100 servers? |
| 11 | A   I do not want to speculate. |
| 12 | Q   Do you know if there's more than 500 servers? |
| 13 | A   I do not want to speculate. |
| 14 | Q   Are the servers used by World Avenue divided |
| 15 | into groups, in any sense of the word, for purposes of |
| 16 | function or management? |
| 17 | A   Yes. |
| 18 | Q   How? |
| 19 | A   I can give you an example. |
| 20 | Q   Go ahead. |
| 21 | A   There are a group of servers that are |
| 22 | controlled by IT. |

|  | 32 |
|---|---|
| 1 | Q   That's the IT Department? |
| 2 | A   Yes. |
| 3 | Q   And that's the IT Department within World |
| 4 | Avenue? |
| 5 | A   Yes. |
| 6 | Q   How many servers are in that group? |
| 7 | A   I do not want to speculate. |
| 8 | Q   Do you know?  If you don't -- |
| 9 | A   I don't know. |
| 10 | Q   You don't know. |
| 11 | Do you know if it's more than a hundred? |
| 12 | A   I don't know. |
| 13 | Q   All right.  What other groups are there? |
| 14 | A   There are other servers that are maintained by |
| 15 | my group. |
| 16 | Q   That would be the security group? |
| 17 | A   Network and Security Group, yes. |
| 18 | Q   Okay.  Where are they located, these servers |
| 19 | controlled by security? |
| 20 | A   In Sunrise. |
| 21 | Q   Where in Sunrise?  Sunrise is a town, right? |
| 22 | A   Yes. |

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

37

1    A    I --
2    Q    You don't know.
3    A    Yeah.
4    Q    And you don't know how many servers are in
5    that room.
6    A    No.
7    Q    You know that it's more than two, right?
8    A    I will give you that it is more than two, yes.
9    Q    Is it more than 20?
10   A    Yes, it is more than 20.
11   Q    Is it more than 50?
12   A    I can't speculate any further than that.
13   Q    Somewhere between 20 and 50 is a good
14   estimate?
15   A    I wouldn't -- I would not say that.
16   Q    Each one has a separate host name, right?
17   A    Yes.
18   Q    One server, one physical box, one host name.
19   Is that the way it works?
20   A    Not necessarily.
21   Q    Okay.  What are the exceptions?
22   A    For some of the physical servers, as you

38

1    called them, they can be virtualized.
2    Q    What does that mean, virtualized?
3    A    Virtualized for the sense that I'm speaking of
4    now means that multiple servers virtually can be alive,
5    if you will, on that physical chassis.
6    Q    Physical chassis sometimes called a box?
7    A    Server.
8    Q    You don't use the word "box" at all.
9    A    Yes, you can call it a box as well.
10   Q    I mean, a physical chassis is when I go home
11   and I open my Dell PC, and if I pull the side panel
12   off, I'm looking at the physical chassis.  Is that it?
13   A    Actually, from a technical standpoint, if
14   you're looking at the computer itself, you're looking
15   at a chassis.
16   Q    That is what you mean by the chassis then.
17   A    Yes.
18   Q    The entire physical, rectangular, metal
19   object.
20   A    Yes.
21   Q    What other groups of servers are there owned
22   by World Avenue?

39

1    A    System administration servers.
2    Q    Where are they housed?
3    A    In Sunrise -- in the data center as well.
4    Q    Any other groups?
5    A    Database servers.
6    Q    And where are they housed?
7    A    In the same location.
8    Q    Any other groups?
9    A    Those are the main -- those are the main ones.
10   Q    So I have now four groups of servers that are
11   owned by World Avenue.  Am I correct in that
12   understanding?
13   A    If you classify all the servers into groups,
14   then yes.
15   Q    Okay.  I'm just using the group designations
16   you've given me.
17   A    Yes.
18   Q    I'd like to proceed with that unless you want
19   to change it.
20   A    That's fine.
21   Q    Okay.  How many servers are classified as
22   system admin servers?

40

1    A    I do not have an exact number.
2    Q    Do you have an approximate number?
3    A    No.
4    Q    How many servers are classified as database
5    servers?
6    A    Two.
7    Q    How do you know that?
8    A    As preparation for this deposition, we were
9    required to produce documentation associated with the
10   databases and database dictionaries.
11   Q    What's a database dictionary?
12   A    Different people can define it as different
13   things.  I personally believe that it has to do with
14   the schema of the database.
15   Q    What experience do you have in managing or
16   operating databases?
17   A    I do not manage or operate databases.
18   Q    I didn't ask you that.
19        What experience do you have?
20   A    A little.
21   Q    How and where?
22   A    As part of tasks necessary from a networking

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

16 (Pages 61 to 64)

61

1        MR. SAUNDERS: Excuse me.
2        MR. RING: Are you objecting --
3        MR. SAUNDERS: Yes.
4        MR. RING: -- or is this a speech?
5        MR. SAUNDERS: I'm objecting. The witness has
6    asked that a prior answer to a question be read back.
7    Are you declining to allow the reporter to read back
8    that answer?
9        MR. RING: I'm not declining anything. I
10   haven't asked the reporter to read back the answer.
11   I'm asking him a very simple question. I'd like him to
12   answer it.
13       MR. SAUNDERS: I made the objection.
14   BY MR. RING:
15   Q  . What did you mean by lead generation,
16   Mr. Schlotter?
17       MR. SAUNDERS: Objection; asked and answered.
18       Go ahead and answer again.
19       THE WITNESS: Again, I've already answered the
20   question. I do not feel comfortable giving you another
21   answer.
22   BY MR. RING:

62

1    Q   Well, I didn't really ask you whether you felt
2    comfortable about it. Can you give me the answer to
3    the question what did you mean when you said "lead
4    generation"?
5    A   I've already answered the question.
6    Q   Are you refusing to answer it again?
7    A   I have already answered the question.
8    Q   You're going to rely on your prior answer. Is
9    that it?
10   A   I will stand on my prior answer.
11       MR. RING: Okay. Let's find out what the
12   prior answer was. Can you go back to his response?
13       (Record was read by the reporter as follows:
14   "Answer: It's collecting information about a
15   user and then passing it off as a legitimate
16   business opportunity for another company.")
17   BY MR. RING:
18   Q   Is that the answer that you meant when you
19   said you rely on your prior answer?
20   A   Yes.
21   Q   Thank you. And I apologize, because I didn't
22   hear it as clearly as it comes out now. We're good.

63

1        Look at, if you would, back to Exhibit 2,
2    paragraph 3 -- and we covered that. That was
3    complaints and opt out requests. Let's go to the next
4    page, page 8, paragraph 4.
5        "Identification of all other lawsuits arising
6        from alleged spam violations since
7        1-1-04 . . ."
8        Did you search for any of that information?
9    A   I have no knowledge of that.
10   Q   All right. And paragraph 5:
11   "A redacted version of the form contracts
12       entered into between '04 and '09 . . ."
13       Were you involved in searching for or
14   producing any of that information?
15   A   I was not involved in searching or producing
16   any of that information.
17   Q   Okay. Now, you mentioned TheUseful as a
18   sister company, and you mentioned that they share space
19   in Suite 100. You've described for me a data center
20   containing servers.
21       I want to ask if any of the servers in that
22   data center pertain to the business of TheUseful.

