# EXHIBIT 33

IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

+ + + + +

---

IN THE MATTER OF:

BEYOND SYSTEMS, INC. Case No. PJM 08 cv 0921

Plaintiff,

v.

WORLD AVENUE USA, LLC

Defendants

---

Wednesday,
September 29, 2010
Pompano Beach, Florida

DEPOSITION OF:

ERIC L. SANTELICES

called for examination by Counsel for the Plaintiff, pursuant to Notice of Deposition, in the Mumbai Conference Room of the Forum

Hotel, located at 600 SW Third Street, when were present on behalf of the respective parties.

Reporter: Chad Jackson

APPEARANCES:

On Behalf of the Plaintiff, Beyond Systems, Inc.

STEPHEN H. RING, ESQ.
Of: Stephen H. Ring, PC
506 Main Street
Suite 215
Gaithersburg, MD 20878
301-563-9249
301-563-9639 fax
shr@ringlaw.us

MICHAEL S. ROTHMAN, ESQ.
Of: Law Office of Michael Rothman
401 East Jefferson Street
Suite 201
Rockville, MD 20850
301-251-9660
301-251-9610 fax
mike@mikerothman.com

On Behalf of the Defendant, World Avenue USA:

SANFORD M. SAUNDERS, JR., ESQ.
Of: Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, D.C. 20037
202-331-3130
202-261-0150 fax
saunderss@gtlaw.com

KENNETH HORKY, ESQ.
Of: Greenberg Taurig, LLP
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
954-765-0500

954-765-1477 fax
horkyk@gtlaw.com

ALSO PRESENT:

CHADD SCHLOTTER

PAUL WAGNER

TABLE OF CONTENTS

| WITNESS | DIRECT | CROSS | REDIRECT |
|---|---|---|---|
| Eric Santelices | 5 | 60 | 60 |

P-R-O-C-E-E-D-I-N-G-S

10:44 a.m.

Whereupon,

ERIC LOUIS SANTELICES

was called for examination by Counsel, having been first duly sworn, assumed with the witness stand, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. RING:

Q Please state your full name.

A Eric Louis Santelices.

Q Mr. Santelices, my name is Steve Ring. I'm an attorney. I'm here with Michael Rothman as co-Counsel, and we represent Beyond Systems, Inc., which is the Plaintiff in this lawsuit, and Paul Wagner is also here. He is the President of BSI, and I'll be asking you a series of questions.

If any of the questions I ask you are unclear, please tell me so, and I'll try to either rephrase or repeat the question. Is

Page 6

that okay with you, so far?

A Yes.

Q Okay, if you need to take a break for any reason, please let me know and we'll take a break, on reasonable notice and the only thing is, if a question is pending, we probably won't take a break until we get an answer first, okay?

A Okay.

Q All right, and let's see, you need to state your answers verbally, as you have been so far, because head nods or colloquial gestures that we often use causally, don't carry through to the record and everything is being recorded here today. Is that okay with you, too?

A Okay.

Q All right, where are you employed presently?

A 3C Interactive.

Q How long have you been there?

A I'm coming up on one year.

Page 7

Q And what do you do for them?

A Director of Information Technology.

Q And where did you work before that?

A World Avenue.

Q And how long did you work for them?

A I'd say it's about a year and seven, eight, nine months, somewhere in that range, just under two years.

Q Okay, and what position or positions did you hold with them?

A Senior System Administrator.

Q Same position the whole time?

A Yes.

Q And what were your duties there, as Senior System Administrator?

A A variety of duties, primarily, the -- my primary duty was to architect, build and -- or architect, design and build the next generation platform, I guess, for a

Page 8

project called Warwick.

Q And what was that project?

A It was a cloud-computing project, to use industry buzz-words. The goal of it was to have an elastic and dynamic environment to host applications and be able to changed, based on work load.

Q What kind of applications?

A The specific applications that -- it was going to be open -- well, the plans were that it was going to be open for developers, was my understanding. But the initial applications that World Avenue was concerned with were related to the advertising business that they were in.

Q And what did you understand that advertising business to be?

A My understanding was that they operated a reg path, and the definition that I have for reg path was a series of advertisements that would be displayed to a consumer, or to someone who is going through

Page 9

this path, and the ultimate goal was to obtain some reward at the end, which was in the form of a free gift, of some sort.

Q Okay, and did you have occasion to view the reg path that you've talked about?

A I've never -- specifically, I've never seen the entire path. I've only looked at bits and pieces of this reg path.

One of my duties was also, later on, in my time at World Avenue, was to assist the network operations center, or the NOC, which they provided monitoring of the environment.

So, when there were problems with one of the advertisers' ads, displaying or something wasn't working right, we'd have to go and troubleshoot the different portions of that.

