# EXHIBIT 35

IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

+ + + + +

IN THE MATTER OF:

BEYOND SYSTEMS, INC.

       Plaintiff,

v.                                                  Case No.
                                                    PJM 08 cv 0921

WORLD AVENUE USA, LLC

       Defendants.

Thursday,
September 30, 2010

Pompano Beach, Florida

DEPOSITION OF:
       CHRISTOPHER J. CARDONA
called for examination by Counsel for the Plaintiff, pursuant to Notice of Subpoena, in

the Mumbai Conference Room of the Forum Hotel, located at 600 SW Third Street, Pompano Beach, Florida, when were present on behalf of the respective parties:

Page 2

APPEARANCES:

On Behalf of the Plaintiff, Beyond Systems, Inc.:

of: STEPHEN H. RING, ESQ.
Stephen H. Ring, PC
506 Main Street
Suite 215
Gaithersburg, MD 20878
Tel: (301) 563-9249
Fax: (301) 563-9639
Email: shr@ringlaw.us

of: MICHAEL S. ROTHMAN, ESQ.
Law Office of Michael Rothman
401 East Jefferson Street
Suite 201
Rockville, MD 20850
Tel: (301) 251-9660
Fax: (301) 251-9610
Email: mike@mikerothman.com

On Behalf of the Defendant, World Avenue USA:

of: SANFORD M. SAUNDERS, JR., ESQ.
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
Tel: (202) 331-3130
Fax: (202) 261-0150
Email: saunderss@gtlaw.com

of: JOHN L. MCMANUS, ESQ.
Greenberg Taurig, LLP
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Tel: (954) 765-0500
Fax: (954) 765-1477
Email: mcmanusj@gtlaw.com

Page 3

ALSO PRESENT:

CHADD SCHLOTTER

PAUL WAGNER

Page 4

TABLE OF CONTENTS

WITNESS          DIRECT  CROSS  REDIRECT  RECROSS

CHRISTOPHER CARDONA

  By Mr. Ring       5

  By Mr. Saunders          76

Page 5

1   P-R-O-C-E-E-D-I-N-G-S
2   3:35 p.m.
3   WHEREUPON,
4   CHRISTOPHER JAMES CARDONA
5   having been called as a witness by Counsel for
6   the Plaintiff, and having been duly sworn, was
7   examined and testified as follows:
8   DIRECT EXAMINATION
9         BY MR. RING:
10      Q   Mr. Cardona, my name is Stephen
11  Ring. I'll be asking you some questions.
12          Let me start by asking you your
13  full name.
14      A   Christopher James Cardona.
15      Q   And where do you live?
16      A   In Kendall, Florida.
17      Q   Can I have a street address?
18      A   11876 Southwest 79th Lane.
19      Q   Are you employed?
20      A   Yes.
21      Q   And where do you work?
22      A   Cruise Planners.

## Page 6

1  Q  What do you do for them?
2  A  I sell cruise vacations.
3  Q  And how long have you been with
4  them?
5  A  Almost two years.
6  Q  Have you ever worked for a company
7  known as World Avenue or The Useful?
8  A  I -- no.
9  Q  Okay. Have you ever worked for
10 any company affiliated with them?
11 A  I'm not sure, actually.
12 Q  Okay. Well, who did you work for
13 before Cruise Planners?
14 A  Before Cruise Planners, I worked
15 for Royal Caribbean.
16 Q  And before them?
17 A  A company called Niutech.
18 Q  And how long did you work for
19 Niutech?
20 A  I believe 11 months.
21 Q  Do you know when that started and
22 ended?

## Page 7

1  A  To the best of my recollection, I
2  believe it was August 2005 to July 2006.
3  Q  And what were your -- what
4  positions did you hold at Niutech?
5  A  Email Market -- Email Campaign
6  Manager.
7  Q  Did you hold any other position?
8  A  No.
9  Q  Who did you report to?
10 A  When I first started, I reported
11 to Steve Saccone.
12 Q  Okay. Anybody else?
13 A  And then, afterwards, I reported
14 to Dale Harrod.
15 Q  And during what period of time did
16 you report to Steve Saccone?
17 A  I honestly don't remember.
18 Q  You're not sure where during those
19 11 months that they switched --
20 A  It was at the beginning, but I'm
21 not sure when I started reporting to Dale. I
22 can't really recall.

