# EXHIBIT 23

Case:D-1-GV-08-000962 with (3) documents

| Filed Date | Category | Description | Judges Notes/Comments | Additional Info |
|---|---|---|---|---|
| 5/14/2008 | PET-PL | ORIGINAL PETITION/APPLICATION | ASSURANCE OF VOLUNTARY COMPLIANCE | |
| 5/14/2008 | ORD | ORD:OTHER ORDER | ORDER APPROVING ASSURANCE OF VOLUNTARY COMPLIANCE | |



I, AMALIA RODRIGUEZ-MENDOZA, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on 1-19-10

AMALIA RODRIGUEZ-MENDOZA
DISTRICT CLERK
By Deputy:

**DC Civil**   **BK08136 PG661**

No. D-1-GV-08-000962

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| AND | § | TRAVIS COUNTY, TEXAS |
| | § | |
| WORLD AVENUE U.S.A., LLC | § | 126th JUDICIAL DISTRICT |

Filed in The District Court of Travis County, Texas

JL MAY 14 2008
At 9:434 M.
Amalia Rodriguez-Mendoza, Clerk

### ORDER APPROVING ASSURANCE OF VOLUNTARY COMPLIANCE

On this date came on to be considered the Assurance of Voluntary Compliance previously filed in the above-referenced cause, a true and correct copy of which is attached to this order, and which is approved by all parties. Said Assurance of Voluntary Compliance is hereby **APPROVED** by the Court.

SIGNED this 14th day of May, 2008.



JUDGE PRESIDING

I, AMALIA RODRIGUEZ-MENDOZA, District Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on 11-19-10

AMALIA RODRIGUEZ-MENDOZA
DISTRICT CLERK
By Deputy:


