IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC** | * | |
| successor by merger to NIUTECH, LLC., | * | |
| **DBA "THE USEFUL," ET AL.** | * | |
| | * | |
| Defendants | * | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff moves for an extension of time for several filings as listed below. Counsel and corporate representatives of the parties have been engaged in discussions and the drafting of documents related to a possible settlement since November 9, including several hours in conferences on November 19 (in person, between counsel, 5 hours); Sunday, November 21, 2010 (telephone conference calls, 6 hours); and several more hours spread across nearly every day since November 9 on the telephone or in the drafting or revision of documents related to settlement. This is now a holiday week. Seven motions are set for oral argument on November 29, 2010. Between settlement discussions and the preparation for oral argument, it will be impossible to meet the due dates that fall during the week following argument, and it is likely there will be a cascading effect as the filings come due.

In order to allow time for preparation of the filings after the argument on November 29, Plaintiff requests extensions of due dates as listed below.

1

| | |
|---|---|
| Reply by 12/2 to:<br>11/15/2010 514 RESPONSE in Opposition re 471 MOTION for Protective Order *as to depositions* filed by World Avenue USA, LLC. Replies due by 12/2/2010. (McManus, John) | 12/10 |
| Respond by 12/10 to:<br>11/15/2010 510 MOTION for Attorney Fees by World Avenue USA, LLC Responses due by 12/2/2010 . . . (McManus, John) | 12/10 |
| Respond by 11/29 to:<br>11/12/2010 505 MOTION Order To Show Cause Why Paul Andrew Wagner And Beyond Systems, Inc. Should Not Be Held In Civil Contempt of Court by World Avenue USA, LLC Responses due by 11/29/2010 (McManus, John) | 12/10 |
| Respond by 11/29/ to:<br>11/12/2010 504 MOTION for Reconsideration re 477 Order, by World Avenue USA, LLC Responses due by 11/29/2010 (Saunders, Sanford) | 12/10 |
| Respond by 11/29 to:<br>11/11/2010 499 MOTION for Protective Order *Regarding the Deposition of Its General Counsel* by World Avenue USA, LLC Responses due by 11/29/2010 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 (Appleby Declaration), # 4 Exhibit 4 (Saunders Declaration), # 5 Exhibit Local Rule 104 Certificate)(Saunders, Sanford) | 12/14 |
| Respond by 11/24 to:<br>11/10/2010 498 Memorandum re 497 MOTION for Attorney Fees *Application As To Amount of Attorneys' Fees Memorandum of Points and Authorities In Support of Application As To Amount of Attorneys' Fees* filed by World Avenue USA, LLC. . . . (McManus, John) | |
| By 11/29 reply to:<br>11/10/2010 497 MOTION for Attorney Fees *Application As To Amount of Attorneys' Fees* by World Avenue USA, LLC Responses due by 11/29/2010 (McManus, John) | 12/14 |
| By 11/26, reply to:<br>11/08/2010 495 RESPONSE in Opposition re 455 MOTION for Reconsideration re 444 Order on Motion to Compel, *As to Fourth Request for Production of Documents* filed by World Avenue USA, LLC. Replies due by 11/26/2010. (Attachments: . . . . (McManus, John) | 12/14 |

Plaintiff has asked for Defendants' consent, as shown in the attached emails, but Defendants have refused to consent to the extensions sought in this motion. At the same time, Defendant has asked for a three-week extension for its responses to document requests, and time to file a sur-reply. Plaintiff has been amenable to mutual extensions in general with few exceptions, but the parties appear to be at odds over the current request.

_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249

_____/s/_____
Michael S. Rothman
401 E. Jefferson Street
Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

### Certificate of Service

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.

_____/s/_____
Stephen H. Ring