IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC** | * | |
| successor by merger to NIUTECH, LLC., | * | |
| **DBA "THE USEFUL," ET AL.** | * | |
| | * | |
| Defendants | * | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR REPLY MEMORANDUM

Plaintiff moves for an extension of twelve hours for the filing of its reply memorandum in support of its Motion for Partial Summary Judgment. This extension is sought under the facts recited in the companion motion for extension as to a series of other filings. The 12-hour extension sough here will work no prejudice against any party and will not result in any other extensions.

Plaintiff has asked for Defendants' consent, as shown in the attached email, but has not received a response as of this writing.

_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249

1

_____/s/_____
Michael S. Rothman
401 E. Jefferson Street
Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

## Certificate of Service

     I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.


_____/s/_____
Stephen H. Ring