**IN THE U.S. DISTRICT COURT FOR MARYLAND,**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. PJM 08 cv 0921 |
| | ) | |
| WORLD AVENUE USA, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**WORLD AVENUE USA, LLC'S SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO CORRECT MISNOMER AT DE 459**

### I.   The Court Should Ignore Plaintiff's Speculative Interpretation of the Communication Between Counsel

Plaintiff, Beyond Systems, Inc. ("BSI") attached to its Reply in Support of Motion to Correct Misnomer [DE 526] an inadvertently disclosed communication between WAUSA's counsel.  DE 526 at pp. 1-2.  Plaintiff alleges that "this email as confirming the intent of the defense team to rely on the absence to "TheUseful, LLC" as a named defendant as a basis for asserting a limitation defense to the amended complaint."  *Id.* at p. 2.   As the Declaration of Sanford M. Saunders, Jr., the sender of the email demonstrates, the email had nothing to do with the issue of the statute of limitations defense.  *See* Saunders Declaration, attached hereto as Exhibit A.  This argument was not raised in WAUSA's limited Opposition to the filing if the Second Amended Complaint.  *Id.* at ¶ 4.  Instead, Mr. Saunders' point went to BSIhaving no business taking a deposition of Dale Baker when the scope of the BSI's claims were not yet established due to the pendency of an amended pleading.  *Id.* at ¶ 4.  WAUSA's counsel explained this issue in a later e-mail on April 19th.  *Id.*

**WHEREFORE,** WORLD AVENUE USA, LLC respectfully requests the Court ignore Plaintiff's speculative interpretation of the attached email and instead consider the true meaning of the said conversation as explained by the Saunders Declaration.

Dated: November 26, 2010

Respectfully submitted,

*Attorneys for World Avenue USA, LLC*

/s/ _____
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

and

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477