IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. 08 cv 0921 PJM** |
| | * | |
| **WORLD AVENUE USA, LLC,** et al. | * | |
| | * | |
| Defendants | * | |

## REQUEST FOR ISSUANCE OF ATTACHED SUMMONS

Plaintiff, Beyond Systems Inc. ("BSI"), through counsel, pursuant to the order at DE 544, requests that the Clerk issue the attached summonses, which are addressed to the following defendants:

THEUSEFUL, LLC

WORLD AVENUE MANAGEMENT, INC.

WORLD AVENUE IP, LLC

INTREPID INVESTMENTS, LLC

Q INTERACTIVE, INC.

VENTE, INC.

BRISTOL INTERACTIVE, LLC

This is the first request for summons as to the defendants named above. Plaintiff also requests reissuance of the attached summons, pursuant to the Order at DE 544 granting Plaintiff's motion at DE 215, to NIUNIU JI and to NIUNIU JI dba JINIUS CORPORATION.

      /s/
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249


      /s/
Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*


## Certificate of Service

    I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.


      /s/
Stephen H. Ring