**IN THE U.S. DISTRICT COURT FOR MARYLAND,**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| | ) | |
|     Plaintiff | ) | |
| v. | ) | Case No. PJM 08 cv 0921 |
| | ) | |
| WORLD AVENUE USA, LLC, et al. | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | |

**JOINT REQUEST FOR RULING ON**
**MOTIONS AT DOCKET ENTRIES 214 AND 218**

Pursuant to this Court's Order dated November 30, 2010 at Docket Entry 544 ("Pre-Trial Order"), Plaintiff BEYOND SYSTEMS, INC. ("BSI") and Defendants WORLD AVENUE USA, LLC ("WAUSA"), and WORLD AVENUE HOLDINGS, LLC ("Holdings") represent that they have conferred and have been unable to resolve their differences regarding the Plaintiff's Motion for Determination and Sufficiency of Plaintiff's Initial Expert Disclosures, and/or for Extension of Time ("Motion") [DE 214], Defendant WAUSA's Cross-Motion to Exclude Plaintiff's Expert Witnesses [DE 218], and Plaintiff's Reply at [239].

The Motion was identified at DE 417 as set for a hearing on September 23, 2010. On that date Magistrate Judge Day deferred ruling. DE 428   The Motion thus remains pending. A resolution of this issue would assist the Parties in completing the proposed Joint Proposed Discovery Schedule as directed in the Pre-Trial Order.

Dated this 15th day of December 2010.

Respectfully submitted,

Stephen H. Ring, Esq.
Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
Telephone:  (301) 563-9249
Telefax:      (301) 563-9639


By:      /s Stephen H. Ring, Esq.[1]


--and--

Michael S. Rothman, Esq.
Law Office of Michael S. Rothman
401 East Jefferson Street, Suite 201
Rockville, Maryland 20850
Telephone:  (301) 251-9610
Telefax:  (301) 251-9610




By: /s Michael S. Rothman[2]

Dated this 15th day of December 2010.

Respectfully submitted,

Sanford M. Saunders, Jr., Esq.
Nicoleta Burlacu, Esq.
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  (202) 331-3100
Telefax: (202) 331-3101

By:____ /s Sanford M. Saunders, Jr., Esq.___
--and--

Kenneth A. Horky, Esq.
John L. McManus, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, Florida  33301
Telephone:  (954) 765-0500
Telefax:  (954) 765-1477




By:/s John L. McManus

---

[1] Permission to file electronically has been granted by counsel for Plaintiff.
[2] Permission to file electronically has been granted by counsel for Plaintiff.