UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
   301-344-0632

M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
 Civil Case No. 08-921

DATE: December 16, 2010

******

The Court will now rule on several unopposed interim motions to seal that remain pending in this case:

- Defendant World Avenue's Interim Sealing Motion and Incorporated Memorandum of Law [Paper No. 268] is **GRANTED**;
- Defendant World Avenue's Interim Sealing Motion and Incorporated Memorandum of Law [Paper No. 334] is **GRANTED**;
- Defendant World Avenue's Interim Sealing Motion and Incorporated Memorandum of Law [Paper No. 357] is **GRANTED**; and
- Defendant World Avenue's Interim Sealing Motion and Incorporated Memorandum of Law [Paper No. 398] is **GRANTED**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

 /s/
 PETER J. MESSITTE
 UNITED STATES DISTRICT JUDGE