1

```
 1      IN THE UNITED STATES DISTRICT COURT FOR MARYLAND

 2                 SOUTHERN DIVISION

 3    --------------------------X

 4    BEYOND SYSTEMS, INC.,      :

 5             Plaintiff,        :

 6    vs.                        : Case No: 8:08-cv-00921-PJM

 7    WORLD AVENUE U.S.A., LLC, :

 8             Defendant.        :

 9    --------------------------X

10

11

12                 Deposition of

13              TINA DEMPSEY-JONES

14               Washington, D.C.

15             Friday, March 12, 2010

16

17

18

19

20

21    Reported by:  Stephany L. Jerome, RPR

22    JOB NO.  122726
```

2

```
 1

 2

 3                          March 12, 2010

 4                          10:20 a.m.

 5
```

6

7

8         Deposition of Tina Dempsey-Jones, held at:

9

10            Greenberg & Traurig

11            2101 L Street, N.W., Suite 1000

12            Washington, D.C.  20037

13

14

15     Pursuant to notice, before Stephany L. Jerome, a

16   Notary Public in and for the District of Columbia.

17

18

19

20

21

22
                                          3


1   APPEARANCES:

2   On behalf of the Plaintiff:

3        BY:  STEPHEN H. RING, ESQ.

4        Law Offices of Stephen H. Ring, P.C.

5        506 Main Street, Suite 215

6        Gaithersburg, Maryland 20878

7        (301)563-9249

8

9   On behalf of the Defendant:

10       BY:  SANFORD M. SAUNDERS, JR., ESQ.

11            NICOLETA BURLACU, ESQ.

```
12          Greenberg Traurig, LLP

13          2101 L Street, N.W., Suite 1000

14          Washington, D.C.  20037

15          (202)331-3130

16

17     On behalf of the Witness:

18          BY:  ALEXANDER V. SHEKHTER, ESQ.

19          Assistant General Counsel, Verizon

20          1320 North Court House Road, 9th Floor

21          Arlington, Virginia  22201

22          (703)351-3197
                                              4


 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18
```

19

20

21

22

                                                        5

1

2                    C O N T E N T S

3

4    EXAMINATION OF TINA DEMPSEY-JONES BY:

5                                              PAGE

6     Mr. Saunders                              5

7     Mr. Ring

8     Mr. Saunders

9     Mr. Ring

10

11   DEPOSITION EXHIBITS: (attached)        FOR ID:

12   No.  1   Response to subpoena

13   No.  2   Verizon Online Terms of Service

14            for Verizon FIOS Internet Service

15            for Business

16   No.  3   E-mails from Paul Wagner

17            (confidential)

18   No.  4   Declaration of Paul A. Wagner

19   No.  5   Invoice from Beyond Systems, Inc.

20   No.  6   Verizon Internet Access Service

21            Terms of Service

22

                                             6

1                 P R O C E E D I N G S

2      Whereupon,

3                      TINA DEMPSEY-JONES,

4      having been first duly sworn, was examined and

5      testified as follows:

6          EXAMINATION BY COUNSEL FOR THE DEFENDANT

7      BY MR. SAUNDERS:

8          Q    Ms. Jones, I'll ask you to state your full

9      name for the record.

10         A    Tina Dempsey-Jones.

11         Q    And your address?

12         A    5601 Leon Street, Camp Springs, Maryland.

13         Q    That's your home address?

14         A    Home address, yes.

15         Q    And your work address?

16         A    1320 North Court House Road, 6th Floor,

17     Arlington, Virgina.

18         Q    By whom are you employed?

19         A    Verizon.

20         Q    Ms. Jones, my name's am Sandy Saunders.   I

21     am counsel for World Avenue U.S.A. and several other

22     companies which are named as defendants in a case that

                                                    7

1      has been filed by Beyond Systems, Inc.  Mr. Ring, the

2      gentleman sitting to your right is counsel for Beyond

3      Systems, Inc.   World Avenue has noticed your

4      deposition today.  I'll be asking you a series of

5      questions and then Mr. Ring will have the opportunity

6      to ask you questions as well when I'm finished.  If

7      you don't understand any of my questions, then please

8     feel free to tell me you don't understand my question

9     and I will rephrase it.  You control in that process.

