

**Residential**   Business   Wireless                                  Español   Enter Your Location   My Verizon

About FiOS   TV   Internet   Phone   Bundles   Order   **Support**     Search Site & Support

## Support

Overview   **Internet**   TV   Phone   Wireless

**Search for Support**

[Search support] in [Internet ▼]   Search

**General Support**
- **Top Questions**
- User Guides
- Getting Started
- Security
- Essentials & Extras
- Tutorials
- Internet 101

**Email**
**Billing**
**Account Tools**
**Networking**
**Troubleshooting**

Feedback   |   Email   Print   Bookmark

**Verizon Fiber Solutions Center**

The Verizon Fiber Solutions Center provides dedicated technical support for the following FIOS services:
- Telephone
- Internet Service
- Television

If you have questions or need additional help, please call (888) 553-1555.

[Back]

Contact Us

**My Preferences**   Edit
Internet: FiOS Internet

**Forums**
Exchange experiences, tips, information and techniques related to Verizon products and services.

**Ask Verizon**
Get instant answers from our automated customer service agent.
[Ask Now]

**Order Status**
View order progress, connection date and more
> Check Order Status

**Get FiOS / What's Next**
Get FiOS - Check Availability
What's Next

**System Tools**
Verizon Online Password Reset
FiOS Speed Test
FiOS Speed Optimizer
In Home Agent
Announcements

**Safety & Privacy**
Alerts & Updates
Preference Center

**Billing Services**
Pay Bill
View Bill
Enroll in One Bill
Change Billing Info
Billing Center

**Online Ordering**
FiOS Accessories Online Store

**Get in Touch**
Contact Us

| About Us | Contact Us | Store Locator | Careers | Verizon Thinkfinity | Site Map | Privacy Policy | Terms and Conditions | Site Feedback | © 2010 Verizon |