**IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC** | * | |
| successor by merger to NIUTECH, LLC., | * | |
| **DBA "THE USEFUL," ET AL.** | * | |
| | * | |
| Defendants | * | |

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, Beyond Systems Inc. ("BSI"), moves for an extension of time for the filing of its opposition memorandum at DE 556. The filing was completed ten minutes past midnight, according to the ECF confirmation. By email, Mr. Saunders, as counsel for Defendants, has consented to an extension nunc pro tunc for that filing.

_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suit 215
Gaithersburg, Maryland 20878
USDC, MD: #00405
Telephone: 301-563-9249
Co-counsel for Plaintiff

## Certificate of Service

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.

_____/s/_____
Stephen H. Ring