IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC.        )<br>                                              )<br>        Plaintiff                        )<br>v.                                            )<br>                                              )<br>WORLD AVENUE USA, LLC, et al. )<br>                                              )<br>        Defendants                   )<br>_____ ) | Case No. PJM 08 cv 0921 |

### JOINT STIPULATION TO EXTEND CERTAIN DATES IN JOINT PROPOSED DISCOVERY SCHEDULE AT DE 571

Pursuant to this Court's Order dated November 30, 2010 at Docket Entry 544 ("Pre-Trial Order") and the Joint Proposed Discovery Schedule filed on December 15, 2010 at DE 571, Plaintiff BEYOND SYSTEMS, INC. ("BSI") and Defendants WORLD AVENUE USA, LLC ("WAUSA"), and WORLD AVENUE HOLDINGS, LLC ("Holdings") hereby jointly stipulate to extend two dates in their Joint Proposed Discovery Schedule.

Specifically, the Parties propose to extend to January 13th the date for the filing of the Joint Stipulation informing the Court of the specific existing Limited Discovery Disputes that have been resolved, and those that have not been resolved, as well as for the conducting of the Conference on any Letters Rogatory that may issue.

The extension is made necessary by the extensive discussions and correspondence that the Parties have exchanged in attempting to resolve Limited Discovery Disputes, which include several letters and telephone conferences.

The Parties jointly request that the extension be approved by the Court.

<table>
<tr><td>

Dated this 7th day of January 2011.

Respectfully submitted,

Stephen H. Ring, Esq.
Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
Telephone: (301) 540-8180
Telefax:     (301) 563-9639

By:___/s Stephen H. Ring, Esq.[1]


--and--

Michael S. Rothman, Esq.
Law Office of Michael S. Rothman
401 East Jefferson Street, Suite 201
Rockville, Maryland 20850
Telephone: (301) 251-9610
Telefax: (301) 251-9610


By: /s Michael S. Rothman[2]

</td><td>

Dated this 7th day of January 2011.

Respectfully submitted,

Sanford M. Saunders, Jr., Esq.
Nicoleta Burlacu, Esq.
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Telefax: (202) 331-3101

By:____/s Sanford M. Saunders, Jr., Esq.___
--and--

Kenneth A. Horky, Esq.
John L. McManus, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, Florida  33301
Telephone: (954) 765-0500
Telefax:  (954) 765-1477


By:/s John L. McManus

</td></tr>
</table>

---

[1] Permission to file electronically has been granted by counsel for Plaintiff.
[2] Permission to file electronically has been granted by counsel for Plaintiff.