UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| BEYOND SYSTEMS, INC. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 8:08-cv-00921 (PJM) (CBD) |
| WORLD AVENUE USA, LLC, *et al.* | ) |
| Defendants. | ) |

**APPLICATION FOR ISSUANCE OF LETTER TO
THE SUPREME COURT OF QUEBEC (Montreal)**

Pursuant to Rule 28(b) f the Federal Rules of Civil Procedure, Applicant World Avenue USA, LLC ("WAUSA" or "Applicant"), by and through undersigned counsel, hereby petitions the Court for the issuance of a rogatory letter addressed to the Supreme Court of Canada.

Applicant requests that the Court approve and sign the attached rogatory letter; that the clerk of the Court authenticate the Court's signature under the seal of this Court; that the clerk mail in duplicate the letter and the authentication to the address of the Supreme Court of Quebec (Montreal) listed in the accompanying rogatory letter; and that the Court retain a copy of the rogatory letter for the Court's files. Applicant also requests that a copy of the rogatory letter and the authentication be provided to each of the parties.

Dated : March 8, 2011

        Respectfully submitted,

        *Attorneys for World Avenue USA, LLC*

        GREENBERG TRAURIG, LLP

        ___/s/_____
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477