UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

# MEMORANDUM

TO:	Counsel of Record

FROM:	Judge Charles B. Day
	United States Magistrate Judge

RE:	Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
	Civil Action No. PJM-08-921

DATE:	March 18, 2011

\* \* \* \* \* \* \* \* \*

Please be advised that oral argument has been scheduled for **Thursday, March 24, 2011 at 10:00 a.m.** on:

   **ECF No. 482**  Plaintiff's Motion to Compel Defendant WAUSA to Provide Complete Answers to Interrogatories, Set 2.

The parties will be allotted approximately 2 hours for total argument. Please note, however, that I may choose to decide these motions on the pleadings prior to the date scheduled for argument.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text. These materials are not to be filed electronically.

My staff and I spend a considerable amount of time preparing for hearings in order to reach a fair and well-informed decision. The parties are advised that they must inform the Court at least two (2) days prior to the scheduled hearing in the event that circumstances arise that may result in the need for a continuance, stay or cancellation of the hearing, or any part thereof. This is also required if any motion or a part thereof has been resolved, or if the filing party wishes to withdraw any motion from consideration.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.