IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC** | * | |
| successor by merger to NIUTECH, LLC., | * | |
| **DBA "THE USEFUL," ET AL.** | * | |
| | * | |
| Defendants | * | |

## NOTICE OF CONSENT TO
## MUTUAL EXTENSION OF TIME

Plaintiff advises the Court that via a telephone conference between Mr. Ring for Plaintiff and Mr. Saunders for Defendants on the afternoon of April 1, 2011, the parties have agreed to a mutual extension of time to respond to the discovery requests issued on or about February 4, 2011, to the new date of April 6, 2011, and have agreed to further modification of two dates in discovery schedule, to be addressed in a filing by Defendants.

_____/s/_____
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249



_____/s/_____

Michael S. Rothman
401 E. Jefferson Street
Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

## Certificate of Service

    I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.


          /s/
Stephen H. Ring