IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEYOND SYSTEMS, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | **Case No. PJM 08 cv 0921** |
| | * | |
| **WORLD AVENUE USA, LLC,** et al. | * | |
| | * | |
| Defendants | * | |

## MOTION FOR FURTHER EXTENSION OF TIME

Plaintiff, Beyond Systems Inc. ("BSI"), and third-party defendants, Hypertouch, Inc. and James Joseph Wagner, ("Movants") move for a further extension of time for their responses to pending discovery requests.

On February 4, 2011, both sides propounded written discovery requests (two sets by plaintiff to defendants; eight sets by defendants to Plaintiff and the third-party defendants), and have since agreed to mutual extensions of the response dates to April 6, 2011, as reflected in the filings at ECF 634, 635 and 637. Movants served responses to two of the eight pending sets of discovery requests on the evening of April 6-7, with two installments of documents, and now continue in the process of finalizing their responses to the remaining 6 sets. The process is complicated by the volume of information and documents that must be reviewed, evaluated, organized and Bates numbered before production.

Defendants served their responses to Plaintiff's requests on April 6. Both sides contend the others' responses of April 6-7 are deficient.

Movants requested on the evening of April 6 that Defendant consent to a further extension to 6 pm on April 7. On April 7, at approximately 11 a.m. Mr. Ring and Mr. Saunders conferred by telephone, and Mr. Ring asked Mr. Saunders' consent to a further extension to 9

a.m. on April 8, 2011 for the completion and service of Movants' remaining responses. Although a proposed consent motion has now been exchanged, counsel have not been able to reach complete agreement on the extension, and it is clear that further negotiations on the terms of that agreement or motion could involve considerable time which would be better spent in finalizing the responses.

Movants now request a further extension to 9 am on April 8, 2011, for service of the six sets of remaining responses to discovery requests that were issued on February 4, 2011. Copies of relevant communications are attached.

     /s/
Stephen H. Ring
**STEPHEN H. RING, P.C.**
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
MD Bar Id. No. 04731764; USDC, MD: #00405
Telephone: 301-563-9249


     /s/
Michael S. Rothman
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
Phone: (301) 251-9660
Fax: (301) 251-9610

*Attorneys for Plaintiff*

### Certificate of Service

I certify that a copy of the foregoing documents was served on the date of ECF filing, via the ECF system, on all counsel of record.


     /s/
Stephen H. Ring