UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Charles B. Day
        United States Magistrate Judge

RE:     Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
        Civil Action No. PJM-08-921

DATE:   April 15, 2011

* * * * * * * * *

      This is just a note to remind you of my expectations regarding the outstanding discovery motions. During our hearing of April 7, 2011, I indicated that you would be required to engage in further dialogue regarding any outstanding motions and to file renewed certificates of conference regarding any pending motion. The purpose of this is to have you identify those issues that are relevant and appropriate for resolution for your August trial date. The moving party needs to articulate what those issues are and file the required certificate of conference.

      Thank you in advance for your cooperation.