# EXHIBIT 4

Page 1 of 1

Case 8:08-cv-00921-PJM   Document 650-4   Filed 04/25/11   Page 2 of 3

### Dotson, Barry (Para-FTL-LT)

| | |
|---|---|
| **From:** | McManus, John (Shld-FTL-LT) |
| **Sent:** | Thursday, November 11, 2010 1:07 PM |
| **To:** | shr@ringlaw.us; mike@mikerothman.com |
| **Cc:** | Saunders, Sanford (Shld-DC-LT); Burlacu, Nicoleta (Assoc-DC-LT); Horky, Kenneth (Shld-FTL-LT) |
| **Subject:** | Beyond Systems, Inc. v. World Avenue USA, LLC/World Avenue USA, LLC v. Hypertouch and James Joseph Wagner. |
| **Attachments:** | Letter111110.pdf |

Please see attached correspondence.

**John L. McManus**
Shareholder
Greenberg Traurig, P.A. | 401 East Las Olas Boulevard Suite 2000 | Fort Lauderdale, FL 33301
Tel 954.768.8291 | Fax 954.759.5591
mcmanusj@gtlaw.com | www.gtlaw.com



PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL



John L. McManus
Tel. 954.768.8291
Fax 954.765.0500
mcmanusj@gtlaw.com

November 11, 2010

**VIA E-MAIL**

Stephen H. Ring, Esq.                    Michael S. Rothman, Esq.
Stephen H. Ring, P.C.                    Law Office of Michael S. Rothman
506 Main Street, Suite 215               401 East Jefferson Street, Suite 201
Gaithersburg, Maryland 20878             Rockville, Maryland 20850

    Re:  *Beyond Systems, Inc. v. World Avenue USA, LLC, et al.*
         Case No. PJM 08 cv 0921
         U.S. District Court for Maryland (Southern Division)

Dear Counsel:

Hypertouch, Inc. ("Hypertouch") and James Joseph Wagner ("Wagner") are in contempt of the Court's Order at DE 431, having failed to comply with the Court Order by producing discovery since May 27, 2010. Hypertouch and Wagner failed to move for reconsideration of the Order, and thereby waived any objection to it. Moreover, the Court has found that Wagner and Hypertouch's Motion for Protective Order and their Motion for Stay at DE 447 were untimely filed, and denied reconsideration of that Order at DE 472.

World Avenue USA, Inc. ("WAUSA") will be filing a Motion for Order to Show Cause and application for entry of a $105 million judgment against Hypertouch and Wagner based on their contempt of the Court's Order. However, prior to doing so, we wanted to check whether Hypertouch and Wagner would be serving their discovery responses prior to the end of the day, and alternatively, whether Wagner and Hypertouch consent to entry of the $105 million judgment. Please note that consistent with past practice, as Wagner and Hypertouch's deadline to comply with the Court Order is long past, we are not willing to consent to any further extension of this long-overdue deadline.

                Sincerely,

                /s John L. McManus

                John L. McManus

cc:  Sanford M. Saunders, Jr., Esq.
     Kenneth A. Horky, Esq.
     Nicoleta Burlacu, Esq.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN**
BOSTON
BRUSSELS**
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO**
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH**

*OPERATES AS GREENBERG TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

FTL107,921,759v1 MCMANUSJ  115318.010500 11-11-10