# EXHIBIT 3

**From:** Steve Ring [shr@ringlaw.us]
**Sent:** Monday, April 11, 2011 5:02 PM
**To:** Saunders, Sanford (Shld-DC-LT)
**Subject:** bsi v world avenue; discovery

Sandy:

Per our telephone discussion today:

- the current address of Hypertouch's server in California is given in Answer no. 1 of the Hypertouch responses to WA interrogatories, sent to you on April 8. (Ruthelma, Palo Alto). The specfic address is designated confidential, as I described.

- BSI tax returns - I am in discussions with client on this, will respond further.

- Plaintiff's privilege log - we will de-designate the confidentiality designation. I will respond to your other points further.

- Modification of Wagner hybrid expert report to omit references to materials from litigation, specifically, reports of other experts.
I am in discussions with client on this and will respond further.

As to Defndants' responses directed by the Court on March 24, I am asking that full production be made as directed, and I understand that you
will provide an update on status on this issue tomorrow.

Thank you.


Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
Ph 301-563-9249
Fx 301-563-9639
shr@ringlaw.us
If this message was received in error, please delete it and notify the sender.
This office does not consent to delivery of any advertisements via email or facsimile.

4/20/2011