# EXHIBIT 4

**From:** Saunders, Sanford (Shld-DC-LT)
**Sent:** Wednesday, April 13, 2011 12:17 AM
**To:** 'Steve Ring'; McManus, John (Shld-FTL-LT); Burlacu, Nicoleta (Assoc-DC-LT)
**Subject:** RE: bsi v world ave; supp discov responses

Steve:

Thank you for your letter. We will respond accordingly, but can immediately note that your list of items produced does not identify the document request or interrogatory to which they are responsive. Trust it is with the original production?

Separately, per our conversation yesterday, we will provide you with deadlines for production or certification, as applicable, in response to Judge Day's Order of March 24th.

Please advise if BSI has made a decision whether it will comply with the Court's Orders regarding the Wagner report, the privilege log and BSI's tax returns. These matters directly impact our ability to prepare for depositions and the mini-trial and we would prefer to bring them to the Court's attention immediately.

Similarly, it does not appear that BSI has produced the "Game Plan" document as required by the Court in DEs 441 and 606. Please advise whether BSI has produced the document or comply with the Orders by COB tomorrow (Wednesday 13th).

Best,

Sandy

---

**From:** Steve Ring [mailto:shr@ringlaw.us]
**Sent:** Tuesday, April 12, 2011 11:57 PM
**To:** McManus, John (Shld-FTL-LT); Burlacu, Nicoleta (Assoc-DC-LT); Saunders, Sanford (Shld-DC-LT)
**Subject:** bsi v world ave; supp discov responses

Counsel:

Attached is my letter of this date concerning supplemental discovery.

Several attachments will follow via separate emails.

I will send a final email at the end, asking for confirmation that the attachments were received in good order.


Stephen H. Ring
Law Offices of Stephen H. Ring, P. C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
Ph 301-563-9249
Fx 301-563-9639
shr@ringlaw.us
If this message was received in error, please delete it and notify the sender.
This office does not consent to delivery of any advertisements via email or facsimile.