

John L. McManus
Telephone (954) 768-829`
Facsimile (954) 765-1477
mcmanusj@gtlaw.com

May 12, 2011

**VIA CM/ECF**

Magistrate Judge Charles B. Day
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland  20770

      Re:    *Beyond Systems, Inc. v. World Avenue USA, LLC, et al.*
              Case No. PJM 08 cv 0921

Magistrate Judge Day:

      We write to point out what we believe to be a minor error in the Court's Order entered this morning at DE 663-1.  The Court found that my reasonable hourly rate was $300 per hour at Page 6.  However, the calculation on Page 7 uses a $400 hourly rate for my hours for a sub-total of $8,800.  We believe that the Court intended to use the $300 hourly rate, a sub-total of $6,600, and a reduced total award of $8,360.

      We wanted to bring this to the Court's attention as expeditiously as possible.

                                  Respectfully Submitted,

                                  /s/ John L. McManus

                                  John L. McManus

*FTL108,147,679v1 115318.010500*

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
SILICON VALLEY
PHILADELPHIA
PHOENIX
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

www.gtlaw.com