IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| **BEYOND SYSTEMS, INC.** | * |
| Plaintiff | * |
| v. | *   Case No. PJM 08 cv 0921 |
| **WORLD AVENUE USA, LLC** successor by merger to NIUTECH, LLC., **DBA "THE USEFUL," ET AL.** | * |
| Defendants | * |

## STIPULATION FOR EXTENSION OF TIME

The Parties, by and through undersigned counsel, hereby stipulate to extend the time for Plaintiff Beyond Systems, Inc. ("BSI") and Third Party Defendant Hypertouch, Inc. ("HYPERTOUCH") to file their Oppositions to Defendant's Motion to Show Cause at DE 652 (Motion) and DE 653 (Memorandum of Law) from the original filing deadline of May 16, 2011 until May 18, 2011, at 12:27 a.m., when both Oppositions were filed using the Court's CM/ECF System.

| /s/ | /s/ |
|---|---|
| Michael S. Rothman, Esq. | Sanford M. Saunders, Jr., Esq. |
| Law Office of Michael S. Rothman | Greenberg Traurig, LLP |
| 401 East Jefferson Street, Suite 201 | 2101 L Street, NW, Suite 1000 |
| Rockville, Maryland 20850 | Washington, DC 20037 |
| Telephone: (301) 251-9610 | Telephone: (202) 331-3100 |
| Telefax: (301) 251-9610 | Telefax: (202) 331-3101 |
| | (signature of Counsel applied with permission) |
| Counsel for Plaintiff Beyond Systems, Inc. and Third Party Defendant Hypertouch, Inc. | Counsel for Defendant WAUSA, LLC |