**IN THE U.S. DISTRICT COURT FOR MARYLAND,**
**SOUTHERN DIVISION**

BEYOND SYSTEMS, INC.           )
                               )
    Plaintiff              )
    v.                     )    Case No. PJM 08 cv 0921
                               )
WORLD AVENUE USA, LLC, et al.  )
    Defendants             )
_____  )

## WORLD AVENUE USA, LLC'S MOTION FOR
## ENTRY OF FINAL JUDGMENTS

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendant World Avenue USA, LCC ("WAUSA"), by and through undersigned counsel, hereby moves the Court for the Entry of Final Judgments on several of its previously-entered sanctions awards and states as follows:

1. On May 11, 2011, this Court entered an Order [ECF 663-1] granting WAUSA's Application As To Amount of Attorneys' Fees [ECF 473] in the total amount of $10,960.00. On May 16, 2011, the Court corrected a miscalculation of the total amount raised by WAUSA in its letter submission [ECF 664] amending the amount to $8,760.00. [ECF 674].

2. On May 18, 2011, the Court entered another Order [ECF 680] granting WAUSA's Application As To Amount of Attorneys' Fees [ECF 478] in the total amount of $5,580.00.

3. Federal Rule of Civil Procedure 58 requires that "every judgment … must be set out in a separate document, but a separate document is not required for an order disposing of a motion … (3) for attorneys' fees under Rule 54 …." Fed. R. Civ. P. 58(a)(3). In addition, unless the Court orders otherwise, the clerk must, "without awaiting the court's direction, promptly

prepare, sign, and enter the judgment when … (B) the court awards only costs or a sum certain." Fed. R. Civ. P. 58(b)(1)(B).

4. The Court's Orders granting WAUSA's Applications As To Amount of Attorneys' Fees awarded a sum certain in the amount of $8,760.00 and of $5,580.00, respectively; therefore, the Court's Order does not require a judgment to be set out in a separate document. However, as no judgment yet appears on the docket, WAUSA respectfully moves the Court for entry of Final Judgments as to these Orders, or in the alternative, requests that the Court direct the Clerk to enter Final Judgments on the docket.

5. The facts and authorities supporting WAUSA's motion are set forth in its Memorandum of Law which is filed herewith, and incorporated herein by reference.

**WHEREFORE,** World Avenue USA, LLC respectfully requests the Court enter Final Judgments against Plaintiff, Beyond Systems, Inc. awarding World Avenue USA, LLC $8,760.00 and $5,580.00 in fees in accordance with the Court's May 11 and May 18, 2011 Orders, or, in the alternative, requests that the Court direct the Clerk to enter such Final Judgments in accordance with Fed. R. Civ. P. 58 (b).

Dated: June 1, 2011.

Respectfully submitted,
*Attorneys for World Avenue USA, LLC*

GREENBERG TRAURIG, LLP

___/s/_____
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

>Kenneth A. Horky, Esq.
>Florida Bar No. 691194
>horkyk@gtlaw.com
>John L. McManus, Esq.
>Florida Bar No. 0119423
>mcmanusj@gtlaw.com
>*Admitted Pro Hac Vice*
>GREENBERG TRAURIG, LLP
>401 East Las Olas Boulevard, Suite 2000
>Fort Lauderdale, FL 33301
>Telephone: 954-765-0500
>Facsimile:  954-765-1477