IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION

| | |
|---|---|
| BEYOND SYSTEMS, INC. )<br>  )<br>    Plaintiff )<br>    v. )<br>  )<br>WORLD AVENUE USA, LLC, et al. )<br>    Defendants )<br>_____ ) | Case No.PJM 08 cv 0921 |

**DEFENDANT WORLD AVENUE USA, LLC'S INTERIM SEALING MOTION AND
<u>INCORPORATED MEMORANDUM OF LAW</u>**

Pursuant to the Stipulated Order Regarding Confidentiality of Discovery Materials ("Confidentiality Order") [DE 97] and Local Rule 104(13) and 105(11)Defendant WORLD AVENUE USA, LLC ("WAUSA"), hereby moves to file under seal on an interim basis the un-redacted version of its Local Rule 104 Certification Regarding its Motion to Compel Complete Production of Documents from Hyptertouch, Inc. ("Hypertouch") Responsive to First Request for Production of Documents.  In further support thereof, WAUSA states as follows:

    1.    WAUSA is filing a Local Rule 104 Certification Regarding its Motion to Compel Complete Production of Documents from Hyptertouch Responsive to First Request for Production of Documents.

    2.    WAUSA is filing in support of its Motion to Compel certain materials that Hypertouch or other parties have designated pursuant to the Confidentiality Order as "Confidential."  These include Exhibits 7, 8, 9, and 10 of the Memorandum in Support of the of the Motion to Compel.  Further, there are references to each of the foregoing throughout the text

1

of the Memorandum. Accordingly, these exhibits and portions of the Memorandum should be filed under seal.

3.  Accordingly, WAUSA requests that the un-redacted version of Certification and the materials attached to the Certification be accepted as "Confidential" and filed under seal on an interim basis until otherwise adjudicated.

**WHEREFORE,** World Avenue USA, LLC respectfully requests the entry of an Order accepting the sealed filing until otherwise adjudicated, together with such other and further relief that this Court deems just and proper.

Dated: June 1, 2011.

    Respectfully submitted,

    *Attorneys for World Avenue USA, LLC*

    GREENBERG TRAURIG, LLP

    _____/s/_____
    Sanford M. Saunders, Jr., Esq.
    USDC, MD #4734
    saunderss@gtlaw.com
    Nicoleta Burlacu, Esq.
    BurlacuN@gtlaw.com
    *Admitted Pro Hac Vice*
    GREENBERG TRAURIG, LLP
    2101 L Street, NW, Suite 1000
    Washington, DC 20037
    Telephone: 202-331-3100
    Facsimile: 202-331-3101

    --and--

    Kenneth Horky, Esq.

    Florida Bar No. 691194
    horkyk@gtlaw.com
    John L. McManus, Esq.
    Florida Bar No. 0119423
    mcmanusj@gtlaw.com

*Admitted Pro Hac Vice*
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477

3

*FTL108,180,374v1 PRZYGRODZKIJ  115318.010500 5-31-11*

4

*FTL108,180,374v1 PRZYGRODZKIJ  115318.010500 5-31-11*