

## Beyond Systems, Inc.

11106 Veirs Mill Road
Suite L15-1000
Wheaton, MD 20902
(301) 933-8070

**START DATE:** March 1, 2006

---

### Internet Service Request

**YES!** Please set up my personal hosting, routing and email services account. I understand that I will be billed $20 monthly, and acknowledge that I have read and agree to the Terms of Service at http://www.beyondsystems.net .

#### Your New Email Account

Please provide your first, (and, optionally, second, and third choices) for your new email address.

First Choice: Keivan @castalia.net

Second Choice: kk--% @castalia.net

Third Choice: @castalia.net

#### Your Contact Information

First Name: Keivan    Last Name: Khalichi

Company Name:

Mailing Address: 3627 Ransom Place

City: Alexandria    State: VA    Zip Code: 22306

Daytime Phone: 703-768-3244    Evening Phone:

Fax #:    Email Address: keivank@yahoo.com

Contact me with my account information via: ☑ Email   ☐ Fax   ☐ Telephone

Signed _Keivan Khalichi_



**Beyond Systems, Inc.**
11106 Veirs Mill Road
Suite L15-1000
Wheaton, MD 20902
(301) 933-8070

START DATE: August 1, 2006

### Internet Service Request

**YES!** Please set up my personal email account. I understand that I will be billed $10 monthly, and acknowledge that I have read and agree to the Terms of Service.

## Your New Email Account

Please provide your first, (and, optionally, second, and third choices) for your new email address.

First Choice: mrs - *  @castalia.net

Second Choice: esk - *  @castalia.net

Third Choice: _____  @castalia.net

## Your Contact Information

First Name: Mike          Last Name: SNOW

Company Name: Editorial Perspectives

Mailing Address: 4740 Connecticut Ave NW # 611

City: Washington     State: DC   Zip Code: 20008

Daytime Phone: 202-363-4702     Evening Phone: 202-549-0609

Fax #: _____     Email Address: _____

Contact me with my account information via: ☑ Email  ☐ Fax  ☐ Telephone

Signed _____ Michael Snow _____



# Beyond Systems, Inc.

11106 Veirs Mill Road
Suite L15-1000
Wheaton, MD 20902
(301) 933-8070

**START DATE: August 1, 2006**

## Internet Service Request

**YES!** Please set up my personal email account. I understand that I will be billed $10 monthly, and acknowledge that I have read and agree to the Terms of Service.

### Your New Email Account

Please provide your first, (and, optionally, second, and third choices) for your new email address.

First Choice: _ALEX_ @castalia.net

Second Choice: _AL_ @castalia.net

Third Choice: @castalia.net

### Your Contact Information

First Name: _ALEX_   Last Name: _FESHENKO_

Company Name:

Mailing Address: _926 P ST NW_

City: _WASHINGTON_   State: _DC_   Zip Code: _20001_

Daytime Phone:   Evening Phone: _202-458-2395_

Fax #:   Email Address:

Contact me with my account information via: ● Email   ○ Fax   ○ Telephone

Signed _____

_original in mail w/check_

240-331- 6407

**Beyond Systems, Inc.**
11106 Veirs Mill Road
Suite L15-1000
Wheaton, MD 20902
(301) 933-8070

8 March
START DATE: ~~Feb 1st~~, 2007.
START DATE: ~~January 18, 2007~~

---

## Internet Service Request

**YES!** Please backup my mail sever(s). I understand that I will be billed $10 monthly, and acknowledge that I have read and agree to the Terms of Service at http://www.beyondsystems.net.

### Your Email Server(s)

Please provide the name of each mail server for which you wish to have backup service (e.g., mail.firstdomain.com, mail.seconddomain.com, ...).

First Hostname: mail. Visiononline. com
Second Hostname: mail. MLSnow. com
Third Hostname: mail. cartenet. com.

### Your Contact Information

First Name: Ned                Last Name: Malile
Company Name: Vision Online, Inc.
Mailing Address: 11096B Lee Hwy. #102
City: Fairfax          State: VA    Zip Code: 22030
Daytime Phone: 703-626-5662      Evening Phone:
Fax #: 703-620-2829              Email Address: nedimalile@visiononline. com

Contact me with my account information via: ☒ Email  ☐ Fax  ☐ Telephone

Signed _____

BSI-JiCos-017500

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 08-CV-0409 (PJM) |
| ) | |
| KRAFT FOODS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF BONFACIO YAP PURSUANT TO 28 U.S.C. § 1746

I, Bonfacio F. Yap, declare:

1. I am over eighteen (18) years of age.

2. I am a resident of Washington, DC.

3. I am a customer of Beyond Systems, Incorporated (BSI).

4. I have been a customer of BSI since 2000.

5. BSI has provided the following internet services to me: Internet access services

6. BSI does not charge me for these services.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this _2 2_ day of May, 2009 at _Washington D C_.

BSI-K0004101

May 22, 2009
Date

Bonfacio F. Yap

BSI-K0004102

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BEYOND SYSTEMS, INC.     )
)
    Plaintiff          )
)
         v.           )    Case No. 08-CV-0409 (PJM)
)
KRAFT FOODS, INC., et al.   )
)
    Defendants.     )
)

## DECLARATION OF JOHN CLARK PURSUANT TO 28 U.S.C. § 1746

I, John Clark, declare:

1.    I am over eighteen (18) years of age.

2.    I am a resident of Maryland.

3.    I am a customer of Beyond Systems, Incorporated (BSI).

4.    I have been a customer of BSI since 1997.

5.    BSI has provided the following internet services to me: a) BSI assisted in providing St. Luke's House ("SLH") access to the Internet in 1997; b) In 2000, BSI helped me to transition SLH to DSL; c)Since 1997, BSI has provided DNS and email secondarying services and occasional consulting to SLH.

6.    BSI does not charge SLH for these services.

       I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 22nd day of May, 2009 at _Bethesda, MD_____.

_May 22, 2009_____
Date

_Jol Clau_____
John Clark

BSI-JiCos-017503

BSI-K0004103

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 08-CV-0409 (PJM) |
| ) | |
| KRAFT FOODS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## <u>DECLARATION OF KEIVAN KHALICHI PURSUANT TO 28 U.S.C. § 1746</u>

I, Keivan Khalichi, declare:

1.     The information contained in this declaration is within my personal knowledge, and, if called upon, I would testify as follows.

2.     I am over eighteen (18) years of age.

3.     I am a resident of Virginia.

4.     I am a customer of Beyond Systems, Inc. (BSI).

5.     I have been a customer of BSI since 2000.

6.     BSI has provided the following internet services to me: (a) port forwarding services, (b) email aliasing services (providing an email address that redirects to another email address)

7.     BSI charges me $20.00 per month for these services.

BSI-JiCos-017504        BSI-K0004104

Executed this 22 day of May, 2009 at ___09:00___.

5/22/ 2009
_____
Date

*Keivan Khalichi*
_____
Keivan Khalichi

BSI-JiCos-017505                    BSI-K0004105

|  |  |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 08-CV-0409 (PJM) |
| KRAFT FOODS, INC., et al. | ) | |
| Defendants. | ) | |

## DECLARATION OF ALEXANDER FESHENKO PURSUANT TO 28 U.S.C. § 1746

I, Alexander Feshenko, declare:

1.    The information contained in this declaration is within my personal knowledge, and, if called upon, I would testify as follows.

2.    I am over eighteen (18) years of age.

3.    I am a resident of Washington, DC.

4.    I am a client of Beyond Systems, Incorporated (BSI).

5.    I have been a paying client of BSI since February 1, 2007.

6.    BSI has provided the following internet services to me: a) POP3, aliasing and web-based email services, including service for large commercial emailings; b) Internet access

7.    BSI charges me $10/month.

BSI-K0004106

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this _15_ day of May, 2009 at _12 pm_ .

_May 15, 2009_
Date

Alexander Feshenko

 BSI-K0004107



BSI as ISP #4

**Client #1: BSI hosts a Web site, an FTP site and provides DNS to Barcroft Human Power Vehicles**

Date: Wed, 25 Jun 2003 12:56:46 -0400
To: Bill Cook <william.j.cook@cox.net>
From: Paul Wagner <wagner@ai.mit.edu>
Subject: Re: Fwd: BARCROFTCYCLES.COM is due to expire

Bill,

Yes, for Web hosting, Barcroft HPV has paid up through May 2002.
To settle up through June 2003, the 13 latest months amount to
13 months x $20/month = $260.00

If you could write a check to Beyond Systems, Inc. for $260.00,
then we'd be current again.

