**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO: AF-001
DATE: September 14, 2008

**To:**
Alexander Feshenko
1420 N Street NW
Apt. 501
Washington, DC 20005

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 19 months | Internet Service from February 1, 2007 to August 31, 2008 | $10/month | $190.00 |
| | | SUBTOTAL | $ 190.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 190.00 |

Please remit check to:
    Beyond Systems, Inc.

in the enclosed envelope.

Thanks!

*Paul A. Wagner*
_____
Paul A. Wagner, President

 

**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070

INVOICE NO: AF-002
DATE: December 19, 2009

**To:**
Alexander Feshenko
1420 N Street NW
Apt. 501
Washington, DC 20005

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 14 months | Internet Service from September 1, 2008 to November 30, 2008 | $10/month | $140.00 |
| | | SUBTOTAL | $ 140.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 140.00 |

Please remit check to:
  Beyond Systems, Inc.

  c/o Paul Wagner
  1837 R Street NW
  Washington, DC  20009

Thanks!

*Paul A. Wagner*

Paul A. Wagner, President


**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO: DW-001
DATE: September 14, 2008

**To:**
Diane M. Wagner
38 Maryland Avenue
Unit 333
Rockville, MD 20850

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 18 months | Internet Service from March 1, 2007 to August 31, 2008 | $30/month | $ 540.00 |
| | | SUBTOTAL | $ 540.00 |
| | | SALES TAX | $0.00 |
| | | TOTAL DUE | $ 540.00 |

Please remit check to:
 Beyond Systems, Inc.

in the enclosed envelope.

Thanks!

*Hardcopy was returned by client with payment.*
— P.W.

_____
Paul A. Wagner, President

PAGE 1 OF 1

BSI-JiCos-017861



**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO: DW-002
DATE: December 19, 2009

**To:**
Diane M. Wagner
38 Maryland Avenue
Unit 333
Rockville, MD  20850

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 14 months | Internet Service from September 1, 2008 to November 30, 2008 | $30/month | $ 420.00 |
| | | SUBTOTAL | $ 420.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 420.00 |

Please remit check to:
  Beyond Systems, Inc.

  c/o Paul Wagner
  1837 R Street NW
  Washington, DC  20009

Thanks!

*Not sent to client.*
  *— P.W.*

_____
Paul A. Wagner, President

PAGE 1 OF 1

BSI-JiCos-017862


**Beyond Systems, Inc.**
11106 Veirs Mill Road
Suite L15-1000
Wheaton, MD  20902
(301) 933-8070



INVOICE NO:   KK-001
DATE:  July 6, 2007

**To:**
Keivan Khalichi
3627 Ransom Place
Alexandria, VA 22306

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 15 months | Internet Service from March 1, 2006 to May 31, 2007 | $20/month | $300.00 |
| | | SUBTOTAL | $ 300.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 300.00 |

Please remit check to:
    Beyond Systems, Inc.
    c/o Paul Wagner
    1837 R Street, NW
    Washington, DC  20009

Thanks!

*Paul A. Wagner*

Paul A. Wagner, President

PAGE 1 OF 1
BSI-JiCos-017863

 **Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO: KK-002
DATE: September 14, 2008

**To:**
Keivan Khalichi
3627 Ransom Place
Alexandria, VA 22306

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 15 months | Internet Service from May 31, 2007 to August 31, 2008 | $20/month | $300.00 |
| | | SUBTOTAL | $ 300.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 300.00 |

Please remit check to:
   Beyond Systems, Inc.

in the enclosed envelope.

Thanks!

*Paul A. Wagner*

_____
Paul A. Wagner, President

BSI-JiCos-017864


**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO: KK-003
DATE: December 19, 2009

**To:**
Keivan Khalichi
3627 Ransom Place
Alexandria, VA 22306

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 14 months | Internet Service from September 1, 2008 to November 30, 2008 | $20/month | $280.00 |
| | | SUBTOTAL | $ 280.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 280.00 |

Please remit check to:
    Beyond Systems, Inc.

    c/o Paul Wagner
    1837 R Street NW
    Washington, DC  20009

Thanks!

*Paul A. Wagner*

Paul A. Wagner, President

PAGE 1 OF 1
BSI-JiCos-017865


**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO:  MS-001
DATE:  September 14, 2008

**To:**
Mike Snow
4740 Connecticut Avenue NW
Apt. 611
Washington, DC  20008

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 19 months | Internet Service from February 1, 2007 to August 31, 2008 | $10/month | $190.00 |
| | | SUBTOTAL | $ 190.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 190.00 |

Please remit check to:
    Beyond Systems, Inc.

in the enclosed envelope.

Thanks!

*Paul A. Wagner*

Paul A. Wagner, President




**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070

INVOICE NO: MS-002
DATE: December 19, 2009

**To:**
Mike Snow
4740 Connecticut Avenue NW
Apt. 611
Washington, DC 20008

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 14 months | Internet Service from September 1, 2008 to November 30, 2008 | $10/month | $140.00 |
| | | SUBTOTAL | $ 140.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | $ 140.00 |

Please remit check to:
    Beyond Systems, Inc.

    c/o Paul Wagner
    1837 R Street NW
    Washington, DC 20009

Thanks!

_Paul A. Wagner_

Paul A. Wagner, President

 

**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070

INVOICE NO: VO-001d
DATE: December 28, 2009

**To:**
Ned Malik, JD/MBA
VisionOnline, Inc.
620 Herndon Pkwy., Suite 200
Herndon, VA 20170

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20 months | Internet Service from April 1, 2008 to November 30, 2009 | $2.50/month | $50.00 |
| | | SUBTOTAL | $ 50.00 |
| | | SALES TAX | $0.00 |
| | | **TOTAL DUE** | **$ 50.00** |

Please remit check to:
    Beyond Systems, Inc.

    c/o Paul Wagner
    1837 R Street NW
    Washington, DC 20009

Thanks!

*Paul A. Wagner*

Paul A. Wagner, President

PAGE 1 OF 1
BSI-JiCos-017868


**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070



INVOICE NO: WW-001
DATE: September 14, 2008

**To:**
William J. Wagner
38 Maryland Avenue
Unit 333
Rockville, MD 20850

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 18 months | Internet Service from March 1, 2007 to August 31, 2008 | $30/month | $ 540.00 |
| | | SUBTOTAL | $ 540.00 |
| | | SALES TAX | $0.00 |
| | | TOTAL DUE | $ 540.00 |

Please remit check to:
  Beyond Systems, Inc.

in the enclosed envelope.

Thanks!

*Paul A. Wagner*
Paul A. Wagner, President

*Hardcopy was returned by client with payment.*
— P.W.

BSI-JiCos-017869



**Beyond Systems, Inc.**
9501 Anchorage Place
Bethesda, MD 20817
(301) 933-8070

INVOICE NO: WW-002
DATE: December 19, 2009

To:
William J. Wagner
38 Maryland Avenue
Unit 333
Rockville, MD 20850

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 14 months | Internet Service from September 1, 2008 to November 30, 2008 | $30/month | $ 420.00 |
| | | SUBTOTAL | $ 420.00 |
| | | SALES TAX | $0.00 |
| | | TOTAL DUE | $ 420.00 |

Please remit check to:
  Beyond Systems, Inc.

  c/o Paul Wagner
  1837 R Street NW
  Washington, DC 20009

Thanks!   *Not sent to client.  —P.W.*

_____
Paul A. Wagner, President

PAGE 1 OF 1

BSI-JiCos-017870