Law Offices
**STEPHEN H. RING, P.C.**
506 MAIN STREET, SUITE 215
GAITHERSBURG, MARYLAND 20878
Telephone 301-563-9249
Facsimile 301-563-9639

Stephen H. Ring  Email: shr@ringlaw.us
*Admitted in MD, DC*  www.nvo.com/ringlaw

June 2, 2011

The Honorable Peter J. Messitte
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD  20770

Magistrate Judge Charles B. Day
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

        Re: Beyond Systems, Inc. v. World Avenue USA, LLC, et al.
        Case No. 08 cv 00921 PJM

Dear Judges Messitte and Day:

    I write as litigation counsel for the plaintiff in the above case.  Today I filed a motion for summary judgment at ECF 697.  Defendants' counsel have asked that the motion be withdrawn.

    The parties have been engaged in settlement discussions over the past few weeks, resulting in an in-person conference in Atlanta on May 25-26 attended by settlement counsel and corporate officers for both sides.  A continuation of the meeting that began in Atlanta is being held today in Manhattan, New York, and is expected to run at least two days.

    Defendants filed several motions prior to my filing at 697.  I am writing to ask that the time for all activity related to all pending motions be suspended until June 10, 2011, to allow time for consummation of a settlement, and that if the current settlement talks are not successful, the time line for all activity as to all pending motions be restored.

                           Sincerely,

                           /s/

                           Stephen H. Ring