# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
 2                          SOUTHERN DIVISION

 3

     BEYOND SYSTEMS, INC.,      :  Civil Action No.
 4
              Plaintiff,        :  PJM 08-921
 5
         v.                     :
 6
     WORLD AVENUE, LLC,         :  Greenbelt, Maryland
 7
              Defendant.        :  Monday, November 29, 2010
 8
     _____/      2:00 P.M.
 9

10

11              TRANSCRIPT OF MOTION PROCEEDINGS
             BEFORE THE HONORABLE PETER J. MESSITTE
12                 UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14

15   FOR THE PLAINTIFF:  STEPHEN HOWARD RING, ESQUIRE
                         Stephen H. Ring, PC
16                       506 Main Street, Suite 215
                         Gaithersburg, Maryland  20878
17                       301-563-9249
                         and
18                       MICHAEL STEPHEN ROTHMAN, ESQUIRE
                         Law Office of Michael S. Rothman
19                       401 E. Jefferson Street, Suite 201
                         Rockville, Maryland  20850
20                       301-251-9660

21

22

23

24   OFFICIAL COURT REPORTER:  LINDA C. MARSHALL,(301) 344-3229

25          COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES
```

1  delays, and the back and forth on both sides and that there's
2  gamesmanship on both sides, I'm not saying it's all plaintiff or
3  defendant, but I certainly see it by this document.  I started
4  by reciting the number of motions, the number of document
5  entries.  And this is crazy, this is crazy and it's not going to
6  go on any further in this court.
7          These motion are denied and I assure you, I'm not
8  going to entertain other Motions for Summary Judgment either.
9  We're going to try this case.  I'm going to push everybody to
10 try it and we'll see where we come out.  We'll see whether BSI
11 and whether Hypertouch really survive as bona fide entities
12 here.  And if they do, we'll see whether in fact the World
13 Avenue entities survive as well.
14          But the time has come to put an end to all these
15 pre-trial motions.  We're going to set this matter in for trial.
16 You can file whatever you want, but do not expect to have
17 hearings on further motions with respect to these responsive
18 parties.  We'll make ruling on the papers, but there'll be no
19 further hearings in the matter until we get to the matter for
20 trial.
21          All these issues are going to be tried at one point.
22 You either settle this case or you're going to go to trial, and
23 we're going to get one final read on where BSI is and indeed
24 where the World Avenue people are.
25          But that's the way I feel about this case.  The paper