## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | | |
|---|---|---|
| BEYOND SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: PJM 08 cv 0921 |
| | ) | |
| WORLD AVENUE USA, LLC, et al. | ) | |
| Defendants | ) | |
| | ) | |

## DEFENDANT WORLD AVENUE USA, LLC'S NOTICE OF WITHDRAWAL

Defendant WORLD AVENUE USA, LLC ("WAUSA") hereby files its Notice of Withdrawal ("Notice of Withdrawal") of its Motion for Judgment Pursuant to Fed. R. Civ. P. 58 on Orders ECF 663-1/674, and 680, filed at ECF 685. WAUSA files this Notice of Withdrawal because Plaintiff, Beyond Systems, Inc. has paid $35,000 of WAUSA's awarded fees under ECF 663-1/674, 680, 682, 683 and 684. WAUSA respectfully requests the Clerk of Court to note that the Motion is withdrawn.

Dated: June 17, 2011                    Respectfully submitted,


GREENBERG TRAURIG, LLP


_____/s/_____
Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037

Telephone:  202-331-3100
Facsimile:  202-331-3101

--and--

Kenneth Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477


*Attorneys for World Avenue USA, LLC*