**IN THE U.S. DISTRICT COURT FOR MARYLAND,
SOUTHERN DIVISION**

BEYOND SYSTEMS, INC.             )
                                 )
    Plaintiff                )
  v.                             )    Case No. PJM 08 cv 0921
                                 )
WORLD AVENUE USA, LLC, et al.  )
    Defendants               )
_____  )

## DEFENDANT WORLD AVENUE USA, LLC'S NOTICE OF FILING

Defendant WORLD AVENUE USA, LLC ("WAUSA"), pursuant to the Court's Order dated June 17, 2011 at DE 711, hereby gives notice of filing the following:

1. Declaration of Sanford M. Saunders, Jr., Esq.

2. Declaration of Joseph P. Esposito, Esq.

3. Declaration of Dr. Neal Krawetz, Ph.d.

4. Summary of Time Expended.

5. Redacted Bills for Time Expended (with hours and amount edited).

Dated: July 12, 2011.

        Respectfully submitted,
        *Attorneys for World Avenue USA, LLC*

        GREENBERG TRAURIG, LLP

          /s Sanford M. Saunders, Jr.
        Sanford M. Saunders, Jr., Esq.
        USDC, MD #4734
        saunderss@gtlaw.com
        Nicoleta Burlacu, Esq.
        BurlacuN@gtlaw.com
        *Admitted Pro Hac Vice*
        GREENBERG TRAURIG, LLP
        2101 L Street, NW, Suite 1000
        Washington, DC 20037
        Telephone: 202-331-3100
        Facsimile: 202-331-3101

        --and--

        Kenneth A. Horky, Esq.
        Florida Bar No. 691194
        horkyk@gtlaw.com
        John L. McManus, Esq.
        Florida Bar No. 0119423
        mcmanusj@gtlaw.com
        Admitted Pro Hac Vice
        GREENBERG TRAURIG, P.A.
        401 East Las Olas Boulevard, Suite 2000
        Fort Lauderdale, FL 33301
        Telephone: 954-765-0500
        Facsimile: 954-765-1477