# Hacker Factor

P.O. Box 270033  
Fort Collins, CO  
80527-0033  
tel 970-282-0195

## Invoice

**Invoice No.**: HF-C3-20101130-001-A  
**Invoice Date**: 2010-10-06  
**Invoice Period**: 2010-10-01 to 2010-11-30  
**To**:

World Avenue USA, LLC  
Attn: Homer Appleby, Esq., General Counsel  
1613 NW l36th Ave, Suite 100  
Sunrise, FL 33323  
happleby@adinfocenter.com

| *Description of Service* | *Qty* | *Unit Price* | *Amount* |
|---|---|---|---|
| Expert Witness Services<br>Beyond Systems, Inc. v. World Avenue (JSA, LLC, et al.)<br>Case No. PJM 08 cv 0921<br>U.S. District Court for Maryland (Southern Division) | 91 hrs | $250.00/hr | $22,750.00 |
| FedEx | | | $81.35 |
| **Total** | | | $22,831.35 |

## Comments

Detailed service breakdown:

| Date | Start Time | End Time | Hours | Purpose |
|---|---|---|---|---|
| 2010-10-06 | 8:00 | 14:30 | 6.50 | |
| 2010-10-07 | 18:30 | 18:45 | 0.25 | |
| 2010-10-13 | 18:30 | 18:45 | 0.25 | |
| 2010-10-14 | 22:00 | 0:00 | 2.00 | |
| 2010-10-15 | 8:30 | 10:00 | 1.50 | |
| 2010-10-29 | 8:00 | 8:45 | 0.75 | |
| 2010-10-29 | | | | |
| 2010-10-30 | 12:00 | 17:00 | 5.00 | Review subpoenas |
| **October Total** | | | **16.25** | **$4,081.74** |
| 2010-11-01 | 13:00 | 17:00 | 4.00 | Review subpoenas |
| 2010-11-02 | 11:00 | 1:00 | 2.00 | Phone call |
| 2010-11-03 | 13:00 | 13:30 | 0.50 | Research software |

| Date | Start | End | Hours | Description |
|---|---|---|---|---|
| 2010-11-06 | 13:00 | 18:00 | 5.00 | Declaration 1 |
| 2010-11-07 | 13:00 | 18:00 | 5.00 | Declaration 1 |
| 2010-11-09 | 10:00 | 14:00 | 4.00 | Review documents, phone call, declaration 1 |
| 2010-11-09 | 20:00 | 0:00 | 4.00 | Declaration 1 |
| 2010-11-10 | 10:00 | 13:00 | 3.00 | Review documents, phone call, declaration 1 |
| 2010-11-10 | 14:00 | 18:00 | 4.00 | Review documents, phone call, declaration 1 |
| 2010-11-11 | 9:00 | 11:00 | 2.00 | Phone call, declaration |
| 2010-11-11 | 13:00 | 17:00 | 4.00 | Declaration 1 |
| 2010-11-12 | 8:30 | 12:00 | 3.50 | Declaration 1 |
| 2010-11-12 | 12:30 | 14:30 | 2.00 | Declaration 1 |
| 2010-11-14 | 13:00 | 17:00 | 4.00 | Declaration 2 |
| 2010-11-15 | 13:00 | 15:45 | 2.75 | Declaration 2 |
| 2010-11-16 | 7:30 | 8:30 | 1.00 | Review Emails for Declaration 3 |
| 2010-11-16 | 11:00 | 12:00 | 1.00 | Phone call |
| 2010-11-16 | 13:00 | 15:00 | 2.00 | Declaration 1 |
| 2010-11-18 | 11:00 | 12:00 | 1.00 | Declaration 1 |
| 2010-11-18 | 14:00 | 17:00 | 3.00 | Declaration 1 |
| 2010-11-19 | 9:00 | 12:00 | 3.00 | Declaration 2 |
| 2010-11-19 | 13:00 | 15:00 | 2.00 | Declaration 2 |
| 2010-11-20 | | | | FedEx Declaration 1 $46.00 |
| 2010-11-23 | 13:00 | 17:00 | 4.00 | Declaration 3 |
| 2010-11-23 | 18:00 | 19:30 | 1.50 | Declaration 2 |
| 2010-11-24 | 8:00 | 9:00 | 1.00 | Review documents, Declaration 3 |
| 2010-11-24 | 9:00 | 11:00 | 2.00 | Phone call |
| 2010-11-24 | 12:00 | 13:00 | 1.00 | Declaration 2 |
| 2010-11-24 | 13:00 | 13:30 | 0.50 | Declaration 1 (minor corrections) |
| 2010-11-25 | 9:00 | 10:00 | 1.00 | Review Interrogatory Responses |
| 2010-11-26 | 11:00 | 12:00 | 1.00 | Phone call, Declaration 2 |
| 2010-11-27 | | | | FedEx Declaration 1 and 2 $16.11 |
| **November Total** | | | **74.75** | **$18,749.61** |

## Payable Information
**Amount Due**: $22,831.35
**Terms**:       45 days

Please make checks payable to:
    Dr. Neal Krawetz
    P.O. Box 270033
    Fort Collins, CO
    80527-0033