64

1    A   What is your definition of "pertain".
2    Q   Do you have trouble with the word "pertain"?
3    A   I want clarification from you, if you can
4    rephrase the question.
5    Q   Do they have -- do any of those servers have
6    anything to do with the business of TheUseful?
7        MR. SAUNDERS: I'm going to object to the form
8    of the question.
9        Go ahead and answer it if you can.
10       THE WITNESS: I feel that the question --
11   could you specify a little more? I think it's overly
12   broad as far as "anything to do with," the word
13   "anything." I'm sorry.
14   BY MR. RING:
15   Q   You don't understand the word "anything"?
16   A   I understand the word "anything."
17   Q   I meant it broadly.
18   A   Okay.
19   Q   I meant it as broadly as you can conceive it.
20   A   So can you repeat your question then?
21   Q   Sure. Do any of the servers in the data
22   center that you've described in Suite 100 have anything

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

65

1  to do with the business of TheUseful?
2      MR. SAUNDERS: Again, objection as to form.
3      Go ahead and answer.
4      THE WITNESS: To my knowledge the servers that
5  I've described within that data center have nothing to
6  do with the business of TheUseful.
7  BY MR. RING:
8      Q   What services does World Avenue provide for
9  TheUseful?
10     A   **Technology services.**
11     Q   Can you be more specific?
12     A   **Monitoring and maintaining of servers for**
13  **TheUseful.**
14     Q   What servers?
15     A   **Web servers, database servers, administrative**
16  **servers.**
17     Q   Where are those servers located?
18     A   **The servers are located in FiberMedia.**
19     Q   What is FiberMedia?
20     A   **FiberMedia is a data center in Miami, Florida.**
21     Q   What, if anything, do the servers located in
22  Suite 100 have to do with monitoring the servers of

66

1  TheUseful?
2      A   **Some servers in Suite 100 monitor processes on**
3  **servers that are in FiberMedia.**
4      Q   What processes?
5      A   **Web services, database services, general**
6  **health of the server.**
7      Q   What do you mean by general health of the
8  server?
9      A   **CPU average, memory utilization, disk -- how**
10  **full the disk is.**
11     Q   What, if any, logs or records are created in
12  connection with the monitoring of the servers that are
13  located in FiberMedia by the servers of World Avenue?
14     A   **I don't believe I'm aware of all the logs that**
15  **could be created from that. However, an example would**
16  **be alerts that are generated are logged.**
17     Q   Where are they logged?
18     A   **To the server, to the monitoring server**
19  **itself.**
20     Q   What do you mean by monitoring server?
21     A   **There is a server that is responsible for**
22  **monitoring the web -- all the servers that are under**

67

1  the services of World Avenue for TheUseful.
2      Q   How do you know that?
3      A   **Because I work for World Avenue USA.**
4      Q   How do you know which server monitors the
5  servers that are involved with TheUseful?
6      A   **That's the function of that server.**
7      Q   How do you know that?
8      A   **That is -- that's what the server was built to**
9  **do.**
10     Q   And how do you know that?
11     A   **That was its function.**
12     Q   Did you create the server?
13     A   **No.**
14     Q   Do you work with it on a frequent daily basis
15  or a weekly basis?
16     MR. SAUNDERS: Objection to form. It's
17  compound.
18     Go ahead and answer.
19     THE WITNESS: Can you repeat the question?
20  BY MR. RING:
21     Q   Yeah. What is the basis for your knowledge
22  about what that server does?

68

1      A   **I have logged into that server before, and I**
2  **receive alerts from that server.**
3      Q   How do you log into it?
4      A   **Via credentials.**
5      Q   Such as password, user name?
6      A   **Such as user name and password.**
7      Q   Are there different levels of security within
8  World Avenue?
9      MR. SAUNDERS: Objection as to form.
10     Go ahead and answer if you can.
11     THE WITNESS: Different levels of security?
12  Can --
13  BY MR. RING:
14     Q   Who's allowed to log into the server you've
15  just described? You and who else?
16     A   **The System Administration Team.**
17     Q   How many people are on that team?
18     A   **I don't have an accurate number.**
19     Q   More than a hundred?
20     A   **No.**
21     Q   More than 10?
22     A   **No.**

Case 8:08-cv-00921-PJM   Document 525-48   Filed 11/22/10   Page 10 of 23
VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

18 (Pages 69 to 72)

69

1    Q   More than five?
2    A   I don't know.  I don't know.  When you get
3    below 10, I do not know.
4    Q   Do you know the names of those people?
5    A   I know some names of those people, yes.
6    Q   You work with them on a daily basis, right?
7    A   Yes.
8    Q   You know some of their names.
9    A   Yes.
10   Q   Are they all located at Sunrise in Suite 100?
11   A   Yes.
12   Q   It's not like some are in Hong Kong and some
13   are in Juno.  They're all right there in the same
14   suite?
15   A   Can I just say that yes, I know the names of
16   the System Administration Team for World Avenue USA.
17   Q   Okay.  What are their names?  And why was that
18   so difficult?  I don't understand.  What are their
19   names?
20       MR. SAUNDERS:  Objection.  You're arguing with
21   the witness.
22   BY MR. RING:

70

1    Q   Okay.  What are their names?
2        MR. SAUNDERS:  You can disregard the side
3    comments.
4        Go ahead and answer the question.
5        THE WITNESS:  Kelly Fallon.
6    BY MR. RING:
7    Q   F-a-l-l-o-n?
8    A   F-a-l-l-o-n.  That's the system
9    administration -- that's who I know that is a system
10   administrator for World Avenue USA.
11   Q   Let's see if I understand.  I asked you a
12   minute ago how many people are on the team.
13   A   Yes.
14   Q   And you said you didn't know how many there
15   were.
16   A   Correct.
17   Q   So there must be a lot.  But now you're
18   telling me there's one?
19       MR. SAUNDERS:  Objection as to form.  You're
20   arguing with the witness.
21   BY MR. RING:
22   Q   I want to know if there's only one person on

71

1    this team.
2        MR. SAUNDERS:  Then ask the question.
3    BY MR. RING:
4    Q   That's my question.  Is it one person?
5    A   To my knowledge, that is the only World Avenue
6    USA employee that I know is on the System
7    Administration Team.
8    Q   All right.  When you said "System
9    Administration Team" a few minutes ago, what did you
10   mean?  Did you mean one person or more than one?
11   A   I meant the System Administration Team as a
12   function, not as a number of people.
13   Q   Okay.  Regardless of whether they are World
14   Avenue employees or not, I'd like to know the names of
15   all the people who are on the System Administration
16   Team that you referred to a minute ago.
17       Whether they're contractors, employees from
18   some other entity or whatever, who's on the team?
19   A   Bryan Stevens.
20   Q   Is he an employee of somewhere?
21   A   He is an employee of somewhere.
22   Q   Okay.  Who's his employer?

72

1    A   It's my understanding that his employer is
2    TheUseful.
3    Q   Okay.  Who else is on the team?
4    A   I believe --
5        MR. SAUNDERS:  Okay.  Now, are you asking
6    him -- you're now asking him to talk about people who
7    work for TheUseful?
8        MR. RING:  You're asking me to clarify the
9    question?
10       MR. SAUNDERS:  Yeah.
11   BY MR. RING:
12   Q   My question is, when he used the phrase
13   "System Administration Team," what did he mean and who
14   are the people on that team.  I don't care who they're
15   employed by.  Just who's on the team.
16   A   It's my understanding that also --
17       MR. SAUNDERS:  You can go ahead -- go ahead
18   and answer this part of it.
19       THE WITNESS:  Qui McDivitt.
20   BY MR. RING:
21   Q   Q-u-e?
22   A   I believe it's Q-u-i.  I'm not really sure.

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

73

1  Q  McDivitt, M-c capital D --
2  A  Yes.
3  Q  -- i-v-o-t-t or --
4  A  I'm not sure of the spelling of his last name,
5  so . . .
6  Q  Okay. We'll get it.
7     Anybody else on that team?
8  A  Those are the three members, to my knowledge,
9  of the System Administration Team.
10  Q  And what does the System Administration Team
11  do?
12  A  System Administration Team manages and
13  monitors Linux servers.
14  Q  Linux servers that do what?
15  A  Any number of functions.
16  Q  Such as?
17  A  Serve web pages.
18  Q  For whom?
19  A  Multiple customers.
20  Q  Do they do it for TheUseful in part?
21  A  TheUseful is one of the customers, yes.
22  Q  Who are the other customers?