Q Okay. Now, what do you mean by trouble with an advertisers' ad displaying? What is an advertisers' ad?

A I can't think of any off the top

MR. SAUNDERS: Objection, as to form. Go ahead and answer.

A No.

BY MR. RING:

Q Did you have any way of differentiating among which ones applied to which websites?

A No.

Q When you answered my question earlier, about handling web pages, were those landing pages?

A In the context we were talking previously, I was -- what came to my mind was pages regarding like, the World Avenue website. You asked the question in the context regarding other companies websites.

Q Okay, are you familiar with the term landing page?

A I have heard that term, yes.

Q And what do you understand it to mean?

A An entry point into the reg path.

Q Did your work take you to landing pages?

A No.

Q Did your work take you to links to landing pages?

A No.

Q Did you differentiate among the 600 domain names, by any category, whether by function, ownership or otherwise?

A No.

MR. SAUNDERS: Objection, as to form. Go ahead and answer.

A Okay, no.

BY MR. RING:

Q Thank you. No further questions. Appreciate your time.

A Okay.

MR. SAUNDERS: We'll take a break and we'll decide whether we have any questions.

(Whereupon, the above-entitled matter went off the record at approximately 11:45 a.m. and resumed at approximately 11:50 a.m.)

CROSS EXAMINATION

BY MR. SAUNDERS:

Q Back on the record. Mr. Santelices, you're recall that Mr. Ring asked you some questions about the reg path, earlier in your deposition?

A Yes.

Q Okay, while you were working at World Avenue, which company was responsible for the content of the reg path?

A It's my understanding it was the Useful.

Q Okay, thank you. Pass the witness.

RE-DIRECT EXAMINATION

BY MR. RING:

Q Mr. Santelices, you took a break and spoke with Counsel, just a minute ago. How many times have you spoken with any attorney for -- or with Greenberg Taurig, within the last week?

A Once, prior to today.

Q Okay, when was that?

A Last Friday.

Q And today, during the break, it was just -- just ended minutes ago, you also spoke with Counsel again, is that correct?

A Correct.

Q And you spoke with me, prior to today, as well, is that correct?

A That's correct.

Q Did anything I said to you, in any way, alter your testimony here today?

A No.

Q Okay, and how is it that you now know that the Useful was the company behind the content? Were you reminded of that fact, in some fashion, or what?

MR. SAUNDERS: I'm going to object to the form of the question, and let the witness go ahead and answer it.

A No, I was not reminded of that.

It was -- it wasn't in your question, it wasn't clear, what your question was, of who operated the reg path, from a business perspective. You asked who operated the servers, and we were talking about the systems and the servers.

So, that's the context that I was using.

Q Okay, when you worked at World Avenue, were you aware of the name, the Useful?

A Yes.

Q How did you become aware of it?

A It was during my training.

Q Did you know whether the word the Useful applied to a separate corporate entity, or was it just a trade name?

A I don't recall, whether it was used as a trade name or a separate entity.

Q Okay, did you ever see the name, the Useful, LLC, displayed either in a logo or on the wall or on stationary?

A Yes.

Q You did?

A Yes.

Q Okay, when did you see that?

A I've seen it on purchase orders. I've seen it on logos. After the acquisition of Kitara, we had kind of an all-hands meeting, and some of the logos of the companies that were owned by Niuniu were displayed.

Q Did you ever learn of the name World Avenue USA, LLC --

A I have seen --

Q -- while you worked there?

A I have seen that name.

Q Okay, was that displayed in the same context you just described?

A Yes.

Q Thank you. Bear with me a second. Did you do work for the Useful, LLC?

A Yes.

Q What work did you do for the

Useful?

A System administration.

Q Did you do work for World Avenue, USA, LLC?

A I'm hesitating, because we had a form that we would fill out every month, that showed a percentage of time that we dedicated to each one of our companies, or projects, if you want to call it that.

So, I don't remember if there was a World Avenue, USA on that form.

Q What did you call that form?

A Time tracking form.

Q Did it identify the Useful, World Avenue and other names like that?

A Yes.

Q What did that form look like? First of all, was it in paper? Was it electronic or what?

A It was a simple Excel spreadsheet, and it had company names on the left and percentages -- or columns on the right, to

allocate time against.

Q And did you personally fill it out for yourself?

A Yes.

Q Who was to say whether you accurately tracked or recorded what you -- what time you spent on what project? Was that an honor system?

A Yes.

Q Were you the only one to submit those forms, or did other people submit them, also?

A It was my understanding that everybody was responsible to submit them.

Q Who did you submit those forms to?

A Generally, it was accounting.

Q And I understand the form was an Excel form -- format, and when you submitted it to accounting, then do you know what means was used to freeze or lock-in your reporting?

MR. SAUNDERS: Objection, as to form. Go ahead and answer, if you can.