## Page 8

1  Q  Okay. And as an Email Campaign
2  Manager, what did you do?
3  A  My role was to send out -- well,
4  first to schedule and send out email
5  campaigns.
6  Q  What's an email campaign?
7  A  Essentially, sending a creative
8  with an offer of some type and facilitating
9  that through email.
10 Q  What do you mean by "a creative"?
11 A  An ad, essentially.
12 Q  And what's the offer?
13 A  The offer could have been whatever
14 it is we were trying to either sell or have
15 people respond to.
16 Q  Okay. Is the creative something
17 different than the offer?
18 A  It's all part of one thing. I
19 pretty much think it's the same thing.
20 Q  Okay. And when you say your role
21 was to schedule the email campaigns, what do
22 you mean by scheduling?

## Page 9

1  A  There would be a number of
2  different campaigns, and I would schedule them
3  so that they wouldn't go out twice in the same
4  day. So I had to schedule them in advance.
5  Q  And where did these campaigns go
6  to? To whom were they intended, I should say.
7  A  They were intended to people on
8  lists.
9  Q  What lists?
10 A  Lists that the company had.
11 Q  Did the campaigns have a
12 particular size?
13 A  Could you clarify?
14 Q  Yes. How many email addresses
15 would be involved in a single campaign?
16 A  Honestly, I don't know because it
17 wouldn't be sent that way. So I don't know
18 exactly how many would be in a particular
19 campaign.
20 Q  Okay. How would you differentiate
21 one campaign from another campaign?
22 A  Essentially, there were campaigns

## Page 58

1    A    Possibly.
2    Q    All right. What records would
3  show what domain names appeared in those
4  "From" lines?
5    A    Well, I guess if there was a way
6  to actually save these emails, I would imagine
7  it would be there.
8    Q    Do you know if these emails were,
9  in fact, saved by Niutech?
10   A    No, I don't know if they were or
11 not.
12   Q    Going back to the tracking of
13 results, one of the elements you said was
14 conversions. What do you mean by conversion?
15   A    A conversion is essentially what
16 was the objective of the campaign to buy, to
17 subscribe. Those conversions were tracked
18 that way. So, did they purchase? Did they
19 subscribe? Whatever the offer was offering.
20   Q    Okay. What did you do with the
21 data you received in these results?
22   A    They would be put in a

## Page 59

1  spreadsheet.
2    Q    Did you put them into the
3  spreadsheet or --
4    A    Yes.
5    Q    -- how did that happen? Okay.
6  What was the name of that spreadsheet?
7    A    I don't recall the name of it.
8    Q    What was that spreadsheet used
9  for?
10   A    To report the results.
11   Q    Do you know if that spreadsheet --
12 well, first of all, what period of time was
13 covered by that spreadsheet?
14   A    It was an evolving spreadsheet. I
15 do believe they were saved by either day or
16 week. So there were multiple spreadsheets.
17   Q    Now when you told me earlier that
18 there were roughly three or four campaigns a
19 day, were you talking about campaigns that you
20 personally would send or that the entire email
21 department would send?
22   A    Well, essentially, the department

## Page 60

1  would work off one calendar, so there wasn't
2  duplication. So it would be based on the
3  entire department.
4    Q    What records would show the volume
5  of emails sent out in each campaign?
6    A    Well, I mean, there must have been
7  some, you know, probably saved in the
8  database, I'm assuming.
9    Q    You referred to physical addresses
10 that appeared in the emails. Do you know,
11 first of all, what were those physical
12 addresses?
13   A    Do you mean the actual address?
14   Q    Yes, if you recall.
15   A    I don't recall.
16   Q    Were they the office address where
17 you were working?
18   A    I don't believe so.
19   Q    Did they belong to physical
20 offices where Niutech employees worked?
21   A    Again, I don't know.
22   Q    Do you know if they were UPS