10    If I ask you a question where your answer calls for

11    you to disclose conversations with your counsel, then

12    please don't answer that.  And your counsel will

13    probably jump in, but if inadvertently I ask you a

14    question that calls for an answer based on your

15    conversations with counsel, then you should feel free

16    to tell me that or your counsel will jump in and tell

17    me that.

18          There will come points in time where

19    Mr. Ring may object to certain questions that I ask

20    during the deposition.  This is in part a matter of

21    procedure for the deposition.  Then after Mr. Ring

22    makes his record with his objection, then you can go

                                                  8


1     ahead and answer the question to the best of your

2     ability.

3          A    Okay.

4          Q    But it's important to let him finish

5     speaking because it gets difficult for the court

6     reporter if we all start speaking at the same time,

7     and it is amazing how often human beings do that until

8     you've had to transcribe tapes of conversations you

9     don't fully appreciate that.

10          Have you ever been deposed before?

11         A    No.

12         Q    So, as I said, if you don't understand, you

13    need some help -- if you need to take a break, by the

14    way, just say so and we can go off record with that.

15          Now let's go to the specifics of the

16   deposition.  What position do you hold with Verizon?

17       A    I'm senior marketing manager, product line

18   manager for medium business customers.

19       Q    And how long have you been with Verizon?

20       A    Since 1998.

21       Q    And what were you prior positions with

22   Verizon?

                                          9


1        A    Offer management, so responsible for offers

2   and promotions as well as other marketing bundling

3   packaging, product marketing.

4        Q    And in product marketing, do you work with

5   Verizon customers?

6        A    Through the sales reps.  I mean, I have some

7   but limited interaction with customers.

8        Q    And can you tell us a little bit more about

9   your responsibilities in your current position?

10       A    My current position is as product marketing

11   or product line management for high speed Internet and

12   FIOS.  I am the subject matter expert for medium

13   business so I am responsible for maintaining the

14   product life cycle as well as training the sales

15   force, everything to make sure that the product is

16   promoted successfully to our medium business

17   customers.

18       Q    And what's your educational background?

19       A    I have a B.A. in business administration

20   from Mary Baldwin College.

21     Q    I'm sorry from where?

22     A    Mary Baldwin College in Staunton, Virgina.

                                                    10

1      Q    Sure.  Any other higher education?

2      A    No.

3      Q    Now, you mentioned that part of your

4  responsibilities as part of product line management is

5  Verizon's FIOS service?

6      A    Correct.

7      Q    And is that FIOS service for businesses?

8      A    FIOS for business, correct, Internet and TV.

9      Q    Can you describe what the Verizon FIOS

10 service for businesses is?

11     A    FIOS Internet service for business is a

12 dedicated access connection to the Internet over fiber

13 available to small and medium business customers.

14     Q    And what do you mean by dedicated access?

15     A    It's always up, always available.  You don't

16 dial in so it's a dedicated connection from the

17 customer's location.

18     Q    And how long has Verizon FIOS for business

19 been available?

20     A    I believe since 2005.

21     Q    And who are the target businesses for

22 Verizon FIOS service?

                                                    11

1      A    Targeted businesses for the Internet service

2  for business are small to medium business customers

3  with a single location.

4          MR. RING:  Paul Wagner just came in.

5     BY MR. SAUNDERS:

6          Q     And what types of businesses does Verizon

7     market Verizon FIOS to?

8          A     Verizon markets FIOS to small to medium

9     business customers.

10         Q     And how does a small to medium business

11    customer sign up for Verizon FIOS service?

12         A     They can either order online or they can

13    order via telephone through a sales rep.

14         Q     And what information does a business

15    customer need to provide to Verizon to get the FIOS

16    service for business?

17         A     I would say the main thing is that they

18    would need to provide their location so the address as

19    well as the business name, contact name.

20         Q     Now, does Verizon have terms of service for

21    Verizon FIOS service?

22         A     Yes.

                                          12


1          Q     Does the business need to agree to those

2     terms of service?

3          A     Yes.

4          Q     Is it possible for a business to sign up

5     with Verizon FIOS without agreeing to the terms of

6     service?

7          A     No.  The terms of service have to be

8     accepted in order for the customer to have the

9     service.

10         Q     Can the customer utilize Verizon FIOS for

11    business without agreeing to those terms of service?

12        A    Usage is acceptance of the terms of service

13    as well.