My mailing address is still:

1837 R Street, NW
Washington, DC 20009

Thanks! Best wishes...

-- Paul

Date: Tue, 24 Jun 2003 09:26:39 -0400
To: Paul Wagner <wagner@ai.mit.edu>
From: Bill Cook <william.j.cook@cox.net>
Subject: Re: Fwd: BARCROFTCYCLES.COM is due to expire
In-Reply-To: <5.2.0.9.2.20030622174931.05dc1ce0@mail.linkcenter.net>
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed

At 05:53 PM 6/22/2003 -0400, you wrote:

    Hi Bill,

Exhibit 277
BSI-JiCos-017675

FYI, it looks like you'll need to renew your registration of the barcroftcycles.com domain name in the next few weeks. (See below.)

Hope all is well. You have a great Web site!

-- Paul
cell: ###-###-####


Thank you. I've renewed. Do I owe you some money?

Ben's just back from a month in Vietnam and India. You probably know he's now CEO of Solar Electric Light Co.

best, bill

William J. Cook
Falls Church, VA USA




**Client #2: Last year BSI hosted a Web site, an FTP site and provided DNS and wireless Internet access to Young Woman's Christian Home**

Prior to February 2003, Beyond Systems built and hosted a simple Web site for the YWCH. In February 2003, Beyond Systems turned over control of the Web site to Akesha Horton, a friend, young Web developer and YWCH resident.

In addition, Beyond Systems provided wireless Internet access to YWCH.




Date: Wed, 05 Feb 2003 19:57:34 -0500
To: Akesha1@aol.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: Fwd: Status of [ modify-domain ]
Cc: Ywchtm@aol.com
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed


Exhibit 277
BSI-JiCos-017676

PDF created with pdfFactory trial version www.pdffactory.com

Okay, Akesha, you should be able to modify the ywch.org domain name now, as Mrs. L and I can. Just log into www.joker.com and then click on Domain - Renewal. You should see ywch.org listed there.

The domain references my DNS server, which tells the world on which computer WWW.ywch.org runs. Once you know what the Web server's IP address will be, let me know and I will update the DNS settings.

Cheers,
Paul

Date: 6 Feb 2003 00:28:37 -0000
From: JokerRobot@joker.com
To: wagner@linkcenter.net
Reply-to: JokerRobot@joker.com
X-template: order_status_endkunde.EN
Subject: Status of [ modify-domain ]

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

This is an automatically generated notification.
Please do not answer on this mail!

You Customer ID is : [wagner@linkcenter.net]

Your Request 'modify-domain' has been processed.

The result of your request was:

srs-status:modifying the domain [ywch.org] was successful.
Success:request [modify domain] was successfully processed.

request-being-sent-to-registry:modify-domain
admin-contact-handle: akesha1@aol.com#0
tld: org
billing-contact-handle: ywchtm@aol.com#0
ns6-handle:
ns5-handle:

Exhibit 277
BSI-JiCos-017677

ns4-handle: dns3.hypertouch.com
ns3-handle: dns2.hypertouch.com
ns2-handle: dns1.hypertouch.com
ns1-handle: dualp.linkcenter.net
tech-

Notice: The "request-being-sent-to-registry" field above has been
shortened to 250 characters. Do not be alarmed if it does not
completely reflect your changes. The request has been sent completely!

In case of any questions regarding your request please visit our support area
on http://joker.com

If you have any questions regarding the result of this request
please do always include the following
order number: 1168272

Best regards,

your Joker-Team

- --
- -=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-
Joker.com is a division of
Computer Service Langenbach GmbH (CSL GmbH)
Rathausufer 16
40213 Duesseldorf
Germany

https://joker.com
- -=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.0.7 (GNU/Linux)

iQCVAwUBPkGsNSbd4TQRROIjAQLxuQQAhiFsVv2ljrVPmSeU/JLW4IuC8jSYLUwJ
d9ydMrwqVPhcXYlhzDRciAFGeivXp+KLq2c+1BXu4ycaE9F4DazjF+oKHVod6YOH
kqUqvOgRCLAZKU/OgLXesWb/xfnEAZyF0XlhR1DKPA7NLaIo/btiSNXuTgiDfiAE
hZWzWhATB64=
=Gg2C
-----END PGP SIGNATURE-----

Exhibit 277
BSI-JiCos-017678

From: Akesha1@aol.com
Message-ID: <1e3.13a1641.2b7303b6@aol.com>
Date: Wed, 5 Feb 2003 19:17:58 EST
Subject: Re: Hi This is Akesha
To: wagner@ai.mit.edu
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="part1_1e3.13a1641.2b7303b6_boundary"
X-Mailer: AOL 8.0 for Windows US sub 230


logged in as: akesha1@aol.com


Please choose the contact you wish to modify
from the list below:


Contact:
(i.e. use "a*" or "CNEU*" to select partial sets) akesha1@aol.com#0


In a message dated 2/5/03 5:54:46 PM US Eastern Standard Time, wagner@ai.mit.edu writes:


Subj: **Re: Hi This is Akesha**
Date: 2/5/03 5:54:46 PM US Eastern Standard Time
From: wagner@ai.mit.edu
To: Akesha1@aol.com
*Sent from the Internet*


Akesha,

I believe that login accounts and contacts are two different things
in Joker.com. I think you created the former but perhaps not the latter.

Can you please login again, go into the Servicezone and then click
on Change contacts. It should list your contact there if you did create
one. (If so, what is it exactly?)

If no contact is listed there, then go back one step, click on

Exhibit 277
BSI-JiCos-017679

PDF created with pdfFactory trial version www.pdffactory.com

Create contact, and then fill in the form with your personal
(or business) info. Then, a few minutes later, go back to the
Change contact link and see how your new contact is now listed.

Pls let me know what you find.

Cheers,
Paul

If you go into the At 02:17 PM 2/5/2003 -0500, you wrote:

I entered akesha1@aol.com
and I changed the password from the section called Servicezone;
Is there another step Ineed to take?

Best,
Akesha

In a message dated 2/5/2003 11:14:45 AM Pacific Standard Time, wagner@ai.mit.edu writes:

Subj: **Re: Hi This is Akesha**
Date: 2/5/2003 11:14:45 AM Pacific Standard Time
From: wagner@ai.mit.edu
To: Akesha1@aol.com
CC: Ywchtm@aol.com
*Sent from the Internet*

Hi Akesha,

Okay, great. Do you know what the name of your contact is? I looked for
Akesha1@aol.com#0, but it didn't exist. The other contacts for the ywch.org
domain name are:

ywchtm@aol.com#0
wagner@linkcenter.net#0

Thanks,
Paul

At 10:30 AM 2/5/2003 -0500, Akesha1@aol.com wrote:

Thank You Paul.
I have logged in to joker and changed my password.
I think you will be able to add me now in connection with the domain name.

Exhibit 277
BSI-JiCos-017680

I will review the link you sent regarding web hosting to see if I have any questions and be in touch this afternoon.

Best,
AKesha

In a message dated 2/5/2003 12:47:01 AM Pacific Standard Time, wagner@ai.mit.edu writes:

Subj: **Re: Hi This is Akesha**
Date: 2/5/2003 12:47:01 AM Pacific Standard Time
From: wagner@ai.mit.edu
To: Akesha1@aol.com
CC: Ywchtm@aol.com
*Sent from the Internet*

At 04:19 PM 2/4/2003 -0500, you wrote:
I am writing in respect to the domain name you set up for TMH.
I was wondering if you have a username and password at joker.com for the domain name. I need it to update the account and access account information.

Hi Akesha,

Glad you're setting up a Web site for TMH! I believe each person (Owner, Admin, Tech, Billing) needs their own account on Joker.com.

I just now created accounts for "**ywchtm@aol.com**" and "**Akesha1@aol.com**". You both should receive emails within 24 hours with temporary passwords from Joker.

Right now ywchtm@aol.com is the only other email address (besides mine) allowed to access the domain "ywch.org". For you to gain access to it, you'll need to log into your account and create a contact for yourself -- i.e., provide your email address, mailing address, etc. I created a contact for Mrs. L earlier, when I created the domain name.

Once you have a contact on Joker, I can add your email address to the list of authorized users.

Please let me know if you DO NOT receive an email from Joker today sometime.