74

1  A  There are multiple customers. World Avenue
2  USA is also a customer that is, you know, by definition
3  having a web server that is managed and monitored by
4  the System Administration Team.
5  Q  And when you said that they manage and monitor
6  Linux servers that serve web pages to multiple
7  customers, who are the multiple customers in addition
8  to TheUseful and World Avenue?
9  A  You just said, "Serve web pages to multiple
10  customers."
11  Q  Okay. Who are the multiple customers?
12  A  Anybody that comes to the website and the
13  purpose of trying to receive, you know, information, I
14  guess you could say is a customer of a website.
15  Q  Are any of the -- well, let's stay with
16  customers at the level of TheUseful and World Avenue.
17     MR. SAUNDERS:  Hold on. Actually, why don't
18  we stay at customer -- let's not make it compound.
19     MR. RING:  All right. Let's withdraw the
20  question. I'm going to clarify this.
21     MR. SAUNDERS:  Thank you.
22  BY MR. RING:

75

1  Q  When you said that the System Administration
2  Team manages and monitors Linux servers, tell me what
3  the other functions are besides serving web pages.
4  A  Can you repeat your question, please?
5  Q  Yeah. What other services besides serving web
6  pages do those Linux servers provide?
7  A  Different servers provide different services
8  obviously. Another service that a Linux server could
9  provide would be a database server.
10  Q  Are any of the databases served by the
11  database servers you're referring to related in any way
12  to TheUseful?
13     MR. SAUNDERS:  Object to the form of the
14  question.
15     Go ahead and answer if you can.
16     THE WITNESS:  Could you repeat the question,
17  please?
18  BY MR. RING:
19  Q  Sure. Do the database servers provide service
20  for TheUseful?
21     MR. SAUNDERS:  Same objection.
22     Go ahead and answer.

76

1     THE WITNESS:  What's your definition of
2  service, provide service? You're using the word
3  "server service"?
4  BY MR. RING:
5  Q  Yeah, I think you used that word.
6  A  Yes.
7  Q  So what's your definition of service?
8  A  Services is what I used. And a service is --
9  Q  All right. What did you mean by services?
10  A  A service is a specific port -- in my
11  definition of service is a specific port that is
12  listening to take in traffic. So, for instance, HTTP
13  is a service that runs on a server. So that's my
14  definition.
15  Q  Okay. What do you mean by traffic?
16  A  TCP connections for -- specific of HTTP, I
17  will go into that as an example, traffic being specific
18  communication back and forth to whatever port the HTTP
19  service is running on.
20  Q  Okay. Did you use the phrase "HTTP service"?
21  A  Yes.
22  Q  What does HTTP mean?

Case 8:08-cv-00921-PJM   Document 525-48   Filed 11/22/10   Page 12 of 23
VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

20 (Pages 77 to 80)

77

1    A   Hypertext transfer protocol.

2    Q   Okay. and you're talking about a Linux -- one
3    or more Linux servers that are managed by the System
4    Admin Team, right?

5    A   Can you repeat that, please?

6    Q   Yeah. You've described for me the System
7    Administration Team.

8    A   Yes.

9    Q   And you've indicated that it manages and
10   monitors certain Linux servers.

11   A   Correct.

12   Q   And those servers provide a number of
13   services, correct?

14   A   Yes.

15   Q   One of those services is HTTP service,
16   correct?

17   A   Correct.

18   Q   My question is, do those Linux servers provide
19   that HTTP service for TheUseful?

20   A   Yes.

21   Q   How?

22       MR. SAUNDERS: Okay. Now let me object to the

78

1    question. We're here for an ESI deposition of World
2    Avenue USA, not TheUseful. And at this point I don't
3    think we have any foundation for linking going into a
4    discussion about services that these servers are
5    providing for TheUseful back to what this witness is
6    here to talk about.

7        MR. RING: Are you instructing him not to
8    answer?

9        MR. SAUNDERS: I'm objecting to the form of
10   the question.

11       MR. RING: Okay. Let him answer then.

12   Q   Could you answer my question?

13   A   Could you repeat it please?

14   Q   Yeah. What HTTP services do the Linux servers
15   provide for TheUseful?

16   A   Web pages.

17   Q   What web pages?

18   A   I'm not privy to all the content, so I do not
19   feel comfortable answering that question. That
20   question would be better answered by a representative
21   from TheUseful.

22   Q   Okay. And how do you know that web pages are

79

1    served?

2    A   That is normally what an HTTP service does.

3    Q   Okay. How many servers -- now, are we talking
4    about a server that is owned by World Avenue when we're
5    talking about this Linux server that's providing HTTP
6    service?

7    A   Can you specify what server you're talking
8    about?

9    Q   I'm trying to stay with the one you were
10   talking about. You described the System Administration
11   Team administers some servers. Among those servers are
12   the Linux servers that provides HTTP service. And now
13   we know some of that HTTP service is provided for
14   TheUseful. Are we on the same page?

15   A   Yes.

16   Q   Okay. Where are the Linux servers located
17   that we're talking about here?

18   A   As I said before, those servers are located in
19   FiberMedia.

20   Q   In FiberMedia.

21   A   Yes.

22   Q   What servers at Suite 100 in Sunrise

80

1    communicate with servers at FiberMedia?

2    A   Could you be a little more specific as what
3    you mean by communicate?

4    Q   What part of the word "communicate" are you
5    having trouble with?

6    A   There's lots of different definitions of
7    communicate. I wanted to understand what you were
8    going for so I could better answer the question.

9    Q   All right. Let's go back to something you
10   said.

11   A   Okay.

12   Q   You told me that servers owned by World Avenue
13   monitor servers located at FiberMedia in Miami,
14   Florida.

15   A   Correct.

16   Q   All right. How do they monitor those servers?

17   A   I believe, as I said before, it was to -- for
18   health purposes, for monitoring whether a service is up
19   or down, that general health of the server.

20   Q   Okay. I want to know where the location of
21   all servers that provide HTTP service for TheUseful are
22   located. Do you know that answer?

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

22 (Pages 85 to 88)

85

1 to get into the cage, cage being where the equipment is
2 kept.
3    Q    Where is that cage located that you're not
4 referring to?
5    A    In FiberMedia.
6    Q    At Miami?
7    A    In Miami, yes.
8    Q    And who needed access to that cage?
9    A    Different employees have needed access from
10 time to time.
11    Q    Employees of who?
12    A    Well, both World Avenue USA and TheUseful.
13    Q    Why do those employees have need to access the
14 cage?
15    A    To manage the equipment -- to better manage
16 the equipment.
17    Q    What service does FiberMedia provide?
18    A    FiberMedia provides -- to my knowledge,
19 FiberMedia is a contract with the TheUseful. So I
20 think a Useful employee would be better to answer that
21 question.
22    Q    How many Useful employees are there?

86

1    A    I do not have a number on that.
2    Q    Do they have offices anywhere besides
3 Suite 100 in Sunrise?
4    A    I don't have that information. I'm sorry.
5    Q    Does World Avenue have a contract with
6 FiberMedia as well?
7    A    I do not believe so.
8    Q    So as I understand it, World Avenue provides
9 services for TheUseful that entail World Avenue's
10 communication with FiberMedia. Is that fair to say?
11       MR. SAUNDERS:  I object to the form of the
12 question.
13       Go ahead and answer it.
14       THE WITNESS:  Can you repeat it one more time?
15 BY MR. RING:
16    Q    Sure. In providing services for TheUseful it
17 becomes necessary on occasion for World Avenue to
18 communicate with FiberMedia.
19    A    Yes.
20    Q    What services -- well, the cage you refer to
21 in Miami, what's in that cage, the best of your
22 understanding?