## Page 61

1  boxes?
2    A    I don't know. They were just the
3  addresses that were in the creative.
4    Q    Did your job entail handling any
5  responses from the recipients of emails?
6    A    No.
7    Q    So you would never have seen any
8  physical mail, for instance, that was sent to
9  those physical addresses?
10   A    No.
11   Q    Is that correct? I asked the
12 question poorly. I should say, am I correct
13 in understanding that you did not handle any
14 of the physical mail that went to those
15 physical addresses? Is that correct?
16   A    By physical, you mean postal mail?
17   Q    Postal mail, yes.
18   A    Yes.
19   Q    Okay. Do you know of a company
20 called World Avenue USA, LLC?
21   A    Yes.
22   Q    How do you know of it?

Page 62

1  A  When I was working at Niutech, my
2  understanding was that was a new brand that
3  they developed.
4  Q  Who's they?
5  A  They, the company, Niutech.
6  Q  Have you heard of the name The
7  Useful, LLC?
8  A  Yes.
9  Q  And what do you understand that to
10 be?
11 A  My understanding was The Useful
12 was kind of the name before it was Niutech.
13 Q  Did you receive a paycheck while
14 you worked at Niutech, I assume?
15 A  Yes.
16 Q  And was it a paper check or
17 electronic?
18 A  Direct, direct deposit.
19 Q  Direct deposit.  And did you
20 receive some kind of a voucher or confirmation
21 that went along with the electronic or direct
22 deposit?

Page 63

1  A  Yes.
2  Q  Okay.  And was the name of the
3  employer on the voucher?
4  A  To the best of my knowledge, yes.
5  Q  What was the name of the employer?
6  A  Niutech.
7  Q  Did that change at all during your
8  11 months?
9  A  I don't believe so.
10 Q  Okay.  Are you aware of any other
11 entities, corporate entities, being housed in
12 the same offices with Niutech during the 11
13 months you were there?
14 A  No.
15 Q  Do you recall the names of any
16 other individuals who worked at the Broken
17 Sound address, whether in your department or
18 not, besides Mr. Saccone and Mr. Harrod?
19 A  Names of personnel?
20 Q  Yes.
21 A  Yes.
22 Q  Who do you recall?

Page 64

1  A  Well, the boss of the company,
2  Niuniu.  That was really the ones that I can
3  recall off the top of my head.
4  Q  So Niuniu Ji, who was the head of
5  the company, is that right?
6  A  Yes.  Well, that was my
7  understanding that, yes, he was.
8  Q  And you also knew Mr. Saccone, Mr.
9  Harrod.  Do you recall any other names?
10 A  There was a gentleman named Eric
11 that was in our department.
12 Q  Do you recall his last name?
13 A  No.
14 Q  Anybody else you recall?
15 A  No.
16 Q  Did you ever look -- I don't know
17 if I finished asking you.  I started to ask
18 you a question based on what you saw before
19 the emails went out.  Did you look at the
20 emails before they went out in the campaign?
21 A  Yes.
22 Q  Why did you look at them?

Page 65

1  A  To make sure everything was there,
2  all the pieces were there.
3  Q  Did you save that image after it
4  was all assembled?
5  A  No.
6  Q  What was the next step after
7  looking at the image to make sure it was all
8  assembled before the campaign went?
9  A  That was really the last step in
10 the process, to make sure you didn't miss
11 something.
12 Q  Was any entry or mark made on the
13 calendar after a campaign was sent?
14       MR. SAUNDERS:  Objection as to
15 form.
16       THE WITNESS:  By mark, what do you
17 mean?
18       BY MR. RING:
19 Q  "X", a checkmark, "done",
20 "completed", any kind of notation or
21 indication of the status of the campaign after
22 it was sent?