14        Q    Can you explain how that's the case?

15        A    By a customer -- normally the way it works,

16    the customer would accept the terms of service online.

17    If they don't do that, then retaining and using the

18    software for more than 30 days constitutes acceptance.

19        Q    Anything else constitute acceptance?

20        A    No.

21        Q    And are you familiar with the terms of

22    service for Verizon FIOS business?

                                                        13


1        A    Somewhat, yes.

2        Q    Can you describe your experience with the

3    terms for service?

4        A    It's usually in terms of advising sales in

5    regards to what is included, and so I usually consult

6    the actual document in order to determine what's

7    included in the terms of service.

8        Q    And you mentioned it's working with the

9    sales people?

10        A    Working with sales people.

11        Q    And are you familiar with how Verizon

12    implements the terms of service?

13            MR. SHEKHTER:  Objection.  The question is

14    ambiguous.  Could you please restate?

15    BY MR. SAUNDERS:

16        Q    Sure.  Are there times where you answer

17    questions for the sales people about the terms of

18    service?

19        A    Yes.

20        Q    Now I'm going to ask the court reporter to

21    mark as Deposition Exhibit 1.

22
                                              14


1             (Verizon Deposition Exhibit Number 1 was

2    marked for identification and attached to the

3    transcript.)

4    BY MR. SAUNDERS:

5        Q    Ms. Jones, have you seen Verizon Exhibit 1

6    before?

7        A    Yes.

8        Q    And can you tell us what it is?

9        A    A subpoena.

10        Q    And were pages two and three of Verizon

11    Exhibit 1 information produced in response to the

12    subpoena?

13        A    Yes.

14        Q    Now, looking at page two --

15            MR. SAUNDERS:  And let me for the record,

16    Verizon Exhibit 1 consists of pages marked WAUSA 00135

17    through 137.

18    BY MR. SAUNDERS:

19        Q    Looking at the second page, which is

20    numbered at the bottom 136, can you tell us what this

21    page shows?  And if you have to carry over to the next

22    page, that's okay.
                                              15

```
 1        A    Okay.  It shows the account number, business

 2   name, customer name, address, phone number, e-mail,

 3   the payment method, the service address, shipping

 4   address.

 5        Q    For what?

 6        A    For Beyond Systems.

 7        Q    And for what type of account does it show?

 8        A    Business account.

 9        Q    Is this a FIOS business account?

10        A    Yes.

11        Q    Now, who is the customer that's reflected

12   here?

13        A    Beyond Systems.

14        Q    It says -- I'm sorry, it says Beyond Systems

15   next to business name?

16        A    Yes.  And the point of contact, customer

17   name, William Wagner.

18        Q    So who is the customer?

19             MR. RING:  Objection.  Asked and answered.

20             MR. SAUNDERS:  Go ahead and answer.

21             MR. RING:  Asked twice.

22             THE WITNESS:  Beyond Systems.
                                                    16


 1   BY MR. SAUNDERS:

 2        Q    And what was the creation date of the

 3   account?

 4        A    December 21st, 2005.

 5        Q    And what is the account address?

 6             MR. RING:  Objection.  Speaks for itself.
```

```
 7    Go ahead.

 8          THE WITNESS:  1612 Sherwood Road, Silver

 9    Spring, Maryland 20902.

10    BY MR. SAUNDERS:

11       Q    Now, on the page about the information about

12    the Verizon FIOS for business account does the name

13    Paul Wagner appear?

14          MR. RING:  Objection.  Same.  Speaks for

15    itself.

16    BY MR. SAUNDERS:

17       Q    Go ahead, Ms. Jones.  Does the name Paul

18    Wagner appear?

19       A    On which page, on page 136.

20       Q    Correct.  As to the FIOS account.

21       A    No, it does not.

22       Q    Does the name Paul Wagner appear anywhere
                                          17


 1    else in Exhibit 1?

 2       A    Yes.  On page 137.

 3       Q    And what's reflected on page 137?

 4       A    An account number, creation date, customer

 5    name, address, telephone number, e-mail, payment

 6    method.

 7       Q    And is that the same account as reflected on

 8    page 136?

 9       A    No, it's not.

10          MR. RING:  Note my objection.  I think she

11    was cut off.  You asked her what was on a page.  She

12    started to go through the page, and then she only got
```

13     about halfway through and then she was cut off.