At your convenience you can provide me or Mrs. L. with the information and also advise on who you use for web hosting.

Exhibit 277
BSI-JiCos-017681

PDF created with pdfFactory trial version www.pdffactory.com

I use phpwebhosting.com

Thanks,
Akesha


Beyond Systems hosts its own Web sites, in order to conduct "advanced"
(aka "experimental") things. phpwebhosting looks good. I have also heard of
http://www.ipowerweb.com (basic package at $7.95/month). Not sure how
good it is...

Good luck!

Paul




X-Sender: mail/paul@65.105.116.26
X-Mailer: QUALCOMM Windows Eudora Version 5.1
Date: Fri, 22 Mar 2002 16:23:43 -0500
To: Ywchtm@aol.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: more residents coming online
In-Reply-To: <182.5800665.29ccb3a9@aol.com>
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed


Hi Lori,

No problem -- I will be by TMH again tonight at around 9:30pm.
I will inquire about the laptop and a spare PC card at that time
and set them up.

With a range extender antenna the new resident should have a
good or probably excellent signal. I could check that tonight as
well.

BTW, an alternative arrangement for residents needing a range
extender antenna might be to use the wireless Ethernet Converter
along with the antenna (like what the printer and PC have in the
computer room) instead of a wireless PC card. The slight advantage
of this approach is that some people may find it easier to unplug
an ethernet cable from a laptop on a daily basis than to eject the
wireless PC card. A slight disadvantage is that the equipment costs
a bit more (and it does require a working ethernet port or PC card on

Exhibit 277
BSI-JiCos-017682
PDF created with pdfFactory trial version www.pdffactory.com

the laptop).

It is unfortunate that the antenna's connector is not durable enough to let it be removed and inserted on a daily basis. We are looking for one with a different design.

My tally of recently ordered components looks as follows...

From a previous week:
1 wireless PC card client
1 range extender antenna
-1 USB extension cable (wasn't needed, so I.O.U. $10)

Yesterday:
2 wireless PC card clients
2 wireless USB clients (1 of these I installed on Tiffany Zinter's PC)
1 range extender antenna

Soon I will try to put together a second invoice to cover these new items.

Have a nice weekend!

-- Paul

From: Ywchtm@aol.com
Message-ID: <182.5800665.29ccb3a9@aol.com>
Date: Fri, 22 Mar 2002 11:19:53 EST
Subject: (no subject)
To: wagner@beyond-systems.com
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 7bit
X-Mailer: AOL 7.0 for Windows US sub 118

Paul,

Thanks for coming by last night and for the extra inventory.

This morning I had another request for DSL service from a resident who moved in last night. Wouldn't you know, just after you were here! She has a Windows 2000 laptop and will leave it in the office for installation whenever you can make it this way again.

Exhibit 277
BSI-JiCos-017683

PDF created with pdfFactory trial version www.pdffactory.com

She is in room 119, which is in the far corner like the library. Do you think this is going to present a signal problem?

Talk to you soon.

Lori Lisiecki

From: Ywchtm@aol.com
Message-ID: <8d.18f63de6.2a264334@aol.com>
Date: Wed, 29 May 2002 10:44:04 EDT
Subject: New DSL Subscribers
To: wagner@beyond-systems.com
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 7bit
X-Mailer: AOL 7.0 for Windows US sub 10500

Hi Paul,

We have three new residents who want to subscribe:
Leslie Scheuermann Rm. 223 Win laptop
Helen King Rm. 324 Win laptop
Susan Matthees Rm. 225 don't know yet.

We will also have a bunch of new people moving in over the weekend, so there may be a couple more from that group who will sign up. Frankly, I'm surprised that residents here just for the summer are interested. I really expected it to be used solely by the longer term residents.

Anyway, we should have enough equipment for these three, and as usual, you can just let me know when you want to come, and I'll notify the residents.

Thank you.

Lori

Date: Thu, 30 May 2002 03:28:48 -0400
To: Ywchtm@aol.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: Re: New DSL Subscribers

Exhibit 277
BSI-JiCos-017684

PDF created with pdfFactory trial version www.pdffactory.com

In-Reply-To: <8d.18f63de6.2a264334@aol.com>
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed


Hi Lori,

Okay, I finished installing network and printer drivers for the laptops
of the first two residents below. The third (Susan, with a Mac PowerBook)
had a Zip drive in the bay where I needed a CD drive. We were unable to
reach her, so I can try again next visit (at a date TBD).

One thing -- if I recall correctly, I still haven't billed TMH for the 4 silver wireless
PC cards I purchased several weeks ago. (I believe I initially supplied two
of my own PC cards, and then ordered two replacements, plus two additional
for TMH per your request.) If you recall that too, then I'll forward you an invoice
for 4 PC cards.

BTW, how is your workstation behaving these days? I remember you saying
it used to lock up overnight...

-- Paul




From: Ywchtm@aol.com
Message-ID: <1a2.2fd66d7.2a279caf@aol.com>
Date: Thu, 30 May 2002 11:18:07 EDT
Subject: Re: New DSL Subscribers
To: wagner@ai.mit.edu
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 7bit
X-Mailer: AOL 7.0 for Windows US sub 10500

Hi Paul,

I understand that Susan is going to get her cd drive sent to her from home so
you can complete the installation on her system.

My records show that we have paid for 14 pc cards. Frankly I have lost track
of how many you have delivered, so whatever you recall is probably accurate.
I will try to keep better records.

Exhibit 277
BSI-JiCos-017685

PDF created with pdfFactory trial version www.pdffactory.com

My system has been behaving much better. I have only found it locked up once since you made the last adjustment, so whatever you did worked.

Thanks for your help.

Lori


From: Ywchtm@aol.com
Message-ID: <37.2860f1e2.2a2d2b78@aol.com>
Date: Mon, 3 Jun 2002 16:28:40 EDT
Subject: DSL installations
To: wagner@beyond-systems.com
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 7bit
X-Mailer: AOL 7.0 for Windows US sub 10509

Hi Paul,

Two more new subscribers on deck:

1. Erin Dilts Rm. 104S Windows laptop
2. Kelly Koss Rm. 102N Windows laptop.

Again, I'll leave it to you to let me know when you will come by.

Thanks.

Lori


Date: Tue, 06 Aug 2002 16:20:53 -0400
To: Ywchtm@aol.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: Re: wireless installs
In-Reply-To: <53.1a7e1549.2a7fecf0@aol.com>
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed

Exhibit 277
BSI-JiCos-017686

Hi Lori,

I can come in this Thursday afternoon to do those installs.

I realize now that I do the same basic install procedure nearly every time. (Every so often there is an issue which requires more expertise.) If Kelly is around then, I could give him improved written instructions and walk through the steps with him. That would give TMH added capability in house. Naturally I'd be available for tough cases. Just a thought.

I could arrive at 3:30pm on Thursday if Kelly is free then...

Cheers,
Paul

At 11:00 AM 8/5/2002 -0400, you wrote:

Hi Paul,

Two more residents wanting DSL. A. Horton will check in tonight, so we'll have to give her a little time to unpack.

Akesha Horton Win desktop Rm. 112

Kim Kitchens Win laptop Rm. 305S

Let me know when this fits your schedule. Stay cool!

Lori

Date: Thu, 19 Sep 2002 23:00:06 -0400
To: ywchtm@aol.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: did 4 more
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed

Exhibit 277
BSI-JiCos-017687

PDF created with pdfFactory trial version www.pdffactory.com

Lori,

All 4 installs went fine (including Katherine Cook's).
I left a 5th PC Card on your desk. (I gave a TMH
resident the 1st one last week, and the new residents
the 2nd, 3rd and 4th ones this evening.)

Have a good weekend,
Paul




From: Ywchtm@aol.com
Message-ID: <c5.294dd34d.2abcb2d4@aol.com>
Date: Fri, 20 Sep 2002 13:20:20 EDT
Subject: Re: did 4 more
To: wagner@ai.mit.edu
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 7bit
X-Mailer: AOL 7.0 for Windows US sub 10634

Paul,

Thanks for getting all of that done. Katherine Cook just cam in to say how
happy she is that her system is working perfectly -- just as advertised.

Lori




Date: Wed, 02 Apr 2003 01:51:18 -0500
To: Ywchtm@aol.com, kellyb5037@aol.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: new router installed at TMH
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed




Lori & Kelly,

Exhibit 277
BSI-JiCos-017688

PDF created with pdfFactory trial version www.pdffactory.com

This evening I swapped in a different (and hopefully functional) brand of router. Please let me know if you experience any outages or slow-downs (i.e., across several different Web sites) with the new set up. Thanks!