87

1    A    Servers for TheUseful.
2    Q    Do you know why TheUseful has servers in the
3 cage that's maintained by FiberMedia?
4    A    No, I do not.
5    Q    Is the cage part of a data center?
6    A    Like I said, I think TheUseful person would be
7 better to answer that.
8    Q    Have you ever been to Fiber Media's premises?
9    A    Yes.
10    Q    How many times?
11    A    I wouldn't care to speculate.
12    Q    More than five?
13    A    I don't know, no, I really don't. I really
14 don't know if it's more than five or not.
15    Q    Okay. And what did you see when you went to
16 their premises?
17    A    Lots of -- I saw a reception desk, I saw an
18 elevator, I saw the inside of the building. You want
19 me to keep going?
20    Q    Yeah, keep going until you get to computers.
21    A    I saw the actual cage where the computers are
22 kept, as you called them, and the servers and

88

1 networking equipment that is inside that cage.
2    Q    How many servers did you see in the cage?
3    A    I don't have an accurate count.
4    Q    How big was the cage?
5    A    I believe it's more than a hundred square
6 feet.
7    Q    Was there more than one cage on the premises
8 of FiberMedia?
9    A    Yes.
10    Q    How many cages were there?
11    A    I can't recall how many cages.
12    Q    Did you see more than one cage?
13    A    Yes.
14    Q    And were there more than five cages that you
15 saw?
16    A    I don't know how it's segregated, and it's --
17 I mean, it's a cage, it's a fence, so it's kind of hard
18 to tell how many there are.
19    Q    And why did you go there?
20    A    To -- as an example of an occasion why I was
21 going is there was to check on one of the network
22 devices that we manage for TheUseful.

Case 8:08-cv-00921-PJM   Document 525-48   Filed 11/22/10   Page 14 of 23
VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

24 (Pages 93 to 96)

93

1   Q   Look at the line 2 on the same page where it
2   says "ARCHIVE SERVER-IBM 300 GB HOT-SWAP."
3        Do you know what that means?
4   A   Yes.
5   Q   What?
6   A   The extended description?
7   Q   Yeah, go ahead and tell me what it means in
8   plain English for all to understand.
9   A   Sure.  It's a 300 gigabyte hot-swappable hard
10  drive for a computer.
11  Q   Do you know where that is located?
12  A   In Miami.
13  Q   How do you know that?
14  A   It's what it says on the spreadsheet.
15  Q   Where are you --
16  A   It's the very next page.  When you guys put
17  this document together, I guess when it printed out it
18  printed out with columns running across two pages.
19  Q   So the spreadsheet is wider than a
20  landscape-mode 11-inch page, so it spills onto the
21  second page with columns E through J, correct?
22  A   That is correct.

94

1   Q   So we follow those columns, and the label for
2   Column E is "Structure ID," F is "Physical Location
3   ID," G is "Location ID," correct?
4   A   Yes.
5   Q   And you looked at Column G and found Miami,
6   right?
7   A   Yes.
8   Q   All right.  To be complete here, H is
9   "Manufacturer Name," I is "Serial Number," and J is
10  "Model Number"; am I correct?
11  A   Yes.
12  Q   Can you go down this list and identify --
13  well, first of all, let's stay with that first server
14  in Miami.  Who's asset is that?
15  A   The first item that you're talking about is
16  not a server, so your question was incorrect.
17  Q   Excuse me.  The ARCHIVE SERVER-IBM 300 GB
18  HOT-SWAP, that's not a server?
19  A   That is a hard drive.
20  Q   Okay.  It's listed as --
21  A   There are 14 of them.
22  Q   I understand.

95

1   A   Okay.
2   Q   It's listed as being in Miami, and I ask you,
3   if you know, whose asset is it?
4   A   It's World Avenue USA's.
5   Q   But it's located in Miami.
6   A   Yes.
7   Q   Where in Miami?
8   A   In the FiberMedia data center.
9   Q   What assets does -- what assets related to
10  electronically stored information does World Avenue
11  have at the FiberMedia facility in Miami?
12  A   I believe it's all of these assets that are
13  listed here as being in Miami.
14  Q   Are any of the assets listed in this Exhibit 3
15  servers?
16  A   Yes.
17  Q   Tell me which ones.
18  A   Oh, wow.  We can start from the top I guess.
19  So line 5 appears to be a server.  Line --
20  Q   And you can tell simply by the word "server"
21  that appears in the title, is that right, or not?
22  A   No, I'm looking at the full description of it

96

1   and the fact that it has a serial number.  That's
2   normally a pretty good indication that it is a server.
3   Q   You're seeing a serial number in Column J?
4   A   Yes.  In the Column I actually.
5   Q   Column I, Serial Number, okay.
6   A   Yep.
7   Q   So line 5 we see a serial number KQWPF1; am I
8   correct?
9   A   That is correct.
10  Q   All right.  How many other servers are there?
11  I'm assuming that 5, 6, 7 and 8 are all servers; is
12  that correct?
13  A   It appears that that is the case, yes.
14  Q   Are there any others?
15  A   I can't be a hundred percent sure.  Are you
16  asking me to assume?
17  Q   No, I'm asking based on your years of
18  experience and your time working at World Avenue and
19  your familiarity with the hardware that they own and
20  use whether you can tell me -- because I don't have
21  that knowledge -- how many other servers are in
22  Exhibit 3.

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

29 (Pages 113 to 116)

113

1    A   For what number?  I'm sorry.
2    Q   For line 99?
3    A   99?  Yeah, it is Sunrise, yes.
4    Q   When it says "Sunrise," does that mean
5  Suite 100?
6    A   Yes.
7    Q   There's no other -- there's no second location
8  in Sunrise where these servers might be located.
9    A   Not to my knowledge.  If there is, we've got
10  problems.
11    Q   So we're now looking at numbers 100 and up,
12  right?
13    A   Yes.
14       No. 112 is a server.  Technically it is a
15  server, even though it's a large desktop.
16    Q   Okay.
17    A   116 through 120 appear to be two servers.  124
18  and 125 are servers.  Again, I think that we can
19  consider the MiniTower a server.  That's 126.
20    Q   Um-hm.  I see that.  What else?  How about
21  132?
22    A   132 appears to be a switch, from the extended

114

1  description.
2    Q   Okay.  So now we're looking at 133 and up,
3  right?
4    A   Yes.
5    Q   Final page.
6    A   I'd say that from that list 142 through 146
7  are servers, and 150.
8    Q   Does this list help refresh your recollection
9  as to how many servers World Avenue manages and
10  maintains?
11    A   No.
12    Q   Why?
13    A   Because this isn't an all-encompassing list of
14  all servers that World Avenue USA monitors and
15  maintains.
16    Q   What others are there?
17    A   Customers have their own servers that are not
18  included on this list.
19    Q   Does this list include all servers that are
20  owned by World Avenue?
21    A   To the best of my knowledge, yes.
22    Q   And it's accurate as of today?