14             MR. SAUNDERS:  I'm sorry.

15             MR. RING:  If actually what you wanted her

16     to do is read the page, that's what she was doing.

17             MR. SAUNDERS:  I thought the witness was

18     done.

19     BY MR. SAUNDERS:

20        Q   Ms. Jones, is there anything else you wanted

21     to say about second page?

22        A   I can read the entire page.

                                              18


1         Q   No.  That's okay.  Now, what type of

2      account -- because now I've lost my train of thought,

3      I apologize if you answered this.

4              What type of account is reflected on page

5      137, the last page.

6              MR. RING:  Objection.  Ambiguous.  Go ahead.

7              THE WITNESS:  It appears to be a consumer

8      account.

9      BY MR. SAUNDERS:

10        Q   And is that a different type of account from

11     the FIOS account that is reflected on the previous

12     page?

13        A   Yes.

14        Q   What's a consumer account?

15        A   Consumer is for a residential customer,

16     nonbusiness.

17        Q   And who is the customer for the consumer

18     account that's reflected on page 137?

19        A   Paul Wagner.

20      Q    What's the address for Mr. Wagner?

21      A    1837 R Street, Northwest, Washington, D.C.

22  20009.

                                          19


1       Q    And there are some phone numbers reflected

2   on the consumer account.  Do you see those on page

3   137?

4       A    Yes.

5       Q    For the consumer account those numbers have

6   a 202 Area Code?

7       A    Correct.

8       Q    Do you know from what jurisdiction 2O2 is

9   the Area Code?

10      A    Washington, D.C.

11      Q    Now, on the FIOS account there is a

12  telephone number that's listed.  Do you see that on

13  page 136?

14      A    Yes.

15      Q    And that has an Area Code of 301?

16      A    Yes.

17      Q    Do you know what area 301 is the Area Code

18  for?

19      A    Maryland.

20      Q    Now, for the FIOS account, do you know how

21  this customer signed up?  You mentioned before that

22  customers can sign up either by phone or online?

                                          20


1       A    I believe this customer signed up over the

2   phone because in 2005 we didn't have online ordering.

3      Q    Now, does Verizon on its own ever conduct

4   research to fill in customer information for its

5   accounts?

6      A    No.

7      Q    Is it Verizon policy to do a reverse phone

8   or address lookup to identify customer names for

9   accounts?

10     A    No.

11     Q    Are you aware of Verizon ever engaging in a

12  reverse phone/address lookup to fill in account

13  information?

14     A    No.

15     Q    Now, from Verizon Exhibit 1 can you tell

16  what service is now being provided to the FIOS

17  account?

18     A    I'm not sure I understand what you're asking

19  me.

20     Q    I'm asking you for the account that's

21  reflected on page 136 --

22     A    Okay.

                                        21


1      Q    That's an active account?

2      A    Right.

3      Q    And can you tell us precisely what service

4   is being provided?

5      A    It looks like Verizon FIOS for business,

6   static.

7      Q    Now, is this a business or a residential

8   account?

9      A    Business.

10     Q    Now, what types of information are generally

11    provided with a Verizon FIOS account?

12     A    I don't understand what you're asking me.

13    Information for?

14     Q    What does a customer get with the Verizon

15    FIOS account?

16     A    Okay.  Well, depending on the service the

17    customer signs up for, dynamic or static, the customer

18    would get with static one static IP address, either

19    the choice of domain name, e-mail or dot net e-mail

20    boxes, Web space and one license for Internet Security

21    Suite.

22     Q    And does that include an IP address?

                                                    22


1      A    One IP address with the static product.

2      Q    And static is what we're talking about was

3    reflected for the FIOS service in Exhibit 1?

4      A    Correct.

5      Q    You said one IP address?

6      A    One IP address.  Additional IP addresses can

7    be purchased.

8      Q    Do you know how many IP addresses were

9    purchased with the FIOS account that's reflected on

10    Verizon Exhibit 1?

11     A    I believe it was 13.

12     Q    And is there software provided with Verizon

13    FIOS?

14     A    Yes.

15     Q    What type of software is provided?

16      A    Internet access software.

17      Q    Anything else?

18      A    The one license for the Internet Security

19  Suite.

20          MR. SAUNDERS:  We'll mark this as Verizon

21  Exhibit 2.

22

                                               23

1          (Verizon Deposition Exhibit Number 2 was

2   marked for identification and attached to the

3   transcript.)