Cheers,
Paul

Date: Fri, 18 Apr 2003 16:40:06 -0400
To: Ywchtm@aol.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: router, printer
Cc: kellyb5037@aol.com
In-Reply-To: <6d.f259768.2bd1adbc@aol.com>
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed

Lori,

That is good news, indeed. It's been a good couple of weeks, so I would declare the problem fixed.

The printer problem is interesting; I wonder what has changed. I would power-cycle the printer first, then the print server (little beige [gray?] unit on the floor), and then the smaller white Ethernet Convert (to which the antenna plugs in). Also, insure that the antenna is still plugged in to it, and is placed outside the doorway of the computer room.

You've probably tried those things already; if it still prints slowly, please let me know. I can drop by early next week.

Have a nice weekend!

-- Paul

At 03:36 PM 4/18/2003 -0400, you wrote:
Hi Paul,

Exhibit 277
BSI-JiCos-017689

PDF created with pdfFactory trial version www.pdffactory.com

I wanted to let you know that the new router has solved our downtime problem. It has been up continuously since you installed it. Please bill me for the hardware.

Secondly, we have developed a printer problem. It is printing too slowly and not completing pages. Kelly describes it as not receiving the signal fast enough. Any ideas what we should do to correct this?

All the joy of the season to you.

Lori

Date: Wed, 15 Jan 2003 15:03:24 -0500
To: ywchtm@aol.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: Fwd: 4 week reminder - Your Domain ywch.org must be renewed
Mime-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"; format=flowed

Hi Lori,

Did you receive this notice? The domain name, ywch.org, needs to be renewed. Costs about $10-12 per year. Pls feel free to call if you need help with it.

Cheers,
Paul
cell: ###-###-####

Date: 15 Jan 2003 17:43:27 -0000
From: JokerRobot@joker.com
To: wagner@linkcenter.net
Subject: 4 week reminder - Your Domain ywch.org must be renewed

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Hi from JOKER.com (Joker.com as an ICANN accredited registrar)!

Exhibit 277
BSI-JiCos-017690

PDF created with pdfFactory trial version www.pdffactory.com

(Please see below for German language text)

This mail is to inform you that your domain

####################################

ywch.org

Expiration:2003-02-12 (YYYY-MM-DD)

####################################

which is registered with us (Joker.com) is going to expire on
-- 2003-02-12 --

You have received this mail because our records show you either as the
"owner-c", "admin-c" or "billing-c" of this domain.

The service zone at https://joker.com has an entry "Renewal of a
domain" which allows you to make the payment for the renewal
of your domain(s) using credit-cards.
Please be aware that without renewal your domain(s)
will be deactivated at expiration date, You can find the expiration
date using our whois-service at joker.com, too.

We advise you to make the renewal ASAP, at least 1 week before
the announced expiration date 2003-02-12.

You can make use of the following link to renew your domain

https://joker.com?mode=dom_renewal&object=wagner@linkcenter.net

or you can use the "Renewal" section in the joker.com-servicezone.

Please read our FAQ: https://joker.com/faq

Note: this mail has been sent to the owner, admin and billing contact.
We will again inform the owner-c, admin-c and the billing-c of this domain
two (2) weeks before the expiration except you have renewed the domain in
meantime.

If you are a reseller and you have received this mail, please contact
Joker.com using the support area.

Exhibit 277
BSI-JiCos-017691

PDF created with pdfFactory trial version www.pdffactory.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hallo!

JOKER.com (als ein bei ICANN akkreditierter Registrar) informiert Sie mit
dieser Mail, dass der Registrierungszeitraum füür Ihre Domain

######################################

ywch.org

Ablaufdatum:2003-02-12 (JJJJ-MM-TT)

######################################

die bei uns (Joker.com) registriert ist, am 2003-02-12) ablääuft.

Sie erhalten diese Mail, weil Sie in unserer Datenbank als Besitzer (owner)
oder als administrativer (admin-c) bzw. füür finanzielle Angelegenheiten (billing-c)
zustäändiger Kontakt gefüührt sind.

Die Service-Zone unter "https://joker.com" hat einen Eintrag "Renewal of a Domain",
der es Ihnen ermööglicht, füür die Verläängerung der Domain mittels einer
Kreditkarte Zahlungen vorzunehmen.
Bitte seien Sie sich bewusst, dass wir ohne eine Verläängerung (Renewal) der Domain,
diese mit Ablauf des Registrierungszeitraumes (Expiration-Date) abschalten werden.
Details zum Ablaufzeitraum köönnen Sie auch im Whois-Service unter joker.com finden.

Wir empfehlen dringend die Verläängerung bis späätestens eine Woche vor Ablauf
vorzunehmen (Ablauf am:2003-02-12)

Sie köönnen den folgenden Link verwenden, um eine Verläängerung durchzufüühren:

https://joker.com?mode=dom_renewal&object=wagner@linkcenter.net

oder Sie benutzen die "Renewal" Sektion in der Joker.com Servicezone.


Bitte lesen Sie unsere FAQ : https://joker.com/faq

Achtung: Diese Mail wurde an den owner-c, admin-c und an den billing-c der Domain
verschickt.
Wir werden nocheinmal den admin-c und den owner-c der Domain
2 Wochen vor Ablauf der Domain benachrichtigen, falls Sie die

Exhibit 277
BSI-JiCos-017692

PDF created with pdfFactory trial version www.pdffactory.com

Verlääangerung nicht in der Zwischenzeit durchgefüührt haben.

Sollten Sie Reseller sein und diese Mail erhalten haben, kontaktieren
Sie bitte Joker.com üüber die Support-Area.


Best regards,

your Joker-Team

- --
- -=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-
Joker.com is a division of
Computer Service Langenbach GmbH (CSL GmbH)
Rathausufer 16
40213 Duesseldorf
Germany


https://joker.com
- -=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-


v200112211
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.0.7 (GNU/Linux)

iQCVAwUBPiWdvybd4TQRROIjAQLcuAP/TQdciW72BtBsy5sAov1aIZM8PFlVifnp
A0FYaXR7ZDXaPkm+XpHAFf76m89hB4+z4SYen0R5wt9Hbyd/Yt8yn/Gck/QiL6Pe
8yDA0wcEvPLixM1rbz8+tZTLHqtR5buYFEcp6/EU7coZXA1eg4MFohEQBx3J6UpV
ZqnnHL85qsU=
=DHjR
-----END PGP SIGNATURE-----




X-DATE: 1073622518
Return-path: wagnerweb@linkcenter.net
Received: from 128.52.32.80 by pebbles.linkcenter.net (Sambar SMTPD);
id s20040108232829.46225; Thu, 08 Jan 2004 23:28:29
Received: from rozz.csail.mit.edu (rozz.csail.mit.edu [128.52.1.11])
by life.ai.mit.edu (8.12.10/8.12.9/BASENAME(ai.master.life-
8.12.9.mc,.mc):RCS_REVISION(Revision: 1.23)) with ESMTP id i094RGvn012614
for <wagner@ai.mit.edu>; Thu, 8 Jan 2004 23:27:16 -0500 (EST)
Received: from ip-69-33-19-140.iad.megapath.net ([69.33.19.140] helo=pebbles.linkcenter.net)

Exhibit 277
BSI-JiCos-017693

PDF created with pdfFactory trial version www.pdffactory.com

by rozz.csail.mit.edu with smtp (Exim 4.22)
id 1AeoEu-0000D2-IV
for wagner@ai.mit.edu; Thu, 08 Jan 2004 23:27:16 -0500
Date: Thu, 08 Jan 2004 23:28:24 -0500
From: "wagnerweb@linkcenter.net" <wagnerweb@linkcenter.net>
Subject: RE: Help!
To: Ywchtm@aol.com
MIME-Version: 1.0
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: 8bit
Message-Id: <E1AeoEu-0000D2-IV@rozz.csail.mit.edu>
X-SpamPal: PASS

Hi Lori,

Sorry about the trouble. I am in El Salvador at the moment, back
this coming Saturday night.

Kelly might try uninstalling the Orinoco Client Manager software,
as well as the Orinoco driver, to confirm that the machine is still
as the resident says it was originally. Installing those items
should not damage the PC or cause it to boot up in Safe Mode. (I'd
guess the machine already had some problems.)