115

1    A   Maybe not.  I've been gone for a couple days.
2    Q   Okay.  So things change while you're away I
3  take it, right?
4    A   Absolutely.
5    Q   So there is a separate list, I understand, of
6  the servers that are managed and maintained by World
7  Avenue that would supplement this.
8    A   I would -- I do not have direct knowledge of a
9  list that exists of all servers that are monitored and
10  maintained by World Avenue.
11    Q   What records would show that?
12    A   I have no idea to be honest.
13       MR. RING:  We have five minutes left on this
14  tape.  Let me inquire as to the time.  I turned my cell
15  phone off.
16       THE REPORTER:  12:24.
17       MR. RING:  Why don't we break for lunch now if
18  that's good for everybody, and come back in
19  56-1/2 minutes.
20       MR. SAUNDERS:  That's fine.
21       THE VIDEOGRAPHER:  This marks the end of
22  Videotape No. 1 in the deposition of Chadd Schlotter.

116

1  The time is now 12:25 p.m.
2       (Lunch recess taken.)
3       (Mr. Wagner is not present.)
4       THE VIDEOGRAPHER:  We're back on the record.
5  Here marks the beginning of Videotape No. 2 in the
6  deposition of Chadd Schlotter.  The time is now
7  1:38 p.m.
8       (Whereupon, Plaintiff's Exhibit 4 was marked
9  for identification and attached to the transcript.)
10       MR. RING:  Mr. Schlotter, I'm handing you
11  what's been marked as Deposition Exhibit No. 4 which,
12  I'll describe a letter dated February 17, 2010 from
13  Michael Rothman to Sanford Saunders.
14    Q   And I'll ask if you've ever seen it before.
15    A   I do not believe I've ever seen this before.
16       MR. RING:  Okay.  Let's go to the next one.
17       (Whereupon, Plaintiff's Exhibit 5 was marked
18  for identification and attached to the transcript.)
19  BY MR. RING:
20    Q   Handing you Exhibit 5, and I'll ask you if
21  you've ever seen it before.  I'll describe for the
22  record this is a letter dated February 17, 2010 from

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

31 (Pages 121 to 124)

---

**121**

1    MR. RING: I disagree. The scope of the ESI
2  deposition is defined in the notice of deposition. It
3  clearly embraces this document.
4    MR. SAUNDERS: How?
5    MR. RING: This is electronically stored
6  information that you produced. You've said so, and it
7  says so in your letter, Exhibit 5. It says:
8    "In fact, World Avenue has produced 289 pages
9    of documents. I refer you to the following
10   documents bearing the WAUSA prefix:
11   1124-1233, 6509-6671 . . ."
12   Et cetera. And we're now on 6509 et sequence.
13   MR. SAUNDERS: Right, no, that's right. We
14 produced this --
15   MR. RING: But you don't want me to ask
16 questions about it?
17   MR. SAUNDERS: Well, I'm trying -- the
18 deposition and what this witness is noticed for is
19 about electronically stored information. What does
20 that have to do with an advertising agreement and which
21 company uses it?
22   MR. RING: It has a lot to do with it. This

---

**122**

1  is apparently, according to you, electronically stored
2  information. I want to know, if it's got WAUSA's name
3  on it, and the witness says it doesn't apply to WAUSA,
4  who does it apply to?
5    MR. SAUNDERS: Well, the WAUSA is on it
6  because World Avenue agreed with you in negotiations to
7  produce certain information pursuant to --
8    MR. RING: Are you instructing him not to
9  answer?
10   MR. SAUNDERS: No, I'm answering your question
11 first.
12   MR. RING: well, we don't need to debate this
13 on the record. You briefed it and I briefed it. We
14 can submit those to the Court with a motion. Either he
15 answers it or you instruct him not to answer.
16   MR. SAUNDERS: You can go ahead and answer
17 this question.
18   THE WITNESS: Okay. Can you re-ask your
19 question?
20 BY MR. RING:
21   Q   Which entity or entities does this agreement
22 apply to?

---

**123**

1    A   As it is a blank master advertising agreement,
2  I have no way of giving you a company that it applies
3  to.
4    Q   Which entities have used this agreement to
5  your knowledge?
6    A   As an employee of World Avenue USA, having no
7  knowledge that World Avenue USA participates in any
8  advertising, I cannot speculate as to any other company
9  that would have used this document.
10   Q   Who would have better knowledge of that fact?
11   A   Probably another company that actually is in
12 advertising.
13   Q   Looking at this agreement that you produced --
14 and I'm looking at paragraph 1 on page 6509,
15 subparagraph (a), "Payable Unit," it says, "Any act of
16 Company . . .," capital C "Company."
17      What is meant by the word "company," if you
18 know?
19   A   If --
20   MR. SAUNDERS: I'm going to object. I'm going
21 to object to the form of the question.
22      Go ahead and answer.

---

**124**

1      THE WITNESS: If I'm going to speculate, I
2  would assume that capital C for company is used so it's
3  more simply -- so this blank document that can be used
4  as a template -- that's what it looks like, I mean,
5  from reading through, and from reading through here
6  there's no specific company called out -- I think by
7  saying capital C "Company," it makes it a lot easier
8  for a company that would actually use this to go in and
9  fill in their name.
10     And so you can do a search and replace in
11 any -- you know most systems that would be -- or most
12 software that would be used to edit a document like
13 this, you could do a search and replace for the word
14 capital C "Company," and you would be able to put in
15 your company name fairly easily instead of having to go
16 through the entire document and look for each instance
17 of the word "company" and enter it in manually. That
18 would take quite a bit of time.
19 BY MR. RING:
20   Q   Okay. You've just given me a seminar on how
21 to do a search and replace, which isn't what I asked
22 you. I asked you which companies have used this

---

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

32 (Pages 125 to 128)

125

1  agreement.
2      A   And I explained to you -- no, I'm sorry --
3      Q   By name, if you know.
4      A   --- that was not your question. Your question
5  was what does capital C "Company" mean. That was your
6  question.
7      Q   What companies, to the best of your knowledge,
8  within the -- what companies, to the best of your
9  knowledge, have used this contract?
10     A   I don't work for any of the companies, so I
11  would not speculate the use of this document for any
12  other company.
13     Q   Has World Avenue used it?
14     A   It is my understanding that World Avenue has
15  never used a master advertising agreement.
16     Q   What ESI exists that shows any use that has
17  been made of this master advertising agreement?
18     A   Since World Avenue USA doesn't use this
19  agreement, then I would say none exists.
20     Q   I'm not limiting my question to what may be in
21  the possession of you personally or people under your
22  direction.

126

1      A   Okay.
2      Q   I'm including in the scope of the question any
3  data that you know exists that would show what ESI
4  exists to tell us what entities have used this
5  agreement.
6          MR. SAUNDERS: And he is answering your
7  question as the representative of World Avenue USA.
8          MR. RING: Are you objecting?
9          MR. SAUNDERS: Yeah, I'm going to object to
10  the form of the question. You're just arguing with
11  him, and you're misconstruing what he says.
12          MR. RING: I've asked a very simple question.
13          No. I'm asking for names of companies. I
14  want to know what companies have used this agreement.
15  It's been produced to us, it's part of the ESI
16  production, it's blank as to names of companies. I
17  want to know if it's been used by a company to his
18  knowledge.
19          THE WITNESS: To my knowledge I have no
20  personal knowledge that this has been used by World
21  Avenue USA.
22  BY MR. RING:

127

1      Q   Okay. Who -- what witness will be testifying
2  in this deposition or any continuance or continuation
3  of this deposition, as to the identities of the
4  companies that have used this agreement and what ESI
5  exists to show that usage? Do you know?
6      A   I have no way of giving you that information.
7          MR. RING: Can I have a representation from
8  counsel? Is there a witness forthcoming on this?
9          MR. SAUNDERS: As to which one has used this?
10  I'd say no, because we didn't agree to that as part of
11  the ESI deposition.
12          Now, if you want to go talk about who else can
13  answer that question for purposes of a merits
14  deposition, sure.
15          But for an ESI deposition of something you
16  know that we discussed and negotiated why this
17  agreement was produced in this form, and now acting as
18  if it's some sort of surprise to you --
19          MR. RING: We disagree. We disagree. We've
20  briefed our positions. We're not going to win in a
21  debate here.
22          MR. SAUNDERS: No, I'm talking about something