4   BY MR. SAUNDERS:

5      Q    Ms. Jones, do you recognize what's been

6   marked as Verizon Exhibit 2?

7      A    Yes.  The Verizon online terms of service

8   for FIOS Internet for business.

9          MR. SAUNDERS:  And, for the record, what

10  we've handed the witness marked as Verizon Exhibit 2

11  is a document starting with pages marked WAUSA dash

12  3rd Party dash 02228 through 02235.

13          I'm sorry, could you read the witness'

14  answer back to me.

15          (The Reporter read the last answer.)

16          MR. SAUNDERS:  Thank you.

17  BY MR. SAUNDERS:

18      Q    And do you know when these terms of service

19  went into place or how long they've been in place?

20      A    Since 2005.

21      Q    Thank you.  And are these the terms of

22    service that would govern the FIOS account that was

                                                          24

1     identified in Verizon Exhibit 1?

2         A    Yes.

3         Q    So were these the terms of service that

4     governed the Verizon FIOS account identified in

5     Exhibit 1 when the account was open?

6         A    I'm sorry, repeat that one more time.

7         Q    Just to be clear, Exhibit 2, are these the

8     terms of service that governed the FIOS account in

9     Exhibit 1 at the time that account was opened?

10        A    Yes.

11        Q    And do these terms of service still apply to

12    that account?

13        A    Yes.

14        Q    Now for Exhibit 2, for the terms of service

15    of the Verizon FIOS account, who are the parties to

16    the terms of service?

17        A    Verizon and the customer.

18        Q    And do the terms of service specify the

19    entity that provides FIOS business service in

20    Maryland?

21        A    Yes.

22        Q    And who is that?

                                                          25

1         A    Verizon Online Maryland.

2         Q    And on the last page of Exhibit 2 there's a

3     reference down towards the bottom.  See where it says,

4     "Services in Maryland provided by Verizon-Maryland,

```
 5    LLC"?
 6         A    Yes.
 7         Q    That's the same Verizon that's being
 8    referred to on page 1?
 9         A    It's an affiliate of Verizon Internet
10    Services.
11         Q    Now, do the terms OF service provide how
12    they are to be accepted by the business customer?
13         A    Yes.
14         Q    And how is that?
15         A    Either online -- online or by use of service
16    or retention of the software for more than 30 days.
17         Q    And where does it say that?
18         A    In the first paragraph underlined.
19         Q    Now, if you'll turn to page five, paragraph
20    24, does paragraph 24 address any prior agreements or
21    representations made about the service?
22         A    Yes.
```
                                              26


```
 1         Q    And what does it provide?
 2         A    It says that this agreement supersedes any
 3    proposals or any agreements that may have been
 4    provided prior to acceptance of this agreement.
 5         Q    And does it account for how changes can be
 6    paid or modifications to the agreement can be made?
 7         A    No.
 8         Q    Take a look at the --
 9         A    Yes.
10         Q    And what does it say?
11         A    "Any changes to the agreement or any
```

12    additional or different terms of the purchase order,

13    acknowledgment or other documents will not be

14    effective unless expressly agreed in writing by us."

15        Q    Thank you.  Now, does Exhibit 2 define the

16    services that are being provided?

17        A    Yes.

18        Q    And where does it do that?

19        A    In number one.

20        Q    That's the paragraph --

21        A    Services.

22        Q    Thank you.
                                                    27


1              MR. RING:  You're saying paragraph one?

2              MR. SAUNDERS:  Correct with the -- would

3    that be an Arabic number?  Yes.

4              MR. RING:  On page one?

5              MR. SAUNDERS:  Yes.

6              MR. RING:  I was on page five.  That's the

7    only reason, I just wanted to jump.  Okay.

8              MR. SAUNDERS:  I have no problem with making

9    sure the record's clear.

10    BY MR. SAUNDERS:

11        Q    And how is service defined?

12             MR. RING:  Note my objection to the extent

13    the question is asking the witness to recite what's

14    already in the document.

15    BY MR. SAUNDERS:

16        Q    You can go ahead and answer.

17        A    "The service is defined as Verizon FIOS

18    Internet Service for business, Verizon Business E-mail

19    Service, Dial-Up Mobility Broadband Internet Service,

20    including all software as defined in paragraph nine

21    below and such other products or services as you may

22    subscribe to with Verizon.  The service shall also

                                                    28

1    include any software or hardware that we provide you

2    in connection with the Service to which you have

3    subscribed."