With the second PC -- and I'm not sure what operating system it
has -- he should make sure it is in a location where the signal
is known to be strong (just while setting it up) and then confirm
as well that it is using the network password ("#####") that we've
configured for THM (e.g., don't let Windows configure if for you).

I'll be available starting this Saturday, in case Kelly would like
to discuss it further.

Best regards,
Paul


On 08/Jan/2004 16:41:23, Ywchtm@aol.com wrote:
> Hi Paul,

> Kelly is having trouble with two installations:

> Room 104S - Keeps coming up in safe mode. Cannot do anything with it.

Exhibit 277
BSI-JiCos-017694

Resident claims that it never did that before he tried to install DSL.

> Room 203N - Will not connect.

> I am particularly concerned about the first one because she needs her
computer to work on the weekend. Will appreciate any help you can give.

> Lori

**Client #3: BSI has hosted a Web site, an FTP site, an e-commerce site and provided DNS
and Internet access to St. Luke's House, Inc.**

Beyond Systems helped to train and promote Charlie Cravath, a friend, in Web development to
St. Luke's.
After years of hosting and maintaining the Web and e-commerce sites for St. Luke's, BSI transferred
control to Charlie. BSI continues to provide a FTP server, email server and DNS to St. Luke's.

Date: Wed, 14 Jan 2004 12:41:58 -0500
To: charlie@webpagewriters.com
From: Paul Wagner/BSI <wagner@ai.mit.edu>
Subject: SLH web site
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed
Status: R

Hi Charlie,

I have just set up an account for you on one of my Linux servers, and placed
tar-ed copies of the prod and dev versions of the SLH web site in your home
directory.

You can connect as follows...

IP address of my server: 69.33.19.153

username: ccravath
password: <what we discussed on phone yesterday>

The two tar-ed archives are in /home/ccravath . In a week or two I might delete
those files from your home directory (or you can), if you no longer need them,
to save space.

To extract the files from the tar archive, you can type...

tar xvf dev-stlukeshouse.com.tar
and
tar xvf prod-stlukeshouse.com.tar


The prod version of the site is the latest and greatest, of course.

Good luck, and please let me know if I can help further.

Cheers,
Paul
cell: ###-###-####


P.S. Concerning DNS, when you know the IP address of the new WWW server, let me know and
I will change the A record accordingly. I have the authoritative DNS server for stlukeshouse.com
currently.

Also, since St. Luke's is the registrant for stlukeshouse.com, they can change to a new
authoritative DNS server altogether without needing any actions from me.




Date: Wed, 14 Jan 2004 13:34:53 -0500
To: "Mark Foraker" <ForakerM@stlukeshouse.com>
From: Paul Wagner/BSI <wagner@ai.mit.edu>
Subject: Re: Website


Hey Mark,

Am working with Charlie Cravath right now by telephone. He and I can both
connect to my server using CuteFTP. Please call me (or Charlie) when you

Exhibit 277
BSI-JiCos-017696

PDF created with pdfFactory trial version www.pdffactory.com

get a chance, and we'll set you up. Could be that SLH's firewall is blocking
something...

Cheers,
Paul
cell: ###-###-####

At 04:03 PM 1/13/2004 -0500, you wrote:

Hi Paul,

I hope your holidays went well. I am still having problems with logging in to make edits to
the webpage. I still receiving a socket error when I attempt to log on. Here is the message
I received: Can't connect to remote server. Socket error = #10061

Also we have been speaking to Charlie about finally taking over the hosting of the
website. We are still in the talking stages and will let you know when we get a little
further. Thanks and could this error have anything to do with our new antivirus software.
It is called Panda Antivirus. Thanks as always,
-Mark

Date: Mon, 08 Apr 2002 20:12:51 -0400
To: wagnerd@stlukeshouse.com, wagner@cais.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: Fwd: St. Luke's
Mime-Version: 1.0
Content-Type: multipart/mixed;
boundary="======================_593133991==_"

Mom,

Here is what Mark Foraker sent me this afternoon, FYI.
I will put it in the Web site momentarily.

BTW, the old Web site (before we enhanced it these last few days) can still be viewed at:
wwwdev.stlukeshouse.com/OLD-April2002

Exhibit 277
BSI-JiCos-017697

The latest and greatest (most current) version will always be at the development site:
wwwdev.stlukeshouse.com

Later tonight I will migrate a copy of the latest and greatest to SLH's production site, which of course is at:
www stlukeshouse.com


-- Paul




Date: Mon, 8 Apr 2002 14:25:46 -0700 (PDT)
From: Mark Foraker <mark4aker@yahoo.com>
Subject: St. Luke's
To: wagner@linkcenter.net




 Giving Made Easy11.doc




From: "Diane Wagner" <Wagnerd@stlukeshouse.com>
To: <wagner@ai.mit.edu>
Subject: SLH email
Date: Tue, 8 Feb 2000 15:40:33 -0700
MIME-Version: 1.0
Content-Type: text/plain;
charset="iso-8859-1"
X-Priority: 3
X-MSMail-Priority: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1165

Paul and Mike,
Thank you so much for coming to St. Luke's House today to give us back our external email. This is my first email out of this building since 1999!

Exhibit 277
BSI-JiCos-017698

My best to you both.
Mom/Diane




Date: Wed, 13 Mar 2002 20:57:15 -0500
To: vielep@stlukeshouse.com
From: Paul Wagner <wagner@ai.mit.edu>
Subject: e-commerce Web site for St. Luke's House
Cc: wagnerd@stlukeshouse.com

Hi Pete,

It was nice talking with you today. I was glad to hear that
St. Luke's House intends to complete a preliminary Web site to
accompany its donation page.

FYI, here are the transaction rates that Beyond Systems's processor
charges for online payments. First, the processor checks whether the
customer has a current Visa account with sufficient funds. Next, if
the customer has a domestic address and supplies billing (and possibly
shipping) data that Visa recognizes, then that person is designated as
"qualified." If the address is foreign or not recognized, the
transaction still goes through, but at the "non-qualified" rate.

So suppose, for example, that a customer surfs over to a payment Web
page and pays $100 with a Visa card. Assuming she/he is qualified,
then Beyond Systems will receive in its business checking account the
following amount:

$100.00
- 0.32 (charged at time of transaction by processor)
-------
99.68
- 2.282672 (2.29% of 99.68, charged by Visa)
-------
97.40 (rounded off to nearest cent, goes to Beyond Systems)


The system handles purchases as small as 1 cent, in case you would
like to test it out yourself with a credit card or check. (If you use a
check, the page will ask for you a check number; that blank check is
then "used up" and you should throw it away.)

Exhibit 277
BSI-JiCos-017699

PDF created with pdfFactory trial version www.pdffactory.com

Let's talk further next week, or whenever is convenient.

Cheers,
Paul

P.S. Here are the rates...

DISCOUNT FEES:
==============

Visa / Mastercard

qualified: 2.29% + 32 cents (connection fee from processor)
non-qualified: 3.54% + 32 cents (connection fee from processor)

Non-qualified includes foreign or misspelled addresses, business or
check/ATM cards, etc.

electronic check

1.5% + 25 cents (connection fee from processor)

Discover

2.24% + 8 cents + 32 cents (connection fee from processor)

American Express

4.1% + 0 cents + 32 cents (connection fee from processor)

AmEx currently offers its merchants an alternative "flat fee"
program:

As long as your AmEx purchases do not exceed $5000/year, you can
pay $5/month and 0.0% per transaction. Once you exceed $5000 in
any given year, you are automatically switched back to the "4.1% +
0 cents + 32 cents" program.

Exhibit 277
BSI-JiCos-017700

PDF created with pdfFactory trial version www.pdffactory.com

Notes:

* (Carbon) paper sales drafts help protect the merchant against chargebacks, but do not yield lower rates.

* Beyond Systems pays a merchant service fee of $52/month.

* The "connection fee" is also called an "authorization fee."

 order_SLHDON-00172.html

Date: Thu, 11 Jul 2002 01:44:13 -0400
From: "Mark Foraker" <ForakerM@stlukeshouse.com>
To: <wagner@ai.mit.edu>
Subject: Re: CuteFTP -- backup
Mime-Version: 1.0
Content-Type: text/plain; charset=US-ASCII
Content-Disposition: inline
X-SpamPal: PASS

Hey, Paul--

Steve here, from Mark's computer. Thanks for all your help yesterday--I have one more quick question for you. Under the prod directory, there's a Stlukeshouse.com directory, and a StLukesHouse June 2002 directory. Are they the same site, or should I work out of one or the other?