128

1  different. We didn't brief this issue. This document
2  was produced pursuant to negotiations over the
3  paragraphs in the ESI agreement as to what each party
4  was going to voluntarily disclose to each other as part
5  of this agreement, correct.
6          MR. RING: There are several layers of
7  requests. There's the ESI voluntary production,
8  there's a notice of deposition with duces tecum
9  attached, there's a large body of documents in addition
10  to the ESI voluntary production that have also been
11  produced.
12          All this pertains to ESI. This is within the
13  ESI documents in your letter of February 17th. It's
14  fair game for questioning. We're here to talk about
15  ESI.
16          MR. SAUNDERS: Remembering that the ESI --
17          MR. RING: I want to know the background.
18          MR. SAUNDERS: The ESI deposition, and what
19  that is supposed to cover, is a narrow scope.
20          MR. RING: No.
21          MR. SAUNDERS: Yes.
22          MR. RING: We disagree. Sandy, we disagree.

Case 8:08-cv-00921-PJM   Document 525-48   Filed 11/22/10   Page 18 of 23
VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

40 (Pages 157 to 160)

157

1    Q   How many times have you been there to see that
2  rack?
3    A   Less than five.
4    Q   How many of Kitara's servers are in that rack?
5    A   I do not know.
6    Q   More than 10?
7    A   The rack contains four physical servers.
8    Q   Are they all Kitara's?
9    A   The servers are virtualized.
10   Q   I appreciate that.  Are they -- well, are they
11  virtualized and then divided among other users besides
12  Kitara?
13   A   Yes.  That's where I was going with it, sorry.
14  I wasn't being smart.
15   Q   I understand.  I understand.
16       We've talked about servers maintained by World
17  Avenue for TheUseful and Kitara.  I ask you now the
18  same question, let me start, as to ThruChannel.  What
19  servers does World Avenue maintain for ThruChannel?
20   A   What kinds of servers?
21   Q   No, what servers.  You can describe them any
22  way you want to, and I'll follow up.

158

1    A   As I'm not a ThruChannel employee, I'm not the
2  best person to answer that.
3    Q   Regardless of whether you're a ThruChannel
4  employee, as a World Avenue employee, I'm asking you --
5  let me ask first, what services does World Avenue
6  provide for ThruChannel?
7    A   Again, the basic monitoring and maintaining of
8  servers.
9    Q   Where are ThruChannel's servers located?
10   A   ThruChannel's servers are located in
11  FiberMedia and the Bermuda data center.
12   Q   Is that the same one that you mentioned a
13  minute ago, Cable & Wireless?
14   A   That is correct.
15   Q   As I understand it, the rough division of your
16  time puts 50 percent of your time in doing services
17  pertaining to TheUseful and the other 50 percent for
18  doing services for other customers; is that correct?
19   A   That is correct, rough.
20   Q   Roughly.
21   A   Roughly.
22   Q   Understood.

159

1       And under the category of "other," meaning the
2  other 50 percent, so far we have Kitara and
3  ThruChannel.
4       Are there any others in the "other" category?
5    A   World Avenue USA.
6    Q   That would be your employer, right?
7    A   Correct.
8    Q   And again, what services are provided -- do
9  you provide for World Avenue USA related to servers?
10  Is that the monitor, maintain function again?
11   A   Yes.
12   Q   And I think we went through the location of
13  those servers.  Are there any other locations other
14  than what you've already given me?
15   A   No, those are the World Avenue servers.
16   Q   I understood that all of the World Avenue --
17  all the World Avenue servers are located at the Sunrise
18  Suite 100 location; am I correct?
19   A   That is not correct.
20   Q   Okay.  Correct me.
21   A   Per the document that we submitted with the
22  asset sheet, there are servers located in FiberMedia.

160

1    Q   So those are -- there would be two locations
2  for the World Avenue servers --
3    A   That is correct.
4    Q   -- Sunrise and Miami.
5    A   Yes.
6    Q   I refer you again to Exhibit 6, specifically
7  paragraph 1(c).  Are you with me?
8    A   Yes.
9    Q   The heading there says:
10      "Transfer of Data.  Company shall transmit
11      data ('Report') to Advertiser as set forth in
12      the IO or at Advertiser's request."
13      Have you ever been involved in the transmittal
14  of data as described in that sentence?
15   A   Me personally, I've never been involved in
16  transmitting data according to this sense.
17   Q   Okay.  Do you know if such data has ever been
18  sent?
19   A   I would have no way of knowing that.
20   Q   I refer you to the final page of Exhibit 6.
21  That's document 6514.  At the top it says "Insertion
22  Order, Master Advertising Agreement."

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

47 (Pages 185 to 188)

185

1    Q   Do you know if he provides services for any
2  entity other than World Avenue?
3    A   I wouldn't speculate as to his services.
4  Sorry.
5        MR. RING:  Mark this.  On No. 8, Mike.
6        (Whereupon, Plaintiff's Exhibit 8 was marked
7  for identification and attached to the transcript.)
8        MR. RING:  Mr. Schlotter, I'm handing you
9  what's been marked as deposition Exhibit 8.  We have a
10 copy for your counsel.  I'll represent for the record
11 this is another -- it appears to be a contract.  It's
12 Bates numbered WAUSA 6532 through 6548.
13   Q   Do you agree I've described it correctly?
14   A   Yes.
15   Q   Have you seen it before today?
16   A   No.
17   Q   All right.  We'll move quickly through this
18 one.  I just want to know for the record, we have these
19 three contracts we've marked in a row here, Exhibits 6,
20 7 and 8.
21       I would like to be able to ask the appropriate
22 witness where is the ESI that confirms whether or not

186

1  these documents have been used and what data has been
2  filled in, if indeed they're used.
3        I need the data naming the parties, the dates
4  the agreements were entered, and information about the
5  creation of these documents.
6        And obviously, Mr. Schlotter, I gather you
7  don't know that information; is that correct?
8    A   That is correct.
9    Q   So I'm just making a proffer, and I'm
10 indicating that I have to believe there's got to be a
11 body of ESI information that is what I just described
12 as the fill-in information for these contracts.
13       So I would like to ask the right person how do
14 I get that data in the appropriate time and place.  And
15 I don't know if it's an extension of this deposition or
16 what.
17   A   For World Avenue USA?
18   Q   Yes.
19       MR. SAUNDERS:  I would probably say the
20 appropriate person to ask is me.  And we could talk
21 about how to do that.  I would say that it is not an
22 extension of this deposition for reasons that the

187

1  witness pretty much has explained to you so far.  So we
2  can -- both you and I can talk about that.
3        MR. RING:  Okay.  We'll talk about it.  I'm
4  not waiving any rights.  We're reserving all our
5  rights.  But we can talk.
6        MR. SAUNDERS:  I understand.
7        MR. RING:  Let's move to the next one,
8  Exhibit 9.
9        (Whereupon, Plaintiff's Exhibit 9 was marked
10 for identification and attached to the transcript.)
11       MR. RING:  Handing you Exhibit 9,
12 Mr. Schlotter.
13   Q   I'll ask if you can identify it.
14   A   Yes.
15   Q   What is it?
16   A   It is the document produced by World Avenue
17 for IP addresses belonging to World Avenue.
18   Q   Is this information currently accurate?
19   A   Yes.
20   Q   Have there ever been any other IP addresses
21 that have belonged to World Avenue?
22   A   Not to my knowledge.