4        Q    Now, is the business customer under Verizon

5    Exhibit 2 permitted to resell the Verizon FIOS

6    business services to others?

7        A    No.

8        Q    Is there a term of service that relates to

9    that?

10        A    Yes.

11        Q    And what is that?

12        A    Number six.

13        Q    That would be on page --

14        A    Page two.

15        Q    Page two also Bates number 02229?

16        A    "Your Responsibilities."

17        Q    And can you read the applicable provision of

18    paragraph six that applies to this issue of resale?

19        A    "You may not resell the service or access to

20    service directly or indirectly to third parties

21    without our written agreement."

22        Q     And what happens if they do, if the

                                                    29

1    customer does resell?

2        A    And Verizon is made aware?

3        Q    Yes.

4        A    Verizon will take steps to make corrective

5    action, which can include termination.

6        Q    Now, what's your understanding of what it

7    means to resell the FIOS service being provided under

8    the terms of service marked as Verizon Exhibit 2?

9        A    To provide the service to a third party

10   other than the customer.

11       Q    And what's your understanding of what it

12   means to resell access to the service?

13       A    To provide Internet access to a third party.

14       Q    And to the extent there's a reference here

15   to reselling the service or access directly or

16   indirectly, what's your understanding of what that

17   means?

18       A    To charge -- or to sell for a price or to

19   provide to a third party without a price.

20       Q    So under the terms of service, is the

21   Verizon FIOS business subscriber permitted to turn

22   around and provide third parties access to the

                                              30


1    Internet for a fee?

2        A    No.

3        Q    Under these terms of services, is the

4    business subscriber for Verizon FIOS permitted to host

5    Internet services for customers using the Verizon FIOS

6    Internet connection?

7        A    No.

8             MR. RING:  Note my objection because the

9    question asks for an interpretation -- reciting

10   language that's already in the document itself and, B,

11   asks, I belief, for a legal opinion or an

12   interpretation, and the witness has not been qualified

13   to render a legal opinion.  That's my objection.  I'd

14   like to have a continuing objection to similar

15   questions, if I may.

16             MR. SAUNDERS:  That's fine.

17   BY MR. SAUNDERS:

18      Q    And in that when we're talking about -- in

19   your answer that the customer, the business customer

20   under Verizon Exhibit 2 is not allowed to host

21   Internet services for a third party, does that include

22   Internet service such as providing e-mail services for

                                           31


1    a third party customer?

2       A    Yes.

3       Q    Now, can a business subscriber under Verizon

4    Exhibit 2 charge third parties for handling there

5    electronic e-mail?

6       A    I'm sorry, say it one more time.

7       Q    Can a business subscriber under Verizon

8    Exhibit 2 charge third parties for handling their

9    e-mail?

10      A    No.

11      Q    Now, does it make any difference if that

12   Verizon FIOS business subscriber only charges some

13   people for providing access to the Internet and

14    doesn't charge others?

15        A    No.

16        Q    Because it would still be prohibited under

17    the terms of service?

18        A    Correct.

19        Q    Now, can a Verizon business subscriber host

20    the domain names for other third-party customers using

21    the Verizon FIOS service?

22        A    No.

                                                   32


1         Q    Can a Verizon business FIOS subscriber use

2    the Verizon FIOS service to host hundreds of domains

3    for third parties using the Verizon FIOS service?

4              MR. RING:  Objection.

5              THE WITNESS:  No.

6    BY MR. SAUNDERS:

7         Q    Can a Verizon FIOS business subscriber

8    assign one of the Verizon IP addresses to a third

9    party?

10        A    No.

11        Q    And does it matter whether they assign that

12    IP address without taking a fee?

13        A    It does not matter.

14        Q    Whether it's for a fee or not?

15        A    It cannot.  Right.  It cannot be done.

16        Q    Thank you.  Can a customer use Verizon FIOS

17    to conduct business as an Internet service provider?