Thanks!

Steve

Date: Fri, 06 Dec 2002 13:06:26 -0500
From: "John Clark" <clarkj@stlukeshouse.com>

Exhibit 277
BSI-JiCos-017701
PDF created with pdfFactory trial version www.pdffactory.com

To: <wagner@ai.mit.edu>
Subject: Re: Firewalls
Mime-Version: 1.0
Content-Type: text/plain; charset=US-ASCII
Content-Disposition: inline

Paul ,

I just realized that your reply to my firewall message had a second part to it concerning your
Mom's laptop and the virus software.

We use Norton AntiVirus here. The server contains the lasted virus definitions and when a user
logs on it checks the computer and updates the virus definition if needed.

Sorry I missed the second part of the message.

John

>>> Paul Wagner <wagner@ai.mit.edu> 11/13/02 06:08PM >>>

Hi John,

Mike and I like NetMAX FireWall ProSuite. It runs on a dedicated Linux box
with 2 ethernet cards. Actually, it installs and configures Linux as well
as a built-in
firewall by itself.

We are running version 3.2 and older. Version 4.0 is now available, for
$154.00.
See
https://www.netmax.com/order/BuyStuff.cgi/scan/st=db/co=yes/sf=category/se=NetMAX%204.0
/va=banner_image=/va=banner_text=.html?id=TyBxtXom

You may have heard that Walmart sells new PCs starting around $200.
See
http://www.walmart.com/catalog/catalog.gsp?cat=86796&path=0%3A3944%3A3951%3A41937
%3A86796
Many come without a floppy drive by default, and some "barebones" ones
may lack memory, CPU and hard drive. Still, I think they have some good
deals. For a dedicated firewall server running NetMax, you won't need an
Operating System, but would need two ethernet cards.

An older machine (in case you have any lying around), with decent memory,
would be fine too.

Exhibit 277
BSI-JiCos-017702

PDF created with pdfFactory trial version www.pdffactory.com

I had a question for you as well. A couple of weeks ago I noticed my mom's laptop running slowly, and traced the CPU hog to the McAfee anti-virus program. That computer has Norton anti-virus installed as well, so I shut down McAfee.

My question: Does SLH use McAfee? If so, it'd probably be best to get McAfee running properly again (so as to be consistent with everyone else at SLH), and disable Norton. On the other hand, Norton did seem to work fine as an alternative...

Thanks. Please feel free to call me with questions or suggestions.

Cheers,
Paul
cell: ###-###-####

At 03:22 PM 11/13/2002 -0500, you wrote:
Paul:

Hope you are doing well, haven't talked to you in a while.

Per new regulatory requirements I need to install Firewalls on all three of my servers. Can you give me some suggestions as to which ones work best and are most effective.

Any input/insight you can provide would be appreciated.

Thanks

John

Date: Wed, 05 Feb 2003 13:40:46 -0500
From: "Paula Markofsky" <paulam@stlukeshouse.com>
To: <wagner@ai.mit.edu>
Subject: Many thanks
Mime-Version: 1.0
Content-Type: text/plain; charset=US-ASCII
Content-Disposition: inline

Exhibit 277
BSI-JiCos-017703

Paul - What more can I say! Thanks so much. With all you have to do, can't believe you got to this right away! Wow! Paula

Date: Fri, 14 Feb 2003 09:42:18 -0500
From: "Mark Foraker" <ForakerM@stlukeshouse.com>
To: <wagner@ai.mit.edu>
Subject: Hi Paul
Mime-Version: 1.0
Content-Type: text/plain; charset=US-ASCII
Content-Disposition: inline

Paul,

Would you be available to meet in the late afternoon sometime late next week. I realized that after Pete left that no one realy knew what was the specifics with the website hosting and whether we were wearing out our welcome, etc. I was never actually sure what the agreement of hosting our site was or if there ever was formal talk. So if you were available I would like to meet you for a beer or so next week so I can have an understanding of the details and what we should do for the future.

Thanks and I look forward to hearing from you.

-Mark

Date: Thu, 26 Feb 2004 14:52:27 -0500
From: "Paula Markofsky" <paulam@stlukeshouse.com>
To: <wagner@ai.mit.edu>
Subject: Re: FTP directory we can all share

Paul - thanks so so much! I was able to retrieve it (with a little help from my friends). I am in today until around 4 p.m. If you have any time, please feel free to call to show me how to edit this. If not today, I can let you know when I will be in again, probably not until next week. Would love to know how to do that. My extension here is 253, or feel free to email me. Thanks again. Paula

Date: Tue, 17 Aug 2004 03:09:36 -0700

Exhibit 277
BSI-JiCos-017704

PDF created with pdfFactory trial version www.pdffactory.com

To: "Paula Markofsky" <Paulam@stlukeshouse.com>
From: Paul Wagner <wagner@ai.mit.edu>
Subject: FTP account
Cc: wagnerd@stlukeshouse.com
Mime-Version: 1.0
Content-Type: text/plain; charset="us-ascii"; format=flowed


Hi Paula,

I hope this email finds you well.

I have set up an FTP account for you to share large files with others.
Simply point your browser to...

ftp://paulam:########@pebbles.linkcenter.net

I have put 2 final FY2003 files there, that my mom thinks may be of interest.
You should be able to drag-and-drop files from/to that site.

Please feel free to contact me with questions.

Best regards,
Paul
cell: ###-###-####



BSI provided St. Luke's House and the Solar Electric Light Company (SELCO) Internet access
through dedicated ISDN links to BSI, and a T-1 line from BSI to BSI's upstream provider, Metronet
Internet Services (www.min.net). Below, we experienced a lightning charge while I was on
vacation...



From: "Joe Wagner" <joew@cdr.stanford.edu>
To: "Diane Wagner" <wagner@cais.com>,
<paul.wagner@eudoramail.com>,
<wagner@ai.mit.edu>
Subject: Re: FYI--Chronology of router fix
Date: Fri, 16 Jun 2000 00:47:12 -0700
MIME-Version: 1.0
Content-Type: text/plain;

Exhibit 277
BSI-JiCos-017705

PDF created with pdfFactory trial version www.pdffactory.com

charset="iso-8859-1"
X-Priority: 3
X-MSMail-Priority: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1165

At 12:33 AM 6/15/00 -0400, Diane Wagner wrote:
>Today, Wednesday, Joe heard about the problem when I found out that Selco
>(per Ben Cook) and St.Luke's House had no email. Joe talked to Katka and,
>later, to Mike and said to go ahead and get the router and charge it to
>him (Joe) if they wanted to. Mike ordered the new router to arrive
>Thursday morning. I don't know who paid for it.
One clarification, Mike had already ordered the router shipped overnight
express by the time I had talked with him, (a few hours after I first left
voice mail for him).

Joe

Exhibit 277
BSI-JiCos-017706

PDF created with pdfFactory trial version www.pdffactory.com



Microsoft Exchange Administrator - [Server WEBMAIL in Site MAIL - Castalians]