188

1    Q   And does this sheet identify ranges of
2  addresses?
3    A   Yes.
4    Q   Explain to me how to read the ranges?
5    A   For the first one -- we'll start at the top.
6  That is the ranged 12.88.25.44 through 47 due to the
7  /30 mark.
8    Q   Okay.  I see /30.  I don't know where you get
9  47.
10   A   It's a subnet mask.  It denotes the actual
11 amount of IP addresses that exist within that network
12 range.  CIDR notation.
13   Q   I'm dense.  I don't see the 47.
14   A   I was explaining -- you said there were
15 ranges.  I was explaining to you that 12.88.24.44/30
16 (sic), that denotes that the IP addresses in question
17 for this range are 12.88.25.44 through 47.  So
18 12.88.25.44, 12.88.25.45, 12.88.25.46 --
19   Q   Got the sequence.  Okay.
20   A   Okay.  And then 47 is the last one.  So there
21 are four IP addresses within that range.
22       MR. ROTHMAN:  Where's the 47?

Case 8:08-cv-00921-PJM   Document 525-48   Filed 11/22/10   Page 20 of 23
VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

51 (Pages 201 to 204)

201

1    Q    ARIN being another, correct?
2    A    ARIN is another, yes.
3    Q    And then if you type in WHOIS, you'll get
4    thousands of hits.  Lot of tools, right?
5    A    Absolutely.
6    Q    Do they all provide basically the same
7    information, based on your experience?
8    A    Yes, without membership into those systems,
9    which can actually provide you additional information.
10   Q    Do you know if a lookup for the same IP
11   addresses using another lookup tool besides ARIN would
12   generate different information in that it might provide
13   the name of the admin and tech contacts?
14   A    I wouldn't speculate on that.
15   Q    Based on your experience, though, ARIN is a
16   fairly reliable lookup tool isn't it?
17   A    Yes.
18   Q    Do you think it's unlikely that if ARIN didn't
19   find a contact name that somebody else would?
20   A    I'm not sure that this was -- ARIN was used to
21   produce this, so I can't answer that question.
22   Q    Where would I find the ESI that would show me

202

1    the true name of the admin and tech contacts for these
2    IP addresses?
3    A    I am not sure if there's any ESI related to
4    that. I can't be positive.
5    Q    Well, this document shows us ESI, right?
6    A    Yes.
7    Q    Where would you check to look into that?
8    A    I would probably go to our -- personally I
9    would probably go to our CTO's assistant and ask her if
10   she could pull up the contracts to see if any tech
11   contact information was given at time of registration.
12   Q    Who's the CTO?
13   A    Scott Barbour.
14   Q    And who's his assistant you're referring to?
15   A    Michelle Kahn.
16   Q    Spell her last name, please.
17   A    Kahn.
18   Q    Who is Scott Barber's employer?
19   A    I believe it's World Avenue USA.
20   Q    Same for Michelle?
21   A    I think so, yes. I apologize. I haven't
22   memorized the org chart.

203

1        MR. RING: Let's do No. 10.
2        (Whereupon, Plaintiff's Exhibit 10 was marked
3    for identification and attached to the transcript.)
4        MR. RING: I'm handing you Exhibit 10,
5    Mr. Schlotter.
6    Q    And I'll ask if you can identify it.
7    A    Yes.
8    Q    What is it?
9    A    I believe these were the screen shots taken in
10   response to a -- oh, I'm sorry.
11       The first two pages are screen shots taken in
12   response to a document that we needed to produce.
13   Q    Okay.
14   A    And then the last one appears to be the
15   procedure for backing up of World Avenue's corporate
16   data.
17   Q    All right. If you'd go through these pages
18   and tell me where we have inappropriately connected pages
19   that don't belong together in one exhibit.  We'll pull
20   them apart if they need to be pulled.
21   A    It's two separate -- I believe it was to
22   answer two separate requests.

204

1    Q    Okay. Tell me where the break occurs.
2    A    After the screen shots.
3    Q    Okay. So we would take the screen shots and
4    keep them together with that face page.
5        Am I good so far? Does it make sense?
6    A    Yeah, face page means --
7    Q    The one that says "Responsive to ESI Agreement
8    Paragraphs 1 and 2."
9    A    Yeah, I don't know what that means, so . . .
10   Q    So let's separate them.  And before we start
11   putting more labels on, I want to make sure, are the
12   last three pages properly put together as one exhibit?
13   A    It should be four pages on my count.
14   Q    Oh, you're right. Okay. So the second
15   exhibit is 7018 through 7021 in the Bates number,
16   lower-right corner, correct?
17   A    That is correct.
18   Q    All right. So why don't he call that 10A,
19   because I've already started -- my numbering goes
20   through a whole series, and I want to keep it the same.
21   So let's make 10 just pages Bates No. WAUSA 7016 and
22   7017, and we'll make 10A WAUSA 7018 through 7021.

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

57 (Pages 225 to 228)

---

225

1    Q   I mean he personally?  His team.  All right.
2        Iron mountain is a service that stores papers,
3    data, various things, right?
4    A   That store, that shred.  They do a lot of
5    things.
6        MR. RING:  Right.  Let's take a break.  The
7    tape is running out.
8        THE VIDEOGRAPHER:  This marks the end of
9    Videotape No. 2 in the deposition of Chadd Schlotter.
10   The time is now 3:52 p.m.
11       (Recess taken.)
12       THE VIDEOGRAPHER:  We're back on the record.
13   Here marks the beginning of Videotape No. 3 in the
14   deposition of Chadd Schlotter.  The time is now
15   4:16 p.m.
16       MR. RING:  Mr. Schlotter, I had asked you some
17   questions a while ago about registration of IP
18   addresses and Exhibit 9.  I don't need that exhibit
19   again.
20   Q   But I just -- segue from that, I want to ask
21   you whether World Avenue has -- first of all, have
22   they registered any domain names that are in any way

---

226

1    connected to the business of TheUseful.
2        MR. SAUNDERS:  I object to the form of the
3    question.
4        Go ahead and answer if you can.
5        THE WITNESS:  I am not directly responsible
6    for registering domain names, so I wouldn't have the
7    answer to that.
8    BY MR. RING:
9    Q   Is your answer that you don't know?
10   A   I don't know, yes, that's fine.  Sorry.
11   Q   Let me tailor the question a little
12   differently.
13       Has World Avenue registered any domain names?
14   A   Yes.
15   Q   Do you know any of those domain names?
16   A   I believe we've provided a list of the
17   domains.
18   Q   Has TheUseful registered any domain names?
19   A   I do not -- I do not work for TheUseful,
20   therefore I don't have that information.
21   Q   If you don't know, you can just tell me you
22   don't know.

---

227

1    A   I don't know.  I apologize.
2    Q   All right.  Has World Avenue taken upon itself
3    to do any registration of domain names that are
4    actually registered in the name of TheUseful?
5    A   I don't know.
6    Q   All right.  Has World Avenue provided any
7    services that pertain to the domain name
8    venidadeelmundo.biz?  And that's spelled
9    v-e-n-i-d-a-d-e-e-l-m-u-n-d-o.biz.
10   A   I do not.
11   Q   I've got a long list of domain names that I
12   want to ask that same question on, and apparently it's
13   World Avenue Document 1102 where this list begins.
14   Some of the domain names are WorldAvenue.com,
15   World-Avenue.com, World-Avenue.info.
16       Are you familiar with those domain names that
17   I've just recited?
18   A   I'm familiar with WorldAvenue.com.
19   Q   And those are domain names that are, in fact,
20   registered by World Avenue?
21   A   I have not personally looked at the
22   registration to know that.  I know that was a domain

---

228

1    that was provided as part of the list of domains.
2    Q   Okay.  Provided meaning produced in discovery?
3    A   Produced in discovery, I apologize.  Yes.
4    Still learning.
5    Q   Are you familiar with any ESI that would show
6    when someone clicks on a URL that contains
7    World-Ave.com?
8    A   No.  I apologize.
9    Q   And my question is where the user ends up
10   clicking on a URL that contains that domain name.
11   A   So the first part of your question you were
12   asking about ESI, and then you're asking whether a
13   user, so can you repeat the question?
14   Q   Yeah, I'm asking about ESI that would show
15   where the user ends up.
16   A   I am not aware of any of that ESI.
17   Q   Who do you believe would have that
18   information?
19   A   Depending on the -- where the domain is
20   actually hosted, it would be on that server.
21   Q   Does World Avenue host domain names?
22   A   Yes.