18        A    No.

19        Q    Does it matter whether the Verizon FIOS

20    business subscriber acting as an Internet service

```
21    provider charges a fee for Internet access?

22        A    No.
                                        33


 1        Q    Do you know what a wireless hot spot is?

 2        A    Yes.

 3        Q    Can you give us an example?

 4        A    It's a location where customers can connect

 5    to the Internet without a hard-wired connection.

 6        Q    Is a Verizon FIOS business subscriber

 7    permitted to set up a wireless hot spot for the

 8    general public to access the Internet using Verizon

 9    FIOS?

10        A    No.

11        Q    So a Verizon FIOS business subscriber could

12    not charge a fee to third parties for accessing a

13    wireless hot spot?

14             MR. RING:  Objection.

15             THE WITNESS:  No.

16    BY MR. SAUNDERS:

17        Q    Now directing your attention to paragraph

18    25, and you see where paragraph 25 -- would you go

19    ahead and read into the record the first sentences of

20    paragraph 25?

21             MR. RING:  Objection.

22
                                        34


 1    BY MR. SAUNDERS:

 2        Q    Go ahead.

 3        A    "Service Description:  Verizon FIOS Internet
```

4      Service provides you dedicated access to the Internet

5      over a fiber optic transmission facility.  You may

6      connect multiple computers/devices within a single

7      office location to your service router to access the

8      service, but only through a single Verizon FIOS

9      Internet service account and a single IP address

10     obtained from Verizon.?

11          Q    Thank you.  Is it possible to connect

12     mutiple computer devices within multiple offices to

13     the Verizon FIOS service?

14          A    No.

15          Q    If a Verizon business subscriber connects a

16     server at the Verizon FIOS location to another server

17     at another location to provide Internet access to the

18     third party, is that permissible?

19          A    No.

20          Q    And if a Verizon FIOS business subscriber

21     can't do that, what is FIOS intended for?

22          A    It's intended for single use at a single

                                                        35


1      location.

2          Q    Now, can you hook up multiple computers at

3      one location?

4          A    Yes.

5          Q    But each office has to have their own

6      separate FIOS connection?

7          A    Each location.

8          Q    So, for example, Greenberg Traurig, which

9      has approximately 30 offices around the country, we

10    couldn't link all 30 offices through one Verizon FIOS

11    account?

12        A    That's correct.

13        Q    Now, for this office where we have 100

14    lawyers, we could have 100 computers linked to one

15    account?

16        A    Correct.

17        Q    But we would violate the terms and

18    conditions once we brought in another office?

19        A    Correct.

20             MR. SAUNDERS:  Let's mark this as 3.

21             (Verizon Deposition Exhibit Number 3 was

22    marked for identification and attached to the

                                                      36


 1    transcript.)

 2             MR. SAUNDERS:  And, Ms. Jones, let me know

 3    when you've had a chance to look at what we've marked

 4    as Verizon Exhibit 3. direct your attention Street --

 5    Bayer with me one second.

 6             And, for the record, this is a document with

 7    the Bates numbers BSI dash K0003295 through 3297.  And

 8    this is one of those documents that's marked

 9    confidential and will be covered by the

10    confidentiality agreement that we'll go through at the

11    end of your deposition.

12    BY MR. SAUNDERS:

13        Q    Now, Ms. Jones, let me direct your

14    attention -- bear with me one second.

15             Ms. Jones, if you'll look at the second page

16    of Verizon Exhibit 3, you'll see at the bottom there

17    is an e-mail transmission dated Thursday, 12th of

18    January 2006.  Do you see that?

19        A    Yes.

20        Q    And then if you continue onto the third

21    page, you'll see the body of that e-mail transmission?

22        A    Yes.

                                                        37


 1        Q    And do you see there a reference to

 2    safemailbox dot com and dot net?

 3        A    Yes.

 4        Q    And it's an e-mail address that appears to

 5    be assigned to G3 Mac?

 6        A    Yes.

 7        Q    Now, if this IP address, safemailbox dot com

 8    and dot net, if that is assigned to a Web site that

 9    provides e-mail access to third parties, would that be

10    a violation of the Verizon terms and services?

11            MR. RING:  Objection.

12            THE WITNESS:  Yes.

13    BY MR. SAUNDERS:

14        Q    Now, the next e-mail, if you go to where it

15    says there's an e-mail for 2008, which starts on the

16    first page.  You see that?

17        A    Yes.

18        Q    Now, there who does it identify as the

19    customer in that e-mail for the Verizon FIOS service?

20            MR. RING:  Objection.

21            THE WITNESS:  I'm sorry, are you referring

22    to October --

                                                        38