File  Edit  View  Tools  Window  Help

WEBMAIL

Linkcenter
  Address Book Views
  Folders
  Global Address List
  MAIL
    Barceltcycles.com
    BeyondSys.com
    BrowseAbout.com
    Callinscreations.com
    [Castalians]
    Configuration
    Email Pages
    External Email Routes
    Hemisphere2hemisphere.com
    LanguageCoop.com
    MCINeighbor.com

| Display Name | E-mail Address [Internet] |
|---|---|
| Account for managing Exchange | SMTP:email admin@castalia.net |
| Awerbuch, Baruch | smtp:skip@castalia.net, SMTP:skip@nxtwave.com, smtp.skip@portst... |
| Berne, Skip | smtp:tara@linkcenter.net |
| Butler, Tara | SMTP:champagnebrunch@castalia.net |
| Champagne Brunch Response | SMTP:brad@castalia.net |
| Clark, Bradley | SMTP:benn@castalia.net |
| Cook, Benjamin | SMTP:dclark@castalia.net |
| D Clark | SMTP:forteuser@castalia.net |
| Forte User | SMTP:alex@nxtwave.com |
| Hart, Yves A. | SMTP:jayH@castalia.net |
| Hemly, Jay | SMTP:Jenn@castalia.net, smtp:jenn@portstarboardyc.com, smtp:jenn... |
| Hines, Jenn | SMTP:Justin@castalia.net |
| Justin | smtp:nicolek@castalia.net, SMTP:nicolek@mogul-group.com |
| Kardell, Nicole | SMTP:Kelly@castalia.net |
| Kelly, Garner | SMTP:keivan@castalia.net |
| Khalichi, Keivan | SMTP:lopez@castalia.net |
| Lopez, Julie | smtp:malik@castalia.net, SMTP:malik@safemailbox.com |
| Malik, Humayun | SMTP:jan@castalia.net |
| Mehta, Jan | SMTP:NAVMSE-WEBMAIL@castalia.net |
| NAV for Microsoft Exchange-WEBMAIL | SMTP:wagner2@castalia.net |
| Paul Wagner (2nd acct) | SMTP:santa@castalia.net |
| Reyes, Yasmin | SMTP:sclark@castalia.net |
| S Clark | SMTP:diane@castalia.net |
| Tomsic, Paul | SMTP:pjew@castalia.net |
| Wagner, Diane | smtp:paul@beyondsystems.net, smtp:paul@castalia.net, SMTP:wagn... |
| Wagner, Joe | SMTP:Peter@castalia.net |
| Wagner, Paul | SMTP:peter@linkcenter.net |
| Wagner, Peter | SMTP:jeff@castalia.net |
| Wagner, Peter [linkcenter] | |
| Widom, Jeff | |

30 Recipient(s)

6:51 PM

Exhibit 280
BSI-JiCos-017712



Logout  Help

System HTTP Mail Servers Security Services
Utils

05 Dec
18:53:02

Overview Configure Users Alaises/Forwards Mailing Lists Fetchers

## Mail Users

Create/Delete User Account

| User | Mailbox | Folders | Read / Unread | MBOX Max | Email Digest |
|---|---|---|---|---|---|
| WagnerAl | Delete | 1 | 0 bytes / 421 KB | 953 MB | Genera |
| achim@colorvivofilms.net | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| admin | Delete | 1 | 0 bytes / 6 MB | 953 MB | Genera |
| billy-bob | Create | | | | |
| cordero@colorvivofilms.com | Delete | 2 | 41 MB / 0 bytes | 953 MB | Genera |
| diane | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| diogo@castalia.net | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| eudora@linkcenter.net | Delete | 1 | 0 bytes / 30 KB | 953 MB | Genera |
| genilloud@colorvivofilms.com | Delete | 3 | 5 MB / 1 KB | 953 MB | Genera |
| gnewuch@colorvivofilms.com | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| guy@colorvivofilms.net | Delete | 2 | 2 MB / 6 KB | 953 MB | Genera |
| joew | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| krebs@colorvivofilm.com | Create | | | | |
| krebs@colorvivofilms.com | Delete | 1 | 0 bytes / 6 KB | 953 MB | Genera |
| laura@colorvivofilms.net | Delete | 3 | 7 MB / 0 bytes | 953 | Genera |

| | | | | MB | |
|---|---|---|---|---|---|
| **monika@colorvivofilms.net** | Delete | 2 | 144 KB / 379 KB | 953 MB | Genera |
| **paul** | Create | | | | |
| **paulam** | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| **peter@castalia.net** | Delete | 1 | 49 MB / 193 MB | 953 MB | Genera |
| **peter@linkcenter.net** | Delete | 1 | 0 bytes / 4 MB | 953 MB | Genera |
| **safemailbox@linkcenter.net** | Create | | | | |
| **sew-atty@castalia.net** | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| **shring** | Create | | | | |
| **test@colorvivofilms.com** | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| **test@colorvivofilms.net** | Delete | 1 | 8 KB / 0 bytes | 953 MB | Genera |
| **test@linkcenter.net** | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| **thebat@linkcenter.net** | Delete | 1 | 0 bytes / 41 KB | 953 MB | Genera |
| **wagner** | Delete | 1 | 0 bytes / 700 KB | 953 MB | Genera |
| **wagnerdpop@linkcenter.net** | Delete | 1 | 0 bytes / 0 bytes | 953 MB | Genera |
| **wagnerdweb@linkcenter.net** | Delete | 2 | 46 MB / 16 KB | 953 MB | Genera |
| **wagnerpop@linkcenter.net** | Delete | 1 | 10 MB / 31 KB | 953 MB | Genera |
| **wagnerweb200405@linkcenter.net** | Delete | 2 | 483 MB / 1 KB | 953 MB | Genera |
| **wagnerweb200501@linkcenter.net** | Delete | 1 | 0 bytes / 640 MB | 953 MB | Genera |
| **wagnerweb200506@linkcenter.net** | Delete | 1 | 0 bytes / 737 MB | 953 MB | Genera |
| **wagnerweb@linkcenter.net** | Delete | 2 | 281 MB / 14 KB | 953 MB | Genera |

The mailing list **'everyone'** can be used to mail all users on the system. Only the system administrator may send mail to this alias.

Sambar Control Panel

© 2002-2005 by *Sambar Technologies*. *All rights reserved.*

Exhibit 280
BSI-JiCos-017715



## Mailbox Aliases
*Changes take affect immediately!*

Help

### Wildcard Characters
The star (*) wildcard character matches any character string. The question mark (?) wildcard character matches any one character in a fixed position. All mail aliases are case-insensitive.

### Mail Aliases
Mail aliases are used to map a mail userid to one or more mailboxes on the this mail server or internet mail addresses. In the example below, mail addressed to **Tod.Sambar@sambar.com** is redirected to the local **tod** mailbox. Typical uses for aliases include mapping *firstname.lastname* to a mail user's mailbox and/or addressing all the members of a group using a single name such as *engineering*. The **Fred.Sambar** aliase below forwards mail to the **null** mailbox. The **null** mailbox is a "special" mailbox that results in the mail quietly being discarded without the sender being notified.

| Alias | Mailbox(s) |
|---|---|
| support | tod stacia |
| info | tod support@microsoft.com |
| Tod.Sambar | tod |
| Fred.Sambar | null |

| | |
|---|---|
| Gnewuch@colorvivofilms.net | Monika@colorvivofilms.net |
| Monika@colorvivofilms.com | Gnewuch@colorvivofilms.com |
| PW@linkcenter.net | wagnerpop@linkcenter.net, wagnerweb200506@linkcenter.ne |
| achim@colorvivofilms.com | krebs@colorvivofilms.com |
| al@castalia.net | afeshenko@worldbank.org |
| alex@castalia.net | afeshenko@worldbank.org |
| contact@colorvivofilms.com | cordero@colorvivofilms.com, genilloud@colorvivofilms.com |
| contact@colorvivofilms.net | laura@colorvivofilms.net, guy@colorvivofilms.net |
| cordero@colorvivofilms.net | laura@colorvivofilms.net |

| | |
|---|---|
| danders@linkcenter.net | wagnerpop@linkcenter.net, wagnerweb200506@linkcenter.ne |
| genilloud@colorvivofilms.net | guy@colorvivofilms.net |
| guy@colorvivofilms.com | genilloud@colorvivofilms.com |
| jayh@castalia.net | jghernly@cox.net |
| krebs@colorvivofilms.net | achim@colorvivofilms.net |
| laura@colorvivofilms.com | cordero@colorvivofilms.com |
| lopez@castalia.net | julielopezusa@netscape.net |
| mike@castalia.net | mwhitley@ix.netcom.com |
| mixmatch_dinnerclub@castalia.net | amd93@yahoo.com, wagner@ai.mit.edu |
| nospam_*@* | wagnerpop@linkcenter.net, wagnerweb200506@linkcenter.ne |
| paul@castalia.net | wagnerpop@linkcenter.net, wagnerweb200506@linkcenter.ne |
| phantomwhirlpool@linkcenter.net | wagnerpop@linkcenter.net, wagnerweb200506@linkcenter.ne |
| postmaster@linkcenter.net | wagner@linkcenter.net |
| support@linkcenter.net | eudora@linkcenter.net, thebat@linkcenter.net |
| test2@linkcenter.net | test@linkcenter.net |
| wagnerai@linkcenter.net | wagnerpop@linkcenter.net, wagnerweb200506@linkcenter.ne |
| wagnerd@linkcenter.net | wagnerd@beyondsystems.net, wagnerdweb@linkcenter.net |
| webmaster@colorvivofilms.com | krebs@colorvivofilms.com |
| webmaster@colorvivofilms.net | achim@colorvivofilms.net |
| | |
| | |
| | |

Update Configuration

---

## Mail Fetcher Aliases

Mail *fetcher* aliases are exactly like regular mail aliases (above), except they *only apply to the fetcher*; outgoing mail is not affected by this alias. Fetcher aliases are necessary for mailing lists that come in without an identifiable user account. For example, mail received from **sambarlist@skyweb.se** is also addressed to **sambarlist@skyweb.se**, so there is no identifiable local mailbox. A **Fetcher Alias** can be used to indicate that **sambarlist@skyweb.se** should go into one or more local accounts, otherwise, it would go into the account identified by the **Unknown Mailbox**. (Note: Fetcher aliases are applied before standard aliases when retrieving mail via the fetcher.)