---

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

69 (Pages 273 to 276)

273

1    Q   Okay. And what ESI is created as a result of
2  that monitoring?
3        MR. SAUNDERS: Objection; asked and answered.
4        Go ahead and answer.
5        THE WITNESS: We've already talked about it.
6  BY MR. RING:
7    Q   Same as before?
8    A   Yes.
9    Q   And what I want to know more specifically --
10   A   Sure.
11   Q   -- you've given me categories of information.
12 I want to know which websites of TheUseful that
13 information has been generated for.
14       MR. SAUNDERS: Objection; asked and answered.
15       Go ahead and answer again.
16       MR. RING: No.
17       THE WITNESS: So to be specific, the Keynote
18 monitors -- with any domain name it gets resolved to an
19 IP address. So in the monitoring of that, World Avenue
20 USA is monitoring an IP address not specific to a
21 domain name. Those domain names happen to be used
22 though, because they were provided to us by TheUseful

274

1  as a domain name to use to monitor those servers.
2  BY MR. RING:
3    Q   So what IP addresses of TheUseful has World
4  Avenue monitored?
5        MR. SAUNDERS: Objection; asked and answered.
6        Go ahead and try it again to the best you can.
7        THE WITNESS: There are multiple IP addresses
8  that World Avenue monitors for TheUseful.
9  BY MR. RING:
10   Q   Are they listed in any of the documents you
11 provided us?
12   A   No, because they do not belong to the World
13 Avenue USA.
14   Q   Well, regardless of who they belong to, if
15 you're monitoring them, we're interested in them,
16 because you're providing services related to
17 TheUseful's business.
18       So what records exist that show those IP
19 addresses?
20   A   Records within the monitoring tools by World
21 Avenue USA will show what IP addresses are monitored
22 for customers of World Avenue USA.

275

1    Q   Aside from Keynote, what are the other
2  monitoring tools?
3    A   As I've said before, Nagios.
4    Q   Are there any others besides those two?
5    A   Not to my knowledge.
6        MR. RING: This is 15. It's these three --
7  four.
8    Q   What tools are used by World Avenue when it
9  provides maintenance services for TheUseful?
10   A   What is your definition of maintenance
11 services?
12   Q   I want to use it the same way you used it.
13 You've testified that World Avenue provides maintenance
14 services.
15   A   I believe I said managed and monitored.
16   Q   Managed and monitored.
17   A   Correct.
18   Q   Okay. Is any other software besides Keynote
19 or Nagios used for any aspect of management and
20 monitoring?
21   A   Yes.
22   Q   What?

276

1    A   Secure Shell client would be used to log in to
2  the servers.
3    Q   Any others?
4    A   A application called Cacti.
5    Q   Spell that.
6    A   C-a-c-t-i.
7    Q   What does it do?
8    A   It's bandwidth monitoring and graphing.
9    Q   Bandwidth monitoring and graphing?
10   A   Graphing, yes.
11   Q   What does that mean, graphing?
12   A   Paints a pretty picture so everybody can see
13 it without having to look at text.
14   Q   And that relates to bandwidth?
15   A   Yes.
16   Q   So it shows a what? A time line with
17 bandwidth usage, spikes, graphics?
18   A   That's correct, yes.
19   Q   Different colors if you want them?
20   A   It can be, yes.
21   Q   But you're interested in bandwidth usage for
22 what reason?

VIDEOTAPED DEPOSITION OF CHADD SCHLOTTER
CONDUCTED ON THURSDAY, FEBRUARY 18, 2010

78 (Pages 309 to 312)

309

1    A    World Avenue USA does not send commercial
2    email.
3        Q    I understand that.  But they provide services
4    to other entities, right?
5        A    Yes.
6        Q    And regardless of whether World Avenue sends
7    any email, does there exist any ESI that pertains to
8    the handling of suppression list violations?
9        A    I don't know.
10       Q    Are you familiar with any memoranda or
11   procedures for anything called compliance monitoring or
12   compliance monitoring Level 1 violations?
13       A    No.
14       Q    Do you know who would have a better idea of
15   what that's all about?
16       A    I do not.
17       Q    Is there a division at World Avenue that
18   handles issues related to compliance with CAN-SPAM for
19   purposes of online marketing?
20       A    No.
21       Q    Do you know if World Avenue contracts with
22   anyone else for that purpose?

310

1        A    No.
2        Q    Are you aware of any consultants that have
3    been hired by World Avenue for purposes of providing
4    advice on how to comply with CAN-SPAM or any other
5    anti-SPAM statutes?
6        MR. SAUNDERS:  I'm going to object.  This is
7    well beyond ESI and beyond the scope of the ESI
8    agreement or the notice of the deposition.
9        MR. RING:  Well --
10       MR. SAUNDERS:  Go ahead and answer.
11   But let's go back to what he's here for.
12       THE WITNESS:  I don't know.
13       MR. RING:  Okay.  Well, I mean, we don't have
14   to debate on the record, but I do have to say
15   something.  And that is, some documents that WAUSA has
16   produced -- and indeed the ones that are named in the
17   letter that refers to ESI documents -- include
18   documents that pertain to suppression lists and related
19   topics.  And all I'm trying to do is find out what
20   other ESI exists on this tonic.  He doesn't know, so
21   we'll move on.
22       Q    Has World Avenue provided -- strike that.

311

1        Are you aware of the existence of any ESI that
2    pertains to services provided by World Avenue for an
3    entity called World Avenue Management, Inc.?
4        A    No.
5        Q    Same question for World Avenue IP, LLC.
6        A    No.
7        Q    Same question for Infrastructure International
8    Limited Corp.
9        A    No.
10       Q    And when I say you, are you aware, I'm really
11   asking the corporation because you're here as a
12   30(b)(6).  So does World Avenue know of the existence
13   of any ESI pertaining to its provision of services to
14   the following entities.  The next one I have is World
15   Avenue Services, Inc.
16       MR. SAUNDERS:  Object to the form of the
17   question.
18       Go ahead and answer if you can.
19       THE WITNESS:  I'll change my answer then to I
20   don't know.  Sorry.
21   BY MR. RING:
22       Q    Same question regarding Warwick Interactive,

312

1    LLC?
2        MR. SAUNDERS:  Same objection.
3        Go ahead and answer.
4        THE WITNESS:  I don't know.
5    BY MR. RING:
6        Q    Same question regarding Bristol Interactive,
7    LLC dba Kitara Media?
8        MR. SAUNDERS:  Same objection.
9        Go ahead and answer.
10       THE WITNESS:  I don't know.
11   BY MR. RING:
12       Q    I want to understand what I heard earlier.  I
13   thought you indicated that there had been some services
14   provided by World Avenue for Kitara?
15       A    Yes, we manage -- they're one of our clients.
16       Q    Do you know the name Bristol Interactive, LLC
17   in association with Kitara?
18       A    I've heard it, yes.
19       Q    Do you know if they refer to the same entity,
20   both names?
21       A    No, I don't know that.
22       Q    Does World Avenue have any ESI that is