Exhibit 280
BSI-JiCos-017717

**Alias**               **Mailbox(s)**
sambarlist@skyweb.se tod stacia

| | |
|---|---|
| | |
| | |
| | |

Update Configuration

---

**Forward Mail**

Mail "forwarding" operates much the same way as mail aliases do. The only difference is in the order of evaluation (aliases are evaluated first) and the requirement that the mailbox being forwarded exist. The "forward" entry below sends all mail destined for the mailbox **tod** to the internet address **tod@altavista.net**. Warning: If you inadvertently forward mail to an invalid mail address, all mail destined for the address will be bounced back to the client.

**Mailbox Destination(s)**
tod         tod@altavista.net

| | |
|---|---|
| | |
| | |
| | |

Update Configuration

---

Sambar Control Panel                    © 2002-2005 by *Sambar Technologies*. *All rights reserved.*

# Additional Persons Receiving Internet Service from BSI

BSI has provided Internet service to…

Thousands of senders of over 100,000 emails daily,
including thousands of senders of the 80,000+ emails at issue.

Stoel Rives LLP

Keynetics, Inc.

MBPAdvertising, LLC

Big Ant Safelist
GoldMine Safelist
safe-advertising.com
success-groups.com
Virtual Promotions Safelist
4 Levels Affiliate Safelist
Budget2002 Safelist
Butterflys SafeList
Fancy Girls Safelist
makemoneysafelists.com
Passionate Safelist
Solo Email Ads
White Tempo Safelist
etc.

Five housemates:
nospam_Keynetics_Castalian1@castalia.net
nospam_Keynetics_Castalian2@castalia.net
nospam_Keynetics_Castalian3@castalia.net
nospam_Keynetics_Castalian4@castalia.net
nospam_Keynetics_Castalian5@castalia.net

VisionOnline, Inc.
nospam_Keynetics_VisionOnline@castalia.net

MLSNow Realty, Inc.
nospam_Keynetics_MLSNowRealty@castalia.net

Carteret.com Mortgage, LLC

nospam_Keynetics_Carteret.comMortgage@castalia.net

Keivan Khalichi
nospam_Keynetics_KeivanKhalichi@castalia.net

Mike Snow
nospam_Keynetics_MikeSnow@castalia.net

Alexander Feshenko
nospam_Keynetics_AlexanderFeshenko@castalia.net

Hypertouch, Inc.
nospam_Keynetics_Hypertouch@castalia.net

Walton & Roess LLP
nospam_Keynetics_WaltonRoessLLP@castalia.net

Stephen H. Ring, PC (multiple personnel)
shr@ringlaw.us

listserve: DC Events list
nospam_Keynetics_DCEventsListserve@castalia.net


* BSI has provided access to persons know and unknown in the DC metro
  area through its wireless hotspots.

International Student House residents

Dupont Circle residents.

Così (brief)
nospam_Keynetics_Così@castalia.net

Starbucks (brief)
nospam_Keynetics_Starbucks@castalia.net

Tryst (brief)
nospam_Keynetics_Tryst@castalia.net


TMH
nospam_Keynetics_TMH@castalia.net

Barcroftcycles.com
nospam_Keynetics_Barcroftcycles.com@castalia.net

St. Luke's House
nospam_Keynetics_StLukesHouse@castalia.net

C3 Stats
nospam_Keynetics_C3Stats@castalia.net

IBM
nospam_Keynetics_IBM@castalia.net

Motorola
nospam_Keynetics_Motorola@castalia.net

NASDAQ
nospam_Keynetics_NASDAQ@castalia.net

Willian Wagner
nospam_Keynetics_WillianWagner@castalia.net

Diane Wagner
nospam_Keynetics_DianeWagner@castalia.net

Joe Wagner
nospam_Keynetics_JoeWagner@castalia.net

Steven Wagner
nospam_Keynetics_StevenWagner@castalia.net

Peter Wagner
nospam_Keynetics_PeterWagner@castalia.net

Critical Exposure
nospam_Keynetics_CriticalExposure@castalia.net

Adam Levner
nospam_Keynetics_AdamLevner@castalia.net

Heather Rieman
nospam_Keynetics_HeatherRieman@castalia.net


colorvivofilms.com & .net:
Achim Krebs
nospam_Keynetics_AchimKrebs@castalia.net


Guy Genilloud

nospam_Keynetics_GuyGenilloud@castalia.net

Karin Deli
nospam_Keynetics_KarinDeli@castalia.net

Laura Cordero
nospam_Keynetics_LauraCordero@castalia.net

Monika Gnewuch
nospam_Keynetics_MonikaGnewuch@castalia.net

Verena Hoffmann
nospam_Keynetics_VerenaHoffmann@castalia.net

Sengizer Dogen
nospam_Keynetics_SengizerDogen@castalia.net

Gulseren
nospam_Keynetics_Gulseren@castalia.net


Pronto Labels
nospam_Keynetics_ProntoLabels@castalia.net

WEPA Productions
nospam_Keynetics_WEPAProductions@castalia.net

Boxerox
nospam_Keynetics_Boxerox@castalia.net

Mark Materella
nospam_Keynetics_MarkMaterella@castalia.net

Ashley
nospam_Keynetics_Ashley@castalia.net

Humayun Malik
nospam_Keynetics_HumayunMalik@castalia.net

Eric Menhart
nospam_Keynetics_EricMenhart@castalia.net

NEIT Solutions
nospam_Keynetics_NEITSolutions@castalia.net

Brian Mangino
nospam_Keynetics_BrianMangino@castalia.net

Jason Venner
nospam_Keynetics_JasonVenner@castalia.net

keewon.org
nospam_Keynetics_keewon.org@castalia.net

Matt McQueen
nospam_Keynetics_MattMcQueen@castalia.net

mibed.com
nospam_Keynetics_mibed.com@castalia.net

Bihn family
nospam_Keynetics_Bihnfamily@castalia.net

endonav.com
nospam_Keynetics_endonav.com@castalia.net

ohcopyboy.com
nospam_Keynetics_ohcopyboy.com@castalia.net

prontolabels.com
nospam_Keynetics_prontolabels.com@castalia.net

motiongranted.com
nospam_Keynetics_motiongranted.com@castalia.net

aprisadev.com
nospam_Keynetics_aprisadev.com@castalia.net

smaby.org
nospam_Keynetics_smaby.org@castalia.net


MBPAdvertising, LLP admits that BSI has ISP status:

According to Google cache, recorded by Google on Jul 13, 2007 (and captured by BSI subsequently), MBP's web site, http://www.massiveresponse.com/banned.shtml, added the domain names of BSI and Hypertouch to its list of "banned" domains operated by "unacceptable E-Mail service providers." Those domain names are:

beyond-systems.com
beyondsys.net
beyondsystems.net
bihn.org
brianmangino.com
castalia.net
colorvivofilms.com
colorvivofilms.net
endonav.com
hoadley.org
hypertouch.com
hypertouch.net
ibismed.com
jasonvenner.com
katka-steve.com
keewon.org
linkcenter.net
matthewmcqueen.com
metrikproperties.com
mibed.com
motiongranted.com
neurodating.com
neurodating.org
neuroprofiling.com
neuroprofiling.org
ohcopyboy.com
peterwagner.org
princehotelhanoi.com
prontolabels.com
reasonabledoubt.com
safemailbox.com
safemailbox.net
smaby.org
susan-jaime.us
vassallo.org

(BSI's and Hypertouch's domains were added to MBP's list recently; they did not
appear as recently as on 05/01/2007 -- i.e., on
http://web.archive.org/web/20070501020148/http://www.massiveresponse.com/banned.shtml .)